AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

### CENTRAL DISTRICT OF ILLINOIS

Lacie Davis, individually and on behalf of all others similarly situated,
*Plaintiff*

v.   Case No.  3:22-cv-03071

Ricola USA, Inc.
*Defendant*

**APPEARANCE OF COUNSEL**

To:  The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Lacie Davis                                          .

Date:   May 8, 2022

/s/ Spencer Sheehan
*Attorney's signature*

Spencer Sheehan 4942520
*Printed name and bar number*

60 Cuttermill Rd Ste 412
Great Neck NY 11021
*Address*

spencer@spencersheehan.com
*E-mail address*

(516) 268-7080
*Telephone number*

(516) 234-7800
*FAX number*