AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | | |
|---|---|---|
| Lacie Davis | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  3:2022-cv-03071 |
| Ricola USA, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ricola USA, Inc.                                               .

Date:   06/21/2022

/s/ David M. Poell
*Attorney's signature*

David M. Poell (IL Bar No. 6302765)
*Printed name and bar number*

Sheppard Mullin Richter & Hampton LLP
70 W. Madison Street, Suite 4800
Chicago, Illinois  60602
*Address*

dpoell@sheppardmullin.com
*E-mail address*

(312) 499-6349
*Telephone number*

(312) 499-4745
*FAX number*