IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:22-cv-03071-SEM-KLM |
| v. ) ) | Hon. District Judge Sue E. Myerscough |
| RICOLA USA, INC., ) ) | Hon. Magistrate Karen L. McNaught |
| Defendant. ) ) ) | |

**DEFENDANT RICOLA USA, INC.'s MOTION TO DISMISS
PLAINTIFF'S CLASS ACTION COMPLAINT**

NOW COMES Defendant Ricola USA, Inc. ("Ricola"), by and through undersigned counsel, as and for its Motion to Dismiss the Complaint of Plaintiff Lacie Davis. For the reasons discussed in Ricola's accompanying memorandum of law, which Ricola expressly incorporates herein by reference, Plaintiff has failed to plead allegations of fraud with particularity, lacks standing to seek injunctive relief, and has failed to state any claim upon which relief can be granted.

**WHEREFORE**, Ricola respectfully requests that the Court grant its Motion to Dismiss and enter an Order: (i) granting its motion to dismiss Counts I, II, III, IV, V, and VI of Plaintiff's Complaint pursuant to Rules 9(b), 12(b)(1), and 12(b)(6) of the Federal Rules of Civil Procedure; (ii) dismissing Plaintiff's Complaint in its entirety, with prejudice; and (iii) awarding any further relief the Court deems appropriate and just.

-2-

Dated:  June 21, 2022               Respectfully submitted,

                                                    By:  */s/ David M. Poell*

David Poell
Sheppard, Mullin, Richter & Hampton LLP
70 West Madison Street, 48th Floor
Chicago, Illinois 60602
Telephone:  (312) 499-6349
Facsimile:  (312) 499-6301
E mail: dpoell@sheppardmullin.com

Paul Garrity (*Pro Hac Vice Application Pending*)
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza,
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701
E mail: pgarrity@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

-3-

## CERTIFICATE OF SERVICE

I, David Poell, an attorney, hereby certifies that, on June 21, 2022, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated: June 21, 2022

Respectfully submitted,

By: /s/ David M. Poell

David M. Poell
*Counsel for Defendant Ricola USA, Inc.*