IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:22-cv-03071-CLR-KLM |
| v. | ) ) Hon. District Judge Colleen R. Lawless |
| RICOLA USA, INC., | ) ) Hon. Magistrate Karen L. McNaught |
| Defendant. | ) ) ) |

## DECLARATION OF SASCHA HENRY

I, Sascha Henry, declare under penalty of perjury pursuant to 28 U.S.C.§ 1746, that I am of legal age and sound mind and, based upon personal knowledge, due investigation and review of pertinent information, that the following facts are true and correct:

1.   I am a partner at Sheppard, Mullin, Richter & Hampton LLP and counsel of record for Defendant Ricola USA, Inc. ("Ricola") in the above-captioned litigation.  I make this declaration based upon my personal knowledge and would testify to the facts contained herein if called upon to do so.  I submit this declaration in support of Ricola's Motion for Summary Judgment.

2.   I attended the telephonic hearing on July 30, 2023 before Magistrate Judge McNaught during which the Court set a briefing schedule for the motion for class certification and extended: (i) Ricola's deadline to depose Plaintiff's expert to August 30, 2023; (ii) Ricola's deadline to file an opposition to the motion for class certification and exchange Rule 26 expert reports to September 28, 2023; (iii) Plaintiff's deadline to file a reply brief in support of motion for class certification (if any) to October 12, 2023; and (iv) Plaintiff's deadline to depose Ricola's

expert(s) to October 26, 2023.  No other changes were requested by the parties or made to the Court's original scheduling order at the hearing.  Pursuant to the Court's order (ECF No. 16), discovery closed on October 31, 2023.

3. Plaintiff served her Rule 26 initial disclosures on September 23, 2022 and has not served any supplemental disclosures.  Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff's initial disclosures dated September 23, 2022.

4. The only expert report served by Plaintiff in this matter is the report of Andrea Matthews, Ph.D.  Attached hereto as **Exhibit 2** is a true and correct copy of her report dated June 12, 2023 which was served on June 22, 2023 via ECF No. 23-3.  Plaintiff did not serve any expert report purporting to opine on the nature of the menthol in the Product.  Plaintiff did not produce any testing to support her allegation that the menthol in the Product is synthetic.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of Stefan Gafner, Ph.D. dated September 28, 2023 served on behalf of Ricola in this matter.  Plaintiff did not serve any expert report in rebuttal.

6. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of plaintiff Lacie Davis, dated November August 31, 2023 taken in this matter.

7. Attached hereto as **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Andrea Matthews, Ph.D, dated August 28, 2023 taken in this matter.

8. Plaintiff did not take any depositions of Ricola's witnesses before the close of discovery in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

-3-

Executed on November 17, 2023 in Los Angeles, California

By     *Sascha Henry*
           SASCHA HENRY