# Exhibit 1

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Lacie Davis, individually and on behalf of all others similarly situated, | 3:22-cv-03071-SEM-KLM |
| Plaintiff, | Initial Disclosures |
| - against - | |
| Ricola USA, Inc., | |
| Defendant | |

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff Lacie Davis ("Plaintiff"), through counsel, makes the following initial disclosures.

I.      Introductory Statement

The following information is based on Plaintiff's current knowledge and investigation to date. Pursuant to Rule 26(e), Plaintiff may supplement and/or amend these disclosures as the materiality of documents and information become apparent and based upon additional information learned through discovery or other means.

Rule 26(a)(1) does not require production or description of any information or documents protected by the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or protection, including the premature disclosure of expert consultants or witnesses, and their opinions, governed by Rule 26(a)(2).

Inadvertent disclosure of privileged or non-discoverable information or documents shall not waive such privilege or protection. Plaintiff does not waive, or intend to waive, any objections to the use of any documents or information contained or referenced herein, or the subject matter thereof, in this or any subsequent proceeding.

1

II. Rule 26(a)(1)(A)(i): Supporting Witnesses Likely to have Discoverable Information

The name and, if known, the addresses and telephone number of each individual likely to have discoverable information, along with the subjects of that information, that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment.

| Name | Subject Matter | Contact |
|---|---|---|
| Lacie Davis | • relevant purchases<br>• general knowledge of claims<br>• effect and materiality of representations | Plaintiff's Counsel |
| Agents and employees of Defendant | • policies or practices on subject matters in operative complaint;<br>• design, marketing, advertising, sales and pricing information of the Product[1];<br>• consumer surveys and market research related to labeling and the Product and generally as relevant | Defendant's Counsel |

III. Rule 26(a)(1)(A)(ii): Supporting Documents, Electronically Stored Information, and Tangible Things in Plaintiff(s)'s Possession, Custody, or Control

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A)(ii), and subject to the Introductory Statement set forth above, plaintiff identifies the following documents, electronically stored information, and/or tangible things, and their location, currently in plaintiff's possession, custody, and/or control, except to the extent the use of said material is limited to impeachment: plaintiff is not in possession or control of any category of information subject to Fed. R. Civ. P. 26(a)(1)(A)(ii).

---

[1] Product refers to the products identified in the operative complaint, made, marketed and/or promoted by defendant.

Plaintiff reserves the right to supplement and/or amend the information contained herein as the materiality of issues, facts, witnesses, and documents become apparent, and as discovery and investigation continue.

IV.     Rule 26(a)(1)(A)(iii): Computation of Damages

Plaintiff provides computations of each category of damages claimed, including the basis of each computation, and the identification of materials that bear upon the nature and extent of damages:

1.      **Restitution/Disgorgement:** It is premature to reasonably estimate the amount of restitution as defendant has not provided sales figures for the putative proposed classes for the Product within the Relevant Period.

2.      Damages are based in part on the price premium charged for the Product based on the representations alleged to be misleading.

3.      This entails the price at which plaintiff and consumers paid for the product based on the claims, how much the product would be valued at if the true facts were disclosed, and the additional amount defendant was able to obtain based on the alleged misrepresentations.

4.      Notwithstanding the foregoing, the computation of damages involves this value and total sales. The requested pre- and post-judgment interest shall be based thereon.

5.      **Attorneys' Fees And Costs:** It is premature to reasonably estimate attorneys' fees and costs sought in this action.

6.      At the appropriate time, plaintiff shall file a motion or application for fees and costs, with supporting facts and documents.

7.      **Injunctive/Declaratory Relief:** It is premature to reasonably estimate the monetary value of an order declaring defendant's conduct unlawful and/or an order requiring it to

immediately cease and desist therefrom.

8. Plaintiff reserves the right to supplement and/or amend this information as the materiality of issues, facts, witnesses, and documents become apparent, and as discovery and investigation continue.

V. Rule 26(a)(1)(A)(iv): Liability Insurance/Indemnity Agreements

Plaintiff does not have information regarding insurance or indemnity agreements that may cover defendant's liability for all or some of a judgment in this action. This information should be in the possession, custody, and/or control of defendant. Plaintiff reserves the right to supplement and/or amend this information as the materiality of issues, facts, witnesses, and documents become apparent, and as discovery and investigation continue.

Dated: September 23, 2022

Respectfully submitted,

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
60 Cuttermill Rd Ste 412
Great Neck, NY 11021-3104
(516) 268-7080
spencer@spencersheehan.com

Certificate of Service

I certify that on September 23, 2022, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☐ | ☐ | ☒ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☐ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan