# Exhibit 2

# EXHIBIT C

DocuSign Envelope ID: 4D9BDSC5-AB17-477A-91DF-0BE383DCFD7C

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| Lacie Davis, individually and on behalf of all others similarly situated, | 3:22-cv-03071 |
| Plaintiff, | |
| - against - | |
| Ricola USA, Inc., | |
| Defendant | |

**DECLARATION OF ANDREA LYNN MATTHEWS**

## TABLE OF CONTENTS

I.    REQUIREMENTS OF RULE 26 ..................................................................... 4

II.   BACKGROUND ............................................................................................. 4

III. SUBJECT OF REPORT ................................................................................. 6

IV. WORK PERFORMED .................................................................................... 7

V.   SURVEY RESULTS ...................................................................................... 8

    A.  Summary ................................................................................................ 8

    B.  Consumer Understanding about the Source of Product's Health Benefits ...................... 8

    C.  Importance of Source of Health Benefits ........................................ 13

VI. STUDY METHODOLOGY ........................................................................... 15

    A.  Target Population ................................................................................ 15

    B.  Study Design and Reliability Assessment ........................................ 17

    C.  Data Collection ................................................................................... 21

VII. QUESTION WORDING AND SURVEY FORMAT .................................... 22

    A.  Introduction ........................................................................................ 22

    B.  Screening Questions ........................................................................... 23

    C.  Distractor Task ................................................................................... 29

    D.  Experiment 1:  Consumer Confusion – Benefit Perceptions ........... 32

    E.  Experiment 2:  Benefit Preference ................................................... 42

    F.  Demographics ..................................................................................... 45

VIII. ASSESSMENT OF DATA QUALITY ....................................................... 50

IX. CONCLUSIONS DRAWN ........................................................................... 53

X.   PROPOSED METHODS FOR PRICE PREMIUM STUDIES ..................... 55

A.   Overview of Conjoint Analysis ........................................................... 55

B.   Proposed Steps for Conducting the Conjoint Analysis Survey ....................................... 57

C.   Hedonic Pricing Model .................................................................. 60

Pursuant to 28 U.S.C.§ 1746, I declare:

1.      I am an independent consultant on survey and research methodology, marketing research and a mixed-methods specialist for Phillips, Fractor, & Company, LLC ("Phillips Fractor").

## I.      REQUIREMENTS OF RULE 26

2.      This Report contains (i) a complete statement of all opinions I will express and the basis and reasons for them and (ii) the facts or data considered in forming these opinions and any exhibits that will be used to summarize or support them. Fed. R. Civ. P. 26(a)(2)(B)(i)-(iii); Exhibit "A," Factual Data.

3.      My qualifications, including a list of all publications authored in the previous 10 years, are provided in an exhibit to this Report. Exhibit "B," Curriculum Vitae; Fed. R. Civ. P. 26(a)(2)(B)(iv).

4.      In accordance with Fed. R. Civ. P. 26(a)(2)(B)(v), a list of all other cases in which, during the previous 4 years, I testified as an expert at trial or by deposition is presented below.

| | |
|---|---|
| Case Name | Elder v. Bimbo Bakeries USA, Inc. |
| Case Number | 3:21-cv-00637-DWD |
| Forum | U.S. District Court, Southern District of Illinois |

5.      The compensation paid to me for the study and testimony in this is $450 per hour.

## II.      BACKGROUND

6.      I received my Ph.D. from the University of Nebraska – Lincoln in Business (Marketing) in May 2018. My focus was on issues of branding, especially for human brands such as service providers and entrepreneurs. As part of my training, I studied Unfair Competition at the University of Nebraska College of Law. I previously received my master's degree in Survey Research and Methodology from the University of Nebraska in 2013, which included Ph.D. level

coursework in the Psychology of Survey Response, Questionnaire Design, and Total Survey Error.

7.      Currently, I am an Assistant Professor of Marketing in the Barton School of Business at Wichita State University in Wichita, Kansas. I joined the Barton School faculty in Fall 2018 where I regularly teach both the undergraduate introduction to marketing course (MKT 300) and the undergraduate marketing research course (MKT 403). The material I teach in these courses is directly related to the subject matter of this report.

8.      My research focuses on branding and brand perceptions. I regularly teach students about topics of deceptive advertising and brand confusion. With Drs. Ingersoll and Phillips, I am a coauthor on a case study published in the Journal of Case Studies (2021) that helps students identify deceptive advertising using statistical analysis methods.

9.      I regularly conduct survey research as part of my professorial responsibilities. A large portion of the Marketing Research (MKT 403) course I teach involves conducting original survey research for local client organizations. My responsibilities include identifying the research needs of the clients, instructing students in survey methodology, supervising student creation of original questionnaires, editing and revising a final questionnaire to be fielded, fielding the questionnaire in partnership with the client organization, supervising student analysis of the data, conducting further analysis of data for the client, and reporting the results of the survey research to the client. I have also consulted on issues of survey research and methodology with other entities in the Barton School of Business, including its Center for Economic Development and Business Research and its Center for Real Estate.

10.     I am a coauthor on multiple academic publications in the fields of marketing and of survey methodology. I have been published in the *Journal of Business Research*, the *Journal of Services Marketing*, the *Journal of Survey Statistics and Methodology*, and *Hastings Business Law*

*Journal*, among others.

11.    An article on which I was first author in the *Hastings Business Law Journal* on issues of survey methodology was cited and favorably quoted by the California Supreme Court in *Duran v. US Bank National Assn*. A full list of my publications can be found in my curriculum vita (Appendix A).

12.    I have ten years of experience as a consultant on the design, administration, and analysis of surveys for litigative purposes as well as other applied data analytics projects.

## III.    SUBJECT OF REPORT

13.    This Report relates to a consumer survey I created and analyzed with William Ingersoll, Ph.D., of Phillips Fractor.

14.    Drs. G. Michael Phillips and M. Christine Phillips, also of Phillips Fractor, provided assistance with this Report, though I was the lead researcher.

15.    The scope of our assignment consisted of six parts.

16.    First, we were tasked with testing the extent to which consumer confusion exists regarding the source of the medicinal benefits (herbs versus menthol) found in Ricola Original Herb Cough Drops (the "Product") sold by Ricola USA, Inc ("Unilever").

17.    Second, we tested whether the presence or absence of the qualifying term "4.8mg of menthol per drop" changed consumer expectations regarding the source of the medicinal benefits for the Product.

18.    Third, we were tasked with testing whether the source of a cough drop's medicinal benefits (herbs versus menthol) impacts consumer decisions regarding product choice.

19.    Fourth, we were asked to present the methodology we would use if requested to conduct a price premium analysis on the value consumers would place on the Product if its source

of medicinal benefits was herbs versus menthol.

## IV.   WORK PERFORMED

20.    We followed a scientifically rigorous process using appropriate methodology and best practices to test consumer perceptions and desires regarding the Product.

21.    This used our academic training in survey methodology and experimentation techniques as well as market research on this product category to design and carry out the study through discrete steps.

22.    First, we identified the target population for this study, as well as an appropriate sampling frame, to ensure our survey and experimental results would be valid.

23.    Second, we designed a survey experiment designed to obtain results that were causally meaningful and representative of the target market for the Product.

24.    We designed the questionnaire/instrument for our survey experiment using scientific best practices, following the theory and guidelines laid out in Biemer & Lyberg (2003), Diamond and Swann (2012), Dillman et al. (2014), Shadish et al. (2002), Tourangeau et al. (2000), and Groves (2005).

25.    Third, we hired a research vendor, Qualtrics, to recruit participants.

26.    Fourth, we pretested our questionnaire with an initial "soft launch" through the Qualtrics platform.

27.    Fifth, we launched the survey through Qualtrics.

28.    We collected the data, assessed its quality, and analyzed it to determine the answers to our research questions.

29.    The data are provided as a Microsoft Excel document at Appendix B.

30.    The syntax used to analyze the data in SPSS is provided at Appendix C.[1]

31.    The tables and statistical output used in this Report are provided at Appendix D.

32.    Sixth, we prepared this Report to document the process and results.

## V.    SURVEY RESULTS

### A.  <u>Summary</u>

33.    44.1% of consumers of cough drops indicated that they believed that the Product's cough suppressant and oral anesthetic benefits came from herbal ingredients only.

34.    When shown an edited version of the Product label that included the statement, "4.8mg of menthol per drop," only 9.9% of consumers of cough drops indicated that they believed that the Product's cough suppressant and oral anesthetic benefits came from herbal ingredients only

35.    Logistic regression finds that, for all consumers of cough drops, the impact of stating that cough drops contain "4.8mg of menthol per drop" statistically decreases belief that the product's medical benefits come from herbal ingredients only.

### B.  <u>Consumer Understanding about the Source of Product's Health Benefits</u>

36.    A total of 613 individuals completed the survey experiment. Of these, 102 individuals were randomly assigned to view the Defendant's Product label as it appears in the marketplace. In total, 44.1%, (45/102 individuals) incorrectly believed that this product's cough suppressant and oral anesthetic benefits came from herbal ingredients only.

37.    Using bootstrapping methodology (Lohr 2021) and 25000 iterations, we calculated a 95% confidence interval around the 44.1% estimate of between 34.3% and 53.9% for the population as a whole.

---

[1] SPSS is a program for statistical analysis in social science.

38.   Next, we focused on those individuals who had previously purchased Ricola Products. In total, 51 of the 102 individuals who viewed the Product label (50% = 51/102) had purchased at least one Ricola brand cough drop product in the last 12 months.

39.   Of these, 51% (26 of 51 individuals) who viewed the Product label incorrectly believed that this product's health benefits came only from herbal ingredients (95% CI: 37.0%, 64.8%).

40.   More specifically, 9 of the 102 individuals who viewed the Product label (8.8%, 9/102) had purchased Ricola Original Herb Cough Drops in the past 12 months.

41.   Of these 9 individuals, 55.6% (5/9) incorrectly believed that this product's health benefits came only from herbal ingredients.

42.   In comparison, we assessed the level of confusion regarding the source of the cough drop's health benefits that resulted when consumers were shown an altered label of Defendant's Product that included the text "4.8mg of menthol per drop."

43.   A different set of 101 individuals were randomly assigned to view this experimental condition.[2]

44.   Of these, 49 individuals (48.5% = 49/101) had previously purchased any Ricola cough drops in the past 12 months, and 10 individuals (9.9% = 10/101) had purchased Ricola Original Herb Cough Drops in the past 12 months.

45.   Overall, 9.9% of the 101 consumers in this condition (95% CI: 5.0%, 15.8%) believed that the Product's cough suppressant and oral anesthetic benefits came from herbal ingredients only. For past purchasers of any Ricola cough drops, 8.2% (4/49) believed that the health benefits in this condition came only from herbal ingredients. For past purchasers of Ricola

---

[2] Experimental conditions are also sometimes termed experimental treatments.

Original Herb Cough Drops, zero percent (0/10) believed that the health benefits in this condition came only from herbal ingredients.

46.    Thus, for the general target market of individuals who had purchased cough drops at all in the past 12 months, there was a decrease of 34.2 percentage points (44.1% – 9.9% = 34.2 percentage point decrease), or a decrease of 34.2/44.1= 77.6%, in confusion regarding the source of health benefits caused by the labeling change. This decrease was even larger for past purchasers of Ricola products (51% - 8.2% = 42.8 percentage point decrease) and past purchasers of the Product (55.6% - 0% = 55.6 percentage point decrease).

47.    We also tested whether these results were similar across age group, gender, race, ethnicity, education level, income level, region, industry, whether individuals had taken a survey on the product category in the last 30 days, and people who took a relatively short time (less than 179 seconds, 10th percentile) or relatively long time (greater than 675 seconds, 90th percentile) to complete the survey.

48.    We first ran a logistic regression (Hosmer & Lemeshow 2000) to predict the likelihood of believing that the cough drops' health benefits came only from herbal ingredients.

49.    We ran this regression on both conditions of respondents who saw the original Ricola label and the altered Ricola label (n=193 due to 11 individuals having missing demographic data).

50.    Our binary input variables included:

i.    Whether respondents were in the "4.8 mg of menthol per drop" condition or not;

ii.    Whether respondents had purchased Ricola products in the last 12 months;

iii.    Whether respondents took a relatively long time to complete the survey (yes, no);

iv.    Whether respondents took a relatively short time to complete the survey (yes, no);

v.    Respondents' race (white, nonwhite);

vi.     Respondents' ethnicity (Hispanic, non-Hispanic);

vii.    Respondents' gender (male, female);

viii.   Geographic region indicators for the Midwest, Northeast, South, and West;

ix.     Industry indicators for marketing (yes, no), marketing research (yes, no), healthcare industry (yes, no), and pharmaceutical industry (yes, no);

x.      Whether respondents had taken a survey about over-the-counter medication in the last 30 days (yes, no); and

xi.     Whether respondents had seen news about Ricola in the past 30 days (separate indicators for yes, no, and not sure).

51.     Continuous variables included frequency of purchase within the product category, age, education level, and income.

52.     The results of the logistic regressions are as follows.

53.     Individuals who saw the edited label were statistically significantly less likely to believe that the cough drops' health benefits came only from herbal ingredients (log-odds B= -1.92, p<.001). In addition, individuals who lived in the Midwest were significantly less likely to believe that the Product's health benefits came only from herbal ingredients compared to the control condition (Northeast) (log-odds B= -1.22, p=.043).

54.     There were no other statistically significant predictors of belief regarding the cough drops' source of health benefits at a p=.05 significance level.

55.     We next tested the similarity of these results to those found in a fictional control brand of cough drops ("First Choice" brand) to assess any unique impact of the Ricola brand on consumer perceptions of where the cough drops' health benefits came from.

56.     Specifically, we reran the above logistic regression tests using the four conditions of

respondents who saw the Ricola original packaging, Ricola "4.8mg of menthol per drop" packaging, "First Choice" packaging, and "First Choice 4.8mg of menthol per drop" packaging. In addition to the predictor variables used above, we added a control variable for the brand context and included a two-way interaction between brand name and whether the label said it contained "4.8mg of menthol per drop."

57.   As before, the impact of the edited "4.8mg of menthol per drop" condition significantly reduced consumers' likelihood of believing that the health benefits of the cough drops came only from herbal ingredients (log-odds B= -1.24, p<.001). The impact of the interaction term was not statistically significant, indicating that the effect of the edited label is consistent for both the Ricola brand and the fictional brand.

58.   With regard to demographic variables, individuals who worked in the pharmaceutical industry were more likely than those who did not to believe that the cough drops' source of health benefits was only herbal ingredients (log-odds B = 1.79, p=.007). In contrast, individuals with higher levels of income were less likely to believe that the cough drops' health benefits came only from herbal ingredients (log-odds B= -1.156E-5, p<.001)

59.   Next, we conducted follow-up analysis to assess consumer confusion in the two fictional "First Choice" conditions to quantify how consumers respond to the fictional brand compared to the Ricola brand.

60.   One hundred eleven consumers viewed the "First Choice" condition that did not display the "4.8mg of menthol per drop" label. In this condition, 52.4% of consumers believed that the cough drops' health benefits came from herbal ingredients only. Separately, 103 consumers viewed the "First Choice" condition that displayed the "4.8mg of menthol per drop" label. In this condition, 27.9% of consumers believed that the cough drops' health benefits came from herbal

ingredients only.

61.    We concluded that a substantial percentage of individuals who see the label for the Defendant's Product believe that the cough drops' health benefits come only from herbal ingredients, and that this percentage is higher for prior purchasers of the brand and the Product. Further, we conclude that adjusting the label to read "4.8mg of menthol per drop" statistically significantly reduces consumers' incorrect perceptions regarding the source of the cough drops' health benefits both for the Ricola brand and for a fictional brand which does not have any brand awareness or consumer expectations.

