# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

LACIE DAVIS, individually and      )
on behalf of all others similarly )
situated,                          )
                                   )
                   Plaintiff,      )
                                   )
         -vs-                      ) Case 3:22-cv-03071
                                   )      CLR-KLM
RICOLA USA, INC.,                  )
                                   )
                   Defendant.      )


VIDEOTAPED DEPOSITION

LACIE DAVIS


Plaintiff herein called for examination pursuant to notice
and the Federal Rules of Civil Procedure as they pertain to
the taking of depositions before Lea Ruth Cohen, CSR, and a
Notary Public in and for the County of Peoria, State of
Illinois, on Thursday, August 31, 2023, at the Marriott
Pere Marquette, 501 Main Street, Boardroom, Peoria,
Illinois, commencing at the hour of 11:01 a.m.

1

2     APPEARANCES:

3            SPENCER SHEEHAN, ESQUIRE
             Sheehan & Associates, P.C.
4            60 Cuttermill Road, Suite 412
             Great Neck, New York  11021
5            (516) 268-7080
             spencer@spencersheehan.com
6
             on behalf of the Plaintiff;
7

8

9            KHIRIN A. BUNKER, ESQUIRE
             Sheppard Mullin
10           Four Embarcadero Center, 17th Floor
             San Francisco, California  94111-4109
11           (415)774-3162
             kbunker@sheppardmullin.com
12
             on behalf of the Defendant;
13

14

15    ALSO PRESENT:

16       Wayne Rutherford, Videographer;

17       Nathan Davis.

18

19

20

21

22

23

24

Davis, Lacie - 08/31/2023

1                          I N D E X

2

Called on behalf of the Defendant:

3

LACIE DAVIS

4

Direct Examination by Mr. Bunker . . .   5

5

Cross-Examination by Mr. Sheehan . . . 135

6

7

8

9

10  Exhibit              Page       Description

11  Deposition   1 . . .  19        Attorney Rep. Agreement
    Deposition   2 . . .  61        RICOLA8
12  Deposition   3 . . .  70        Top Class Actions post
    Deposition   4 . . .  80        Top Class Actions post
13  Deposition   5 . . .  81        Top Class/Children's Place
    Deposition   6 . . .  81        Top Class/Afterpay
14  Deposition   7 . . .  73        Top Class/Walmart
    *Deposition  9 . . .  84        Top Class/Klarna
15  Deposition  10 . . .  88        Complaint
    *Deposition 12 . . . 133        Class Actions Sett.
16  Deposition  13 . . . 134        Screenshot

17

18  (Exhibits retained by counsel.)

19

20

21

22

23

24              *(Indicates skip in sequence.)

1              THE VIDEOGRAPHER:  We're on the record.

2         This begins the video deposition of Lacie Davis

3  in the matter Davis v. Ricola USA, Inc.

4         Today's date is 8/31/2023.  The time on the video

5  is 11:01 a.m.

6         My name is Wayne Rutherford.  The court reporter

7  is Lea Cohen of Thompson Court Reporters.  Today's

8  deposition is taking place in Peoria Pere Marquette in

9  Peoria, Illinois.

10        Will counsel please identify themselves and the

11 parties they represent?

12             MR. SHEEHAN:  For the Plaintiff, Spencer

13 Sheehan, Sheehan and Associates, P.C.

14             MR. BUNKER:  And Khirin Bunker for Defendant

15 Ricola, and we also have joining us remotely Sascha Henry

16 from my office, and we may also be joined by Paul Garrity

17 also from my office.  I believe we also have Bill Higgins

18 and Don Parriott from Ricola.

19             THE VIDEOGRAPHER:  Will the court reporter

20 please swear in the witness?

21                   (Witness sworn.)