62.    We next applied statistical weighting[3] to our analysis to identify any important differences in the results above if the sample was weighted to match population percentages for gender (male=48%, female=52%), age (18-34: 30%, 35-54: 32%, 55+: 38%), region (Northeast: 17%, Midwest: 21%, West: 24%, South: 38%), race (white: 76.3%, black: 13.4%, Asian or Pacific Islander: 6%, American Indian/Alaskan Native: 1%), and Hispanic ethnicity (Hispanic: 18%, Non-Hispanic: 82%).

63.    Quotas were identified using Qualtrics standard quotas, supplemented with Census 2020 data available at data.census.gov. The percentage of individuals who believed that the Product's health benefits came only from herbal ingredients was similar across the two methods.

C.    Importance of Source of Health Benefits

64.    Next, we assessed the importance to consumers of the source of the cough drops' medicinal benefits. First, 195 individuals were randomly assigned to see a condition that asked

---

[3] Per the SPSS Support Manual at www.ibm.com, "A common approach is to compute weight variables for each of the categorical variables for which you want to adjust counts, based on the desired marginal proportions for these categorical variables. SPSS will only use 1 weight variable at a time, so the weight variables are combined by computing their product in a new variable, which is then used as a weight...Logical expressions like (gender=1) return a 1 if true; 0 if false. The ratio by which each of these logical expressions is multiplied reflects the desired percentage divided by the observed percentage. So, 50/60*(gender=1) returns a weight of 50/60=.83333 for gender 1."

them to choose whether they would prefer to purchase an "herbal cough drop" that used herbal ingredients to provide cough suppressant and oral anesthetic benefits, an "herbal cough drop" that used menthol to provide cough suppressant and oral anesthetic benefits, whether they would not purchase either of these options, or don't know.

65.    Twenty-five individuals responded with a "would not purchase either" or "don't know" response and were dropped from analysis, leaving 170 datapoints. In total, 55.9% of the sample (95/170 individuals) indicated that they would prefer to purchase cough drops that used herbal ingredients to provide cough suppressant and oral anesthetic benefits (95% CI: 48.2%, 63.5%). For consumers who had previously purchased Ricola cough drops in the past 12 months (n=79), 62% of them (49/79) indicated that would prefer to purchase cough drops that used herbal ingredients to provide cough suppressant and oral anesthetic benefits (95% CI: 51.2%, 72.8%). In addition, of consumers who had purchased Ricola Original Herb Cough Drops in the past 12 months (n=16), 75% (12/16) indicated that they would prefer to purchase cough drops that used herbal ingredients to provide cough suppressant and oral anesthetic benefits (95% CI: 50%, 94.1%).

66.    We then assessed whether preferences for the source of the product's cough suppressant and oral anesthetic benefits varied by demographic group using a logistic regression (n=158 due to 12 individuals having missing demographic information). As before, our binary input variables included whether or not individuals had purchased Ricola cough drops in the last 12 months, individuals' race (white, nonwhite), ethnicity (Hispanic, non-Hispanic), gender (male, female), whether they took relatively long to complete the survey (yes, no), whether they took a relatively short time to complete the survey (yes, no), whether they had taken a survey on a similar product category (yes, no), geographic region indicators for the Midwest, Northeast, South, and

West, industry indicators for marketing, marketing research, healthcare, and pharmaceutical products, and whether they had previously seen news about Ricola in the past 30 days (separate indicators for yes, no, and not sure). Continuous variables included frequency of purchase of the product category, age, education level, and income.

67.     Results from the regression are as follows. Hispanic individuals were less likely to desire cough drops whose medicinal benefits came only from herbal ingredients (log-odds B= -1.32, p=.006), as were individuals who had taken a survey about over-the-counter medication in the last 30 days (log-odds B= -1.72, p=.007). None of the other demographic variables included in the logistic regression above, including purchase of the Ricola brand, were statistically significant predictors of preference for the source of the cereal bar's flavor. We then reran the above logistic regression, substituting whether or not individuals had purchased Ricola Original Herb Cough Drops in the past 12 months instead of whether they had purchased any Ricola products in that time frame. Results were similar to those found above, and purchase of Ricola Original Herb Cough Drops was not significant at the p=.05 level.

68.     This indicates that preferences for the source of medicinal benefits in cough drops are consistent across the target market in age, race, region, gender, education, gender, and frequency of purchase, as well as purchase of the product category and Defendant's product.

## VI.   STUDY METHODOLOGY

A. <u>Target Population</u>

69.     The target population for this study was adult US consumers of cough drops.

70.     We used an online mode of data collection for this research, collected via an online panel provider, Qualtrics.

71.     We used quota sampling to obtain sufficient representation of different genders

(male, female), US region (Northeast, South, Midwest, West), and age group (18-24, 25-34, 35-44, 45-54, 55-64, 65+) to adequately assess differences within these groups and make generalizations to the wider US population of consumers.

72.  It is widely accepted by survey professionals that quota sampling is necessary when using online panels to correct for overrepresentation of various gender, region, and age combinations of individuals (for instance, Baker et al. 2010).

73.  By using quota sampling, one can obtain a sample that has similar percentages to those found by the United States Census and similar "gold standard" research studies, and thus maximize the probability that one's results are unbiased on these important demographic variables.

74.  Next, we used screening questions to recruit a sample of individuals who met the following criteria: 1) over 18 years of age, 2) residing in the United States, 3) who did at least some shopping for over-the-counter medication for their household and 4) who had purchased cough drops at least once in the past 12 months for their personal use.

75.  We purposefully chose to include in our study individuals who had purchased any brand of cough drops rather than those who had only purchased Ricola cough drops, or any who were considering purchasing cough drops but had not done so in the past year.

76.  Based on our academic and professional training and experience, we believe that this is an appropriate (neither too wide nor too narrow) target population.

77.  This is because individuals who purchased any brand of cough drops in the past year may be persuaded to try a different brand or type of cough drops due to reasons including sales promotions, advertising or supply chain issues impacting product availability.

78.  Therefore, purchasers of competitors' cough drops are in the target market for the Product.

79.    Finally, past behavior is typically considered the best predictor of future behavior in social science research (e.g. Ouellette and Wood 1998). As such, we believe that targeting in our study individuals who have purchased from the product category in the past 12 months allows us to state with confidence that we are in fact gaining information from individuals in the target market for Defendant's Product.

B.    <u>Study Design and Reliability Assessment</u>

80.    We designed our survey experiment following academic and practitioner best practices (Diamond and Swann 2012, Dillman et al. 2014, Shadish et al. 2002).

81.    A survey experiment is defined as a survey study wherein is embedded an experimental component that includes randomly assigning respondents to see different versions of questionnaire items (Gaines and Kuklinski 2007).

82.    Survey studies, by nature, are designed to collect information from a representative sample of a given target population for the purpose of accurately describing that target population.[4]

83.    Experimental studies use random assignment of individuals to one of multiple conditions, including a control group, to statistically test the impact of an independent (manipulated) variable on a dependent (measured) variable.

84.    Our study follows best practices for survey research, allowing our results to be used as representative point estimates, and also includes an experimental component that tested the impact of different package labels for cough drops on consumer levels of confusion.

---

[4] A more complete seven-fold definition of a survey is as follows, per Biemer and Lyberg 2003: "1. A survey concerns a set of objects comprising a population. 2. The population under study has one or more measurable properties. 3. The goal of the project is to describe the population by one or more parameters defined in terms of the measurable properties. 4. To gain observational access to the population a frame is needed. 5. A sample of units is selected from the frame in accordance with a sampling design specifying a probability mechanism and sample size. 6. Observations are made on the sample in accordance with a measurement process. 7. Based on the measurements and estimation process is applied to compute estimates of the parameters with the purpose of making inferences from the sample to the population." (p. 4)

85.     We chose to include an experimental component in our survey because experimentation is the gold standard method for assessing causality, including for deceptive advertising cases (Diamond and Swann 2012).

86.     In this case, the experimental section of the survey tested 1) whether the presence or absence of a statement that cough drops contain "4.8mg of menthol per drop" causes a difference in consumer perceptions of the source of the cough drop's cough suppressant and oral anesthetic benefits, and 2) whether cough drops that obtain their medical benefits from menthol or with herbs were differentially desirable to consumers.

87.     We ran two experimental studies in parallel in the survey, one of which assessed consumers' perceptions of the source of the cough suppressant and oral anesthetic benefits in the cough drop, and one of which assessed consumer preferences for source of cough suppressant and oral anesthetic benefits for cough drops. We chose to run the studies in parallel to ensure that there would be no overlap in respondents across the two experiments.

88.     For the consumer perception experiment embedded in the survey, respondents were randomly assigned to one of four experimental conditions, as follows.

89.     First, to test specific levels of consumer confusion regarding the source of cough suppressant and oral anesthetic benefits in the Product, we included a condition that displayed real packaging of Ricola Original Herb Cough Drops provided by Plaintiff's Counsel.

90.     A second condition displayed modified Ricola Original Herb Cough Drops packaging that additionally stated "4.8mg of menthol per drop."

91.     The third and fourth conditions involved a fictional brand (First Choice) using the same menthol manipulation to test whether consumer perceptions were brand specific.

92.     In all four conditions, we asked respondents their perceptions regarding where they

believed the cough drop's cough suppressant and oral anesthetic benefits came from.

93.    Thus, we conducted a 2 (control, "4.8mg of menthol per drop") by 2 (Ricola, First Choice) full factorial design experiment to assess the impact of including the words "4.8mg of menthol per drop" on a package for a brand that was unknown compared to the impact for the Defendant's Product.

94.    All question wording, along with screenshots of the instrument, are shown in the section titled "Question Wording and Survey Format."

95.    The use of adapted product labels as a treatment and control condition in deception experimental studies is well established and appropriate for ascertaining the unique impact of a given brand attribute on consumer deception (Diamond and Swann 2012).

96.    In this case, our design allows us to 1) identify the level of consumer confusion present for the source of the cough drop's suppressant and oral anesthetic benefits for the Defendant's Product as it is currently labeled, 2) compare the level of consumer confusion for the Defendant's Product to that of an unknown product, and 3) test whether adding the words "4.8mg of menthol per drop" to the Defendant's Product impact the level of consumer confusion regarding the source of the cough drop's suppressant and oral anesthetic benefits.

97.    For the consumer preferences experimental portion of the survey, respondents were randomly assigned to one of two experimental conditions.

98.    In both conditions, consumers were asked to imagine that they were going to the store to purchase cough drops, and that there were two alternatives to choose from: HERBAL COUGH DROP A, and HERBAL COUGH DROP B.

99.    These cough drops were both described as cough suppressants and oral anesthetics, made with high-quality herbs, having the same price, and being identical in every way except for

19

the source of their cough suppressant and oral anesthetic benefits.

100.  Specifically, in condition 1, respondents were informed that, "HERBAL COUGH DROP A uses herbal ingredients to provide cough suppressant and oral anesthetic benefits, while HERBAL COUGH DROP B uses menthol to provide cough suppressant and oral anesthetic benefits." In condition 2, the source of medicinal benefits for HERBAL COUGH DROP A and HERBAL COUGH DROP B were switched, to ensure that no bias would occur due to order effects.

101.  In both conditions, respondents were asked to indicate whether they would purchase Herbal Cough Drop A, Herbal Cough Drop B, whether they would NOT purchase either of these options, or a "don't know" option. Anyone who indicated that they would not purchase either option or that they didn't know was removed from analysis. This experiment allowed us to test whether the source of the cough drops' cough suppressant and oral anesthetic benefits consumer preferences and purchase intentions.

102.  It is well known that respondents to surveys and experimental research often try to be helpful by giving researchers the answers they are looking for (Schwarz and Sudman 1996; Sudman 1995). It is therefore important to disguise the objectives of a survey or experiment to prevent bias. In this study, we included three questions presented before the experiment as a distractor task. These questions (detailed in the Question Wording section) asked the respondents to give their opinions on a new (fictional) flavor of First Choice brand Acai Berry Cough Drops. These questions were similar to those asked in new product development surveys that are commonly asked to online panels of consumers. By using this set of distractor questions, we believe we greatly reduced the likelihood that respondents would assume that the survey was conducted for litigation purposes.

103.  We chose to use the First Choice Cough Drops context to make the experiment seem relevant and related to the previous component of the instrument. We do not believe that answering questions about a new potential flavor of cough drops would in any way influence a respondent's answer regarding their perceptions of the source of medicinal benefits in a cough drop, or their preferences for one source of benefits over another.

104.  We then conducted a 30-person pretest of the experiment to ensure that it was technically coded and formatted correctly. We worked closely with the panel provider Qualtrics, who under our direct supervision programmed the survey to ensure that screening questions and quotas would be implemented correctly. Qualtrics is one of the leading research platforms used by academics for survey and experimental research, with extremely high quality and reliability, flexibility in design options, and control over the research process. The pretest used the same criteria and design as the main survey data collection. Data were collected for the pretest and reviewed, resulting in confirmation that the experiment was indeed programmed correctly. No changes were made to the survey experiment as a result of the pretest.

C.  Data Collection

105.  The survey was fielded from February 28, 2023 through March 17, 2023.

106.  In total, 6754 individuals began the survey.

107.  Of these, 1751 were screened out as not being in the target population, 763 failed to pass quality check questions in the survey, and 251 were identified as low quality respondents or bots and removed by Qualtrics' quality assurance team.

108.  In addition, 3186 individuals were screened out for entering the survey after relevant quotas were filled and 190 failed to fully complete the questionnaire.

109.  After screening out ineligible respondents and incomplete responses, a total of 613

good quality responses remained to be used in analysis.

110.  Since this survey used nonprobability quota sampling methods, we could not calculate a response rate. (Response rate calculations require the knowledge of the probability of selection for each individual in a previously determined sampling frame; see the AAPOR Task Force Report on Data Quality Metrics for Online Samples 2022[5]). Similarly, we could not calculate a participation rate (the equivalent of a response rate for a nonprobability survey) since it requires knowledge of the number of eligible individuals in the sampling frame. This information does not exist since the survey was made available via a survey dashboard to an unspecified large number of panel participants.

111.  However, this information is not needed for our analysis or particularly important, as response rates or participation rates for nonprobability Internet panel research are not useful measures of nonresponse error and are rather indicators of panel efficiency (AAPOR Standard Definitions). [6]

## VII.  QUESTION WORDING AND SURVEY FORMAT

112.  We followed standard methodological procedure (Bradburn et al. 2004, Diamond and Swann 2012, Dillman et al. 2014, Schuman and Presser 1996, Tourangeau et al. 2000) to design the order, wording, and response options for our survey questions. We carefully considered question and response wording and formatting to ensure objectivity and avoid bias. A discussion of our methods for each question in the instrument follows.

A.  Introduction

113.  We began the survey with an introduction. Following best practices (Bradburn,

---

[5] AAPOR Task Force Report on Data Quality Metrics for Online Samples
[6] AAPOR Standard Definitions

Sudman, & Wansink 2004; Dillman et al. 2014; Tourangeau et al. 2000), the introduction stated the topic of the study, length, sensitivity of the subject matter, and anonymity of respondents. Respondents were told that the study was conducting consumer research about various topics, an accurate statement that would also discourage perceptions that the research was for litigative purposes. Following Diamond (2011), the study was double-blind in that neither the respondents nor the panel provider knew the sponsor of the study, to prevent respondents from presenting opinions that they believed the researchers wanted.

114. The introduction was worded as follows: "Hello! We are conducting consumer research about various topics. This survey should take between 10-12 minutes and will not ask any sensitive questions. There are no right or wrong answers and we appreciate your honest opinions. This survey is completely anonymous. Thank you in advance for your help with our research!"