22                    LACIE DAVIS,

23  having been called on behalf of the Defendant,

24  being first duly sworn, was examined and testified

1      Q.    How did you first become involved in this
2  lawsuit?
3      A.    I was scrolling on Facebook and I seen an ad.
4      Q.    What did that ad say?
5      A.    It was about how -- about the product, specific
6  product, that it had herbs, Swiss herbs.  I immediately
7  thought, hey, I use that product.  So I clicked on the ad.
8      Q.    What was the product that was in that ad?
9      A.    The Ricola cough drops.
10      Q.    What flavor of Ricola cough drops?
11      A.    The original.
12      Q.    I just kind of want to understand this.  So you
13  saw the Facebook advertisement.  Was there some sort of
14  link to click?
15      A.    I just clicked on the ad and it opened up to
16  where you could enter your information.
17      Q.    So some sort of form that you were filling out?
18      A.    Yeah.
19      Q.    Can you describe that form?
20      A.    It was just a basic pop-up form where I put in my
21  name, number, I believe there might have been my address,
22  and if I had used the product or not.
23      Q.    And at the time that you responded to that ad
24  were you seeking and responding to that ad to establish an

1     A.    Yeah, within probably an hour or two, I believe.

2     Q.    At the time you spoke with Mr. Sheehan for the

3  first time, were you seeking to establish an

4  attorney-client relationship?

5     A.    No.  I wanted to know what the ad was about, if

6  it was true.  And, actually, after our phone call I went

7  and looked at a package that I had previously purchased and

8  realized that, oh, okay, yeah, it is saying the same thing

9  and that I was unhappy.

10    Q.    Was that the first time that you were unhappy

11  with the product?

12    A.    Knowing that -- trying to put this in words that

13  aren't -- maybe having something that's not quite as

14  transparent on the front of a package made me upset because

15  I have been spending more money on something that I thought

16  was better than other brands, not going to say other

17  brands, just for that.  I'd even go to a different store to

18  get said product.  So knowing that I wasted in my belief --

19  sure, the product, I've used the product, and, you know,

20  but knowing that it wasn't what I thought on the packaging

21  made me upset.  So then after knowing that, yes, I

22  consulted and decided that I wanted to have him go with my

23  case.

24    Q.    So prior to speaking with your attorney you had

1  never had any problems with the Ricola product, correct?

2      A.   Not that I can recall.

3      Q.   When was the first time you ever purchased the

4  Ricola Original Herb product?

5      A.   That's going to have to be an estimate because I

6  am 38 years old and I have been buying cough drops, herbs,

7  for probably -- I have to think of when I actually started

8  buying my own stuff and my parents didn't buy my stuff for

9  me -- over 20 years.

10      Q.   What did you like about the Ricola product?

11      A.   Well, thinking that it was more medicinal over

12  others that you see, that it's -- I guess in my mind I see

13  menthol on someone's packaging and, okay, everybody has

14  that, but you see herbs, I'm very much into herbs and more

15  laid back, and knowing that that was the main thing sold it

16  for me.

17      Q.   What do you mean by the main thing?

18      A.   It's the main, I would say, advert for the

19  product is that it's Swiss Alpine herbs.  So you think that

20  it would be real Swiss Alpine herbs that are doing the job.

21      Q.   What do you mean by "doing the job"?

22      A.   For your lozenges, cooling your sore throat or

23  whatever you're taking the drop for.  I have a lot of

24  asthma issues in the past, and even as a kid having a sore

 1  throat --

 2       A.   I think that was the berry one that I liked,

 3  yeah.

 4       Q.   Are there any other Ricola products that you can

 5  think of as you sit here today that you've purchased?

 6       A.   I think we've gone over most of them.

 7       Q.   After you felt that the product was not

 8  representing accurately what it was, did you ever seek to

 9  complain to Ricola about that?

10       A.   No.  I never really thought about it.  I don't

11  normally -- I mean, as a kid, honestly, I look at the front

12  of the packaging and go with whatever it says.  Sadly, even

13  as a mom, now that I have a small child and I have other

14  children, I don't have a lot of time to turn the package

15  around and look what's on the back.  I go with what's on

16  the front of the package and put it into the cart.  So

17  yeah.

18       Q.   Did you sign a written agreement with your

19  attorneys in this case?

20       A.   We have a document that is signed that he is

21  representing me.

22       Q.   I'm going to go ahead and introduce our first

23  exhibit here today.  I'll represent to you that this is a

24  copy of an Attorney Representation Agreement that we

1  received from your counsel's office.

2          MR. BUNKER:  I have a copy for you as well.

3          MR. SHEEHAN:  Thank you so much.  Thank you.

4  BY MR. BUNKER:

5      Q.  Do you recognize this document?

6      A.  Yes.

7      Q.  Is this the agreement that you signed with

8  Mr. Sheehan's office?

9      A.  Yes.

10     Q.  Do you see at the bottom of the first page here

11 it has the date May 3rd, 2022?