> Hello! We are conducting consumer research about various topics. This survey should take between 10-12 minutes and will not ask any sensitive questions. There are no right or wrong answers and we appreciate your honest opinions. This survey is completely anonymous. Thank you in advance for your help with our research!

B. Screening Questions

115. Next, a battery of screening questions was used to ensure that only respondents who were in the target population took the survey. First, we asked respondents how old they were, with categories of Under 18 (screened out), 18-24, 25-34, 35-44, 45-54, 55-64, and 65+, as shown below.



116.  We then asked respondents their gender, and screened out non-binary individuals and those who preferred not to reveal their gender.



117.  We next asked respondents how they would describe their race and ethnicity through a series of two questions. The first asked if they considered themselves to be Hispanic, and the other asked them to describe their race using the categories used in the US Census.



How would you describe your race? Please select all that apply.

White

Black or African American

American Indian or Alaska Native

Asian

Native Hawaiian or other Pacific Islander

Other (specify):

118.   We then asked respondents, "In which state or U.S. territory do you live?" with a dropdown menu giving all 50 states, Washington D.C., Puerto Rico, and "I do not reside in the United States" as options. Quota sampling was used to ensure that we obtained sufficient responses from the Midwest, Northeast, South, and Western regions of the US.



In which state or U.S. territory do you live?

119.   We next asked respondents what topics they had taken a survey on in the last 30 days to ensure that individuals who might have taken a survey on a similar topic (over the counter medication) were not different in their perceptions of or preferences for the source of medicinal benefits for cough drops.

In the last 30 days, have you taken a survey about any of the following topics? Please select all that apply.



120. Next, we asked respondents if they or anyone in their family worked for specific industries to test whether respondents who worked in a given industry were different from others in their perceptions regarding cough drops' medicinal benefits source.

Do you or anyone in your family work in the following industries? Please select all that apply.



121.  We then asked respondents to indicate how much of their household's shopping for over-the-counter medication they engaged in. Individuals who indicated that they did not do any of their household's shopping for this product category, or that their household does not use over-the-counter medication, were screened out of the survey as not falling into the target population for Defendant's Products.

Which of the following best describes your role when it comes to buying over-the-counter medication (including cold, allergy, cough medicine; cough drops; nasal products; sleeping remedies; etc.) for your household?

I do all of the shopping for over-the-counter medication in my household

I do most of the shopping for over-the-counter medication in my household

I do some, but not most, of the shopping for over-the-counter medication in my household

Someone else does all of the shopping for over-the-counter medication in my household

N/A: My household does not use over-the-counter medication

122.   Next, we asked respondents to indicate which types of over-the-counter medication they had purchased for their own personal use in the last 12 months. Six types of medications were included to prevent respondents from guessing that the study was about the product category of cough drops. Only individuals who indicated that they had purchased "Cough drops" in the last 12 months were permitted to continue the study; all others were screened out as not being in the target population for the study.



123. Next, we assessed the frequency of purchase of cough drops for respondents. This control variable allowed us to assess whether purchase frequency of the product category was associated with different preferences and perceptions regarding cough drops.

How often do you typically purchase cough drops for your own personal use?

Once a week or more

About two to three times a month

About once a month

A few times a year

About once a year

Less often than once a year

C. <u>Distractor Task</u>

124. The next three questions were designed to distract the respondent from the real

purpose of the study. Distractor tasks are commonly used in experimental research to ensure that respondents give unbiased answers to the experimental questions (Allen 2017). In this study, we told respondents, "Now we're going to ask you some questions about a new cough drop product. This product is not yet for sale. We would appreciate hearing your honest thoughts about this potential product. There are no right or wrong answers, and we thank you in advance for your opinions." This opening statement is similar to those found in new product development studies, and was intended to persuade respondents that the purpose of this study was to research consumer perceptions about a new product, rather than for purposes of litigation.

125.   The next questions were as follows: "Please imagine that while you were shopping for cough drops, you came across a new brand of cough drops: <u>First Choice Acai Berry Cough Drops</u>. The back of the package states, 'Provides soothing throat relief and the flavor of the acai berry superfruit.' How likely or unlikely would you be to purchase this product?" The fictional product description in this scenario was adapted from language used by different providers of cough drops on their product packaging.

> Now we're going to ask you some questions about a new cough drop product. This product is not yet for sale. We would appreciate hearing your honest thoughts about this potential product. There are no right or wrong answers, and we thank you in advance for your opinions.
>
> Please imagine that while you were shopping for cough drops, you came across a new brand of cough drops: <u>First Choice Acai Berry Cough Drops</u>. The back of the package states,
>
> "Provides soothing throat relief and the flavor of the acai berry superfruit."
>
> How likely or unlikely would you be to purchase this product?

| Would definitely purchase |
| Would probably purchase |
| Might or might not purchase |
| Would probably not purchase |
| Would definitely not purchase |

126. We also asked about consumers' perceptions of acai berry flavored products. The results of these questions were not important to the study and were not considered in the analysis, as their purpose was simply to disguise the true objectives of the survey experiment.

In general, how much do you like or dislike acai berry flavored products?

| Like a great deal |
| Like somewhat |
| Neither like nor dislike |
| Dislike somewhat |
| Dislike a great deal |
| Don't know |

Please indicate how much you agree or disagree with the following statements.

| | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Acai berry cough drops provide more benefits than other cough drops | ○ | ○ | ○ | ○ | ○ |
| Acai berry products are of higher quality than other products | ○ | ○ | ○ | ○ | ○ |
| Acai berry products are too expensive | ○ | ○ | ○ | ○ | ○ |

D.  Experiment 1:  Consumer Confusion – Benefit Perceptions

127.   Consumers were next randomly assigned to view one of six scenarios (experimental conditions: four for Experiment 1: Benefit Perceptions, two for Experiment 2: Benefit Preference, as the four experiments were run in parallel). The first and second conditions in Experiment 1 specifically tested different product labeling for Ricola Original Herb Cough Drops. Images for the Condition 1 manipulation were provided by counsel as representing Defendant's Product packaging.

128.   Condition 1 used the original Ricola label to assess consumer perceptions of the source of the cough suppressant and oral anesthetic benefits in the Defendant's Product. Specifically, respondents were asked to imagine that they were shopping for cough drop and saw the following product on the shelf. They were asked to examine the product label, then to "indicate what you believe the product label is communicating about the source of the cough suppressant and oral anesthetic benefits offered by the cough drop. Specifically, please think about what the use of the statement, 'ORIGINAL HERB COUGH DROPS' means with regard to the source of

the cough drop's suppressant and oral anesthetic benefits. Based on the product label, please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from."

129. Respondents were given the closed-ended answer options of, "The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS ONLY," "The cough drop's cough suppressant and oral anesthetic benefits come from MENTHOL ONLY," "The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS AND MENTHOL," "The cough drop's cough suppressant and oral anesthetic benefits come from NON-HERBAL INGREDIENTS OTHER THAN MENTHOL," "The product label does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits," and "None of the above."

130. The first five options (besides "None of the above") were presented in random order to prevent any bias occurring from order effects.

131. We chose to use a closed-ended rather than an open-ended question format based on the psychology of how individuals respond to questionnaire-based research (Bradburn et al. 2004, Tourangeau et al. 2000, Dillman et al. 2014). Closed-ended questions are those that articulate all possible choices that respondents can choose from. Open-ended questions do not have specified answer choices, instead leaving a space for respondents to write an answer in their own words. Closed-ended questions are less cognitively burdensome than are open-ended questions and thus easier for respondents to answer accurately. Since respondents vary in their levels of interest in the survey, literacy, and ability to put their thoughts into words, they will also vary in their ability to give complete, accurate, and valid answers to an open-ended question.

132. Closed-ended questions are therefore more accurate, reliable, and valid if they are

created to have mutually exclusive and exhaustive options that are non-biasing. Mutually exclusive options means that answer categories do not overlap (only one answer can be logically chosen, e.g. "X" and "Not X" are mutually exclusive). Exhaustive options are ones that cover all possibilities of responses a respondent might give, so that respondents can accurately choose a statement that describes their view (typically done by including an "other" or "None of these" option).

133.  For our analysis, we have been asked to assume that the Defendant's Product uses menthol as the source of the cough suppressant and oral anesthetic benefits in the cough drops. Consequently, if consumers perceive that the Product's cough suppressant and oral anesthetic benefits come from herbal ingredients only, it indicates consumer confusion that may be associated with the product labeling. It is important to measure confusion in an unbiased fashion. We therefore included four possible ingredient combinations (herbal ingredients only, menthol only, herbal ingredients and menthol, non-herbal ingredients other than menthol) as well as an option indicating that the product label does not communicate anything about the source of these benefits, as well as a "none of the above" option, to ensure that respondents who have inaccurate beliefs about the source of the cough drop's medicinal benefits but do not believe that the cough drops' benefits come from herbal ingredients only were able to express their beliefs. Including both an option indicating that the product label does not communicate anything about the source of benefits and a "none of above" option also ensures that our answer categories were exhaustive.

134.  In our analysis, we examine the proportion of individuals who believe the Product's cough suppressant and oral anesthetic benefits come from herbal ingredients only compared to all others who answered the question. This allows us to separate the percentage of respondents who were confused in a way that is potentially indicative of label confusion from those who were not.

Due to the numerous options present for respondents to select, we are confident that our response options provide an unbiased and meaningful measure of consumer confusion.

Now please imagine that you are shopping for **cough drops** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about the source of the cough suppressant and oral anesthetic benefits offered by the cough drop. Specifically, please think about what the use of the statement, "ORIGINAL HERB COUGH DROPS" means with regard to the source of the cough drop's suppressant and oral anesthetic benefits.

Based on the product label, please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from.

| The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS ONLY |
| --- |
| The cough drop's cough suppressant and oral anesthetic benefits come from MENTHOL ONLY |
| The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS AND MENTHOL |
| The cough drop's cough suppressant and oral anesthetic benefits come from NON-HERBAL INGREDIENTS OTHER THAN MENTHOL |
| The product label does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits |
| None of the above |

135.  In addition, we do not simply report levels of confusion in one condition, but test whether this amount of confusion differs for Ricola versus a fictional brand, and for the original label versus an edited one where the words "4.8mg of menthol per drop" are present. In Condition 2, we modified the Product's label via digital graphical editing software to include the words "4.8mg of menthol per drop" directly below the product name "Original Herb Cough Drops." This type of editing for comparison of product labels with and without a given feature is best practices for experiments of this type.[7]

136.  By comparing the percentage of individuals who believe that the source of the cough drop's cough suppressant and oral anesthetic benefits is only herbal ingredients for Condition 1 versus Condition 2, we can statistically assess the importance of including versus excluding the

---

[7] Per Diamond and Swann (2012), best practices for a control cell to test false advertising are as follows: "In the test cell, the respondents see the advertising as it exists. In the control cell(s), the respondents are shown either a modified version of the original advertisement or, in some cases, another real advertisement. Where modified ads are shown, they are typically designed to directly refute the claimed false inference. For example, a disclaimer that appears less than prominently in the original ad may be modified to make the disclaimer much more prominent in the control cell ad...In a survey the modified advertisement is used only to estimate the survey artifacts, and the difference between the defendant's advertisement and a modified advertisement can be a reliable "net of noise" predictor of real-world perceptions." (p. 228)

words "4.8mg of menthol per drop" on the Product label.

Now please imagine that you are shopping for **cough drops** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about the source of the cough suppressant and oral anesthetic benefits offered by the cough drop. Specifically, please think about what the use of the statement, "ORIGINAL HERB COUGH DROPS, 4.8 mg of menthol per drop" means with regard to the source of the cough drop's suppressant and oral anesthetic benefits.

Based on the product label, please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from.

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from MENTHOL ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS AND MENTHOL

The cough drop's cough suppressant and oral anesthetic benefits come from NON-HERBAL INGREDIENTS OTHER THAN MENTHOL

The product label does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits

None of the above

137.   We next broaden our experiment to test whether the Product has different or similar levels of confusion to a fake brand. This allows us to test whether there is a unique brand effect for Ricola products. As such, Condition 3 is the same as Condition 1, but uses the fictitious "First Choice" brand and image. Since this brand does not exist, consumers will have no brand knowledge of where the cough drops' medicinal benefits come from, and thus it is useful to establish a baseline for the amount of confusion to be expected when a brand uses this wording on a product label to describe its cough drops.

Now please imagine that you are shopping for **cough drops** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about the source of the cough suppressant and oral anesthetic benefits offered by the cough drop. Specifically, please think about what the use of the statement, "ORIGINAL HERB COUGH DROPS" means with regard to the source of the cough drop's suppressant and oral anesthetic benefits.

Based on the product label, please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from.

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from MENTHOL ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS AND MENTHOL

The cough drop's cough suppressant and oral anesthetic benefits come from NON-HERBAL INGREDIENTS OTHER THAN MENTHOL

The product label does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits

None of the above

138.   Similarly, Condition 4 is identical to Condition 2, except using the fictional "First Choice" brand and image, as shown below.

Now please imagine that you are shopping for **cough drops** and see the following product on the shelf. Please take a moment to examine the following product label.



Based on the product label that you just saw, please indicate what you believe the product label is communicating about the source of the cough suppressant and oral anesthetic benefits offered by the cough drop. Specifically, please think about what the use of the statement, "ORIGINAL HERB COUGH DROPS, 4.8 mg of menthol per drop" means with regard to the source of the cough drop's suppressant and oral anesthetic benefits.

Based on the product label, please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from.

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from MENTHOL ONLY

The cough drop's cough suppressant and oral anesthetic benefits come from HERBAL INGREDIENTS AND MENTHOL

The cough drop's cough suppressant and oral anesthetic benefits come from NON-HERBAL INGREDIENTS OTHER THAN MENTHOL

The product label does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits

None of the above

E.   Experiment 2:  Benefit Preference

139.   In our second experiment, we assessed the extent to which consumers preferred to purchase cough drops where the cough suppressant and oral anesthetic benefits came from herbal ingredients versus from menthol. This experiment had two conditions. In both conditions, consumers were given the following instructions: "Now please imagine that you are going to the store to purchase cough drops. You enter the store where you typically purchase cough drops and see two types of cough drops for sale. Please imagine that they are called HERBAL COUGH DROP A and HERBAL COUGH DROP B. They are both cough suppressants and oral anesthetics, and both are made with high-quality herbs including peppermint, sage, and thyme, as well as other herbs. They both state that they are "great tasting" and offer "effective relief." These are the only types of cough drops for sale, and you do not have time to go to a different store.  Please imagine that HERBAL COUGH DROP A and HERBAL COUGH DROP B are the same price and are identical in every way except for one aspect."

140.   In Condition 1 of this experiment, respondents were told, "Specifically, HERBAL

COUGH DROP A uses herbal ingredients to provide cough suppressant and oral anesthetic benefits, while HERBAL COUGH DROP B uses menthol to provide cough suppressant and oral anesthetic benefits. Assuming that these were the only two options of cough drops available, would you prefer to purchase HERBAL COUGH DROP A, HERBAL COUGH DROP B, or would you not purchase either of them?"

141. In Condition 2, these flavor options were reversed, as follows: "Specifically, HERBAL COUGH DROP A uses menthol to provide cough suppressant and oral anesthetic benefits, while HERBAL COUGH DROP B uses herbal ingredients to provide cough suppressant and oral anesthetic benefits. Assuming that these were the only two options of cough drops available, would you prefer to purchase HERBAL COUGH DROP A, HERBAL COUGH DROP B, or would you not purchase either of them?"