12     A.  Yes.

13     Q.  Is that your signature next to the date?

14     A.  Yes.

15     Q.  Was May 3rd, 2022, in fact the day that you

16 signed this agreement?

17     A.  Yes.

18     Q.  Before signing this agreement, did you review all

19 of the terms?

20     A.  I scrolled through and read them.  Some of the

21 things I don't necessarily understand, that's more attorney

22 jargles is what I would call it because I don't understand

23 it.  I'm not an attorney.  I'm a mom.  From what I could

24 understand and knew, yes.

1  just says that it's made with Alpine herbs and all that.

2  On the front of I would say another packaging it says that

3  it's just -- it's like right there, menthol.  So knowing

4  that there would be more than what there is.

5      Q.   Let's try to break this down a little bit to

6  better understand your allegations here.

7      A.   Uh-huh.

8      Q.   So is your problem with the product that there is

9  not a sufficient amount of Swiss herbs in it?

10     A.   It's the front of the packaging is not

11  transparent, that made with Swiss herbs.  It says it on the

12  front of it, but when you go to the back of it it doesn't

13  have enough.  It's more so menthol just like everybody

14  else.  So I am paying more or I would assume that I had

15  been paying more all this time for a product that I thought

16  was better than another product that I would maybe -- may

17  or may not use.

18     Q.   How did you come to the conclusion that the

19  product does not have a sufficient amount of Swiss Alpine

20  herbs in it?

21     A.   After seeing the ad, after talking with my

22  attorney, after going through documents and our agreements,

23  I decided that after actually looking at it and going, oh,

24  I -- looking at the ad and then looking at the product that

1  I had in the bathroom, I realized that, oh, hey, it's not

2  as much as what you would assume that it would be with what

3  it says on the front of the packaging.

4      Q.  You mentioned the -- you looking to the agreement

5  and you mentioned documents.  What specific documents are

6  you talking about when you said that you looked at

7  documents that informed your opinion about the amount of

8  Swiss Alpine herbs on the product?

9      A.  Our documents that we have looked at on Zoom.

10      Q.  When you say "our documents," are you talking

11  about the Complaint?

12      A.  Yes.  Sorry.

13      Q.  Are there any other documents that you have

14  reviewed that informed your opinion about whether or not

15  there is a sufficient amount of Swiss Alpine herbs in the

16  product?

17      A.  Just with the Complaint and looking at the back

18  of the product myself.

19      Q.  So is it fair to say that your understanding of

20  the amount of Swiss Alpine herbs in the product is based on

21  the Complaint and the package itself?

22      A.  Yes.

23      Q.  Are there any other documents that you've

24  reviewed that have informed that opinion?

1   with the Defendant or to seek relief before the Court or to

2   achieve such compensation as we see fit.

3       Q.   Did you agree with that term there?

4       A.   Yes.

5       Q.   Is it your understanding that your attorneys are

6   in charge of all negotiations in this case?

7       A.   Between the attorneys and the judge, yes.

8       Q.   Have you been previously consulted on any

9   negotiations in this case?

10       A.   Negotiations, no.

11       Q.   Have you previously approved any demands for

12   monetary compensation from Ricola in this case?

13       A.   No.

14       Q.   I want you to turn to section 12 of this

15   agreement.  It's right at the end on page seven.

16       A.   Uh-huh.

17       Q.   Do you see that there?

18       A.   Number 12, yes.

19       Q.   It says, Any modifications to this agreement must

20   be in writing, correct?

21       A.   Yes.

22       Q.   Are there in fact any modifications to this

23   agreement?

24       A.   No.

```
 1        A.   With a new prescription medication I usually talk
 2   to my doctor because I have had several flare-ups, so to
 3   speak, or issues with combining a medication or being
 4   allergic to a medication.
 5        Q.   Before using a new OTC product, do you look for
 6   directions on how to use the medicine?
 7        A.   Usually, if it's over-the-counter, depending on
 8   what it is.  If it's something I never used before, yes.
 9        Q.   The first time that you ever used a Ricola
10   Original Herb product, did you review the package before
11   using it?
12        A.   The very first time that I would have used a
13   Ricola product would have been when I was a kid and I
14   wouldn't have even cared at that time.  I would have been a
15   youngster and my mom would have been the one that would
16   have and she's deceased.
17        Q.   I'm sorry.
18        A.   Thank you.
19        Q.   Is it fair to say that you learned to use Ricola
20   products from your mother?
21        A.   Yeah, safe to say, yes.
22        Q.   Do you personally use social media?
23        A.   I do.
24        Q.   What kind of social media accounts do you have?
```

1  frequently did you purchase those?