142. By randomizing the order in which respondents were exposed to the different medicinal benefit sources, and whether they were matched with the "A" or "B" brand, we remove the possibility of bias due to order effects.

143. In each of these two conditions, respondents were shown a table with relevant characteristics of the product packages in question, including product name, herbal ingredients, price, count, benefit (cough suppressant, oral anesthetic), and source of medical benefits (menthol (4.8mg per drop), herbs). The product name, herbal ingredients, price, count, and benefits were copied from an online retailer for Ricola Original Herb Cough Drops to ensure external validity of the experiment. For answer choices, respondents were able to select that they "Would purchase Herbal Cough Drop A," "Would purchase Herbal Cough Drop B," "Would NOT purchase either of these options," or "Don't know." We included both a "would not purchase" and a "don't know" option in order to not artificially inflate the number of people selecting that they would purchase

cough drops with one source of medicinal benefits over another.

144.  Conditions 1 and 2 for Experiment 2 are shown below in order.

Now please imagine that you are going to the store to purchase cough drops. You enter the store where you typically purchase cough drops and see two types of cough drops for sale. Please imagine they are called HERBAL COUGH DROP A and HERBAL COUGH DROP B. They are both cough suppressants and oral anesthetics, and both are made with high-quality herbs including peppermint, sage, and thyme, as well as other herbs. They both state that they are "great tasting" and offer "effective relief." These are the only types of cough drops for sale, and you do not have time to go to a different store.

Please imagine that HERBAL COUGH DROP A and HERBAL COUGH DROP B are the same price and are identical in every way except for one aspect. Specifically, HERBAL COUGH DROP A uses herbal ingredients to provide cough suppressant and oral anesthetic benefits, while HERBAL COUGH DROP B uses menthol to provide cough suppressant and oral anesthetic benefits. Assuming that these were the only two options of cough drops available, would you prefer to purchase HERBAL COUGH DROP A, HERBAL COUGH DROP B, or would you not purchase either of them?

|  | Herbal Cough Drop A | Herbal Cough Drop B |
|---|---|---|
| Product | Herbal Cough Drop | Herbal Cough Drop |
| Herbal Ingredients | Peppermint, Elder, Wild Thyme, Horehound, Hyssop, Mallow, Thyme, Lemon Balm, Linden Flower, Sage | Peppermint, Elder, Wild Thyme, Horehound, Hyssop, Mallow, Thyme, Lemon Balm, Linden Flower, Sage |
| Price | $2.49 | $2.49 |
| Count | 21 wrapped drops | 21 wrapped drops |
| Benefit | Cough suppressant, oral anesthetic | Cough suppressant, oral anesthetic |
| Source of medicinal benefits | Herbs | Menthol (4.8 mg per drop) |

Would purchase Herbal Cough Drop A

Would purchase Herbal Cough Drop B

Would NOT purchase either of these options

Don't know

Now please imagine that you are going to the store to purchase cough drops. You enter the store where you typically purchase cough drops and see two types of cough drops for sale. Please imagine they are called HERBAL COUGH DROP A and HERBAL COUGH DROP B. They are both cough suppressants and oral anesthetics, and both are made with high-quality herbs including peppermint, sage, and thyme, as well as other herbs. They both state that they are "great tasting" and offer "effective relief." These are the only types of cough drops for sale, and you do not have time to go to a different store.

Please imagine that HERBAL COUGH DROP A and HERBAL COUGH DROP B are the same price and are identical in every way except for one aspect. Specifically, HERBAL COUGH DROP A uses menthol to provide cough suppressant and oral anesthetic benefits, while HERBAL COUGH DROP B uses herbal ingredients to provide cough suppressant and oral anesthetic benefits. Assuming that these were the only two options of cough drops available, would you prefer to purchase HERBAL COUGH DROP A, HERBAL COUGH DROP B, or would you not purchase either of them?

|  | Herbal Cough Drop A | Herbal Cough Drop B |
|---|---|---|
| Product | Herbal Cough Drop | Herbal Cough Drop |
| Herbal Ingredients | Peppermint, Elder, Wild Thyme, Horehound, Hyssop, Mallow, Thyme, Lemon Balm, Linden Flower, Sage | Peppermint, Elder, Wild Thyme, Horehound, Hyssop, Mallow, Thyme, Lemon Balm, Linden Flower, Sage |
| Price | $2.49 | $2.49 |
| Count | 21 wrapped drops | 21 wrapped drops |
| Benefit | Cough suppressant, oral anesthetic | Cough suppressant, oral anesthetic |
| Source of medicinal benefits | Menthol (4.8 mg per drop) | Herbs |

Would purchase Herbal Cough Drop A

Would purchase Herbal Cough Drop B

Would NOT purchase either of these options

Don't know

F.   Demographics

145.   After responding to the experimental portion of the survey above, respondents were asked additional demographic questions. First, they were asked which brands of cough drops they had purchased in the last 12 months for their own, personal consumption. This question was asked

45

to establish product category familiarity, as well as brand-specific familiarity. We were therefore able to test whether the answers to the experimental manipulations were different for individuals who were purchasers versus non-purchasers of the Ricola brand.

146.   The order of the brands listed before the "Other Brand" section was randomized to prevent any bias due to order effects. (For instance, Ricola products could appear first, second, third, etc. in the list). The "Store Brand" and "Other Brand" options were always displayed last, after the randomized other elements in the list. The list of products was compiled through market research on nationally known brands of cough drops sold in major retailers.

What brands of cough drops have you purchased in the past 12 months for your own, personal use? Please select all that apply.

| Ricola |
| Halls |
| Luden's |
| Vick's Vapocool |
| Mucinex |
| Wedderspoon |
| Beekeeper's Naturals |



147.   Next, respondents who indicated that they had purchased Ricola brand cough drops in the past 12 months were asked what flavors of Ricola cough drops they had purchased in the past 12 months for their own, personal use. Flavors were randomized in order to prevent bias due to order effects. We were therefore able to test whether the answers to the experimental manipulations were different for individuals who were purchasers versus non-purchasers of Defendant's Product.



148.  Next, respondents were asked to report their education level, as this was used as a control variable in our analysis.



149.  Next, we asked respondents to report their household income, as follows. This was used as a control variable in our analysis.



150.  We then asked respondents whether or not they had read, seen, or heard any news regarding the Ricola brand or Ricola, USA in the last 30 days. This variable was used as a control, to assess whether awareness of the lawsuit or other news about Ricola impacted respondents' answers to the survey experiment.

Outside of this survey, have you read, seen, or heard any news regarding Ricola or Ricola, USA in the last 30 days?

| Yes |
|---|
| No |
| Don't know |

151.  Finally, respondents were allowed to write comments or questions in an open-ended comment box. This allowed respondents to comment on the experiment or identify for the researchers if any problems or issues had occurred during the survey.

If you have any other comments or questions about this survey, please enter them here.

## VIII. ASSESSMENT OF DATA QUALITY

152.  On average, respondents took 412.61 seconds (6.9 minutes) to complete the survey. This is not unduly long or burdensome for online surveys (Dillman et al. 2014). Indeed, respondents who volunteered feedback were largely positive about the survey, with exemplars stating "great survey," "it was fast and easy," and that "everything was good." As such, we do not believe that there are significant issues of data quality due to respondent fatigue or disinterest.

153.  Typically, people who "speed" through a survey (take a very short amount of time to complete the survey) are at risk of giving poorer responses than those who do not (Zhang and Conrad 2014). Because of this, we calculated a binary variable indicating whether individuals were at less than the 10th percentile of duration (179 seconds) and included it in our multivariate analysis presented above. As such, we control for the presence of "speeders" in our multivariate analysis

and can be confident that our conclusions regarding statistical significance are not adversely impacted by this variable.

154.  Tables of descriptive statistics for survey respondents are as follows. As shown, we obtained a sizable number of respondents for each major demographic group to allow statistical testing to occur, though some smaller demographic groups were under-represented.

155.  To account for potential differences in perceptions of our focal variables, we included the demographic variables below in our analysis. We conducted multivariate testing to control for any additive impact of the below demographic variables on consumers' perceptions of the source of the medicinal benefits of the cough drops.

| Gender | | |
|---|---|---|
| | Frequency | Percent |
| Male | 295 | 48.1% |
| Female | 318 | 51.9% |
| Total | 613 | 100% |

| Age | | |
|---|---|---|
| | Frequency | Percent |
| 18-24 | 71 | 11.6% |
| 25-34 | 114 | 18.6% |
| 35-44 | 121 | 19.7% |
| 45-54 | 76 | 12.4% |
| 55-64 | 110 | 17.9% |
| 65+ | 121 | 19.7% |
| Total | 613 | 100% |

| Hispanic | | |
|---|---|---|
| | Frequency | Percent |
| Non-Hispanic | 504 | 82.2% |
| Hispanic | 109 | 17.8% |
| Total | 613 | 100% |

| Race | | |
|---|---|---|
| | Frequency | Percent |
| White | 461 | 75.2% |
| Black | 80 | 13.1% |
| American Indian | 16 | 2.6% |
| Asian | 35 | 5.7% |
| Pacific Islander | 2 | .3% |
| Other | 31 | 5.1% |

| Region | | |
|---|---|---|
| | Frequency | Percent |
| Midwest | 126 | 20.6% |
| Northeast | 105 | 17.1% |
| South | 234 | 38.2% |
| West | 148 | 24.1% |
| Total | 613 | 100.0 |

| Frequency of Purchase of Cough Drops | | |
|---|---|---|
| | Frequency | Percent |
| Less often than once a year | 19 | 3.1% |
| About once a year | 73 | 11.9% |
| A few times a year | 287 | 46.8% |
| About once a month | 117 | 19.1% |
| About two to three times a month | 79 | 12.9% |
| Once a week or more | 38 | 6.2% |
| Total | 613 | 100% |

| Purchased Ricola Products? | | |
|---|---|---|
| | Frequency | Percent |
| Had not purchased any Ricola product in past 12 months | 326 | 53.2% |
| Had purchased at least one Ricola product in past 12 months | 287 | 46.8% |
| Total | 613 | 100.0% |

| Purchased Ricola Original Herb Cough Drops? | | |
|---|---|---|
| | Frequency | Percent |
| Had not purchased in past 12 months | 555 | 90.5% |
| Had purchased in past 12 months | 58 | 9.5% |
| Total | 613 | 100.0% |

## IX.   CONCLUSIONS DRAWN

156.  Using our professional and academic experience and training, we designed and conducted a valid and reliable survey experiment that tested the perceived source of the cough suppressant and oral anesthetic benefits of Ricola Original Herb Cough Drops according to consumers, and the importance of the sources of these medical benefits to their choice preferences.

157.  We followed best practices and academic guidelines to minimize Total Survey Error (Groves 2005) in the creation and fielding of this survey, and conducted pretests to ensure that it

was understood by the target market and able to be completed accurately.

158.  The sample was selected according to rigorous standards and quotas to enable statistical assessment within demographic groups as well as testing of any differences between them. We cleaned, coded, and analyzed the data based on our training, experience, and best practices.

159.  We therefore believe that the survey presented above provides a valid and reliable estimate of the perceptions of purchasers of cough drops with regard to: (1) the source of the cough suppressant and oral anesthetic benefits for Ricola Original Herb Cough Drops, and (2) preferences for cough drops which derive the medicinal benefit from only herbal ingredients compared to menthol.

160.  Overall, the survey indicates that over forty percent of the target market for Ricola Original Herb cough drops believes that the medical benefit of these cough drops came from herbal ingredients only.

161.  More than fifty percent of consumers who have previously purchased Ricola Products believe that the product's health benefits came only from herbal ingredients. These results held for consumers who had previously purchased Ricola Original Herb cough drops specifically, and consumers who have not purchased these particular cough drops.

162.  When shown an edited version of the label that included the statement, "4.8mg of menthol per drop," the percent of customers who believed that the product's health benefits came only from herbal ingredients was significantly reduced ($p<.05$). Specifically, less than 10% of the overall target market or past users of the Product believed that the medicinal benefit of the Product came only from herbal ingredients when this label was present. The effect of this edited label was similar both for the Ricola brand and for a fictional brand.

163.  Finally, we found that a majority of consumers overall and past purchasers of Ricola products would rather purchase cough drops whose medicinal benefits came from herbal ingredients only compared to from menthol.

164.  Based on the results of this study, we conclude that the source of cough suppressant and oral anesthetic benefits in cough drops matters to a sizable proportion of the target market for the Product, and that there was significant confusion with regard to the source of the Product's cough suppressant and oral anesthetic benefits for its target market, including past purchasers.

## X.    PROPOSED METHODS FOR PRICE PREMIUM STUDIES

165.  A reasonable next step for research would be to measure the amount that consumers would be willing to pay for cough drops that they believed obtained their cough suppressant and oral anesthetic benefits from herbal ingredients only, compared to those who obtained these benefits through menthol.

166.  In marketing research, this is commonly assessed through conjoint analysis (Green and Srinivasan 1990).

167.  In econometric analysis, this is commonly assessed through hedonic analysis of actual pricing data. In this section, we lay out proposed methods we would follow in performing both of these types of studies and analysis.

### A.  Overview of Conjoint Analysis

168.  Conjoint analysis is a standard practice in marketing research for identifying the unique impact of one product factor, such as size, price, color, or other attribute of a product, on willingness to purchase this item.

169.  In a conjoint analysis, survey methodology is used to select respondents who are in the target market for a given product and who are therefore assumed to be familiar with the various

attributes that products in the product category may have, such as brand name, price, color, size, style, material, and so forth. Individuals are then presented with numerous tasks where they are asked to choose between a small number (typically 3-4) of hypothetical products and indicate which they would purchase, or whether they would not purchase any of these products.

170.   In a choice task, each hypothetical product has a list of "**attributes**" (e.g. size) that have a given "**level**" (e.g. small, medium, large). All hypothetical products in a given choice task have the same attributes, but the levels of these attributes differ. For instance, a roasted almonds company might show respondents products with different hypothetical flavor, color, size, and price variations. Flavor, color, size, and price are the attributes of this study, while "6 oz" and "4 oz" might be the levels of the attribute "size."

171.   A consumer might first be asked to choose between, for instance, Product 1: Sweet Cinnamon flavor, yellow color, 6 oz, $4.99; Product 2: Sweet Cinnamon flavor, red color, 4 oz, $3.99; or Product 3: Smoked flavor, red color, 6 oz, $4.99. Next, that same customer might be asked to choose between Product 1, Product, 2, and Product 4: Smoked flavor, yellow color, 4 oz, $3.99. This choice-based data collection allows researchers to isolate and measure the specific utility to consumers of each given attribute level of a hypothetical product, such as "red color" and "6 oz size." For instance, appropriate statistical analysis and use of a market simulator might reveal that there is a $.10 price premium associated with yellow product label coloring, but a $.25 price premium associated with red product label coloring.

172.   Because it would be cognitively burdensome for consumers to choose between every combination of each attribute level that is being tested in a new hypothetical product, conjoint analysis uses statistical processes to select smaller combinations of product attribute levels that still allow for statistical analysis of the value of each attribute level to be made. The process of

choice-based conjoint analysis thus creates a large dataset of multiple choice preferences for many potential consumers that collectively generates thousands of datapoints.

173.   To statistically identify how much consumers are willing to pay for each given component of a product's makeup, we would use hierarchical Bayes regression analysis (Raudenbush & Bryk 2002) or similar appropriate statistical methodology to assess consumers' preferences for different attribute levels of a product. We would additionally use a market simulator that models consumer choice at different price points to identify the predicted price premium associated with specific product attribute levels.