2       A.   Usually around November to February every year

3  because that's generally when I'm sick, that's usually when

4  the kids are sick.  It always seemed like I would always

5  have a bag of something around.  You always have a handful

6  of loose cough drops from various places, different brands.

7       Q.   Can you think of any other cough drop brands you

8  purchased?

9       A.   I think we've went over all the ones that I have.

10           MR. BUNKER:  I think this is a good natural

11  stopping point for our first break.  I know we've been

12  going for about an hour.  I want to give you a chance to

13  stretch your legs.

14           THE WITNESS:  Okay.

15           THE VIDEOGRAPHER:  Time is 12:00.  I'll stop

16  recording.

17           (Whereupon a recess was taken.)

18           THE VIDEOGRAPHER:  On the record at 12:24.

19       DIRECT EXAMINATION (cont.)

20  BY MR. BUNKER:

21       Q.   Welcome back, Ms. Davis.

22       A.   Hi.

23       Q.   To your knowledge, has Ricola made any offers to

24  settle this lawsuit?

1    A.   Not that I know of.

2    Q.   Now, we just took kind of a lengthy break.  Did

3 you speak to your counsel about the substance of your

4 testimony at all?

5    A.   No.

6    Q.   Did you speak to anyone about the substance of

7 your testimony?

8    A.   No.

9    Q.   Can you name an OTC medicine you have used where

10 the instructions are on the front of the package?

11    A.   Not that I can recall.

12    Q.   Can you name any OTC medicine you've used where

13 the dosing information was on the front of the package?

14    A.   Not that I can recall.

15    Q.   From which stores have you purchased Ricola in

16 the last five years?

17    A.   Mostly the Walmart or Dollar General.  That's

18 about all that is available in my area.

19    Q.   Have you ever purchased any other Ricola products

20 online?

21    A.   No.

22    Q.   Talking specifically about your most recent

23 purchase of the Ricola Original Herb product, when was the

24 date of that purchase?

1   husband is here today?

2       A.   He just came with me today.  I don't usually come

3   to Peoria very often.  That's where we're at.  I don't know

4   the area very well and he does.

5       Q.   You haven't consulted with your husband about any

6   of your testimony today, correct?

7       A.   No.  The only thing that he briefly knew about

8   was when I had signed the paperwork I just kind of told

9   him, hey, this is what I did, this is who I was talking to.

10  Okay.  That's pretty much the gist of it.

11      Q.   Do you seek to purchase over-the-counter products

12  which contain herbal ingredients?

13      A.   Usually.  I would be more interested in products

14  that have more herbal.

15      Q.   What do you mean by more herbal ingredients?

16      A.   When I think -- on packaging, when I see

17  something that says herbal or, you know, Alpine, Swiss Alps

18  or whatever, I usually think that that's more herbal

19  than -- even though menthol technically is, but opposed to

20  menthol.  I don't -- I think of menthol as like the chest

21  vapor rub and that's, I guess it correlates in my brain

22  that way.  When I think of herbal, I think that's more

23  peaceful on your throat and not as hot and spicy,

24  especially with kids.  Sorry.

1    A.    Not that I know.  Probably not.

2    Q.    Why do you say probably not?

3    A.    I'm just assuming.  Most cough drops now after

4  I've actually kind of done my own research and looked into

5  things after this, a lot of cough drops are mostly just

6  menthol.

7    Q.    What is your understanding of how menthol is

8  made?

9    A.    I don't exactly know the process.  I know we use

10 it a lot for topicals for pain.  I actually use it a lot

11 for pain.  It's kind of weird that we would use it on our

12 bodies and inside of our bodies even though it mostly has

13 like a Vicks VapoRub, I just kind of cringe at the thought

14 of putting that in my mouth, but we do.  But I don't know

15 how menthol is made or pressed or however it's done, no.

16   Q.    Have you ever tried to look that up?

17   A.    No.

18   Q.    You say you've used menthol topical products.

19 Can you name any of those products?

20   A.    Like BENGAY, topical roll-on pain relief cream.

21   Q.    Any others?

22   A.    Most one is like BENGAY usually, or I don't know

23 how to pronounce it right but like Aspercreme.