174.   If requested, we would conduct market research on current product attribute levels for Defendant's Product, then create, pretest, have fielded, analyze, and create a report on the results of a conjoint analysis to determine any market price premium associated with cough drops obtaining their medical benefits from only herbal ingredients compared to menthol or any other ingredients as requested.

B.   Proposed Steps for Conducting the Conjoint Analysis Survey

175.   If requested to do so, we will design and create a price premium survey following best practices for survey methodology as laid out in Biemer & Lyberg (2003), Diamond and Swann (2012), Dillman et al. (2014), Tourangeau et al. (2000), and Groves (2005). We will also follow best practices for general conjoint analysis as laid out in Green and Srinivasan (1990) and more specific best practices for the conjoint analysis software being used (Sawtooth Software) (Orme 2002, 2010; Orme and Chrzan 2017; Sawtooth Software Technical Paper Series 2009).

176.   If we conducted this survey, we would first identify the target population. We expect that the target population for this study would be defined as US adult (age 18+) consumers who had previously purchased Defendant's Products in the past 12 months for personal consumption.

This would be an appropriate conservative choice of target population, as it would limit respondents to those with actual practice in choosing the Defendant's Product compared to its competitors in the marketplace. Before creating the survey, we would determine if adjustments to this target population definition were warranted based on changing conditions or additional information.

177.  Second, we would create a screening survey using Qualtrics to ensure that only members of the identified target population above took the survey. Screening criteria would involve being at least 18 years of age, residing in the US, having purchased Defendant's Products in the past 12 months, and selecting a gender of either male or female. We would also employ quota sampling based on gender, race and ethnicity, and age to gather sufficient numbers of individuals in each category to be able to statistically identify any impact of these demographic variables on our outcomes, and to be able to statistically extrapolate from the sample results to the wider population.

178.  A further component of this screening survey will include a distractor task to hide the true purpose of the survey from respondents. As in the consumer survey described earlier in this report, consumers will be asked questions about their perceptions of a fictional cough drop ("First Choice Acai Berry Cough Drops") and how this product might be used if brought to market. These questions will be similar to those that customers would see in a real new product development study and should thus serve to disguise the purpose of the study.

179.  Third, we would use Sawtooth Software to create the conjoint analysis component of the survey. Sawtooth Software is the market leader for conducting professional, high quality conjoint analysis and has an advanced platform that allows researchers to tailor and design the conjoint analysis to fit the needs of their project. Using this software, we would design a set of

simulated products. In doing so, we would create an optimum number of simulated products that would both not place an excessive cognitive burden on respondents and also gather a large enough dataset of respondent choices for analysis. We anticipate showing respondents three hypothetical products in each choice task (rather than four) and asking respondents to complete approximately 12 choice tasks (rather than up to 20, as is sometimes done in conjoint analysis) to help prevent extreme cognitive burden.

180.  We would identify relevant product attributes and levels thereof for the hypothetical products by conducting market research of the product category to establish external validity of the simulated products.  Currently, we anticipate using the following attributes and levels, though this could be fine-tuned based on cognitive interviews, changing market conditions, or additional information: Brand (Ricola, First Choice), Price (varied in statistically appropriate increments based on current market prices), Count (held constant, e.g. 21 wrapped drops), and Source of medicinal benefits (Herbs, Menthol).

181.  Fourth, we would conduct at least five cognitive interviews using the survey instrument to identify any areas of confusion for respondents. Cognitive interviews would take place by having interviewees each read aloud the instructions and then discuss their thought process regarding how they are answering the questions for the survey and each choice task for the conjoint analysis. Based on the results of the cognitive interviews, the survey wording and instructions might be modified to decrease the likelihood of measurement error.

182.  Fifth, we would pretest the survey with approximately fifty respondents. This would allow us to identify any potential problems with the technical survey coding or other mechanical errors.

183.  Sixth, after addressing any issues identified in the pretest, we would field the survey

using a panel provider. We anticipate using the panel provider Dynata, which is used to working with conjoint analysis surveys and providing large samples of consumers who fit whatever screening criteria are required for these types of studies. To protect the double-blind nature of the study, neither the respondents nor the individuals responsible for recruiting respondents in the panel provider would be informed regarding the sponsorship of the study. We would seek to acquire sufficient data in all quota categories to allow for precise estimation of price premium information across demographic groups. We would then review the data to identify any issues of quality.

184. Seventh, we would analyze the data using appropriate statistical methods (e.g., hierarchical Bayes regression analysis, a market simulator) to identify any predicted price premiums associated with the "flavor source" attributes' various levels.

185. Finally, we would anticipate writing a report detailing our methods, results, and the conclusions of our price premium survey and analysis.

C. Hedonic Pricing Model

186. Hedonic pricing, used at least as early as Haas (1922) and Court (1939), and re-popularized by Rosen (1974), is a technique used by economists to estimate the value of different characteristics of a good. It accomplishes this by comparing a set of products, their characteristics, and the prices of those goods. Using regression analysis, the price premiums, or hedonic prices, for each of the characteristics are estimated. In plain English, this means that we can estimate the additional price a consumer is willing to pay for each of these characteristics individually. There are numerous examples in the literature of using a hedonic pricing model to estimate price premiums in differentiated good products. For some examples, see Corsia and Strømb (2013) on organic wine; Kminoff, Zhang, and Rudi (2004) on green hotels; Maguire, Owens, and Simon

60

(2004) on organic babyfood;  Schollenberg (2012) on Fair Trade coffee; and Phillips (2003) on internet domain names.

187.  With regards to the matter at hand, a hedonic price model can be used for the purposes of estimating the value gained by the label "Original Herb Cough Drops" without clearly marking them as containing "4.8mg of menthol per drop." Specifically, this would be accomplished by denoting the characteristic of not displaying "4.8mg of menthol per drop" on the packaging. If we account for all other price-relevant characteristics (for example, brand, flavor, weight, etc.) along with not being marked "4.8mg of menthol per drop," the resulting hedonic price estimate for the characteristic of not being marked "4.8mg of menthol per drop" will give us a value of how much more a product was marked up compared to a similar product without this characteristic.

188.  To accomplish this, we would need to either find a relevant data set or gather data ourselves. The data should consist of different products and their characteristics.  Such data could be collected in various ways including retail product price surveys, review of online vendors, and perhaps from wholesalers or the producers directly.

189.  We would use these data to estimate a hedonic pricing model as described above and to write a report detailing our methods and findings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 12, 2023 | 2:46:16 PM EDT

_Andrea Lynn Matthews_
DocuSigned by:
06C9031GCB8447B...

Lynn Matthews, PhD

# REFERENCES

Allen, Mike (2017), *Sage Encyclopedia of Communication Research Methods*: SAGE.

Baker, Reg, Stephen J Blumberg, J Michael Brick, Mick P Couper, Melanie Courtright, J Michael Dennis, . . . Paul J. Lavrakas (2010), "Research Synthesis: Aapor Report on Online Panels," *Public Opinion Quarterly*, 74 (4), 711-781.

Biemer, Paul P, and Lars E Lyberg (2003), *Introduction to Survey Quality*: John Wiley & Sons.

Bradburn, Norman M, Seymour Sudman, and Brian Wansink (2004), *Asking Questions: The Definitive Guide to Questionnaire Design--for Market Research, Political Polls, and Social and Health Questionnaires*: John Wiley & Sons.

Burns, Alvin C, Ann Veeck, and Ronald F Bush (2017), *Marketing Research*: Pearson Essex.

Corsia, A., & Strømb, S. (2013). The Price Premium for Organic Wines: Estimating a Hedonic Farm-Gate Price Equation. *Journal of Wine Economics*, 8(1), 29-48.

Court, A.T. (1939). Hedonic Price Indexes with Automotive Examples. The Dynamics of Automobile Demand, 99-117, General Motors Corporation.

Diamond, Shari (2011), Reference Guide on Survey Research. In *Reference Manual on Scientific Evidence*: Third Edition: Federal Judicial Center/National Academy of Sciences.

Diamond, Shari S, and Jerre B Swann (2012), *Trademark and Deceptive Advertising Surveys: Law, Science, and Design*: American Bar Association, Section of Intellectual Property Law.

Dillman, Don A, Jolene D Smyth, and Leah Melani Christian (2014), *Internet, Phone, Mail, and Mixed-Mode Surveys: The Tailored Design Method*: John Wiley & Sons.

Gaines, Brian J, James H Kuklinski, and Paul J Quirk (2007), "The Logic of the Survey Experiment Reexamined," *Political Analysis*, 15 (1), 1-20.

Green, Paul E, and Venkat Srinivasan (1990), "Conjoint Analysis in Marketing: New Developments with Implications for Research and Practice," *Journal of Marketing*, 54 (4), 3-19.

Groves, Robert M (2005), *Survey Errors and Survey Costs*: John Wiley & Sons.

Haas, G. C. (1922). *Sale prices as a basis for farmland appraisal* (Vol. 9). University Farm.

Hosmer Jr, David W, and Stanley Lemeshow (2000), *Applied Logistic Regression* (Vol. 398): John Wiley & Sons.

Kuminoff, N. V., Zhang, C., & Rudi, J. (2010). Are travelers willing to pay a premium to stay at a "green" hotel? Evidence from an internal meta-analysis of hedonic price premia. *Agricultural and Resource Economics Review*, 39(3), 468-484.

Lohr, Sharon L (2021), *Sampling: Design and Analysis*: Chapman and Hall/CRC.

Maguire, K. B., Owens, N., & Simon, N. B. (2004). The price premium for organic babyfood: a hedonic analysis. *Journal of Agricultural and Resource Economics*, 132-149.

Orme, Bryan (2002), "Interpreting Conjoint Analysis Data," *Sawtooth Software Research Paper Series*.

Orme, Bryan (2010), *Getting Started with Conjoint Analysis: Strategies for Product Design and Pricing Research*. Madison, WI: Research Publishers.

Orme, Bryan, and Keith Chrzan (2017), *Becoming an Expert in Conjoint Analysis: Choice Modeling for Pros*: Research Publishers.

Ouellette, Judith A, and Wendy Wood (1998), "Habit and Intention in Everyday Life: The Multiple Processes by Which Past Behavior Predicts Future Behavior," *Psychological bulletin*, 124 (1), 54

Phillips, G. M. (2003). *A Hedonic Regression Model for Internet Domain Name Valuation*. Business Valuation Review, 22(2), 90-98.

Raudenbush, Stephen W, and Anthony S Bryk (2002), *Hierarchical Linear Models: Applications and Data Analysis Methods* (Vol. 1): sage.

Rosen, S. (1974). Hedonic prices and implicit markets: product differentiation in pure competition. *Journal of political economy*, 82(1), 34-55.

Ross, Stephen F. & Wayne S. DeSarbo (2014), *A Rapid Reaction to O'Bannon: The Need for Analytics in Applying the Sherman Act to Overly Restrictive Joint Venture Schemes* 119 Penn St. L. Rev. Penn Statim 43, available at http://www.pennstatelawreview.org/penn-statim/a-rapid-reaction-to-obannon-the-need-for-analytics-in-applying-the-sherman-act-to-overly-restrictive-joint-venture-schemes

Schollenberg, L. (2012). Estimating the hedonic price for Fair Trade coffee in Sweden. *British Food Journal*.

Schuman, Howard, and Stanley Presser (1996), *Questions and Answers in Attitude Surveys: Experiments on Question Form, Wording, and Context*: Sage.

Schwarz, Norbert Ed, and Seymour Ed Sudman (1996), *Answering Questions: Methodology for Determining Cognitive and Communicative Processes in Survey Research*: Jossey-Bass/Wiley.

Searle, Shayle R, F Michael Speed, and George A Milliken (1980), "Population Marginal Means in the Linear Model: An Alternative to Least Squares Means," *The American Statistician*, 34 (4), 216-221.

Shadish, William, Thomas D Cook, and Donald Thomas Campbell (2002), *Experimental and Quasi-Experimental Designs for Generalized Causal Inference*: Houghton Mifflin Boston, MA.

Sudman, Seymour (1995), "When Experts Disagree: Comments on the Articles by Jacoby and Szybillo and Stewart," *Journal of Public Policy & Marketing*, 14 (1), 29-34.

Tourangeau, Roger, Lance J Rips, and Kenneth Rasinski (2000), *The Psychology of Survey Response*: Cambridge University Press.

Willis, Gordon B, and Anthony R Artino Jr (2013), "What Do Our Respondents Think We're Asking? Using Cognitive Interviewing to Improve Medical Education Surveys," *Journal of graduate medical education*, 5 (3), 353-356.

Willis, Gordon B. (2005), Cognitive Interviewing: *A Tool for Improving Questionnaire Design*: Sage.

Zhang, Chan, and Frederick Conrad (2014), "Speeding in Web Surveys: The Tendency to Answer Very Fast and Its Association with Straightlining," *Survey research methods*, 8 (2), 127-135.

**APPENDIX A: Curriculum Vita for A. Lynn Matthews**

(Provided Separately)



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

# A. LYNN MATTHEWS, PH.D.

December 2022

## Education

Ph.D. 2018    Marketing, University of Nebraska - Lincoln
              Dissertation: "Perceived Authenticity in Human-Branded Services"

M.S. 2013     Survey Research & Methodology, University of Nebraska - Lincoln
              Minor in Marketing

B.A. 2011     Sociology, Grove City College
              Minors in Business, Religion

## Research Interests

Managerially focused research on branding, with a focus on person-brands, branding for start-up and small firms, and consumer perceptions of firm behaviors that impact brand perceptions (e.g. CSR, controversy, scandal). I am also interested in mixed methods research, survey and questionnaire-based research, and other issues of methodology.

## Professional Memberships

American Marketing Association (AMA)
Academy of Marketing Science (AMS)
American Association for Public Opinion Research (AAPOR)

## Email

lmatthews@rule26.com



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

**Experience**

| | |
|---|---|
| Fall 2018 to: Present: | Assistant Professor<br>Department of Marketing<br>W. Frank Barton School of Business<br>Wichita State University (Kansas) |
| 2012 to present: | Consultant<br>Phillips, Fractor & Company, LLC (California) |
| Spr & Smr 2014: Spr & Smr 2015: Fall 2017: | Instructor<br>University of Nebraska – Lincoln |
| Summer 2012: | Survey Research Intern<br>David Nazarian College of Business and Economics<br>California State University, Northridge (California) |
| 2011 – 2013: | Gallup Research Scholar<br>University of Nebraska - Lincoln |
| 2010 – 2012: | Marketing Research Staff<br>Center for Computationally Advanced Statistical Techniques (c4cast)<br>Pasadena, CA |

**Courses Taught**

| | |
|---|---|
| Marketing Research | Principles of Marketing |
| International Marketing | Introductory Marketing |

DocuSign Envelope ID: 4D9BDCGE-AB17-47A-91DF-9BE383DCFD7G



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

**Publications**

"Signaling Authenticity for Frontline Service Employees." A. Lynn Matthews and Meike Eilert. *Journal of Services Marketing*, 36(3): 416-431.

"Curtain Promises: Draped in Puffery?" William Ingersoll, A. Lynn Matthews, and G. Michael Phillips. *Journal of Case Studies* 39(2): 44-53.

"When and How Frontline Service Employee Authenticity Influences Purchase Intentions." A. Lynn Matthews, Meike Eilert, Les Carlson, and Jim Gentry. (2020). *Journal of Business Research*, 114(2020):111-123.

"Organizational Learning and Inter-Organizational Knowledge Transfer," in R. Dant and C. Ingene (Eds.) Ravi Sohi and A. Lynn Matthews. *The Handbook of Research on Distribution Channels*. Edward Elgar Publishing 2019.