24   Q.    Do you remember how much you paid for the

```
 1              Have you ever asked Walmart for a refund on any
 2    of your Ricola cough drops?
 3        A.    No.  And our Walmart is usually -- they're
 4    very -- if you want a refund for something, you usually
 5    have to call the -- especially if it's already been opened,
 6    but no.
 7        Q.    Prior to your filing of the Complaint in May of
 8    2022, were you still purchasing between 15 and 25 cough
 9    drop products per season?
10        A.    Yeah.
11        Q.    And prior to the filing of your Complaint, what
12    percentage of those were Ricola products?
13        A.    Probably 95%.  Household brand for us.
14        Q.    So would it be fair to say that you were
15    purchasing approximately 60 packs of Ricola cough drop
16    products per year?
17        A.    Yeah.
18        Q.    Were all of those purchases of the Ricola
19    Original Herb product?
20        A.    Most of them, but not all of them.  I have other
21    purchases of your brand as well, different flavors.
22        Q.    If you had to put a percent on it, what percent
23    would you say was the Ricola Original Herb product?
24        A.    Probably half.  Half and half.  I do like to try
```

1  different things, but I usually go to the original because

2  it's the original.  It's --

3       Q.   What were the other half, if you don't mind my

4  asking?

5       A.   The other flavors.  There was the berry one.

6  There was that minty one that was actually pretty good.

7  There was like three different ones; the berry one, that

8  one, of course the original.  There was the lemony one.  I

9  don't know all of the names exactly off the top of my head.

10  I know there are certain specific names.

11      Q.   Do you have any complaints about the Ricola berry

12  flavor product that you purchased?

13      A.   I think I only purchased it once, and I wasn't

14  really too keen on it so I went to the original, but it

15  wasn't -- like I wasn't so upset that I -- you know, I just

16  probably gave it to somebody that liked the flavor and I

17  didn't.

18      Q.   Was your only problem with that product the

19  flavor?

20      A.   Yeah, it would have been the flavor I wouldn't of

21  liked if I didn't like it.

22      Q.   You talked about a lemon Ricola product.  Were

23  you ever unhappy with that product?

24      A.   No.

 1  said again earlier, I do have a lot of issues with

 2  medicines colliding with more prescription medication.  So

 3  cough medicine, topicals, sadly there really isn't much for

 4  pain relief but like those examples.

 5      Q.   Are there any non-OTC products that you purchased

 6  that have herbal ingredients?

 7      A.   Just like prescription?

 8      Q.   Either prescription or nonmedicinal.

 9      A.   I'm unsure.  I'm trying to think of -- I don't

10  think so.

11      Q.   Why do you seek to purchase products which

12  contain herbal ingredients that contribute to those

13  products' functionality?

14      A.   Well, I am Christian, and I do believe that God

15  gave us a lot of the things on the earth, and a lot of

16  pharmaceuticals and companies -- there is a lot of poison

17  out there.  So things that are growing on the earth I

18  believe and usually are or in my own experience are usually

19  better and work better.  So that's usually why I go more

20  about or would be more attracted to more herbal things.

21      Q.   Do you consider menthol to be a poison?

22      A.   Not necessarily a poison but not exactly -- it's

23  not as good as what I would consider an herb would do.

24      Q.   Why is that?

1       A.   Because it's not, that I know of, herbal.  It's

2    more -- again, like I said before, with the Vicks VapoRub

3    it's like greasy and spicy and all -- there are peppers and

4    things like that that are spicy as well, but in this

5    particular case menthol is not exactly what I usually would

6    seek for the like spicy.  So I wouldn't assume that it

7    would feel good on my throat normally.  Something that is

8    more soothing would be like honey, even though honey isn't

9    herbal, but in my realm of thinking it does go in that more

10   herbal, more earthy realm of thinking, I guess, instead of

11   menthol.  I'm thinking it's kind of set off to the other

12   side of things, more chemically.  And less chemicals the

13   better.

14       Q.   The Halls cough drop products you purchased

15   contain menthol, correct?

16       A.   Yeah.

17       Q.   The Luden's cough drops that you purchased

18   contain menthol, correct?

19       A.   Yeah.

20       Q.   And the DG cough drops that you purchase contain

21   menthol, correct?