"What Are You Doing Now? Activity-Level Responses and Recall Failures in the American Time Use Survey." Tarek Al Baghal, Robert Belli, A. Lynn Phillips, and Nick Ruther. *Journal of Survey Statistics and Methodology* 2(4):519-537.

"Where, Oh Where Have the Vampires Gone? An Extension of the Tiebout Hypothesis to the Undead." In G. Whitman and J. Dow (Eds.). A.L. Phillips, M. C. Phillips, and G. M. Phillips. *Economics of the Undead* (pp. 201-210). Lanham, MD: Rowman & Littlefield.

*The Quest of the Unaligned*. Mountain Home, AR: Borderstone Press, 2013. (Novel, includes pedagogical discussion and essay questions for use in undergraduate sociology classes)

"What's Good in Theory May Be Flawed in Practice: Potential Legal Consequences of Poor Implementation of a Theoretical Sample." A. Lynn Phillips, G. Michael Phillips, Melanie S. Williams. *Hastings Business Law Journal* 9(1):77-97.

"The Impact of Neighborhood Ethnic Composition on Availability of Financial Planning Services." James T. Chong, A. Lynn Phillips, G. Michael Phillips. *Journal of Financial Service Professionals* 65(6):71-83.



**PHILLIPS, FRACTOR & COMPANY, LLC**

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

"The Persistence of Traditional Gender Stereotypes: Evidence from the Distribution of Academic Honors at a Female-Majority University."  A. Lynn Phillips, G. Michael Phillips.  *The American Journal of Business Education* 3(10):45-53.

Phillips, A. Lynn. (2010). "Homeschooling is an Art, not a Science: The Impact of Homeschooling on Choice of College Major." *Sociological Viewpoints* 26(2):19-25.

**Working Papers**

"What Makes 'The Great Outdoors' So Great? The Impact of Perceived Authenticity of Natural Spaces on Consumer Outcomes."  A. Lynn Matthews, and Seth Cockrell. Status: Revising for resubmission at the *Journal of Public Policy and Marketing*.

"Sympathy or Shock: How Transgression Diagnosticity Impacts Consumer Behavioral Intentions Toward Person-Brands."  A. Lynn Matthews and Sarah S. F. Luebke. Status: Under review at the *Journal of Product and Brand Management*.

**Conference Presentations (**denotes presenter)**

"How to Be Real: Understanding and Assessing Enactment Strategies of Service Provider Authenticity." A. Lynn Matthews and Meike Eilert**.  AMS National Conference (Virtual), Dec 2020.

"How to Build Your Reputation: Survey Findings and Implications."  A. Lynn Matthews** and Blaine Aikin.  Fi360 Conference for Investment Professionals (Virtual), May 2020.

"Entrepreneurship in Marketing: A Comprehensive Review of the Literature."  A. Lynn Matthews** and Amit Saini. Global Research Symposium on Marketing and Entrepreneurship, August 2017.



# PHILLIPS, FRACTOR & COMPANY, LLC

ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

"… And Here Are Pictures of My Last Vacation! Investigating the Disclosure of Personal Information of Entrepreneurs in Online Marketplaces." A. Lynn Phillips**, Meike Eilert, and James Gentry. Poster, ACR North America Conference, October 2015.

"Consumer Perceptions of Controversiality in Business." A. Lynn Phillips** and Meike Eilert. Poster, AMA Public Policy & Marketing Conference, June 2015.

"Everyday Consumption and Perceptions of Oldness: Barnhart and Penaloza Extended." A. Lynn Phillips**, James Gentry, and Michelle Barnhart. ACR Latin America Conference, July 2014.

"Troubles with Time-Use: Examining Potential Indicators of Error in the ATUS." A. Lynn Phillips**, Tarek al Baghal, and Robert Belli. AAPOR 68th Annual Conference, May 2013.

"What Are You Doing Now? Audit Trails and Activity Level Responses and Error in the American Time Use Survey." T. al Baghal**, A. L. Phillips, N. Ruther, R.F. Belli, L. Stuart, A. Eck, and L-K Soh. AAPOR 68th Annual Conference, May 2013.

"Georgia on Their Minds: The Impact of War and Financial Crisis on Georgian Confidence in Social and Governmental Institutions." A. Lynn Phillips**, Davit Tsabutashvili, and Allan L. McCutcheon. AAPOR 67th Annual Conference, May 2012.

"Homeschooling is an Art, not a Science: The Impact of Homeschooling on Choice of College Major." A. Lynn Phillips*. Pennsylvania Sociological Society 59th Annual Conference, October 2009.


## Awards and Honors

| | |
|---|---|
| Real Estate Research Fellow, Wichita State University | 2018-2020 |
| Dean's Fellowship, UNL College of Business Administration | 2017 |
| Fellowship, American Association of University Women, Lincoln Branch | 2017 |
| UNL College of Business Administration Graduate Student Research Award | 2017 |
| UNL Department of Marketing Award for Excellence in Teaching by a Graduate Student | 2016 |
| UNL Department of Marketing Award for Excellence in Service by a Graduate Student | 2016 |



ECONOMICS / STATISTICS / FINANCE
CONSULTING / RESEARCH / TESTIMONY
A Limited Liability Company

Fellow, 2016 Haring Symposium, Indiana University (student presenter)            2016
UNL Department of Marketing Award for Excellence in Research by a Graduate Student  2015
Fellow, AMA-Sheth Doctoral Consortium, London Business School                    2015
Doctoral Fellowship, University of Nebraska–Lincoln, Marketing Ph.D. Program     2013-present
Graduate Research Assistantship, University of Nebraska– Lincoln, Survey Research
       and Methodology Program                                       2011-2013
Best Undergraduate Paper Award, Pennsylvania Sociological Society                 2009

**APPENDIX B: Excel Sheet of Data**

(Provided Separately)

## APPENDIX C: SPSS Syntax

```
* Encoding: UTF-8.

DATASET ACTIVATE DataSet1.
FILTER OFF.
USE ALL.
SELECT IF (gc = 1).
EXECUTE.


recode race_amind (1=1) (sysmis=0).
recode race_w (1=1) (sysmis=0).
recode race_b (1=1) (sysmis=0).
recode race_asian (1=1) (sysmis=0).
recode race_pi (1=1) (sysmis=0).
recode race_oth (1=1) (sysmis=0).
recode inc (8=sysmis) (9=sysmis).
compute long=0.
compute short=0.
if(Durationinseconds>675) long=1.
if(Durationinseconds<179) short=1.
recode survey_meds (sysmis=0).
recode ind_pharm (sysmis=0).
recode ind_health (sysmis=0).
recode ind_mkt (sysmis=0).
recode ind_mr (sysmis=0).
recode dec_rorig (1=1) (6=2) (7=3) (8=4) (3=5) (9=6).
recode dec_redit (1=1) (6=2) (7=3) (8=4) (3=5) (9=6).
recode dec_fcorig (1=1) (6=2) (7=3) (8=4) (3=5) (9=6).
recode dec_fcedit (1=1) (6=2) (7=3) (8=4) (3=5) (9=6).
execute.


recode mat_1 (1=1) (2=0) (88=sysmis) (99=sysmis) into prefherbs.
recode mat_2 (2=1) (1=0) (88=sysmis) (99=sysmis) into prefherbs.
compute cond_ric=0.
recode Condition (3=1) (4=1) into cond_ric.
compute cond_herb=0.
compute cond_edit=0.
recode Condition (3=1) (5=1) into cond_herb.
recode Condition (4=1) (6=1) into cond_edit.
execute.


recode purch_ric (1=1) (sysmis=0).
recode purch_ricorig (1=1) (sysmis=0).
execute.
```

```
compute confused_rorig=0.
recode dec_rorig (1=1) (sysmis=sysmis) into confused_rorig.
compute confused_redit=0.
recode dec_redit (1=1) (sysmis=sysmis) into confused_redit.
compute confused_fcorig=0.
recode dec_fcorig (1=1) (sysmis=sysmis) into confused_fcorig.
compute confused_fcedit=0.
recode dec_fcedit (1=1) (sysmis=sysmis) into confused_fcedit.
execute.

compute confused=sum(confused_rorig, confused_redit, confused_fcorig, confused_fcedit).
recode confused (1=1) (sysmis=sysmis) (else=0).
execute.




*confusion regarding benefit source.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_rorig
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_rorig
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_redit
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_redit
 /ORDER=ANALYSIS.


BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcorig
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcorig
 /ORDER=ANALYSIS.
```

```
BOOTSTRAP
 /SAMPLING METHOD=SIMPLE
 /VARIABLES INPUT=dec_fcedit
 /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
 /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=dec_fcedit
 /ORDER=ANALYSIS.


USE ALL.
COMPUTE filter_$=(purch_ric = 1).
VARIABLE LABELS filter_$ 'purch_ric= 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.


USE ALL.
COMPUTE filter_$=( purch_ricorig = 1).
VARIABLE LABELS filter_$ ' purch_ricorig = 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.


USE ALL.
COMPUTE filter_$=( cond_ric = 1).
VARIABLE LABELS filter_$ ' cond_ric = 1 (FILTER)'.
VALUE LABELS filter_$ 0 'Not Selected' 1 'Selected'.
FORMATS filter_$ (f1.0).
FILTER BY filter_$.
EXECUTE.

DATASET ACTIVATE DataSet1.
PRESERVE.
SET RNG=MT MTINDEX=1989.
SHOW RNG.



GENLIN confused (REFERENCE=FIRST) BY  race_w hisp score_state purch_ric
      gender  news  long  short  condition  survey_meds  ind_pharm  ind_health  ind_mkt  ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
      /MODEL race_w hisp score_state purch_ric
      gender  news  long  short  condition  survey_meds  ind_pharm  ind_health  ind_mkt  ind_mr
freqpurch age ed inc
    INTERCEPT=YES
    DISTRIBUTION=BINOMIAL LINK=LOGIT
```

```
      /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
      PCONVERGE=1E-006(ABSOLUTE)  SINGULAR=1E-012  ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
      LIKELIHOOD=FULL
      /MISSING CLASSMISSING=EXCLUDE
      /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
   RESTORE.


   *all four conditions.

   GENLIN confused (REFERENCE=FIRST) BY  race_w hisp score_state purch_ric
      gender news long short cond_ric cond_edit survey_meds ind_pharm ind_health ind_mkt ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
      /MODEL race_w hisp score_state purch_ric
      gender  news  long  short  cond_ric  cond_edit  cond_ric*cond_edit  survey_meds  ind_pharm
ind_health ind_mkt ind_mr freqpurch age ed inc
      INTERCEPT=YES
      DISTRIBUTION=BINOMIAL LINK=LOGIT
      /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
      PCONVERGE=1E-006(ABSOLUTE)  SINGULAR=1E-012  ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
      LIKELIHOOD=FULL
      /MISSING CLASSMISSING=EXCLUDE
      /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
   RESTORE.



   *survey weights to match population. XX/YY - XX=desired %, YY=observed %.

   compute age4weight=0.
   recode age (2=1) (3=1) (4=2) (5=2) (6=3) (7=3) into age4weight.
   compute raceaspi=0.
   recode race_asian (1=1) into raceaspi.
   recode race_pi (1=1) into raceaspi.
   execute.

   compute genwt=.52/.519*(gender=1)+.48/.481*(gender=0).
   compute agewt=.3/.302*(age4weight=1)+.32/.321*(age4weight=2)+.38/.377*(age4weight=3).
   compute
racewt2=.763/.752*(race_w=1)+.134/.131*(race_b=1)+.06/.06*(raceaspi=1)+.01/.026*(race_amind=1).
   compute hispwt=.18/.178*(hisp=1)+.82/.822*(hisp=0).
   compute
regwt=.21/.206*(score_state=2)+.17/.171*(score_state=1)+.38/.382*(score_state=3)+.24/.241*(score_stat
e=4).
   compute weight=genwt*agewt*racewt2*hispwt*regwt.
   execute.
```

69

```
*materiality .


DATASET ACTIVATE DataSet1.
FREQUENCIES VARIABLES=mat_1 mat_2
  /ORDER=ANALYSIS.


BOOTSTRAP
  /SAMPLING METHOD=SIMPLE
  /VARIABLES INPUT=prefherbs
  /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=25000
  /MISSING USERMISSING=EXCLUDE.
FREQUENCIES VARIABLES=prefherbs
  /ORDER=ANALYSIS.


PRESERVE.
SET RNG=MT MTINDEX=1989.
SHOW RNG.
BOOTSTRAP
  /SAMPLING METHOD=SIMPLE
  /VARIABLES TARGET=prefherbs INPUT= race_w hisp score_state purch_ric
    gender freqpurch age ed inc news long short survey_meds ind_pharm ind_health ind_mkt
ind_mr
  /CRITERIA CILEVEL=95 CITYPE=PERCENTILE  NSAMPLES=2000
  /MISSING USERMISSING=EXCLUDE.


GENLIN prefherbs (REFERENCE=FIRST) BY race_w hisp score_state purch_ric
    gender news long short condition survey_meds ind_pharm ind_health ind_mkt ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
    /MODEL race_w hisp score_state purch_ric
    gender freqpurch age ed inc news long survey_meds ind_pharm ind_health ind_mkt ind_mr
INTERCEPT=YES
    DISTRIBUTION=BINOMIAL LINK=LOGIT
    /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
      PCONVERGE=1E-006(ABSOLUTE)   SINGULAR=1E-012   ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
      LIKELIHOOD=FULL
    /MISSING CLASSMISSING=EXCLUDE
    /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
  RESTORE.


GENLIN prefherbs (REFERENCE=FIRST) BY race_w hisp score_state purch_ricorig
    gender news long short condition survey_meds ind_pharm ind_health ind_mkt ind_mr
(ORDER=DESCENDING) WITH freqpurch age ed inc
    /MODEL race_w hisp score_state purch_ricorig
    gender freqpurch age ed inc news long survey_meds ind_pharm ind_health ind_mkt ind_mr
INTERCEPT=YES
    DISTRIBUTION=BINOMIAL LINK=LOGIT
    /CRITERIA  METHOD=FISHER(1)  SCALE=1  COVB=ROBUST  MAXITERATIONS=100
MAXSTEPHALVING=5
```

```
        PCONVERGE=1E-006(ABSOLUTE)    SINGULAR=1E-012    ANALYSISTYPE=3(WALD)
CILEVEL=95 CITYPE=WALD
        LIKELIHOOD=FULL
       /MISSING CLASSMISSING=EXCLUDE
       /PRINT CPS DESCRIPTIVES MODELINFO FIT SUMMARY SOLUTION.
      RESTORE.
```

# APPENDIX D: Tables Used in Analysis

Descriptive Statistics

**age**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2 | 136 | 10.6 | 10.6 | 10.6 |
| | 3 | 262 | 20.3 | 20.3 | 30.9 |
| | 4 | 266 | 20.7 | 20.7 | 51.6 |
| | 5 | 144 | 11.2 | 11.2 | 62.7 |
| | 6 | 207 | 16.1 | 16.1 | 78.8 |
| | 7 | 273 | 21.2 | 21.2 | 100.0 |
| | Total | 1288 | 100.0 | 100.0 | |

**gender**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 620 | 48.1 | 48.1 | 48.1 |
| | 1 | 668 | 51.9 | 51.9 | 100.0 |
| | Total | 1288 | 100.0 | 100.0 | |

**age**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 2 | 71 | 11.6 | 11.6 | 11.6 |
| | 3 | 114 | 18.6 | 18.6 | 30.2 |
| | 4 | 121 | 19.7 | 19.7 | 49.9 |
| | 5 | 76 | 12.4 | 12.4 | 62.3 |
| | 6 | 110 | 17.9 | 17.9 | 80.3 |
| | 7 | 121 | 19.7 | 19.7 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