22       A.   Yes.

23       Q.   And the Equate products that you purchase contain

24   menthol, correct?

1  since I have babies, diapers, how many per box, as opposed

2  to a different brand, how many more bang for your buck so

3  to speak.  They have it right there on -- at least at

4  Walmart does unit per -- I just look at that, grab it.  Oh,

5  that's such and such brand of diapers, throw it in the

6  cart.  I guess at least in my growing up that's what I've

7  kind of gone by.

8      Q.   Are there any cough drop brands that you refuse

9  to purchase other than Ricola?

10     A.   A lot of stuff I usually will try something once.

11  I mean, obviously if it said it had tar in it I obviously

12  would not, you know, brand new cough drop that had tar in

13  it, I obviously wouldn't purchase that, but if it had a new

14  brand that said take Ricola's name off of it and had the

15  same type of thing and had somebody else's brand, yeah, I

16  would try that.

17     Q.   When you would try a cough drop product for the

18  first time, do you ever review the entire package?

19     A.   I can't say I have.

20     Q.   You previously testified that you purchased

21  approximately 60 packages of Ricola products per year,

22  correct?

23     A.   Yeah.

24     Q.   You previously testified that you've been

1  purchasing Ricola products for approximately 20 years,

2  correct?

3      A.   On my own, yes.  Before that, who knows what.

4      Q.   Would it be fair to say that you've purchased

5  approximately 1,200 packages of Ricola products?

6      A.   Probably.

7      Q.   And in those 1,200 purchases, have you ever

8  reviewed the back of a package for any Ricola product?

9      A.   No.  I go with what's on the front of the

10 packaging.

11     Q.   In those 1,200 purchases, did you always have the

12 opportunity to review the back of the package?

13     A.   Sure.

14     Q.   And so is it fair to say that you just chose not

15 to review the back of the packages in any of those 1,200

16 instances?

17     A.   Yeah.

18     Q.   Can you tell me everything that you've done to

19 perform your duties as a class representative to date?

20     A.   I have gone over my -- what do you call this

21 again?  I'm sorry.

22     Q.   The Complaint?

23     A.   The Complaint.  And, yes, I'm sorry, attorney

24 lingo is not my thing.  I'm not an attorney.  The other one

1    Q.   So here, if a company calls itself an herbal

2  cough drop, you have no problem that there is menthol in

3  the product, correct?

4    A.   If it is an actual herb, which I haven't actually

5  looked up to see if it is or not, yeah, but it should be

6  labeled as like these guys, instead of Swiss Alpine herbs,

7  you don't have menthol on here.

8    Q.   Can a product be both an herbal cough drop and

9  contain menthol in your opinion?

10   A.   Yes.

11   Q.   Why is that?

12   A.   Because they do have the menthol and they have --

13  if I would look at the back of these, which I don't think

14  we have the back of any of those, but I'm sure they

15  probably have other herbs in them.  This other one said it

16  did, I thought it did -- I can't read that one.  One of

17  them did, I thought.  It's got like vanilla or something on

18  it.  It doesn't say that it has vanilla on these either.

19  This one even says compare to Ricola.

20   Q.   Why do you think it says compare to the active

21  ingredients in Ricola Natural Herb Cough Drops?

22   A.   Menthol.

23   Q.   Now, that statement you see on that page, on page

24  five, there is also the DG Health packet, correct?