**gender**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 295 | 48.1 | 48.1 | 48.1 |
| | 1 | 318 | 51.9 | 51.9 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

**hisp**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 504 | 82.2 | 82.2 | 82.2 |
| | 1 | 109 | 17.8 | 17.8 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

**race_w**

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 152 | 24.8 | 24.8 | 24.8 |
| | 1 | 461 | 75.2 | 75.2 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## race_b

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 533 | 86.9 | 86.9 | 86.9 |
| | 1 | 80 | 13.1 | 13.1 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## race_amind

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 597 | 97.4 | 97.4 | 97.4 |
| | 1 | 16 | 2.6 | 2.6 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## race_asian

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 578 | 94.3 | 94.3 | 94.3 |
| | 1 | 35 | 5.7 | 5.7 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## race_pi

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 611 | 99.7 | 99.7 | 99.7 |
| | 1 | 2 | .3 | .3 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## race_oth

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 582 | 94.9 | 94.9 | 94.9 |
| | 1 | 31 | 5.1 | 5.1 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## region

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | midwest | 126 | 20.6 | 20.6 | 20.6 |
| | northeast | 105 | 17.1 | 17.1 | 37.7 |
| | south | 234 | 38.2 | 38.2 | 75.9 |
| | west | 148 | 24.1 | 24.1 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## freqpurch

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 19 | 3.1 | 3.1 | 3.1 |
| | 1 | 73 | 11.9 | 11.9 | 15.0 |
| | 3 | 287 | 46.8 | 46.8 | 61.8 |
| | 12 | 117 | 19.1 | 19.1 | 80.9 |
| | 30 | 79 | 12.9 | 12.9 | 93.8 |
| | 52 | 38 | 6.2 | 6.2 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## purch_ric

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 326 | 53.2 | 53.2 | 53.2 |
| | 1 | 287 | 46.8 | 46.8 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

## purch_ricorig

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 0 | 555 | 90.5 | 90.5 | 90.5 |
| | 1 | 58 | 9.5 | 9.5 | 100.0 |
| | Total | 613 | 100.0 | 100.0 | |

**Consumer Beliefs About Source of Benefits**

**Full sample**

Ricola Original Label

**Responses to, "Please indicate which of the following best describes where you believe the cough drop's cough suppressant and oral anesthetic benefits come from." 1=HERBAL INGREDIENTS ONLY, 2=MENTHOL ONLY, 3=HERBAL INGREDIENTS AND MENTHOL, 4=NON-HERBAL INGREDIENTS OTHER THAN MENTHOL, 5=The product does not communicate anything about the source of the cough drop's cough suppressant and oral anesthetic benefits, 6=None of the above**

### dec_rorig

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| Valid | 1 | 45 | 44.1 | 44.1 | 44.1 | .0 | 4.9 | 34.3 | 53.9 |
| | 2 | 2 | 2.0 | 2.0 | 46.1 | .0 | 1.4 | .0 | 4.9 |
| | 3 | 32 | 31.4 | 31.4 | 77.5 | .0 | 4.6 | 22.5 | 40.2 |
| | 4 | 10 | 9.8 | 9.8 | 87.3 | .0 | 2.9 | 4.9 | 15.7 |
| | 5 | 10 | 9.8 | 9.8 | 97.1 | .0 | 2.9 | 4.9 | 15.7 |
| | 6 | 3 | 2.9 | 2.9 | 100.0 | .0 | 1.7 | .0 | 6.9 |
| | Total | 102 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Ricola Products

Ricola Original Label

### dec_rorig

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Bootstrap for Percent[a] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Std. Error | 95% Confidence Interval | |
| | | | | | | | | Lower | Upper |
| Valid | 1 | 26 | 51.0 | 51.0 | 51.0 | .0 | 7.1 | 37.0 | 64.8 |
| | 2 | 1 | 2.0 | 2.0 | 52.9 | .0 | 1.9 | .0 | 6.5 |
| | 3 | 15 | 29.4 | 29.4 | 82.4 | .0 | 6.4 | 17.2 | 42.6 |
| | 4 | 5 | 9.8 | 9.8 | 92.2 | .1 | 4.2 | 2.2 | 18.8 |
| | 5 | 4 | 7.8 | 7.8 | 100.0 | .0 | 3.8 | 1.8 | 16.0 |
| | Total | 51 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Ricola Original Herb Cough Drops

Ricola Original Label

### dec_rorig[a]

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 | 5 | 55.6 | 55.6 | 55.6 |
| | 3 | 2 | 22.2 | 22.2 | 77.8 |
| | 4 | 1 | 11.1 | 11.1 | 88.9 |
| | 5 | 1 | 11.1 | 11.1 | 100.0 |
| | Total | 9 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

**Full Sample**

Ricola Edited Label: Contains the phrase "4.8mg of menthol per drop"

### dec_redit

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| Valid | 1 | 10 | 9.9 | 9.9 | 9.9 | .0 | 3.0 | 5.0 | 15.8 |
| | 2 | 9 | 8.9 | 8.9 | 18.8 | .0 | 2.8 | 4.0 | 14.9 |
| | 3 | 66 | 65.3 | 65.3 | 84.2 | .0 | 4.8 | 55.4 | 74.3 |
| | 4 | 5 | 5.0 | 5.0 | 89.1 | .0 | 2.2 | 1.0 | 9.9 |
| | 5 | 9 | 8.9 | 8.9 | 98.0 | .0 | 2.8 | 4.0 | 14.9 |
| | 6 | 2 | 2.0 | 2.0 | 100.0 | .0 | 1.4 | .0 | 5.0 |
| | Total | 101 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Ricola Products

Ricola Edited Label: Contains the phrase "4.8mg of menthol per drop"

### dec_redit

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| Valid | 1 | 4 | 8.2 | 8.2 | 8.2 | .0 | 4.0 | 1.9 | 16.7 |
| | 2 | 2 | 4.1 | 4.1 | 12.2 | .0 | 2.8 | .0 | 10.5 |
| | 3 | 36 | 73.5 | 73.5 | 85.7 | .0 | 6.3 | 60.9 | 85.4 |
| | 4 | 3 | 6.1 | 6.1 | 91.8 | .0 | 3.4 | .0 | 13.6 |
| | 5 | 3 | 6.1 | 6.1 | 98.0 | .0 | 3.4 | .0 | 13.6 |
| | 6 | 1 | 2.0 | 2.0 | 100.0 | .0 | 2.0 | .0 | 6.8 |
| | Total | 49 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Ricola Original Herb Cough Drops

Ricola Edited Label: Contains the phrase "4.8mg of menthol per drop"

### dec_redit[a]

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 3 | 8 | 80.0 | 80.0 | 80.0 |
| | 4 | 1 | 10.0 | 10.0 | 90.0 |
| | 5 | 1 | 10.0 | 10.0 | 100.0 |
| | Total | 10 | 100.0 | 100.0 | |

a. Some or all bootstrap sample results are missing, so no bootstrap estimation has been performed for this table.

Full Sample

"First Choice" Label

### dec_fcorig

| | | | | | | Bootstrap for Percent[a] | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Cumulative | | | 95% Confidence Interval | |
| | | Frequency | Percent | Valid Percent | Percent | Bias | Std. Error | Lower | Upper |
| Valid | 1 | 54 | 52.4 | 52.4 | 52.4 | .0 | 4.9 | 42.7 | 62.1 |
| | 2 | 4 | 3.9 | 3.9 | 56.3 | .0 | 1.9 | 1.0 | 7.8 |
| | 3 | 27 | 26.2 | 26.2 | 82.5 | .0 | 4.3 | 18.4 | 35.0 |
| | 4 | 9 | 8.7 | 8.7 | 91.3 | .0 | 2.8 | 3.9 | 14.6 |
| | 5 | 9 | 8.7 | 8.7 | 100.0 | .0 | 2.8 | 3.9 | 14.6 |
| | Total | 103 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Full Sample

<u>"First Choice" Edited Label: Contains the phrase "4.8mg of menthol per drop"</u>

### dec_fcedit

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| | | | | | | | | 95% Confidence Interval | |
| Valid | 1 | 31 | 27.9 | 27.9 | 27.9 | .0 | 4.3 | 19.8 | 36.9 |
| | 2 | 9 | 8.1 | 8.1 | 36.0 | .0 | 2.6 | 3.6 | 13.5 |
| | 3 | 50 | 45.0 | 45.0 | 81.1 | .0 | 4.7 | 36.0 | 54.1 |
| | 4 | 12 | 10.8 | 10.8 | 91.9 | .0 | 2.9 | 5.4 | 17.1 |
| | 5 | 5 | 4.5 | 4.5 | 96.4 | .0 | 2.0 | .9 | 9.0 |
| | 6 | 4 | 3.6 | 3.6 | 100.0 | .0 | 1.8 | .9 | 7.2 |
| | Total | 111 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Logistic Regression

<u>Ricola Brand Conditions</u>

### Case Processing Summary

| | N | Percent |
|---|---|---|
| Included | 193 | 94.6% |
| Excluded | 11 | 5.4% |
| Total | 204 | 100.0% |

## Tests of Model Effects

| Source | Wald Chi-Square | Type III df | Sig. |
|---|---|---|---|
| (Intercept) | 1.245 | 1 | .265 |
| race_w | .443 | 1 | .506 |
| hisp | .002 | 1 | .961 |
| score_state | 4.261 | 3 | .235 |
| purch_ric | 1.270 | 1 | .260 |
| gender | .390 | 1 | .532 |
| news | 2.869 | 2 | .238 |
| long | 1.558 | 1 | .212 |
| short | 1.135 | 1 | .287 |
| Condition | 16.894 | 1 | <.001 |
| survey_meds | .701 | 1 | .402 |
| ind_pharm | 3.533 | 1 | .060 |
| ind_health | 3.542 | 1 | .060 |
| ind_mkt | .020 | 1 | .887 |
| ind_mr | .043 | 1 | .835 |
| freqpurch | 1.167 | 1 | .280 |
| age | 1.075 | 1 | .300 |
| ed | .054 | 1 | .816 |
| inc | .045 | 1 | .832 |

Dependent Variable: confused

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, news, long, short, Condition, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr, freqpurch, age, ed, inc

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
|---|---|---|---|---|---|---|---|
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | -.395 | .9953 | -2.346 | 1.556 | .157 | 1 | .692 |
| [race_w=1] | -.356 | .5344 | -1.403 | .692 | .443 | 1 | .506 |
| [race_w=0] | 0[a] | . | . | . | . | . | . |
| [hisp=1] | -.024 | .4939 | -.993 | .944 | .002 | 1 | .961 |
| [hisp=0] | 0[a] | . | . | . | . | . | . |
| [score_state=4] | -.333 | .5755 | -1.461 | .795 | .334 | 1 | .563 |
| [score_state=3] | -.425 | .5269 | -1.458 | .608 | .650 | 1 | .420 |
| [score_state=2] | -1.225 | .6060 | -2.412 | -.037 | 4.084 | 1 | .043 |
| [score_state=1] | 0[a] | . | . | . | . | . | . |
| [purch_ric=1] | .482 | .4279 | -.357 | 1.321 | 1.270 | 1 | .260 |
| [purch_ric=0] | 0[a] | . | . | . | . | . | . |
| [gender=1] | -.269 | .4308 | -1.114 | .575 | .390 | 1 | .532 |
| [gender=0] | 0[a] | . | . | . | . | . | . |
| [news=99] | -1.197 | .7255 | -2.618 | .225 | 2.720 | 1 | .099 |
| [news=1] | .076 | .5059 | -.916 | 1.067 | .022 | 1 | .881 |
| [news=0] | 0[a] | . | . | . | . | . | . |
| [long=1.00] | -1.374 | 1.1012 | -3.533 | .784 | 1.558 | 1 | .212 |
| [long=.00] | 0[a] | . | . | . | . | . | . |
| [short=1.00] | .710 | .6664 | -.596 | 2.016 | 1.135 | 1 | .287 |
| [short=.00] | 0[a] | . | . | . | . | . | . |
| [Condition=4] | -1.916 | .4660 | -2.829 | -1.002 | 16.894 | 1 | <.001 |
| [Condition=3] | 0[a] | . | . | . | . | . | . |
| [survey_meds=1] | .440 | .5252 | -.590 | 1.469 | .701 | 1 | .402 |
| [survey_meds=0] | 0[a] | . | . | . | . | . | . |
| [ind_pharm=1] | 2.160 | 1.1491 | -.092 | 4.412 | 3.533 | 1 | .060 |
| [ind_pharm=0] | 0[a] | . | . | . | . | . | . |
| [ind_health=1] | 1.028 | .5461 | -.043 | 2.098 | 3.542 | 1 | .060 |
| [ind_health=0] | 0[a] | . | . | . | . | . | . |
| [ind_mkt=1] | -.135 | .9498 | -1.996 | 1.727 | .020 | 1 | .887 |
| [ind_mkt=0] | 0[a] | . | . | . | . | . | . |
| [ind_mr=1] | -.229 | 1.0996 | -2.384 | 1.927 | .043 | 1 | .835 |
| [ind_mr=0] | 0[a] | . | . | . | . | . | . |
| freqpurch | -.017 | .0155 | -.047 | .014 | 1.167 | 1 | .280 |
| age | .134 | .1292 | -.119 | .387 | 1.075 | 1 | .300 |
| ed | .036 | .1551 | -.268 | .340 | .054 | 1 | .816 |
| inc | -9.895E-7 | 4.6646E-6 | -1.013E-5 | 8.153E-6 | .045 | 1 | .832 |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: confused

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, news, long, short, Condition, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

## All Four Conditions

### Case Processing Summary

|          | N   | Percent |
|----------|-----|---------|
| Included | 404 | 65.9%   |
| Excluded | 209 | 34.1%   |
| Total    | 613 | 100.0%  |

## Tests of Model Effects

| Source | Wald Chi-Square | Type III df | Sig. |
|---|---|---|---|
| (Intercept) | .004 | 1 | .948 |
| race_w | .096 | 1 | .757 |
| hisp | .058 | 1 | .810 |
| score_state | 1.821 | 3 | .610 |
| purch_ric | .493 | 1 | .483 |
| gender | .016 | 1 | .899 |
| news | 1.663 | 2 | .435 |
| long | .558 | 1 | .455 |
| short | 3.154 | 1 | .076 |
| cond_ric | 10.055 | 1 | .002 |
| cond_edit | 37.766 | 1 | <.001 |
| cond_ric * cond_edit | 2.283 | 1 | .131 |
| survey_meds | .007 | 1 | .935 |
| ind_pharm | 7.209 | 1 | .007 |
| ind_health | .831 | 1 | .362 |
| ind_mkt | .063 | 1 | .803 |
| ind_mr | .074 | 1 | .786 |
| freqpurch | .316 | 1 | .574 |
| age | 2.366 | 1 | .124 |
| ed | .902 | 1 | .342 |
| inc | 12.662 | 1 | <.001 |

Dependent Variable: confused

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, news, long, short, cond_ric, cond_edit, cond_ric * cond_edit, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr, freqpurch, age, ed, inc