 1        A.   It says it is natural, okay.  Is menthol natural?
 2   But it does say that it has menthol cough suppressant.  So
 3   it's telling you what the main ingredient is.  It is still
 4   saying that it's natural, so there are natural things in
 5   there.  For those who are having issues with gluten, that's
 6   great, gluten free.  That's straight on there.
 7        Q.   Now, you don't consider menthol to be a natural
 8   herbal ingredient, correct?
 9        A.   In my mind, no.  I see it as a more chemically
10   ingredient.
11        Q.   But you have no problem with a cough drop that
12   says natural herbal on the front but also contains menthol?
13        A.   If they're labeling it -- try to reword this.  If
14   they are labeling it as that and that is in there, then
15   yeah.  When I tried to find something that didn't have as
16   much of the menthol as maybe say another one, I would try
17   to find something that maybe didn't have as much, or maybe
18   even try like my more -- actually, what we use now would be
19   tea because it's no menthol and 100% herbal.
20        Q.   So, as you sit here today, you have no problem
21   with a cough drop product that holds itself out as an
22   herbal cough drop in your opinion that also contains
23   menthol, correct?
24        A.   Yeah, that's fine, if it has other herbs in it as

```
 1   well as menthol.

 2        Q.   And Ricola has other herbs in it other than

 3   menthol, correct?

 4        A.   Yes.

 5        Q.   We previously reviewed the Ricola package,

 6   correct?

 7        A.   Yes.

 8        Q.   And you've seen the back of that package?

 9        A.   Yeah.  I was going to say --

10             MR. SHEEHAN:  Here you go.

11        A.   You're fine.  I'm sorry.

12        Q.   Now, looking at the back of the Ricola package,

13   menthol is disclosed on the back of the package, correct?

14        A.   Yes, on the back.

15        Q.   So had you reviewed the back of the package at

16   any time you would have understood that there was menthol

17   in the product, correct?

18        A.   Yeah.

19        Q.   And because in your view Ricola is an herbal

20   cough drop, you don't have a problem with the fact that

21   there is menthol in Ricola, do you?

22        A.   No.

23        Q.   What is your problem with the Ricola product?

24        A.   That it is not specifically saying that it has
```

```
 1      A.    Yeah.

 2      Q.    Now, assuming menthol is an herbal ingredient

 3 that contributes to the function of the product, would you

 4 feel mislead by purchasing the Ricola Original Herb

 5 product?

 6      A.    Maybe.

 7      Q.    Why do you say maybe?

 8      A.    Well, if it would be then why isn't it on there

 9 with the rest of the herbs, the Alpine herbs?

10      Q.    So assuming that menthol is an herbal ingredient

11 and it was just omitted from the front of the package,

12 would you still feel mislead knowing that an herbal

13 ingredient contributes to the function of the product?

14      A.    Not necessarily.

15      Q.    That's because the function of the product would

16 still be provided by an herbal ingredient, correct?

17      A.    Then -- even then, when I did use it, it had

18 worked, it helped with my sore throat, whether it was

19 menthol if I liked menthol or not or peppermint.

20            MR. BUNKER:  Do you want to take a break?

21            THE WITNESS:  He's rescheduling.

22            MR. SHEEHAN:  I don't want him to be harmed,

23 of course.

24            THE WITNESS:  He's okay.
```

1                THE VIDEOGRAPHER:  Time is 3:16.  I'll stop

2  the recording.

3                   (Video record concluded.)

4                THE REPORTER:  Would you like to order the

5  transcript?

6                MR. BUNKER:  I would like to put that on the

7  transcript, yes.

8                THE REPORTER:  Mr. Spencer, would you like

9  copy?

10                MR. SHEEHAN:  Yes, please.  Only a regular

11  PDF copy.

12                   (Further deponent saith not;

13          signature waived by agreement of counsel.)

14

15

16

17

18

19

20

21

22

23

24

```
 1  STATE OF ILLINOIS :
                        : SS
 2  COUNTY OF PEORIA  :

 3           I, Lea Ruth Cohen, RMR, CRR, and Notary Public in

 4  and for the County of Peoria, State of Illinois, do hereby

 5  certify that heretofore, to-wit, on Thursday, August 31,

 6  2023 personally appeared before me at 501 Main Street,

 7  Boardroom, Peoria, Illinois:

 8

 9           LACIE DAVIS, Plaintiff herein.

10

11           I further certify that the said witness was by me

12  first duly sworn to testify to the truth, the whole truth

13  and nothing but the truth in the cause aforesaid; that the

14  testimony then given by said witness was reported

15  stenographically by me in the presence of said witness and

16  afterwards reduced to typewriting, and the foregoing is a

17  true and correct transcript of the testimony so given by

18  said witness as aforesaid.

19

20

21

22

23

24
```

1        I further certify that the signature of the

2   witness was waived.

3

4        I further certify that I am not counsel for nor

5   in any way related to any of the parties to this suit, nor

6   am I in any way interested in the outcome thereof.

7

8        In testimony whereof, I hereunto set my hand and

9   affix my notarial seal on this day, Wednesday, September

10  13, 2023.

11

12

13

14   _____

15                Notary Public

16

17

18   Lea Ruth Cohen, Certified Shorthand Reporter
        (State of Illinois License #084-002868)
19           My commission expires 4/12/2026

20

21

22

23

24