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
|---|---|---|---|---|---|---|---|
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | .051 | .6786 | -1.279 | 1.381 | .006 | 1 | .941 |
| [race_w=1] | .098 | .3153 | -.520 | .715 | .096 | 1 | .757 |
| [race_w=0] | 0a | . | . | . | . | . | . |
| [hisp=1] | .076 | .3167 | -.545 | .697 | .058 | 1 | .810 |
| [hisp=0] | 0a | . | . | . | . | . | . |
| [score_state=4] | -.319 | .3670 | -1.038 | .400 | .755 | 1 | .385 |
| [score_state=3] | -.253 | .3398 | -.919 | .412 | .556 | 1 | .456 |
| [score_state=2] | -.504 | .3803 | -1.250 | .241 | 1.757 | 1 | .185 |
| [score_state=1] | 0a | . | . | . | . | . | . |
| [purch_ric=1] | .172 | .2448 | -.308 | .652 | .493 | 1 | .483 |
| [purch_ric=0] | 0a | . | . | . | . | . | . |
| [gender=1] | .035 | .2740 | -.502 | .572 | .016 | 1 | .899 |
| [gender=0] | 0a | . | . | . | . | . | . |
| [news=99] | -.722 | .6589 | -2.013 | .570 | 1.200 | 1 | .273 |
| [news=1] | -.264 | .3267 | -.904 | .376 | .654 | 1 | .419 |
| [news=0] | 0a | . | . | . | . | . | . |
| [long=1.00] | .295 | .3949 | -.479 | 1.069 | .558 | 1 | .455 |
| [long=.00] | 0a | . | . | . | . | . | . |
| [short=1.00] | .775 | .4366 | -.080 | 1.631 | 3.154 | 1 | .076 |
| [short=.00] | 0a | . | . | . | . | . | . |
| [cond_ric=1.00] | -.445 | .2970 | -1.027 | .137 | 2.242 | 1 | .134 |
| [cond_ric=.00] | 0a | . | . | . | . | . | . |
| [cond_edit=1.00] | -1.243 | .3045 | -1.840 | -.646 | 16.662 | 1 | <.001 |
| [cond_edit=.00] | 0a | . | . | . | . | . | . |
| [cond_ric=1.00] * [cond_edit=1.00] | -.793 | .5248 | -1.822 | .236 | 2.283 | 1 | .131 |
| [cond_ric=1.00] * [cond_edit=.00] | 0a | . | . | . | . | . | . |
| [cond_ric=.00] * [cond_edit=1.00] | 0a | . | . | . | . | . | . |
| [cond_ric=.00] * [cond_edit=.00] | 0a | . | . | . | . | . | . |
| [survey_meds=1] | -.028 | .3488 | -.712 | .655 | .007 | 1 | .935 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| [survey_meds=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_pharm=1] | 1.790 | .6665 | .483 | 3.096 | 7.209 | 1 | .007 |
| [ind_pharm=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_health=1] | .316 | .3466 | -.363 | .995 | .831 | 1 | .362 |
| [ind_health=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mkt=1] | -.163 | .6538 | -1.445 | 1.118 | .063 | 1 | .803 |
| [ind_mkt=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mr=1] | -.276 | 1.0153 | -2.266 | 1.714 | .074 | 1 | .786 |
| [ind_mr=0] | 0ᵃ | . | . | . | . | . | . |
| freqpurch | -.005 | .0085 | -.021 | .012 | .316 | 1 | .574 |
| age | .132 | .0856 | -.036 | .299 | 2.366 | 1 | .124 |
| ed | .087 | .0915 | -.092 | .266 | .902 | 1 | .342 |
| inc | -1.156E-5 | 3.2498E-6 | -1.793E-5 | -5.194E-6 | 12.662 | 1 | <.001 |
| (Scale) | 1ᵇ | | | | | | |

Dependent Variable: confused

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, news, long, short, cond_ric, cond_edit, cond_ric * cond_edit, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr, freqpurch, age, ed, inc

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

**Materiality Descriptive Statistics**

<u>Full Sample</u>

**"Would you prefer to purchase HERBAL COUGH DROP A, HERBAL COUGH DROP B, or would you not purchase either of them?"**

**1=Would purchase Herbal Cough Drop A**

**2=Would purchase Herbal Cough Drop B**

**88=Would NOT purchase either of these options**

**99=Don't know**

**Condition 1: Herbal Cough Drop A source of medicinal benefits=Herbs, Herbal Cough Drop B source of medicinal benefits = Menthol (4.8 mg per drop)**

### mat_1

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 | 48 | 7.8 | 51.1 | 51.1 |
| | 2 | 34 | 5.5 | 36.2 | 87.2 |
| | 88 | 8 | 1.3 | 8.5 | 95.7 |
| | 99 | 4 | .7 | 4.3 | 100.0 |
| | Total | 94 | 15.3 | 100.0 | |
| Missing | System | 519 | 84.7 | | |
| Total | | 613 | 100.0 | | |

**Condition 2: Herbal Cough Drop A source of medicinal benefits= Menthol (4.8 mg per drop), Herbal Cough Drop B source of medicinal benefits = Herbs**

### mat_2

| | | Frequency | Percent | Valid Percent | Cumulative Percent |
|---|---|---|---|---|---|
| Valid | 1 | 41 | 6.7 | 40.6 | 40.6 |
| | 2 | 47 | 7.7 | 46.5 | 87.1 |
| | 88 | 4 | .7 | 4.0 | 91.1 |
| | 99 | 9 | 1.5 | 8.9 | 100.0 |
| | Total | 101 | 16.5 | 100.0 | |
| Missing | System | 512 | 83.5 | | |
| Total | | 613 | 100.0 | | |

## Percent Preferring Herbs as the Source of Medicinal Benefits

### prefherbs

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | 95% Confidence Interval | |
| Valid | .00 | 75 | 44.1 | 44.1 | 44.1 | .0 | 3.8 | 36.5 | 51.8 |
| | 1.00 | 95 | 55.9 | 55.9 | 100.0 | .0 | 3.8 | 48.2 | 63.5 |
| | Total | 170 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

## Subsample: Purchasers of Ricola Products

## Percent Preferring Herbs as the Source of Medicinal Benefits

### prefherbs

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | 95% Confidence Interval | |
| Valid | .00 | 30 | 38.0 | 38.0 | 38.0 | .0 | 5.5 | 27.2 | 48.8 |
| | 1.00 | 49 | 62.0 | 62.0 | 100.0 | .0 | 5.5 | 51.2 | 72.8 |
| | Total | 79 | 100.0 | 100.0 | | .0 | .0 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

Subsample: Purchasers of Ricola Original Herb Cough Drops

**Percent Preferring Herbs as the Source of Medicinal Benefits**

### prefherbs

| | | Frequency | Percent | Valid Percent | Cumulative Percent | Bias | Std. Error | 95% Confidence Interval Lower | Upper |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Bootstrap for Percent[a] | | |
| Valid | .00 | 4 | 25.0 | 25.0 | 25.0 | .1 | 11.2 | 5.9 | 50.0 |
| | 1.00 | 12 | 75.0 | 75.0 | 100.0 | -.1 | 11.2 | 50.0 | 94.1 |
| | Total | 16 | 100.0 | 100.0 | | -1.7 | 13.1 | 100.0 | 100.0 |

a. Unless otherwise noted, bootstrap results are based on 25000 bootstrap samples

**Logistic Regression: Preference for Herbs as the Source of Benefits**

### Case Processing Summary

| | N | Percent |
|---|---|---|
| Included | 158 | 25.8% |
| Excluded | 455 | 74.2% |
| Total | 613 | 100.0% |

## Tests of Model Effects

| Source | Wald Chi-Square | Type III df | Sig. |
|---|---|---|---|
| (Intercept) | 2.116 | 1 | .146 |
| race_w | 3.330 | 1 | .068 |
| hisp | 7.575 | 1 | .006 |
| score_state | 5.442 | 3 | .142 |
| purch_ric | 3.116 | 1 | .078 |
| gender | .892 | 1 | .345 |
| freqpurch | .001 | 1 | .969 |
| age | 1.655 | 1 | .198 |
| ed | .384 | 1 | .535 |
| inc | .168 | 1 | .682 |
| news | 3.365 | 2 | .186 |
| long | 1.038 | 1 | .308 |
| survey_meds | 7.368 | 1 | .007 |
| ind_pharm | 1.234 | 1 | .267 |
| ind_health | .350 | 1 | .554 |
| ind_mkt | .005 | 1 | .946 |
| ind_mr | 1.368 | 1 | .242 |

Dependent Variable: prefherbs

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, freqpurch, age, ed, inc, news, long, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | 1.956 | 1.1661 | -.330 | 4.241 | 2.812 | 1 | .094 |
| [race_w=1] | -.849 | .4652 | -1.761 | .063 | 3.330 | 1 | .068 |
| [race_w=0] | 0[a] | . | . | . | . | . | . |
| [hisp=1] | -1.323 | .4809 | -2.266 | -.381 | 7.575 | 1 | .006 |
| [hisp=0] | 0[a] | . | . | . | . | . | . |
| [score_state=4] | .712 | .6180 | -.500 | 1.923 | 1.326 | 1 | .250 |
| [score_state=3] | .617 | .5619 | -.484 | 1.719 | 1.207 | 1 | .272 |
| [score_state=2] | -.377 | .6060 | -1.565 | .811 | .387 | 1 | .534 |
| [score_state=1] | 0[a] | . | . | . | . | . | . |
| [purch_ric=1] | .694 | .3931 | -.077 | 1.464 | 3.116 | 1 | .078 |
| [purch_ric=0] | 0[a] | . | . | . | . | . | . |
| [gender=1] | -.399 | .4225 | -1.227 | .429 | .892 | 1 | .345 |
| [gender=0] | 0[a] | . | . | . | . | . | . |
| freqpurch | .001 | .0135 | -.026 | .027 | .001 | 1 | .969 |
| age | -.166 | .1290 | -.419 | .087 | 1.655 | 1 | .198 |
| ed | -.099 | .1598 | -.412 | .214 | .384 | 1 | .535 |
| inc | -1.782E-6 | 4.3444E-6 | -1.030E-5 | 6.732E-6 | .168 | 1 | .682 |
| [news=99] | .575 | .6709 | -.740 | 1.890 | .736 | 1 | .391 |
| [news=1] | 1.112 | .6364 | -.136 | 2.359 | 3.052 | 1 | .081 |
| [news=0] | 0[a] | . | . | . | . | . | . |
| [long=1.00] | .645 | .6327 | -.595 | 1.885 | 1.038 | 1 | .308 |
| [long=.00] | 0[a] | . | . | . | . | . | . |
| [survey_meds=1] | -1.723 | .6348 | -2.967 | -.479 | 7.368 | 1 | .007 |
| [survey_meds=0] | 0[a] | . | . | . | . | . | . |
| [ind_pharm=1] | -1.249 | 1.1240 | -3.452 | .954 | 1.234 | 1 | .267 |
| [ind_pharm=0] | 0[a] | . | . | . | . | . | . |
| [ind_health=1] | -.316 | .5351 | -1.365 | .732 | .350 | 1 | .554 |
| [ind_health=0] | 0[a] | . | . | . | . | . | . |
| [ind_mkt=1] | .056 | .8309 | -1.572 | 1.685 | .005 | 1 | .946 |
| [ind_mkt=0] | 0[a] | . | . | . | . | . | . |
| [ind_mr=1] | 1.405 | 1.2009 | -.949 | 3.758 | 1.368 | 1 | .242 |
| [ind_mr=0] | 0[a] | . | . | . | . | . | . |
| (Scale) | 1[b] | | | | | | |

Dependent Variable: prefherbs

Model: (Intercept), race_w, hisp, score_state, purch_ric, gender, freqpurch, age, ed, inc, news, long, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.

## Tests of Model Effects

| Source | Type III Wald Chi-Square | df | Sig. |
|---|---|---|---|
| (Intercept) | 3.219 | 1 | .073 |
| race_w | 2.360 | 1 | .125 |
| hisp | 6.640 | 1 | .010 |
| score_state | 6.286 | 3 | .098 |
| purch_ricorig | 2.393 | 1 | .122 |
| gender | .460 | 1 | .498 |
| freqpurch | .093 | 1 | .760 |
| age | 1.945 | 1 | .163 |
| ed | .485 | 1 | .486 |
| inc | .318 | 1 | .573 |
| news | 2.807 | 2 | .246 |
| long | .991 | 1 | .319 |
| survey_meds | 7.627 | 1 | .006 |
| ind_pharm | 1.696 | 1 | .193 |
| ind_health | .425 | 1 | .514 |
| ind_mkt | .001 | 1 | .981 |
| ind_mr | 1.476 | 1 | .224 |

Dependent Variable: prefherbs

Model: (Intercept), race_w, hisp, score_state, purch_ricorig, gender, freqpurch, age, ed, inc, news, long, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr

## Parameter Estimates

| Parameter | B | Std. Error | 95% Wald Confidence Interval | | Hypothesis Test | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Lower | Upper | Wald Chi-Square | df | Sig. |
| (Intercept) | 2.083 | 1.1271 | -.126 | 4.292 | 3.415 | 1 | .065 |
| [race_w=1] | -.746 | .4857 | -1.698 | .206 | 2.360 | 1 | .125 |
| [race_w=0] | 0ᵃ | . | . | . | . | . | . |
| [hisp=1] | -1.260 | .4891 | -2.219 | -.302 | 6.640 | 1 | .010 |
| [hisp=0] | 0ᵃ | . | . | . | . | . | . |
| [score_state=4] | .858 | .6235 | -.364 | 2.080 | 1.893 | 1 | .169 |
| [score_state=3] | .642 | .5412 | -.419 | 1.703 | 1.408 | 1 | .235 |
| [score_state=2] | -.383 | .5932 | -1.546 | .779 | .418 | 1 | .518 |
| [score_state=1] | 0ᵃ | . | . | . | . | . | . |
| [purch_ricorig=1] | 1.192 | .7707 | -.318 | 2.703 | 2.393 | 1 | .122 |
| [purch_ricorig=0] | 0ᵃ | . | . | . | . | . | . |
| [gender=1] | -.275 | .4057 | -1.070 | .520 | .460 | 1 | .498 |
| [gender=0] | 0ᵃ | . | . | . | . | . | . |
| freqpurch | .004 | .0141 | -.023 | .032 | .093 | 1 | .760 |
| age | -.177 | .1272 | -.427 | .072 | 1.945 | 1 | .163 |
| ed | -.112 | .1612 | -.428 | .204 | .485 | 1 | .486 |
| inc | -2.439E-6 | 4.3276E-6 | -1.092E-5 | 6.043E-6 | .318 | 1 | .573 |
| [news=99] | .618 | .7307 | -.814 | 2.051 | .716 | 1 | .397 |
| [news=1] | 1.016 | .6477 | -.254 | 2.285 | 2.460 | 1 | .117 |
| [news=0] | 0ᵃ | . | . | . | . | . | . |
| [long=1.00] | .649 | .6517 | -.629 | 1.926 | .991 | 1 | .319 |
| [long=.00] | 0ᵃ | . | . | . | . | . | . |
| [survey_meds=1] | -1.785 | .6464 | -3.052 | -.518 | 7.627 | 1 | .006 |
| [survey_meds=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_pharm=1] | -1.452 | 1.1147 | -3.637 | .733 | 1.696 | 1 | .193 |
| [ind_pharm=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_health=1] | -.366 | .5610 | -1.465 | .734 | .425 | 1 | .514 |
| [ind_health=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mkt=1] | .021 | .8990 | -1.741 | 1.783 | .001 | 1 | .981 |
| [ind_mkt=0] | 0ᵃ | . | . | . | . | . | . |
| [ind_mr=1] | 1.451 | 1.1943 | -.890 | 3.792 | 1.476 | 1 | .224 |
| [ind_mr=0] | 0ᵃ | . | . | . | . | . | . |

| (Scale) | 1[b] | | | | | | |
|---|---|---|---|---|---|---|---|

Dependent Variable: prefherbs

Model: (Intercept), race_w, hisp, score_state, purch_ricorig, gender, freqpurch, age, ed, inc, news, long, survey_meds, ind_pharm, ind_health, ind_mkt, ind_mr

a. Set to zero because this parameter is redundant.

b. Fixed at the displayed value.