# EXHIBIT A



# Menthol Lozenges

**DEFINITION**

Menthol Lozenges contain NLT 90.0% and NMT 125.0% of the labeled amount of menthol ($C_{10}H_{20}O$), in a suitable molded base.

**USP REFERENCE STANDARDS FOR PURCHASE**

USP Menthol RS

---

**This is a preview of USP-NF/PF content.**

Subscriber?
Access here!

Not a subscriber?
Learn more!

---

United States Pharmacopeia (2023). *USP Monographs, Menthol Lozenges*. USP-NF. Rockville, MD: United States Pharmacopeia.

**DOI: https://doi.org/10.31003/USPNF_M48535_01_01**
**Doc ID: GUID-DE0B7B5F-O5OD-4B3A-8992-BCDC35A6440F_1_en-US**

Privacy policy

© The United States Pharmacopeial Convention

# USP Monographs: Menthol Lozenges

 **pharmacopeia.cn**/v29240/usp29nf24s0_m48535.html

Menthol Lozenges

» Menthol Lozenges contain not less than 90.0 percent and not more than 125.0 percent of the labeled amount of $C_{10}H_{20}O$, in a suitable molded base.

Packaging and storage— Preserve in well-closed containers.

USP Reference standards 〈 11 〉 — USP Menthol RS.
Identification— The retention time of the menthol peak in the chromatogram of the Assay preparation corresponds to that in the chromatogram of the Standard preparation, obtained as directed in the Assay.
Residual solvents 〈 467 〉 : meets the requirements.
(Official January 1, 2007)

Assay—
Sodium chloride solution— Dissolve 250 g of sodium chloride in water to make 1000 mL.

Internal standard solution— Dissolve suitable quantities of anethole in hexanes to obtain a solution having a concentration of about 2 mg per mL.

Standard preparation— Dissolve an accurately weighed quantity of USP Menthol RS in Internal standard solution to obtain a solution having a known concentration of about 0.20L mg per mL, L being the labeled quantity, in mg, of menthol in each Lozenge.
Assay preparation— Transfer 20 Lozenges to a 1-liter screw-capped conical flask. [NOTE— Use caps with inert white rubber liners.] Add 200 mL of water, 260 mL of Sodium chloride solution, and 100.0 mL of Internal standard solution, and shake by mechanical means for 30 minutes. Allow the phases to separate, and transfer a portion of the hexanes phase to a suitable container.

Chromatographic system (see Chromatography 〈 621 〉—The gas chromatograph is equipped with a flame-ionization detector, a split injection system with a split ratio of about 10:1, and a 0.53-mm × 30-m fused silica column coated with a 1-μm layer of Gl6 stationary phase. The column is maintained isothermally at about 125 ° , and the injection port and the detector block are maintained at about 250 ° . The carrier gas is helium at a flow rate of about 10 mL per minute. Chromatograph the Standard preparation, and record the peak responses as directed for Procedure: the relative retention times are about 0.5 for menthol and 1.0 for anethole, the resolution, R, between the menthol and the anethole peaks is not less than 15, the tailing factor for the menthol and anethole peaks is not more than 2.0, and the relative standard deviation for replicate injections is not more than 2.0%.

Procedure— Separately inject equal volumes (about 1 µL) of the Standard preparation and the Assay preparation into the gas chromatograph, and measure the responses for the menthol and anethole peaks. Calculate the quantity, in mg, of $C_{10}H_{20}O$ in each Lozenge taken by the formula:

$$5C(RU / RS),$$

in which C is the concentration, in mg per mL, of USP Menthol RS in the Standard preparation, and RU and RS are the ratios of the menthol peak to the anethole peak obtained from the Assay preparation and the Standard preparation, respectively.

Auxiliary Information— Staff Liaison : Maged H. Sharaf, Ph.D., Senior Scientist

Expert Committee : (DSB05) Dietary Supplements - Botanicals

USP29–NF24 Page 1339

Phone Number : 1-301-816-8318

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

LACIE DAVIS, individually and      )
on behalf of all others similarly  )
situated,                          )
                                   )
                    Plaintiff,     )
                                   )
           -vs-                    ) Case 3:22-cv-03071
                                   )      CLR-KLM
RICOLA USA, INC.,                  )
                                   )
                    Defendant.     )


VIDEOTAPED DEPOSITION

LACIE DAVIS


Plaintiff herein called for examination pursuant to notice
and the Federal Rules of Civil Procedure as they pertain to
the taking of depositions before Lea Ruth Cohen, CSR, and a
Notary Public in and for the County of Peoria, State of
Illinois, on Thursday, August 31, 2023, at the Marriott
Pere Marquette, 501 Main Street, Boardroom, Peoria,
Illinois, commencing at the hour of 11:01 a.m.

1

2      APPEARANCES:

3            SPENCER SHEEHAN, ESQUIRE
             Sheehan & Associates, P.C.
4            60 Cuttermill Road, Suite 412
             Great Neck, New York  11021
5            (516) 268-7080
             spencer@spencersheehan.com
6
             on behalf of the Plaintiff;
7

8

9            KHIRIN A. BUNKER, ESQUIRE
             Sheppard Mullin
10           Four Embarcadero Center, 17th Floor
             San Francisco, California  94111-4109
11           (415)774-3162
             kbunker@sheppardmullin.com
12
             on behalf of the Defendant;
13

14

15     ALSO PRESENT:

16        Wayne Rutherford, Videographer;

17        Nathan Davis.

18

19

20

21

22

23

24

1                    I N D E X

2

Called on behalf of the Defendant:

3

LACIE DAVIS

4

Direct Examination by Mr. Bunker . . .   5

5

Cross-Examination by Mr. Sheehan . . . 135

6

7

8

9

10  Exhibit              Page        Description

11  Deposition  1 . . .  19        Attorney Rep. Agreement
    Deposition  2 . . .  61        RICOLA8
12  Deposition  3 . . .  70        Top Class Actions post
    Deposition  4 . . .  80        Top Class Actions post
13  Deposition  5 . . .  81        Top Class/Children's Place
    Deposition  6 . . .  81        Top Class/Afterpay
14  Deposition  7 . . .  73        Top Class/Walmart
    *Deposition 9 . . .  84        Top Class/Klarna
15  Deposition  10 . . . 88        Complaint
    *Deposition 12 . . . 133       Class Actions Sett.
16  Deposition  13 . . . 134       Screenshot

17

18  (Exhibits retained by counsel.)

19

20

21

22

23

24              *(Indicates skip in sequence.)

```
 1                 THE VIDEOGRAPHER:  We're on the record.

 2           This begins the video deposition of Lacie Davis

 3  in the matter Davis v. Ricola USA, Inc.

 4           Today's date is 8/31/2023.  The time on the video

 5  is 11:01 a.m.

 6           My name is Wayne Rutherford.  The court reporter

 7  is Lea Cohen of Thompson Court Reporters.  Today's

 8  deposition is taking place in Peoria Pere Marquette in

 9  Peoria, Illinois.

10           Will counsel please identify themselves and the

11  parties they represent?

12                 MR. SHEEHAN:  For the Plaintiff, Spencer

13  Sheehan, Sheehan and Associates, P.C.

14                 MR. BUNKER:  And Khirin Bunker for Defendant

15  Ricola, and we also have joining us remotely Sascha Henry

16  from my office, and we may also be joined by Paul Garrity

17  also from my office.  I believe we also have Bill Higgins

18  and Don Parriott from Ricola.

19                 THE VIDEOGRAPHER:  Will the court reporter

20  please swear in the witness?

21                      (Witness sworn.)

22                       LACIE DAVIS,

23   having been called on behalf of the Defendant,

24   being first duly sworn, was examined and testified
```

1  as follows:

2          DIRECT EXAMINATION

3  BY MR. BUNKER:

4      Q.    Good morning, Ms. Davis.

5      A.    Good morning.

6      Q.    My name is Khirin Bunker.  I'll be taking your

7  deposition today.  Do you understand that you're under oath

8  just as you would be in a courtroom before a judge?

9      A.    Yes, sir.

10     Q.    Have you been deposed before?

11     A.    No.

12     Q.    So this is your first deposition?

13     A.    Yeah.

14     Q.    Given that it's your first deposition, I'll go

15  ahead and go through a few ground rules to kind of get us

16  familiar and comfortable with the process.

17     A.    Sure.  Thank you.

18     Q.    As you can see, the court reporter is taking down

19  everything we say.  So we're going to try to keep a clear

20  record here.  What that means is I'm going to do my best to

21  let you finish your answers.  I would appreciate if you let

22  me finish my questions before you begin answering.  It

23  becomes really difficult for her when we start talking over

24  each other.  Does that make sense?

```
 1        A.   Yes.

 2        Q.   I'm entitled to your best testimony today.  So I

 3   might ask you at times questions which call for an

 4   estimate, right?  You'll have to think about it, talk about

 5   an estimate.  I don't want you guessing, okay?  If I ask a

 6   question and you answer it, I assume you're not guessing,

 7   that you have an estimate.  Do you understand that?

 8        A.   Yes.

 9        Q.   If for some reason you don't hear or understand a

10   question today, please let me know.  I will reask the

11   question.  If you answer the question, I'm going to assume

12   that you understood it.  Does that make sense?

13        A.   Yes.

14        Q.   Your counsel might object from time to time on

15   the record, and unless your counsel instructs you not to

16   answer the question, I'm entitled to an answer.  Do you

17   understand that?

18        A.   Yes.

19        Q.   If you need to take breaks -- it's going to be

20   potentially a long day here.  If you need to take breaks,

21   I'm happy to do so.  I understand you have your husband

22   with you as well, completely understand.  Please just ask,

23   let me know.  We'll also try and take a few breaks here and

24   there.  I just ask that you answer any questions pending on
```

1  the record before we go ahead and go on break.  Do you

2  understand that?

3       A.   Yes.

4       Q.   Is there any reason why you cannot give your best

5  testimony today?

6       A.   No.

7       Q.   Do you have an email address?

8       A.   Yes.

9       Q.   What is your email address?

10      A.   It is muker85@hotmail.com.

11      Q.   Can you spell that for the record?

12      A.   M-U-K-E-R-8-5@hotmail.com.

13      Q.   Do you have any other email addresses?

14      A.   I have old ones that I don't really remember.

15      Q.   Any others that you've used in the past five

16  years?

17      A.   I have another one that's at Yahoo.

18      Q.   And can you let me know what that one is?

19      A.   It's ammozo85@yahoo.com.

20      Q.   Would you mind spelling that for the record?

21      A.   A-M-M-O-Z-O-8-5@yahoo.com.

22      Q.   Have you ever served as a class action plaintiff

23  before?

24      A.   No, sir.

```
 1       Q.   Have you ever been a party in litigation before?

 2       A.   Not that I know of.

 3       Q.   Have you ever filed for bankruptcy?

 4       A.   No.

 5       Q.   Have you ever been involved as a defendant in a

 6  criminal case within the last ten years?

 7       A.   No.

 8       Q.   What did you do to prepare for today's

 9  deposition?

10            MR. SHEEHAN:  Off the record, please.

11            MR. BUNKER:  Off the record.

12            THE VIDEOGRAPHER:  Time is 11:05.  We're off

13  the record.

14            (Discussion off the record.)

15            THE VIDEOGRAPHER:  We are on the record at

16  11:06.

17       DIRECT EXAMINATION (cont.)

18  BY MR. BUNKER:

19       Q.   You understand from the discussion with your

20  counsel that you can talk about the background but we're

21  not going to get into the actual words that you spoke

22  with --

23       A.   Yes.

24       Q.   -- your counsel.
```

```
 1              What did you do to prepare for today's

 2  deposition?

 3        A.    I have had a Zoom meeting.

 4        Q.    When did that Zoom meeting take place?

 5        A.    Yesterday.

 6        Q.    About how long was that Zoom meeting?

 7        A.    About an hour.

 8        Q.    Who was present for that Zoom meeting?

 9        A.    Just my attorney and I.

10        Q.    When you say your attorney, do you mean

11  Mr. Sheehan?

12        A.    Yes.

13        Q.    Did you review any documents in preparation for

14  this deposition?

15        A.    We did.

16        Q.    And did any of those documents refresh your

17  recollection about the allegations in this case?

18        A.    Not really.  I had already known what was about

19  the case.  We just kind of went over it more.

20        Q.    Do you have any previous names that you've gone

21  by?

22        A.    Lacie A. Lair.  That would be my maiden name.

23        Q.    Any nicknames?

24        A.    Lace.
```

1    Q.   How did you first become involved in this

2  lawsuit?

3    A.   I was scrolling on Facebook and I seen an ad.

4    Q.   What did that ad say?

5    A.   It was about how -- about the product, specific

6  product, that it had herbs, Swiss herbs.  I immediately

7  thought, hey, I use that product.  So I clicked on the ad.

8    Q.   What was the product that was in that ad?

9    A.   The Ricola cough drops.

10    Q.   What flavor of Ricola cough drops?

11    A.   The original.

12    Q.   I just kind of want to understand this.  So you

13  saw the Facebook advertisement.  Was there some sort of

14  link to click?

15    A.   I just clicked on the ad and it opened up to

16  where you could enter your information.

17    Q.   So some sort of form that you were filling out?

18    A.   Yeah.

19    Q.   Can you describe that form?

20    A.   It was just a basic pop-up form where I put in my

21  name, number, I believe there might have been my address,

22  and if I had used the product or not.

23    Q.   And at the time that you responded to that ad

24  were you seeking and responding to that ad to establish an

 1  attorney-client relationship?

 2      A.   No.

 3      Q.   So when you were submitting that information, you

 4  didn't know whether or not you were talking to an attorney,

 5  correct?

 6      A.   I just figured it was an ad on Facebook.  I would

 7  eventually be contacted by someone if it was something that

 8  they would need to get ahold of me for.

 9              MR. SHEEHAN:  If I may?  Mr. Bunker, we

10  will, if we haven't, be glad to provide probably that

11  submission.  I don't know if we provided you the ads.  I

12  don't think they were requested.  Normally we do in

13  response to requests for production.  Here we didn't do

14  that, not intentionally, but if you want after just ask me

15  for that and we could provide you with the versions of the

16  ad.

17              MR. BUNKER:  Appreciate that, Mr. Sheehan.

18              MR. SHEEHAN:  Sure.  And also the time and

19  everything that that occurred.

20  BY MR. BUNKER:

21      Q.   So, Ms. Davis, talk about this form you filled

22  out.  You said you provided some contact information.  Were

23  there any other questions on this form?

24      A.   Just if I had -- I believe, if I'm recalling

1  correctly, if I had actually used the product, and the

2  reason it caught my eye was like, hey, I've used that

3  product.  So I investigated for more.

4      Q.   Did you have a sense of what the advertisement

5  was seeking in terms of responses?

6      A.   Yes.  It was pretty obvious that it was some kind

7  of advertisement that there was something false about the

8  advertisement on the packaging.

9      Q.   At the time that you saw that Facebook

10 advertisement, what did you believe was false about the

11 packaging?

12     A.   Well, at first I didn't really know for sure.  I

13 had assumed that what was right in front of me when I'm

14 reading it was correct, that it has, you know, Alpine

15 herbs.  Been using the product and variations of the

16 product for years.

17          So when I seen that I immediately was a little

18 upset and clicked on it to maybe get more information about

19 what was going on.

20     Q.   So the advertisement said that the product did

21 not contain Alpine herbs?

22     A.   Yes.

23     Q.   Do you know, as you sit here today, whether or

24 not the product contains Alpine herbs?

 1      A.   It does, but it's not the active ingredient.

 2      Q.   So after you filled out this form, how long after

 3  that were you contacted by an attorney?

 4      A.   I don't really recall the time.  I would say it

 5  was probably within a week or so.  I had just had a baby

 6  around that time so I was a little foggy of time.

 7      Q.   Understand.  Within a week or so.  Then who

 8  reached out to you?

 9      A.   Actually, it would have been someone in his

10  office.  I believe at the time it was a lady that had

11  reached out to me, and then you and I had connected.  She

12  said she was going to call --

13      Q.   Excuse me.  I didn't mean to --

14      A.   You're okay.

15      Q.   I violated my own guidelines here.

16           What was the name of the woman that reached out

17  to you?

18      A.   I don't remember.  I don't remember her name, but

19  it was someone within the office and saying that he would

20  eventually give me a call, and after that it was almost

21  immediately.

22      Q.   When you say almost immediately, you mean it was

23  almost immediately after that that you spoke with

24  Mr. Sheehan?

1      A.    Yeah, within probably an hour or two, I believe.

2      Q.    At the time you spoke with Mr. Sheehan for the

3  first time, were you seeking to establish an

4  attorney-client relationship?

5      A.    No.  I wanted to know what the ad was about, if

6  it was true.  And, actually, after our phone call I went

7  and looked at a package that I had previously purchased and

8  realized that, oh, okay, yeah, it is saying the same thing

9  and that I was unhappy.

10     Q.    Was that the first time that you were unhappy

11 with the product?

12     A.    Knowing that -- trying to put this in words that

13 aren't -- maybe having something that's not quite as

14 transparent on the front of a package made me upset because

15 I have been spending more money on something that I thought

16 was better than other brands, not going to say other

17 brands, just for that.  I'd even go to a different store to

18 get said product.  So knowing that I wasted in my belief --

19 sure, the product, I've used the product, and, you know,

20 but knowing that it wasn't what I thought on the packaging

21 made me upset.  So then after knowing that, yes, I

22 consulted and decided that I wanted to have him go with my

23 case.

24     Q.    So prior to speaking with your attorney you had

 1  never had any problems with the Ricola product, correct?

 2       A.    Not that I can recall.

 3       Q.    When was the first time you ever purchased the

 4  Ricola Original Herb product?

 5       A.    That's going to have to be an estimate because I

 6  am 38 years old and I have been buying cough drops, herbs,

 7  for probably -- I have to think of when I actually started

 8  buying my own stuff and my parents didn't buy my stuff for

 9  me -- over 20 years.

10       Q.    What did you like about the Ricola product?

11       A.    Well, thinking that it was more medicinal over

12  others that you see, that it's -- I guess in my mind I see

13  menthol on someone's packaging and, okay, everybody has

14  that, but you see herbs, I'm very much into herbs and more

15  laid back, and knowing that that was the main thing sold it

16  for me.

17       Q.    What do you mean by the main thing?

18       A.    It's the main, I would say, advert for the

19  product is that it's Swiss Alpine herbs.  So you think that

20  it would be real Swiss Alpine herbs that are doing the job.

21       Q.    What do you mean by "doing the job"?

22       A.    For your lozenges, cooling your sore throat or

23  whatever you're taking the drop for.  I have a lot of

24  asthma issues in the past, and even as a kid having a sore

1  throat was often.  So I would use it rather often.

2      Q.   You may have answered this, but why were you

3  purchasing the product?  What were you trying to address?

4      A.   To soothe a sore throat.  To soothe a scratchy

5  throat.

6      Q.   Did the product in fact soothe your sore throat?

7      A.   Within reason, yeah.

8      Q.   Did it soothe your scratchy throat?

9      A.   Within reason, yes.

10     Q.   Did you have any complaints about the product's

11  ability to soothe your throat?

12     A.   No.

13     Q.   Is that why you continued to purchase the product

14  for 20 years?

15     A.   Yeah.  And you came out with a bunch of other

16  flavors that tasted good.

17     Q.   Let's talk about the flavors.  Was the Original

18  Herb product the first Ricola product that you ever

19  purchased?

20     A.   Yeah, it would have been the first I would have

21  purchased.

22     Q.   Have you ever purchased the Ricola honey herb

23  cough drops?

24     A.   I have purchased many different varieties.

 1     Q.   Do you remember any of those varieties?

 2     A.   There was the one that was a citrus mint that was

 3  really good.  The original was good.  There was a berry

 4  that was pretty good, and there was a lemon one that was

 5  really good.  I don't recall the exact name off the top of

 6  my head but --

 7     Q.   I'm going to ask you about a few more of them

 8  just to see.

 9     A.   Yep.  Uh-huh.

10     Q.   The Ricola honey lemon with echinacea, did you

11  purchase that one?

12     A.   I don't think so.

13     Q.   Have you ever purchased the Ricola green tea with

14  echinacea?

15     A.   I don't think so.

16     Q.   Have you ever purchased Ricola Max Throat Care

17  honey lemon?

18     A.   If it was something to do with the throat and it

19  would have said something that was more powerful or max,

20  probably.

21     Q.   Why do you say that?

22     A.   Having a sore throat, it's rough, and being an

23  asthmatic and --

24               MR. SHEEHAN:  Sorry.

1     A.   You're okay.

2          Having -- being an asthmatic and all the fun side

3  effects that come with it, my mom would even send me with a

4  handful of cough drops in my pocket for school because --

5  to get through the day where you you wouldn't have to

6  cough.  Sorry.

7     Q.   No problem.  Were those Ricola cough drops?

8     A.   In our household, normally, yes.

9     Q.   Is it fair to say that you grew up with Ricola

10  cough drops?

11     A.   Yeah.

12     Q.   Few more flavors, I promise I'll be done with

13  these questions.

14     A.   Okay.  You're fine.

15     Q.   Have you ever purchased Ricola Max Throat Care --

16  strike that.

17          Have you ever purchased Ricola Max Throat Care

18  cool peppermint?

19     A.   I don't think so.

20     Q.   Have you ever purchased Ricola cherry honey

21  throat drops?

22     A.   Probably.  If it had cherry in it, I'm a big

23  kicker for cherry so probably.

24     Q.   Have you ever purchased Ricola berry medley

1  throat --

2      A.   I think that was the berry one that I liked,

3  yeah.

4      Q.   Are there any other Ricola products that you can

5  think of as you sit here today that you've purchased?

6      A.   I think we've gone over most of them.

7      Q.   After you felt that the product was not

8  representing accurately what it was, did you ever seek to

9  complain to Ricola about that?

10     A.   No.  I never really thought about it.  I don't

11  normally -- I mean, as a kid, honestly, I look at the front

12  of the packaging and go with whatever it says.  Sadly, even

13  as a mom, now that I have a small child and I have other

14  children, I don't have a lot of time to turn the package

15  around and look what's on the back.  I go with what's on

16  the front of the package and put it into the cart.  So

17  yeah.

18     Q.   Did you sign a written agreement with your

19  attorneys in this case?

20     A.   We have a document that is signed that he is

21  representing me.

22     Q.   I'm going to go ahead and introduce our first

23  exhibit here today.  I'll represent to you that this is a

24  copy of an Attorney Representation Agreement that we

1  received from your counsel's office.

2          MR. BUNKER:  I have a copy for you as well.

3          MR. SHEEHAN:  Thank you so much.  Thank you.

4  BY MR. BUNKER:

5      Q.   Do you recognize this document?

6      A.   Yes.

7      Q.   Is this the agreement that you signed with

8  Mr. Sheehan's office?

9      A.   Yes.

10      Q.   Do you see at the bottom of the first page here

11  it has the date May 3rd, 2022?

12      A.   Yes.

13      Q.   Is that your signature next to the date?

14      A.   Yes.

15      Q.   Was May 3rd, 2022, in fact the day that you

16  signed this agreement?

17      A.   Yes.

18      Q.   Before signing this agreement, did you review all

19  of the terms?

20      A.   I scrolled through and read them.  Some of the

21  things I don't necessarily understand, that's more attorney

22  jargles is what I would call it because I don't understand

23  it.  I'm not an attorney.  I'm a mom.  From what I could

24  understand and knew, yes.

1      Q.    About how long between first seeing this

2   agreement and signing it did you take?

3      A.    Probably about 20 minutes.

4      Q.    During those 20 minutes, did you consult with

5   anyone else regarding the terms in this agreement?

6      A.    My husband.

7      Q.    Anyone else?

8      A.    No.

9      Q.    Did you think that the terms of this agreement

10  were all acceptable?

11     A.    Yes.

12     Q.    At the top right-hand corner there is an email

13  address that says leads@spencersheehan.com?

14     A.    Uh-huh.

15     Q.    Are you familiar with that email address?

16     A.    I don't recall using that email address.

17     Q.    Let me put it this way:  Have you ever

18  communicated with any email address?

19     A.    I don't honestly look at the email addresses that

20  come through.  I'm sorry.

21     Q.    No problem.  I want you to go ahead and turn to

22  page two of this agreement for me.  Please take a second to

23  familiarize yourself with the page, and let me know when

24  you're ready to proceed.

```
 1      A.   Uh-huh.  (Indicating.)

 2           I'm ready.

 3      Q.   I want to direct your attention to the first bold

 4 sentence.  It says, This form may be prefilled based on

 5 information you provided.  Do you see that there?

 6      A.   Yes.

 7      Q.   Can you identify for me on this page what if any

 8 of this information was provided by you?

 9      A.   My name, my address, my email, my phone number,

10 the store website or other where it was purchased, the

11 location, and the within how -- the with when I guess would

12 be.

13      Q.   You're referring to the two to three months ago?

14      A.   Yes, yes.

15      Q.   At the top of the page it says, Ricola Lemon Mint

16 Lozenge.  Do you see that?

17      A.   Yes.

18      Q.   Did you write that?

19      A.   No.

20      Q.   Do you know who wrote that?

21      A.   No.

22      Q.   Was the Ricola Lemon Mint Lozenge one of the

23 products that you've purchased?

24      A.   I have purchased that in the past, yes.
```

1    Q.   I want to direct your attention to the sentence

2 that starts with How, it says, Giving the impression it has

3 more Swiss herbs than it did.  Did you write that sentence?

4    A.   No.

5    Q.   Do you know who wrote that sentence?

6    A.   No.

7    Q.   So when you were reviewing this agreement, did

8 you agree with this statement of how the product was

9 misleading?

10    A.   Yes.

11    Q.   What is your belief about the product containing

12 more Swiss herbs than it did?

13    A.   Well, from the front of the packaging, I would

14 assume that it would have more Swiss herbs than what it

15 does than the active ingredient being menthol.

16    Q.   Are your claims in this case that the product

17 does not contain enough Swiss herbs?

18         MR. SHEEHAN:  Objection, legal conclusion.

19 Please answer.

20    A.   Yes.

21    Q.   What do you mean by that?

22    A.   The fact that on the packaging it's made with,

23 yes, but on most other packaging that I have looked at more

24 recently because of this on the front of the packaging it

1  just says that it's made with Alpine herbs and all that.

2  On the front of I would say another packaging it says that

3  it's just -- it's like right there, menthol.  So knowing

4  that there would be more than what there is.

5      Q.   Let's try to break this down a little bit to

6  better understand your allegations here.

7      A.   Uh-huh.

8      Q.   So is your problem with the product that there is

9  not a sufficient amount of Swiss herbs in it?

10      A.   It's the front of the packaging is not

11  transparent, that made with Swiss herbs.  It says it on the

12  front of it, but when you go to the back of it it doesn't

13  have enough.  It's more so menthol just like everybody

14  else.  So I am paying more or I would assume that I had

15  been paying more all this time for a product that I thought

16  was better than another product that I would maybe -- may

17  or may not use.

18      Q.   How did you come to the conclusion that the

19  product does not have a sufficient amount of Swiss Alpine

20  herbs in it?

21      A.   After seeing the ad, after talking with my

22  attorney, after going through documents and our agreements,

23  I decided that after actually looking at it and going, oh,

24  I -- looking at the ad and then looking at the product that

1  I had in the bathroom, I realized that, oh, hey, it's not

2  as much as what you would assume that it would be with what

3  it says on the front of the packaging.

4      Q.   You mentioned the -- you looking to the agreement

5  and you mentioned documents.  What specific documents are

6  you talking about when you said that you looked at

7  documents that informed your opinion about the amount of

8  Swiss Alpine herbs on the product?

9      A.   Our documents that we have looked at on Zoom.

10      Q.   When you say "our documents," are you talking

11  about the Complaint?

12      A.   Yes.  Sorry.

13      Q.   Are there any other documents that you have

14  reviewed that informed your opinion about whether or not

15  there is a sufficient amount of Swiss Alpine herbs in the

16  product?

17      A.   Just with the Complaint and looking at the back

18  of the product myself.

19      Q.   So is it fair to say that your understanding of

20  the amount of Swiss Alpine herbs in the product is based on

21  the Complaint and the package itself?

22      A.   Yes.

23      Q.   Are there any other documents that you've

24  reviewed that have informed that opinion?

```
 1      A.   No.

 2      Q.   Have you ever looked at the formulation for the

 3 product?

 4      A.   Briefly.

 5      Q.   Where did you see the formulation for the

 6 product?

 7      A.   I'm thinking maybe in the ingredients.  I'm not

 8 actually thinking formulation, but your ingredients.

 9      Q.   We'll be very specific here just to make sure

10 we're talking about the same thing.  So you've reviewed the

11 ingredients on the package of the Ricola Original Herb

12 product, correct?

13      A.   Correct.

14      Q.   And that's where you determined that there was

15 not a sufficient amount of the Swiss Alpine herb

16 ingredients?

17      A.   Yes.

18      Q.   How did you make that determination based on the

19 package?

20      A.   Just by reading the ingredients on there.

21      Q.   I want you to go ahead and turn -- one second --

22 to section 1 of the agreement.  I believe that may be on

23 page three.  Do you see that there?

24      A.   Are we looking at Purpose of Representation?
```

Davis, Lacie Filed 12/09/23

1    Q.   That's correct.  Please take a second to
2  familiarize yourself with the page, and let me know when
3  you're ready to proceed.
4    A.   (Indicating.)
5         I'm ready.
6    Q.   Okay.  Do you see in that paragraph there it
7  says, We agree not to file a claim against any other party
8  on your behalf without your consent?
9    A.   Yes.
10    Q.   Is that -- has that been a true statement for
11 you?  Did you review the Complaint before it was filed?
12    A.   Yes.
13    Q.   I want you to turn to section 6, that's on page
14 five.
15    A.   Here we are.
16    Q.   Can you read that first paragraph under the
17 heading Attorneys' Fees?
18    A.   The co-counsel?
19    Q.   So there is co-counsel, it says 5. Co-Counsel,
20 and 6. Attorneys' Fees.  Can you read the first paragraph
21 under the heading Attorneys' Fees?
22    A.   Yes.  We will be compensated only if we are
23 successful in achieving recovery for you and/or your class
24 represent -- you represent.  You authorize us to negotiate

1 with the Defendant or to seek relief before the Court or to

2 achieve such compensation as we see fit.

3     Q.   Did you agree with that term there?

4     A.   Yes.

5     Q.   Is it your understanding that your attorneys are

6 in charge of all negotiations in this case?

7     A.   Between the attorneys and the judge, yes.

8     Q.   Have you been previously consulted on any

9 negotiations in this case?

10     A.   Negotiations, no.

11     Q.   Have you previously approved any demands for

12 monetary compensation from Ricola in this case?

13     A.   No.

14     Q.   I want you to turn to section 12 of this

15 agreement.  It's right at the end on page seven.

16     A.   Uh-huh.

17     Q.   Do you see that there?

18     A.   Number 12, yes.

19     Q.   It says, Any modifications to this agreement must

20 be in writing, correct?

21     A.   Yes.

22     Q.   Are there in fact any modifications to this

23 agreement?

24     A.   No.

1    Q.   So this agreement contains your entire agreement

2  with your attorneys?

3    A.   Yes.

4    Q.   You can go ahead and set that exhibit aside.

5  We're done with it for now -- you know, actually, before we

6  do that let me take you back really quickly to the second

7  page.  On the second page, do you see the statement When?

8    A.   Uh-huh.  Yes.

9    Q.   It says two to three months ago, correct?

10    A.   Correct.

11    Q.   You had testified that you wrote that sentence?

12    A.   Yes.

13    Q.   And so at the time that you signed this

14  agreement, in May of 2022, was that statement correct?

15    A.   Yes.  That was the last time that I had purchased

16  that product more recently.

17    Q.   But the first time that you purchased the product

18  was over 20 years prior, correct?

19    A.   Yeah.

20    Q.   Why did you choose a date in February or March of

21  2022 when listing that sentence there?

22    A.   That would have been the last time that I had a

23  head cold, and that would have been the last time that I

24  had picked up the Ricola and it would have been the

1  original.

2      Q.    After filing the Complaint in May of 2022, did

3  you continue to purchase Ricola products?

4      A.    No.

5      Q.    So you never purchased a Ricola product since the

6  filing of the Complaint in March -- strike that.

7           You've never purchased a Ricola product since the

8  filing of the Complaint in May of 2022, correct?

9      A.    Correct.

10     Q.    Do you still purchase cough drops?

11     A.    Yes.

12     Q.    What cough drops do you purchase now?

13     A.    Your competitor.  One of your competitors, Halls.

14 Sometimes there is one that's at Dollar General, it's just

15 Dollar General brand.

16     Q.    Do you know what specific Halls cough drops

17 you're purchasing?

18     A.    It's the orange bag.

19     Q.    Does it have a flavor?

20     A.    I actually have not used it.  It would have been

21 for one of my children, but it's supposed to have a

22 tropical flavor.

23     Q.    Have you personally used any cough drops since

24 the filing of your Complaint?

```
 1        A.    No.

 2        Q.    So when you're talking about purchasing from

 3   Halls or Dollar General, you're talking about purchasing

 4   those products for other members of your family?

 5        A.    Yeah.

 6        Q.    You can go ahead and set the agreement aside.

 7              Do you have an understanding of what an

 8   over-the-counter medicine is?

 9        A.    Something you cannot get at the pharmacy.

10        Q.    How does an over-the-counter medicine differ from

11   a prescription medicine?

12        A.    You have to have a prescription to get that

13   medication.

14        Q.    When a doctor assigns you a prescription

15   medicine, typically would you agree with me that they go

16   over the dosage with you of that product?

17        A.    They're supposed to.

18        Q.    Would you agree with me that when you are

19   prescribed a prescription medicine that you discuss with

20   your doctor potential side effects of that product?

21        A.    They are supposed to.

22        Q.    When you purchase an over-the-counter medicine,

23   you don't have the opportunity typically to consult with a

24   doctor, correct?
```

 1      A.    Not generally, but you can talk to a pharmacist.

 2      Q.    Did you ever speak with a pharmacist in

 3 connection with purchasing any Ricola product?

 4      A.    No.

 5      Q.    Did you ever speak with a doctor in connection

 6 with purchasing any Ricola product?

 7      A.    No.

 8      Q.    If I use the word OTC going forward, would you

 9 understand that to mean over the counter?

10      A.    Over the counter, yeah.

11      Q.    Do you understand that OTC products can include

12 things like painkillers?

13      A.    Yes.

14      Q.    And OTC products can include things like cough

15 medicine?

16      A.    Yes.

17      Q.    And OTC products can include things like cough

18 drops?

19      A.    Yes.

20      Q.    Do you understand that the Ricola products you're

21 purchasing are OTC products?

22      A.    Yes.

23      Q.    Do you try and use OTC products correctly?

24      A.    Yes.  I try to use any kind of pharmaceutical or

1  over-the-counter products correctly so that I get the

2  correct response with whatever I'm having an issue with.

3      Q.  Where do you typically find that information on

4  the package?

5      A.  Usually first glance on the front of it.

6      Q.  So you find the instructions for how to use the

7  product on the front of OTC medicines?

8      A.  Sometimes it's on the side or the back.

9      Q.  Do you ever look on the side or the back to

10 figure out that information?

11     A.  Not generally.  A lot of the times, if it's

12 something that I've already used for years or it's a brand

13 that I have used for years, like topical or cough drop or

14 whatever, I throw it in the cart by glancing at the front

15 of the package.

16     Q.  Without naming them, do you routinely take any

17 prescription or OTC medicines?

18     A.  Prescriptions, yes.  Over-the-counter,

19 occasionally painkillers for aches, pains.  I do have

20 fibromyalgia so I have a lot of pain.

21     Q.  So before purchasing a new product do you ever

22 review the drug facts panel on that product to make sure

23 that there is no adverse interactions between the

24 medications that you're taking and the OTC product?

1      A.    With a new prescription medication I usually talk

2 to my doctor because I have had several flare-ups, so to

3 speak, or issues with combining a medication or being

4 allergic to a medication.

5      Q.    Before using a new OTC product, do you look for

6 directions on how to use the medicine?

7      A.    Usually, if it's over-the-counter, depending on

8 what it is.  If it's something I never used before, yes.

9      Q.    The first time that you ever used a Ricola

10 Original Herb product, did you review the package before

11 using it?

12      A.    The very first time that I would have used a

13 Ricola product would have been when I was a kid and I

14 wouldn't have even cared at that time.  I would have been a

15 youngster and my mom would have been the one that would

16 have and she's deceased.

17      Q.    I'm sorry.

18      A.    Thank you.

19      Q.    Is it fair to say that you learned to use Ricola

20 products from your mother?

21      A.    Yeah, safe to say, yes.

22      Q.    Do you personally use social media?

23      A.    I do.

24      Q.    What kind of social media accounts do you have?

1      A.   Facebook.

2      Q.   How about a LinkedIn?

3      A.   No.  I don't even -- I don't think so.  I'm not

4  even sure what that is.

5      Q.   Do you have an Instagram?

6      A.   I do, but I don't really use it very often.

7      Q.   What's your handle on Instagram?

8      A.   I really don't even -- my husband might have it.

9  I don't really know.  That's how often I use it.  I really

10  don't know.

11      Q.   Do you have a Twitter?

12      A.   Yes.

13      Q.   Do you know your Twitter handle?

14      A.   I think it's @lacielair85, but, again, I don't

15  really use that often.

16      Q.   Do you have a YouTube channel or account?

17      A.   I used to.

18      Q.   What was the account name for that?

19      A.   Something about Bunny Mama Reviews.  I used to do

20  reviews for different products and stuff like cat box

21  scoopers, stuff like that for animals.

22      Q.   Did you ever do any reviews of over-the-counter

23  products?

24      A.   Hair stuff like -- I'd say, to rephrase that,

Page 36

1  shampoo.

2      Q.   So I'm talking about over-the-counter products,

3  I'm talking about medicines.  Did you have any --

4      A.   No.

5      Q.   -- OTC medicine reviews?

6      A.   Not medication.

7      Q.   Do you have a WeChat?

8      A.   I don't even know what that is so I would assume

9  no.

10      Q.   Do you have a TikTok?

11      A.   Sadly, yes.  And I haven't been on it for over a

12  year probably.

13      Q.   Do you know your TikTok handle?

14      A.   No, I don't recall it.

15      Q.   Do you have a WhatsApp?

16      A.   I used to.  I don't -- I don't use it so I don't

17  know.

18      Q.   Do you have a Snapchat?

19      A.   Yes.

20      Q.   Do you know your Snapchat handle?

21      A.   No.  I use it to communicate with my kid.  That's

22  like the only way you can talk to teenagers nowadays.

23      Q.   Do you have a Pinterest?

24      A.   Yes.  I haven't been on it for a really long

 1  time.

 2       Q.   Do you know what your Pinterest handle is?

 3       A.   I don't know, honestly.

 4       Q.   Do you use Reddit?

 5       A.   I've heard of it, but I don't think I've ever

 6  signed up for one.  I don't even know what it's about.

 7       Q.   Have you ever been banned or suspended from

 8  posting on a social media website?

 9       A.   Facebook.  They don't -- yeah.  Political.

10       Q.   Can you explain that ban?

11       A.   Being -- I think I was banned once or twice for

12  posting something about president, for the president, and

13  apparently someone didn't like it and they flagged me for

14  it and got me suspended for 30 days.

15       Q.   Do you remember what that statement was?

16       A.   I don't even remember.  It was a while back when

17  president -- ex-president Trump was running again.

18       Q.   Are you currently employed?

19       A.   I am not employed.

20       Q.   Have you previously been employed in the last ten

21  years?

22       A.   Yes.

23       Q.   Where were you employed?

24       A.   I have worked as a cook at a nursing home, a

1  primary school, high school and middle school.  Basically a

2  cafeteria lady or a dietary aide.

3      Q.    Have you ever worked in marketing?

4      A.    If you call selling Avon marketing, very long

5  time ago.  I think most people wouldn't really call that

6  exactly marketing but --

7      Q.    When were you selling Avon?

8      A.    A few times.  This would have to be an estimate.

9  Probably -- I'm trying to think when my son was in school.

10 In about '04, 2004, I sold Avon for a little while.  Then I

11 tried selling it again in 2010, I believe.  I didn't -- I

12 live out in I would call the boonies and there is not

13 really much for that there.  So I didn't do very good so I

14 stopped.  I was pretty much purchasing my own stuff.

15     Q.    Did you endorse the products that you sold?  Did

16 you think that they were good products?

17     A.    Only if I had tried them, or I would suggest

18 if -- at the time my mom would buy my stuff too because

19 it's like my only customer.  If she thought it was nice and

20 we both tried it and we liked it, then I would get samples

21 for it and let my customers try it before they bought it.

22     Q.    Have you ever owned any other independent

23 businesses?

24     A.    Not really.  I've resold stuff.  You find

 1  something on like Goodwill, or something like that, and
 2  then you resell it.  I've done that a few times, but I
 3  would never call it a business.  It would be more of a
 4  hobby.
 5      Q.   I'm just going to run through a couple questions
 6  here about your employment.  Have you ever worked in the
 7  healthcare industry?
 8      A.   No.
 9      Q.   Have you ever worked in the pharmaceutical
10  industry?
11      A.   No.
12      Q.   Have you ever worked as an influencer on social
13  media?
14      A.   Not really.  I wouldn't call myself an
15  influencer.
16      Q.   Why do you say not really?
17      A.   I have posted stuff where, like I had said
18  previously, like cat boxes and scoops and stuff like that
19  where I would review a product and do my honest review on
20  it, but I -- most of the people didn't really like me
21  because I was too honest with their product.
22      Q.   So were you having partnerships with those brands
23  when you were doing those videos?
24      A.   If you would call it that.  They would send me a

1  free product and I would write up what I thought of the

2  product; good, bad, in between, and I did it for about a

3  year and it really wasn't my thing.  I just -- I was too

4  honest for most companies.

5       Q.   Have you ever owned a business called Lace's

6  Treasurers?

7       A.   I -- that would have been with the bunny reviews.

8  It was both.

9       Q.   What did that company do?

10      A.   It wasn't really a company.  It was more of a

11 hobby.  I used to make cups, like tumblers, and they were

12 like fancy tumblers.  It was a big fad going around and

13 everybody had to have one.  You could put anything and

14 everything on it and like T-shirts and stuff.  But when I

15 got pregnant I stopped because of the materials I had to

16 use to do it.  It was actually a really fun hobby.

17      Q.   Did you handmake all of those cups yourself?

18      A.   I decorated them myself.  I did not actually make

19 the tumblers myself, but I did decorate them and put my

20 artwork on them, yes.

21      Q.   Did you personally put together all of the

22 artwork on those?

23      A.   I don't think I ever had anybody help me.  I

24 might have had my kid spray paint once, but besides that I

1  don't think so.  Sorry, I was trying to recollect.  I did

2  want my mom to -- she used to paint and I wanted her to

3  paint one for me.  She never got around to do it so.

4      Q.   Did you ever have a social media page for the

5  business?

6      A.   It would have been that Lace's Treasures/Bunny

7  Mamas.  It was the same type of thing.  I couldn't figure

8  out how -- on Facebook how to differentiate the pages.  I

9  thought I was tech savvy until today.

10     Q.   Did you personally run that social media page?

11     A.   As best as I could, yeah.

12     Q.   Did anyone else have access to that social media

13  page?

14     A.   To administer?  No.  Anybody that was on my

15  Facebook could see if they liked it.  I had like 210 likes

16  so that's not really that many.

17     Q.   So when you say that they had access to it,

18  you're the only one that could make posts on that account,

19  correct?

20     A.   Correct, yes.

21     Q.   You're currently married, correct?

22     A.   Yes.

23     Q.   What is your husband's name?

24     A.   Nathan.

```
 1      Q.   Last name?

 2      A.   Davis.

 3      Q.   What does your husband do?

 4      A.   He is actually unemployed.  He is on SSI.  He has

 5 bone cancer.

 6      Q.   I'm sorry to hear that.

 7      A.   Thank you.  That's why he's on 24-hour drip.

 8      Q.   Do you have any prior marriages?

 9      A.   Never been married before.

10      Q.   Do you have any children?

11      A.   I do.  I have three.

12      Q.   What are their ages?

13      A.   Goodness.  The oldest is going to be 19, the

14 middle is going to be 13, and the baby is going to be 2.

15      Q.   What is the name of your oldest?

16      A.   Trinity.

17      Q.   Can you spell that for me?

18      A.   T-R-I-N-I-T-Y.

19      Q.   Last name Davis?

20      A.   No.  You're going to love the last name and --

21 J-I-J-J-A-V-A-R-A-P-U.  Jijjavarapu.

22      Q.   What does Trinity do?

23      A.   He is currently trying to get a GED.  He was

24 homeschooled.  That's what he's doing right now, trying to
```

1  get his GED and his license.

2      Q.   What's your current address?

3      A.   My current address is -- it's actually a P.O.

4  Box, but the street address is actually 503 North Promenade

5  Street, and the P.O. Box is P.O. Box 82.

6      Q.   How long have you lived at that address?

7      A.   I think it's coming up a little over a year now.

8      Q.   Have you lived at any other addresses in the past

9  ten years?

10      A.   My parents and my husband and I had a place that

11  we were renting from, and those would be -- so three places

12  that I have actually lived at.  I've stayed -- my husband,

13  when we were courting each other, I would occasionally stay

14  at his house before we had our house, if that makes any

15  sense?  I would occasionally get mail there.

16      Q.   Who lives with you at your current residence?

17      A.   My child -- the middle child and my youngest

18  child and my oldest child.  My husband lives in an

19  apartment because of his health.  It's closer to the

20  hospitals.

21      Q.   You previously talked about your purchase of

22  Halls cough drops.  I just have some questions about your

23  other cough drop purchases.

24          Have you ever purchased Vicks VapoCOOL?

1    A.   I'm thinking of Vicks VapoRub.  That's what I'm

2   thinking of.  Sorry.

3         Maybe.  I honestly can't recall if I've purchased

4   that or not.

5    Q.   Have you ever purchased Luden's cough drops?

6    A.   Yes.  That was a household -- it was always a --

7   my dad liked Luden's and my mom liked Ricola so.

8    Q.   Do you remember what Luden's products your dad

9   used to purchase?

10    A.   The wild cherry.  We weren't allowed to have them

11   in the house anymore because we would eat them like candy.

12    Q.   Have you ever purchased Chloraseptic cough drops?

13    A.   Yes, when I had strep throat.  I don't remember

14   when that was, but I remember it was awful.  It was awful.

15   So, yes, I did.  Maybe -- I'd say maybe two or three times

16   my entire life.

17    Q.   Have you ever purchased Fisherman's Friend?

18    A.   I've never heard of them.

19    Q.   Have you ever purchased Burt's Bees cough drops?

20    A.   I've heard of them, but I don't know if I've ever

21   had their cough drops.  Lotions and lip stuff definitely,

22   but I don't think I've ever had cough drops.

23    Q.   Have you ever purchased Meijer cough drops?

24    A.   No.

```
 1        Q.   Have you ever purchased Equate cough drops?

 2        A.   Yes.  Walmart cheap, yeah.

 3        Q.   Have you ever purchased DG Health cough drops?

 4        A.   Yes.

 5        Q.   Have you ever purchased Up & Up cough drops?

 6        A.   No.  I think that's Target, and I don't think

 7   I've ever bought cough drops from Target before.

 8        Q.   Have you ever purchased Beekeeper's Natural cough

 9   drops?

10        A.   No.  Never heard of it.

11        Q.   Have you ever purchased Mucinex cough drops?

12        A.   No.  I didn't even know they had that.

13        Q.   Have you ever purchased Wedderspoon cough drops?

14        A.   Never heard of it.

15        Q.   Have you ever purchased Honees, that's with two

16   E's, cough drops?

17        A.   Never heard of it.

18        Q.   Have you ever purchased Zarbee's cough drops?

19        A.   I've heard of that, but I never purchased

20   their -- I didn't know they made cough drops.

21        Q.   Ever purchased Traditional Medicinals cough

22   drops?

23        A.   Never heard of it.

24        Q.   You mentioned purchasing the DG Health brand?
```

1      A.    Uh-huh.

2      Q.    Do you recall what flavors you purchased?

3      A.    It would have been just -- I'm trying to think of

4   the time that we actually bought it because my youngest

5   one -- not the youngest youngest, but the middle one was

6   sick.  It would have been probably a -- probably a fruit

7   flavor because something too spicy is too hot.  So it would

8   have been a fruit of some kind, lemon or cherry.

9      Q.    Did you ever use the DG Health products yourself?

10     A.    Yeah.

11     Q.    You also mentioned purchasing the Equate cough

12  drop products.  Do you remember the flavors of Equate that

13  you purchased?

14     A.    Be lemon or cherry.  There was a spearmint one or

15  something that was good there for a while but I couldn't

16  find it anymore.

17     Q.    How frequently have you purchased Equate cough

18  drops?

19     A.    To be honest, when I'm a little bit low on money,

20  between paychecks, if I can't -- if it's in between

21  paychecks or whatever, purchase something cheaper.  If

22  we're -- everything is flowing good and everything is

23  right, then I buy the name brand.

24     Q.    With the DG Health cough drops, about how

1  frequently did you purchase those?

2      A.    Usually around November to February every year

3  because that's generally when I'm sick, that's usually when

4  the kids are sick.  It always seemed like I would always

5  have a bag of something around.  You always have a handful

6  of loose cough drops from various places, different brands.

7      Q.    Can you think of any other cough drop brands you

8  purchased?

9      A.    I think we've went over all the ones that I have.

10           MR. BUNKER:  I think this is a good natural

11  stopping point for our first break.  I know we've been

12  going for about an hour.  I want to give you a chance to

13  stretch your legs.

14           THE WITNESS:  Okay.

15           THE VIDEOGRAPHER:  Time is 12:00.  I'll stop

16  recording.

17           (Whereupon a recess was taken.)

18           THE VIDEOGRAPHER:  On the record at 12:24.

19      DIRECT EXAMINATION (cont.)

20  BY MR. BUNKER:

21      Q.    Welcome back, Ms. Davis.

22      A.    Hi.

23      Q.    To your knowledge, has Ricola made any offers to

24  settle this lawsuit?

 1      A.   Not that I know of.

 2      Q.   Now, we just took kind of a lengthy break.  Did

 3  you speak to your counsel about the substance of your

 4  testimony at all?

 5      A.   No.

 6      Q.   Did you speak to anyone about the substance of

 7  your testimony?

 8      A.   No.

 9      Q.   Can you name an OTC medicine you have used where

10  the instructions are on the front of the package?

11      A.   Not that I can recall.

12      Q.   Can you name any OTC medicine you've used where

13  the dosing information was on the front of the package?

14      A.   Not that I can recall.

15      Q.   From which stores have you purchased Ricola in

16  the last five years?

17      A.   Mostly the Walmart or Dollar General.  That's

18  about all that is available in my area.

19      Q.   Have you ever purchased any other Ricola products

20  online?

21      A.   No.

22      Q.   Talking specifically about your most recent

23  purchase of the Ricola Original Herb product, when was the

24  date of that purchase?

 1     A.   It would have been -- not entirely 100% sure of
 2  the time, but like I had put in my papers before, it was
 3  about two or three months before I had seen the ad and
 4  signed up.  So I signed up May, so it would have been about
 5  February-ish.
 6     Q.   Where did that purchase occur?
 7     A.   That would have been Walmart.
 8     Q.   What part of the store was the Ricola product in?
 9     A.   Near the pharmacy but not in the pharmacy.
10     Q.   Did you find it on a shelf?
11     A.   Yes -- well, it was hanging above a shelf but
12  yes.
13     Q.   So on a hook?
14     A.   On a hook, yeah, to be specific.
15     Q.   Did you remove the product from the hook?
16     A.   Yeah.
17     Q.   When you removed the product to either -- let me
18  ask you this:  What did you do once you removed the product
19  from the hook?
20     A.   Threw it in my cart.
21     Q.   How much time did you spend looking at the label
22  of that product before you threw it in your cart?
23     A.   Not very long at all.  At the time I would have
24  been -- had just had a baby, and a screaming baby in

1  Walmart is not fun.  So probably under 30 seconds.

2      Q.   Why in that moment did you decide to purchase the

3  product?

4      A.   Because I had always used it and the front of the

5  packaging, it was the right one, I put it in the cart.

6      Q.   Any other reasons?

7      A.   At the time, no.  It was my familiar brand.

8      Q.   On a scale of 1 to 10, when you're purchasing

9  cough drop products how important is brand familiarity?

10     A.   9.

11     Q.   On a scale of 1 to 10, when you're purchasing

12 cough drop products how important is price?

13     A.   Depending on the day, like I said previously, I'm

14 trying to scale it to be -- I'd say 6.

15     Q.   On a scale of 1 to 10, when you're purchasing

16 cough drop products how important is effectiveness?

17     A.   10.

18     Q.   When we say effectiveness, do we mean that the

19 product works?

20     A.   Yeah.

21     Q.   On a scale of 1 to 10 when you're purchasing

22 cough drop products, how important is the size of the cough

23 drop?

24     A.   I'd say 7.

1     Q.   When you're deciding to purchase a cough drop

2  product, how important is the ingredient list on a scale of

3  1 to 10?

4     A.   That it's on the package, placed on the package,

5  or that it's just on the package in general?

6     Q.   Let me rephrase that question.

7     A.   Yes, please.

8     Q.   When you're purchasing cough drop products, how

9  important is it on a scale of 1 to 10 to you the specific

10  ingredients?

11     A.   Between -- I'd say an 8.

12     Q.   Why is that?

13     A.   Normally I would assume that the product that has

14  an ingredient in it it would be more effective.

15     Q.   What do you mean when you say that it would be

16  more effective?

17     A.   That the product would be -- do its job, what it

18  was supposed to do, hopefully soothe a sore throat or that

19  it would work efficiently.

20     Q.   When was the last time you purchased a Halls

21  product?

22     A.   Would have been for my kiddo, just threw it in

23  the cart.  Not 100% sure of the time, but it would have

24  been around the same time that it -- be Walmart?  Trying to

1  think if it was Walmart or Dollar General.  Probably in

2  December.

3      Q.   That was December 2022?

4      A.   Yeah.  Sorry.

5      Q.   You said you purchased that product from Walmart?

6      A.   Yeah.

7      Q.   Is that the same Walmart that you purchased the

8  Ricola Original Herb product in February, March of 2022?

9      A.   Yeah.  I only usually go to one Walmart usually.

10     Q.   Where was the Halls product located?

11     A.   Usually Ricola is on top and Halls is usually on

12  bottom.  It depends on what your schematics are for --

13     Q.   Was the Halls product also hanging on a hook?

14     A.   Yes.

15     Q.   About how long did you spend looking at the Halls

16  product label before putting it in your cart?

17     A.   Yeah, I usually just look at the front of the

18  packaging if it was something I would normally purchase or

19  use, usually with cough drops for my kiddo or one of my

20  kids.  So very briefly.  If -- if 30 seconds if I'm lucky.

21     Q.   Is that the first time that you purchased a Halls

22  product?

23     A.   No.  I've purchased before.  If I couldn't find

24  said product, then I would purchase Halls.

1     Q.   What do you mean by "said product"?

2     A.   Ricola.

3     Q.   So fair to say that Halls is your second choice?

4     A.   Yeah.

5     Q.   Why do you purchase the Halls product?

6     A.   To soothe a sore throat if they didn't have

7 Ricola.

8     Q.   Is there any other reason?

9     A.   No.

10    Q.   Before purchasing a Halls product for the first

11 time, did you review the ingredients in the product?

12    A.   No.

13    Q.   Why not?

14    A.   Very first time that I would have purchased a

15 Halls product I would have probably been a teenager and I

16 wouldn't have even cared what was on the back of the

17 packaging, to be honest.

18    Q.   Since that time of your first purchase of a Halls

19 product have you ever reviewed the ingredients on the

20 package of a Halls product?

21    A.   Probably just looking on the back of it to see

22 what the serving size would be for a child who would like

23 to eat cough drops, to be perfectly honest.

24          MR. SHEEHAN:  If we may go off the record

1  briefly?

2            THE VIDEOGRAPHER:  Sure.  Off the record

3  12:34.

4               (Discussion off the record.)

5            THE VIDEOGRAPHER:  On the record, 12:34.

6  BY MR. BUNKER:

7       Q.   Earlier we talked about the DG Health product.

8  When was the first time you purchased a DG Health cough

9  drop?

10      A.   I'm not 100% sure on time.  In the last couple

11  years.  It would be if I couldn't get to -- normally I buy

12  my products in Pekin because that's generally where I would

13  get my groceries and run my errands, toilet paper, baby

14  formula, all that stuff.  Usually just go to Walmart in

15  Pekin.

16           If it was, oh, the kid has a cough and I need

17  something now and we're out of cough drops, I would go to

18  my local Dollar General which would be in Manito.  So in

19  the last two, three years it would have been in Manito.

20  Usually around the time that it's between December and

21  February because that's when everybody in the house is

22  sick.

23      Q.   Did you also purchase that product from the same

24  Walmart as the Ricola Original Herb cough drop?

1    A.   That would be the same place, the Walmart, but

2   the Dollar General would be at the Dollar General in

3   Manito.

4    Q.   When you purchased that product, how much time

5   did you spend looking at the label before putting it in

6   your cart?

7    A.   Briefly.  Less than 30 seconds.  I probably -- if

8   it was for one of the kids, and that's usually what it

9   would be for, the kid probably just tossed it in the cart.

10    Q.   Did you review the ingredients on that product

11   before purchasing it?

12    A.   At that particular time, I don't recall if I did

13   or not.  Probably not.

14    Q.   Why did you purchase that product?

15    A.   Because one of the kids had a sore throat or

16   starting to get a sore throat and they would want something

17   to soothe their throat.

18    Q.   Any other reasons?

19    A.   No.

20    Q.   Would you say the effectiveness then was the only

21   purchasing factor in your decision?

22    A.   Quick and cheap would be more like it.

23    Q.   When was the last time you purchased a

24   Chloraseptic cough drop?

1    A.   It would have been when I had a strep throat,

2  which I don't recall when that was.  I was younger, quite a

3  bit younger, so I don't have -- I don't even know a year.

4  It's been that long.

5    Q.   Where was that purchase made?

6    A.   It would be at Walmart in Pekin.

7    Q.   How long did you spend looking at that product

8  before putting it in your cart?

9    A.   Probably briefly.  I was actually told because of

10  strep and everything the doctor had told me to get an

11  over-the-counter something that would be Chloraseptic.  I

12  just assumed -- I just read the name brand and put it in

13  the cart.

14          THE VIDEOGRAPHER:  Excuse me.  Your necklace

15  is hitting the microphone.

16          MR. BUNKER:  Do you want to go off the

17  record?

18          THE VIDEOGRAPHER:  Sure.  Off the record

19  12:38.

20            (Pause in Proceedings.)

21          THE VIDEOGRAPHER:  On the record, 12:38.

22      DIRECT EXAMINATION (cont.)

23  BY MR. BUNKER:

24    Q.   And we spoke about your purchase of a Luden's

1  cough drop.  When was the last time you purchased a Luden's

2  cough drop?

3        A.   It's been a while.  Definitely almost over two

4  years because we have a baby and he likes candy and they

5  taste like candy.  So more than two years ago.

6        Q.   Where did you purchase that product from?

7        A.   Probably Pekin Walmart.

8        Q.   About how much time did you spend looking at the

9  product's package before putting it in your cart?

10       A.   Briefly.  Look at the front of it and know that's

11 the product and put it in my cart.

12       Q.   Do you have an estimation of time?

13       A.   Less than 30 seconds.

14       Q.   Why did you purchase the Luden's product?

15       A.   The taste.

16       Q.   Any other reasons?

17       A.   Kids.

18       Q.   Why do you say kids?

19       A.   They like their -- they like their cough drops.

20 To get them to have something to soothe their throat, they

21 think that if I can give them this, then maybe you'll try

22 this.  So to be persuasive, I guess, with the children.

23       Q.   I just want to note for the record the presence

24 of your husband in the room.  Can you just explain why your

1 husband is here today?

2     A.   He just came with me today.  I don't usually come

3 to Peoria very often.  That's where we're at.  I don't know

4 the area very well and he does.

5     Q.   You haven't consulted with your husband about any

6 of your testimony today, correct?

7     A.   No.  The only thing that he briefly knew about

8 was when I had signed the paperwork I just kind of told

9 him, hey, this is what I did, this is who I was talking to.

10 Okay.  That's pretty much the gist of it.

11     Q.   Do you seek to purchase over-the-counter products

12 which contain herbal ingredients?

13     A.   Usually.  I would be more interested in products

14 that have more herbal.

15     Q.   What do you mean by more herbal ingredients?

16     A.   When I think -- on packaging, when I see

17 something that says herbal or, you know, Alpine, Swiss Alps

18 or whatever, I usually think that that's more herbal

19 than -- even though menthol technically is, but opposed to

20 menthol.  I don't -- I think of menthol as like the chest

21 vapor rub and that's, I guess it correlates in my brain

22 that way.  When I think of herbal, I think that's more

23 peaceful on your throat and not as hot and spicy,

24 especially with kids.  Sorry.

 1        Q.   Why do you say that menthol technically is an
 2   herbal ingredient?
 3        A.   I'm thinking as -- it's not exactly an herbal
 4   ingredient, but a lot of people use it as a topical, and I
 5   kind of place that under more herbal therapy type things as
 6   opposed of, you know, a prescription drug for your throat
 7   feeling better.
 8        Q.   Can you define an herbal ingredient for me?
 9        A.   You have echinacea.  There is thyme.  Tech --
10   well, depending on if you have lemon or not.  There is
11   actually so many different herbal things.  Sometimes I like
12   tea.  Actually, I use a lot of tea, more so now for throat
13   issues and ailments because it is all natural herbal
14   instead of a percentage of herbal.
15        Q.   I think you gave a few examples of what you
16   consider to be herbal ingredients, correct?
17        A.   Like echinacea or lemon, yes.
18        Q.   What makes those ingredients herbal?
19        A.   Echinacea is an herb.  Lemon balm technically is
20   an herb.  Mint is an herb.  They are herbs.
21        Q.   So you would consider, you said, lemon?
22        A.   Well, lemon balm technically it would be the
23   herb, which a lot of times that's what they would take it,
24   if it was an actual herbal product.  Sadly, you have to get

1  those at like the super fancy herbal stores and things like

2  that, but lemon is an herb.  Mint is an herb.  The

3  echinacea is an herb.

4      Q.  Why do you say that you have to get lemon balm at

5  a fancy location?

6      A.  Well, I'm speaking as of a cough drop.  If you

7  wanted a cough drop with actual lemon balm in it, you would

8  have to go to a fancier variety store type thing than

9  opposed to Walmart because they're more specialized in

10  herbal things.

11      Q.  Do you have an understanding of how lemon balm is

12  made?

13      A.  It's grown.  You'd have to process it.

14      Q.  And even though that lemon balm is processed, you

15  would still consider that an herbal ingredient?

16      A.  It would be more herbal than, you know,

17  phosphorus that you can't even, you know, pronounce, yeah.

18  To me, yes.

19      Q.  Would you agree with me that many herbal

20  ingredients require some sort of processing to get the

21  herbal extract?

22      A.  A lot of them do, yes.

23      Q.  What would you consider an ingredient that is an

24  herbal extract, an herbal ingredient?

 1     A.   There are so many of them.  Even peppermint is.

 2  You have to -- even -- so many of them are.

 3     Q.   So assume for me for a second that the peppermint

 4  in the Ricola product is -- goes through some sort of

 5  processing, would you consider that an herbal ingredient?

 6     A.   Yes, that's an herbal ingredient.

 7     Q.   I'm going to go ahead and introduce another

 8  exhibit here.  This will be Exhibit 2, and it's a document

 9  produced in this litigation Bates numbered RICOLA8.  You

10  see that document there?

11     A.   Uh-huh.

12     Q.   Does that resemble the Ricola Original Herb cough

13  drops that you purchased?

14     A.   Uh-huh.

15     Q.   We just talked about peppermint, I want you to

16  look below that.  Do you see elder there?

17     A.   Uh-huh.

18     Q.   Do you consider elder an herbal ingredient?

19     A.   Yes.

20     Q.   If that elder was derived from some sort of

21  process to get the elder into the product, you would still

22  consider that an herbal ingredient, correct?

23     A.   Yes.

24     Q.   Is that true of wild thyme?

```
 1      A.   Yes.

 2      Q.   Is that also true of horehound?

 3      A.   Yes.

 4      Q.   Is that also true of hyssop?

 5      A.   Yes.

 6      Q.   Is that also true of mallow?

 7      A.   Yes.

 8      Q.   Is that also true of thyme?

 9      A.   Yes.

10      Q.   Is that also true of lemon balm?

11      A.   Yes.

12      Q.   Is that also true of linden flower?

13      A.   Yes.

14      Q.   Is that also true of sage?

15      A.   Yes.

16      Q.   Now, we previously spoke about the ingredients in

17 this product.  So I want you to go ahead and look at the

18 Drug Facts panel.  Can you see that there?  I know it is a

19 little small.

20      A.   It is a little small, but yes, for the most part,

21 yes.

22      Q.   Can you go ahead and read at the bottom of the

23 Drug Facts panel it says, Inactive Ingredients.  Can you

24 read those for me?
```

1    A.    Possibly.  Now you're making me feel old.  Color

2 caramel, extract of Ricola herb mixture which would be

3 elder, horehound, hyssop, lemon balm, linden flowers,

4 mallow, peppermint, sage, thyme -- thyme, wild thyme,

5 natural flavor, starch syrup and sugar.

6    Q.    Thank you.  Now, is this the first time you're

7 reviewing those inactive ingredients?

8    A.    No.  I'm sure that at some point in time I've

9 looked at the back of it, but actually reading the inactive

10 ingredients just now of my recollection that's probably.

11    Q.    So would you agree with me that this product

12 contains peppermint?

13    A.    It says it does, so yes.

14    Q.    Do you have any reason to doubt that statement?

15    A.    No.

16    Q.    Would you agree with me that this product

17 contains elder?

18    A.    Yes.

19    Q.    Would you agree with me that this product

20 contains wild thyme?

21    A.    Yes.

22    Q.    Would you agree with me that this product

23 contains horehound?

24    A.    Yes.

1    Q.   Would you agree with me that this product

2    contains hyssop?

3    A.   Yes.

4    Q.   Would you agree with me that this product

5    contains mallow?

6    A.   Yes.

7    Q.   Would you agree with me that this product

8    contains thyme?

9    A.   Yes.

10    Q.   Would you agree with me that this product

11    contains lemon balm?

12    A.   Yes.

13    Q.   Would you agree with me that this product

14    contains linden flower?

15    A.   Yes.

16    Q.   Would you agree with me that this product

17    contains sage?

18    A.   Yes.

19    Q.   You can go ahead and put that aside for a second.

20    Now, prior to your purchase of the Halls cough

21    drop, did you review -- did you ever review the active or

22    inactive ingredients in that product?

23    A.   Not that I can recall.  I don't usually -- when I

24    look for a product, I take it off the shelf, it passes my

1  hands, goes into the cart.  I don't usually get down to the

2  drug facts there.  I usually just look at what's on the

3  front and assume that that is what I'm buying.

4       Q.   Approximately how many different types of Halls

5  flavored cough drops have you purchased?

6       A.   Probably three or four.

7       Q.   Is that answer the same for all four cough drops,

8  that you've never reviewed the drug facts panel on any of

9  those Halls products?

10       A.   You're correct, yes.

11       Q.   Do you know whether or not Halls contains any

12  herbal ingredients?

13       A.   I don't know.

14       Q.   Why have you never looked?

15       A.   Because it was a brand that on the front of the

16  packaging it was what I was used to, Halls, my second best.

17  I usually go by what's on the front of the package.

18       Q.   When you were making your -- strike that.

19            Prior to ever purchasing the DG Health product,

20  did you ever review the active or inactive ingredients on

21  that product?

22       A.   No.  My child would have tossed it in the cart.

23       Q.   Do you know if that product in fact contains any

24  herbal ingredients?

 1      A.   Not that I know.  Probably not.

 2      Q.   Why do you say probably not?

 3      A.   I'm just assuming.  Most cough drops now after

 4 I've actually kind of done my own research and looked into

 5 things after this, a lot of cough drops are mostly just

 6 menthol.

 7      Q.   What is your understanding of how menthol is

 8 made?

 9      A.   I don't exactly know the process.  I know we use

10 it a lot for topicals for pain.  I actually use it a lot

11 for pain.  It's kind of weird that we would use it on our

12 bodies and inside of our bodies even though it mostly has

13 like a Vicks VapoRub, I just kind of cringe at the thought

14 of putting that in my mouth, but we do.  But I don't know

15 how menthol is made or pressed or however it's done, no.

16      Q.   Have you ever tried to look that up?

17      A.   No.

18      Q.   You say you've used menthol topical products.

19 Can you name any of those products?

20      A.   Like BENGAY, topical roll-on pain relief cream.

21      Q.   Any others?

22      A.   Most one is like BENGAY usually, or I don't know

23 how to pronounce it right but like Aspercreme.

24      Q.   Do you remember how much you paid for the

 1  Original Herb Ricola lozenges?

 2      A.   Not 100% sure, but I know it was over $3 because

 3  it is a little bit more pricier than Halls.  Halls is

 4  usually two something and Ricola is usually over three

 5  something, at least in my area.

 6      Q.   Do you remember how much you paid for the

 7  DG Health cough drops?

 8      A.   Under $2.

 9      Q.   Do you remember how much you paid for the Equate

10  products?

11      A.   Under $2.

12      Q.   Do you remember how much you paid for the

13  Chloraseptic cough drop products?

14      A.   Those were more.  Those were like over $5, I'm

15  assuming, because it came in a tin.

16      Q.   You think you were paying for the packaging?

17      A.   More than likely, yeah, but just my guess.

18      Q.   How much did you pay for the Luden's cough drops?

19      A.   They're around $3, I believe.  So around --

20  they're about the same as Halls.  The only reason I keep

21  track of that is because we have to -- as a mom I budget,

22  we budget our groceries so that everybody is taken care of,

23  the groceries are taken care of, everything that we need is

24  taken care of, so I budget it.

1    Q.   Approximately how much a month do you spend on
2  cough drops?
3    A.   Not necessarily a month.  If I could go a year
4  would be maybe better because I don't usually do it
5  monthly, or maybe if we could narrow it down to season
6  would probably be better because it's usually winter
7  season.  In my household, under $50 but probably over 25.
8    Q.   Is that a month?
9    A.   Season.
10    Q.   So three months?
11    A.   Probably for the whole season, say December to
12  February, with everybody in the household, if we all got
13  sick, and this is just an educated guess for -- I'd say
14  probably $50 for the whole season.
15    Q.   Would you say that over the course of a season
16  you purchase between 15 and 25 cough drop product packages?
17    A.   Yeah, probably.  Again, I have kids.  They like
18  to -- or what gets lost in your purse.
19    Q.   So after the filing of this Complaint in May of
20  2022, you said you switched from Ricola Original Herb cough
21  drops, correct?
22    A.   Yes, I haven't purchased Ricola since.
23    Q.   Are you still purchasing between 15 to 25 cough
24  drop products per season?

1       A.    Yeah.  It would be a different brand.

2       Q.    And of those 15 to 25 cough drop products on

3  average, how many of those are Halls products?

4       A.    Probably 90% of them, depending on if I'm running

5  to Pekin or not.

6       Q.    What's the other 10%?

7       A.    Dollar General.

8       Q.    Any others?

9       A.    My Dollar General doesn't have a very good

10 selection of things.  So it's Ricola, Halls, there is

11 Dollar General brand, and I think they -- they do have

12 Luden's.  I think that's about it.

13      Q.    Have you ever contacted Ricola to complain about

14 any of their products?

15      A.    No.

16      Q.    Have you ever attempted to obtain a refund of a

17 Ricola product?

18      A.    I don't think so.

19      Q.    Why not?

20      A.    I just -- it's a consumable product.  I usually

21 don't -- like I wouldn't find a need to call and complain

22 because it didn't properly work.  If my sore throat went

23 away, I was happy at the time.

24      Q.    Have you ever asked a retailer -- strike that.

```
1            Have you ever asked Walmart for a refund on any
2   of your Ricola cough drops?
3       A.   No.  And our Walmart is usually -- they're
4   very -- if you want a refund for something, you usually
5   have to call the -- especially if it's already been opened,
6   but no.
7       Q.   Prior to your filing of the Complaint in May of
8   2022, were you still purchasing between 15 and 25 cough
9   drop products per season?
10      A.   Yeah.
11      Q.   And prior to the filing of your Complaint, what
12  percentage of those were Ricola products?
13      A.   Probably 95%.  Household brand for us.
14      Q.   So would it be fair to say that you were
15  purchasing approximately 60 packs of Ricola cough drop
16  products per year?
17      A.   Yeah.
18      Q.   Were all of those purchases of the Ricola
19  Original Herb product?
20      A.   Most of them, but not all of them.  I have other
21  purchases of your brand as well, different flavors.
22      Q.   If you had to put a percent on it, what percent
23  would you say was the Ricola Original Herb product?
24      A.   Probably half.  Half and half.  I do like to try
```

1  different things, but I usually go to the original because

2  it's the original.  It's --

3      Q.   What were the other half, if you don't mind my

4  asking?

5      A.   The other flavors.  There was the berry one.

6  There was that minty one that was actually pretty good.

7  There was like three different ones; the berry one, that

8  one, of course the original.  There was the lemony one.  I

9  don't know all of the names exactly off the top of my head.

10 I know there are certain specific names.

11     Q.   Do you have any complaints about the Ricola berry

12 flavor product that you purchased?

13     A.   I think I only purchased it once, and I wasn't

14 really too keen on it so I went to the original, but it

15 wasn't -- like I wasn't so upset that I -- you know, I just

16 probably gave it to somebody that liked the flavor and I

17 didn't.

18     Q.   Was your only problem with that product the

19 flavor?

20     A.   Yeah, it would have been the flavor I wouldn't of

21 liked if I didn't like it.

22     Q.   You talked about a lemon Ricola product.  Were

23 you ever unhappy with that product?

24     A.   No.

1    Q.   You talked about a mint Ricola product.  Were you

2  ever unhappy with that product?

3    A.   No.

4    Q.   So was the Original Herb product the only product

5  you've ever had a problem with from Ricola?

6    A.   Not exactly with the product as -- at the time it

7  obviously worked and it soothed my throat and it tasted

8  fine or I went back to it as opposed to trying different

9  flavors.  So I don't know if that answers your question

10  enough?

11    Q.   So you don't have any problem with the -- whether

12  the product works or not, correct?

13    A.   Well, it worked for me, it may not work for

14  someone else, but it's more so the front of the packaging.

15    Q.   Want you to go ahead and pick back up Exhibit 2

16  here and take a look at it.

17    A.   Okay, thank you.

18    Q.   In your opinion, what needs to change on the

19  front of this package to make it not misleading to you?

20    A.   It needs to be that those aren't active

21  ingredients.  They are obviously inactive ingredients, so

22  they shouldn't have -- it's not transparent enough, in my

23  perspect.  Swiss Alpine herbs, the made with, yes, they're

24  made with, but they have nothing to do with the

1  effectiveness of the product.  I associate Swiss Alps herbs

2  that they are helping me more than say Halls menthol.  You

3  have here cute little herbs all over.  I just assumed that

4  that's what I'm getting and that's what the effectiveness

5  is, and you read over that they're actually not active at

6  all, they're inactive.

7       Q.   And you read that on the package, correct?

8       A.   On the back, yeah.  Not on my front.  It should

9  be on the front is what I'm saying, I guess, to be more

10  clear.

11      Q.   Do you think that all products should disclose

12  their inactive ingredients on the front?

13      A.   If it is a product that is something that you're

14  going to use.  I mean like OTC products, if it's something

15  that is packaged or marketed that it is Swiss Alpine herbs

16  and you look at it and assume that it is all Swiss Alpine

17  herbs, that's what you're using and that's what is being

18  effective, yeah, they should have -- everyone should have

19  not misleading packaging.

20      Q.   Before you purchased the Luden's product --

21      A.   Uh-huh.

22      Q.   -- did you confirm that it contained herbal

23  ingredients?

24      A.   It was more so for flavor, for knowing it was

1  cherry flavored, not so much for effectiveness because I

2  personally don't think they really work that great, they

3  just taste good.

4      Q.   Did you retain the package of your last purchase

5  of Ricola Original Herb?

6      A.   Do I still have it?  No.  It's been a long time

7  in my household to keep packaging that long.

8      Q.   Did you use a coupon to purchase that product?

9      A.   No.  There is not usually any coupons for Ricola.

10     Q.   Did you obtain a receipt when you purchased that

11 product?

12     A.   Not that I know of.  I'm sure I probably did at

13 some point in time, but I don't save receipts for like my

14 consumables.  Like a TV or a large purchase, yeah, because

15 you usually get a warranty.  But cough drops or bleach or

16 TP, I don't usually save my receipts.

17     Q.   Do you have a Walmart rewards account?

18     A.   I have where I can order online or I can do like

19 pickup.  We just started doing that after having the baby

20 because it's a lot easier.

21     Q.   Is that tied to a specific phone number?

22     A.   No.  It's -- it's like an app and you have it

23 with your email address and then you can place your order

24 online and then go pick it up at a spot.

 1    Q.   And are all of your receipts for those purchases

 2  sent to your emails?

 3    A.   I'd assume so.  I don't really ever look at those

 4  though unless there is like a discrepancy on my checking or

 5  something which they have done that a few times.

 6    Q.   Are you aware if there are any other named

 7  Plaintiffs in this lawsuit?

 8    A.   I believe I'm the only one.

 9    Q.   Are you aware of any other lawsuits against

10  Ricola brought by your counsel?

11    A.   Not that I have researched.

12    Q.   So not that you've researched, but are you aware

13  of any?

14    A.   No.  I haven't looked into it.

15    Q.   Do you know if this case has been decided yet?

16    A.   No.

17    Q.   Do you know what district this lawsuit is in?

18    A.   No idea.

19    Q.   Do you know if this lawsuit is in state or

20  federal court?

21    A.   No idea.

22    Q.   You understand that you are trying to be a named

23  Plaintiff in this action?

24    A.   Yes.

1    Q.   What class interest do you hope to protect as a

2   named Plaintiff?

3    A.   Average people like me looking at a package that

4   I've used, my parents have used even, knowing that, hey,

5   this is the brand that we use, toss it in the cart, we use

6   it, and then realizing that it's not entirely transparent.

7   There may be -- I'm trying to find better words.  Maybe not

8   quite 100% as advertised on the front of the packaging.

9    Q.   Are you seeking monetary damages on behalf of the

10  class?

11   A.   No, not necessarily, but I think that the

12  packaging needs to be changed so that it is very obvious

13  what is in the product and what is effective in the

14  product.

15   Q.   Do you think that it would be sufficient for

16  Ricola to change its packaging?

17   A.   That would be good, yeah.

18   Q.   Do you personally seek to benefit in any economic

19  way from this litigation?

20   A.   No.  I -- I don't like false anything.  So when I

21  seen it that -- when I seen the ad and I actually started

22  looking into it, and I'm sure there are other products that

23  are just the same, it's marketing, I was upset that a

24  childhood thing that I had had passed down through as long

1  as I had remembered wasn't exactly what I thought it was.

2  And it, as my mom would say, it irked me.  It's a nicer

3  word of saying other things.  So that -- I mean, all these

4  years buying something that was a little more expensive

5  because your brand is a little more expensive for the same

6  product that I could have been buying for years having the

7  same result, I may not have bought Ricola.  So there is --

8  there is that.

9          But ultimately, yeah, for everybody that would

10  have bought that thought that, oh, hey, it's actually --

11  these are actually picked from Swiss Alps.  It needs to be

12  more transparent and not so misleading.

13      Q.  How much would you individually hope to receive

14  in compensation for your purchases?

15      A.  I don't even know.

16      Q.  Prior to being involved in this lawsuit, you

17  publicly expressed an interest to be a class action

18  plaintiff on multiple occasions, correct?

19      A.  On multiple occasions?  Repeat, please.

20      Q.  Let me put it this way.

21      A.  Yes.

22      Q.  Have you ever publicly expressed before the

23  filing of this lawsuit an intention to serve as a class

24  action plaintiff?

```
 1       A.   I don't think so.  There has been other class

 2  actions that I've gotten little cards in the mail when

 3  there has been a product or something, but besides that not

 4  as an actual plaintiff, I guess, head plaintiff.  I don't

 5  even know what it's called.

 6              MR. SHEEHAN:  Don't look at me.  Don't ask

 7  me.

 8       A.   That's what it's called, a head plaintiff.

 9  That's your -- I don't know.  That's attorney lingo.  I

10  don't understand any of that.

11       Q.   Have you ever visited the website

12  topclassactions.com?

13       A.   I've seen it, yes.  I'm a member.

14       Q.   Do you have an account on that website?

15       A.   There isn't an account, no, but there -- I have a

16  number, yeah.  I've seen it.

17       Q.   You're a member?

18       A.   Well, you can like join.

19       Q.   Why did you join topclassactions.com?

20       A.   Because I have seen stuff like this and I've seen

21  that there is a lot of stuff out there that's like this,

22  and there is a lot of companies that do this, and people

23  need to know that things aren't necessarily black and white

24  in front of you.
```

 1      Q.    Have you ever posted comments on that website?

 2      A.    Yeah, probably.

 3      Q.    Do you know what your user name is on that

 4  website?

 5      A.    It would have been -- it's Facebook so it would

 6  have been Lacie Davis or Lacie Lair from the past.

 7      Q.    Go ahead and introduce our third exhibit here.

 8  I'll represent to you that this is a capture, it's a

 9  screenshot of a Top Class Actions posting.

10            MR. SHEEHAN:  Thank you.

11      Q.    Can you turn to the second page?  It should have

12  the title of the article.  Do you see that there?

13      A.    Yes.

14            MR. SHEEHAN:  This looks familiar.

15      Q.    Do you recognize this article?

16      A.    Not really, but I know what those are.

17      Q.    Do you know if your counsel is involved in this

18  case at all?

19      A.    Actually, no, I don't.

20      Q.    Can you please turn to page 57 of 57?  It should

21  be at the very end.

22            Do you see a comment at the top of the page from

23  Lacie Davis?

24      A.    Me.

```
 1        Q.   Is that you?

 2        A.   Yeah.

 3        Q.   Did you make that post on March 9th, 2022, at

 4   11:56 a.m.?

 5        A.   Probably if -- nobody has access to my account.

 6        Q.   You write there, Add me.  What did you mean when

 7   you said, Add me?

 8        A.   Well, an update on if there is anything going on

 9   with this because my kids constantly eat these things, at

10   least the middle child did.

11        Q.   Is that your email address right under that?

12        A.   MUKER85@hotmail.com, that's me.

13        Q.   You can go ahead and put that to the side.  I'm

14   going to introduce this is going to be our fourth exhibit

15   here, I believe.  Another copy of a Top Class Actions post.

16             MR. SHEEHAN:  Thank you.  Thank you.

17        Q.   I want you to turn to the second page.  Do you

18   recognize this article?

19        A.   Oh, yes, I remember this stuff.

20        Q.   Okay.  I want you to turn to page 84 of 84 there.

21   It should be right at the end.  Do you see your name on

22   that page?

23        A.   Yeah, me.  Add me.

24        Q.   That was you making that post?
```

 1    A.   Yeah.  If there is an update on this.  If there

 2  is bacteria in lotion, I would like to know.  That's gross.

 3    Q.   Was that made on March 20th, 2022, at

 4  4:46 p.m.?

 5    A.   It says it does, so yeah.

 6    Q.   I'm going to go ahead and introduce another

 7  exhibit, this is Exhibit 5, and this is another article

 8  from topclassactions.com.

 9    A.   Thank you.

10         MR. SHEEHAN:  Thank you.

11    Q.   Go ahead and turn to that second page there.  Do

12  you see the heading The Children's Place Class Action?

13    A.   Yep, I've seen this one.

14    Q.   Can you please turn to page 50 of 50?  Is that

15  you there, it says, Lacie Davis says?

16    A.   Uh-huh.

17    Q.   You say, Yes, shopped here often add me?

18    A.   Uh-huh.

19    Q.   You made that statement?

20    A.   Yeah.

21    Q.   Was that on April 20th, 2022, at 2:55 p.m.?

22    A.   Yes.

23    Q.   This is going to be Exhibit 6, another Top Class

24  Actions article entitled Afterpay Class Action Claims?

1          MR. SHEEHAN:  Thank you.

2      Q.   Do you see that?

3      A.   Yep.  I had used Afterpay in the past.

4      Q.   Are you familiar with this article?

5      A.   This particular article, yes.  I did not like

6  Afterpay at all.  They took a lot of money from me that

7  shouldn't have been so I know.

8      Q.   Turn to page 85 of 85 for me.  Do you see your

9  name on that page?

10     A.   Uh-huh.

11     Q.   Did you make the statement on this page?

12     A.   Yes.

13     Q.   That statement says, I've used them, Zip and

14  Klarna.  So far Afterpay the only one I like that hasn't

15  charged odd fees.  I better go check my accounts.  Add me,

16  please.

17     A.   Uh-huh.  Then I did go check my accounts and they

18  did.

19     Q.   They added you to this lawsuit?

20     A.   No.  They -- I checked my accounts on Afterpay

21  and that's when I found that there was odd charges that

22  shouldn't have been there that I didn't get credited back

23  for something I had returned for one of my kids.

24     Q.   Was that post made on May 6th, 2022, at

 1   2:44 p.m.?

 2       A.    Yeah.

 3       Q.    Introduce Exhibit 7 here, another Top Class

 4   Actions post.  This one is, Walmart Faces Numerous Recalls.

 5                 MR. SHEEHAN:  Thank you.

 6       Q.    Can you turn to that second page there?  Do you

 7   see the heading of the article?

 8       A.    Yes.

 9       Q.    Do you recognize this article?

10       A.    Maybe.  I don't recall for sure but --

11       Q.    Can you turn to page 55 of 55?

12       A.    Yep.

13       Q.    Do you see that comment by Lacie Davis?

14       A.    Yep.

15       Q.    Is that you?

16       A.    Uh-huh.

17       Q.    Did you make the statement, Constantly buying

18   from Walmart.  Worked for Walmart 11 years ago as well.

19       A.    Uh-huh.

20       Q.    Was that made on May 12th, 2022, at 9:46 p.m.?

21       A.    Yeah.

22       Q.    We had previously discussed your employment.

23   What did you do for Walmart?

24       A.    That was much long ago.  I worked at the deli.  I

1  actually slipped, fell and almost lost my child and they

2  told me that basically not to report it because then I'd

3  get my hours cut.

4       Q.   Sorry.

5       A.   Child is fine.  She's 13 almost.

6       Q.   Did you ever work stocking shelves for Walmart?

7       A.   No.  Worked strictly in the deli.  I was supposed

8  to come back and do just cashier, but they wouldn't let me

9  come back after I got unemployment from them.

10       Q.   I believe this will be Exhibit 9, and this is

11  another Top Class Actions article, Klarna Class Action

12  Alleges Buy Now, Pay Later Claims.

13            MR. SHEEHAN:  Thank you.

14       A.   Yep.

15       Q.   Can you turn to page two there?

16       A.   Uh-huh.

17       Q.   Do you see the heading of the article?

18       A.   Yeah.

19       Q.   Do you recognize this article?

20       A.   Yeah.

21       Q.   Can you go to page 14 of 14?  Do you see the

22  statement, Lacie Davis says?  Is that you?

23       A.   Uh-huh.

24       Q.   You say, Add me?

1    A.   Uh-huh.  To let me know if there is anything else

2   on the Klarna issue, and there was because that's when I

3   found out about both of them, that they take different fees

4   on your account or like if you return something it doesn't

5   necessarily get credited back money per money.  I'm not

6   sure how to state that, but if you return something you're

7   not getting full price for what you returned.

8    Q.   Did you make this statement on May 12th, 2022,

9   at 8:12 p.m.?

10    A.   Yes.

11    Q.   So all of these posts on the Top Class Actions

12   website happened between March of 2022 and May of 2022,

13   correct?

14    A.   Uh-huh.  Yeah, I think so.

15    Q.   Had you previously posted comments on the Class

16   Actions website?

17    A.   Probably.  I had seen it before.  There had been

18   something a long time about a Graco car seat, and this was

19   my oldest is going to be 19.  Since then, if there was

20   something that was faulty or something like that, every

21   once in a while I would check on stuff like that for like I

22   guess it would be a recall, a recall, or when there is like

23   the credit card pay as you go thing or whatever, stuff like

24   that, so probably.

1    Q.   Had you ever been contacted by an attorney in

2   connection with any of these posts that you made on the

3   topclassactions.com website?

4    A.   From these that are in front of me?  I don't --

5   maybe -- the Klarna one, yes.  Klarna one, yes.

6    Q.   Did you have an understanding about whether or

7   not the law firms involved in those lawsuits were posting

8   the articles?

9    A.   It was actually -- yes, it would have been

10  because it was through the specific one that had posted the

11  article that -- I believe so.

12   Q.   Did you want to be -- strike that.

13        Did you want to be a named plaintiff in any of

14  those class actions?

15   A.   No, never asked to be.

16   Q.   So when you said add me, what do you mean?

17   A.   Like on the page, if there is more information

18  they'll tag you or like if there is an update on whatever

19  is going on, like if it was, well, the bacteria lotion,

20  they're sending out coupons for people that haven't -- or

21  throw away the product, stuff like that.  So there is an

22  update.

23   Q.   Were you seeking to receive monetary compensation

24  through any of those articles?

1       A.    The Klarna one, yes.

2       Q.    What about the others?

3       A.    As far as I know, there wasn't anything that I

4  had issues with that I was opposed to.  The Afterpay I had

5  looked into but there wasn't anything to go forward with,

6  so I don't know.

7       Q.    Do you have any family or friends that have

8  previously served as named plaintiffs?

9       A.    Not that I know of.

10       Q.    Do you recall any other comments that you've made

11  on the Top Class Actions website that we haven't covered

12  today?

13       A.    Not that I can think of.  I usually try to keep

14  updated with stuff, especially if it's something like that.

15  Not that I can think of.

16       Q.    Are you aware of whether or not a named plaintiff

17  can receive compensation for their role in a class action?

18       A.    I have no idea.  As far as I know, all that's up

19  to you guys and the judge.

20       Q.    What do you think a fair compensation would be

21  for your role in this case?

22       A.    I don't even know.  That would -- that's always

23  up to the judge, stuff like that.  I don't know.

24       Q.    What's your highest level of education?

 1     A.   Graduated high school.  Tried some online classes

 2  and it just was not -- I did not like it.

 3     Q.   Where did you graduate high school?

 4     A.   Midwest Central.

 5     Q.   About what year was that?

 6     A.   Oh, goodness.  '05, yeah, because I had my --

 7  wait.  Eleven, six -- yeah, '05.

 8          MR. BUNKER:  I'm moving into another line of

 9  questioning here.  Do we want to take a brief recess for

10  five minutes?

11          MR. SHEEHAN:  Five minutes, okay.

12          THE WITNESS:  Up to whoever.

13          MR. SHEEHAN:  Yeah, I'm okay.  It's up to

14  you.

15          MR. BUNKER:  If you guys are good to keep

16  going, I'm --

17          THE WITNESS:  Sure.

18          MR. SHEEHAN:  Yeah, if you don't mind.

19  BY MR. BUNKER:

20     Q.   We'll go ahead and introduce what will be

21  Exhibit 10, the Complaint.  Ms. Davis, do you recognize

22  this document?

23     A.   I do.

24     Q.   Was this the Complaint that you filed in this

 1  case?

 2      A.   Can I have a second to look it over?

 3      Q.   Yeah, please take your time and look it over.

 4      A.   I just want to make sure.  (Indicating.)

 5           I do believe so.

 6      Q.   Before filing the Complaint in this action, did

 7  you read the entire document?

 8      A.   I skimmed over it, yes.

 9      Q.   What do you mean when you say you skimmed over

10  it?

11      A.   I read quickly over it, yes.

12      Q.   Do you believe that every word in the Complaint

13  is true?

14      A.   To my best knowledge, yes.

15      Q.   I want you to turn to paragraph 51.  It says,

16  Plaintiff seeks to purchase OTC and other products which

17  contain herbal ingredients that contribute to those

18  products' functionality.  Is that a true and accurate

19  statement?

20      A.   Yes, we briefly went over that earlier.

21      Q.   What are the other products which contain herbal

22  ingredients that contribute to the products' functionality

23  that you purchased?

24      A.   Like cough medicines especially for -- like I

1 said again earlier, I do have a lot of issues with

2 medicines colliding with more prescription medication.  So

3 cough medicine, topicals, sadly there really isn't much for

4 pain relief but like those examples.

5     Q.   Are there any non-OTC products that you purchased

6 that have herbal ingredients?

7     A.   Just like prescription?

8     Q.   Either prescription or nonmedicinal.

9     A.   I'm unsure.  I'm trying to think of -- I don't

10 think so.

11     Q.   Why do you seek to purchase products which

12 contain herbal ingredients that contribute to those

13 products' functionality?

14     A.   Well, I am Christian, and I do believe that God

15 gave us a lot of the things on the earth, and a lot of

16 pharmaceuticals and companies -- there is a lot of poison

17 out there.  So things that are growing on the earth I

18 believe and usually are or in my own experience are usually

19 better and work better.  So that's usually why I go more

20 about or would be more attracted to more herbal things.

21     Q.   Do you consider menthol to be a poison?

22     A.   Not necessarily a poison but not exactly -- it's

23 not as good as what I would consider an herb would do.

24     Q.   Why is that?

1      A.   Because it's not, that I know of, herbal.  It's
2  more -- again, like I said before, with the Vicks VapoRub
3  it's like greasy and spicy and all -- there are peppers and
4  things like that that are spicy as well, but in this
5  particular case menthol is not exactly what I usually would
6  seek for the like spicy.  So I wouldn't assume that it
7  would feel good on my throat normally.  Something that is
8  more soothing would be like honey, even though honey isn't
9  herbal, but in my realm of thinking it does go in that more
10 herbal, more earthy realm of thinking, I guess, instead of
11 menthol.  I'm thinking it's kind of set off to the other
12 side of things, more chemically.  And less chemicals the
13 better.
14      Q.   The Halls cough drop products you purchased
15 contain menthol, correct?
16      A.   Yeah.
17      Q.   The Luden's cough drops that you purchased
18 contain menthol, correct?
19      A.   Yeah.
20      Q.   And the DG cough drops that you purchase contain
21 menthol, correct?
22      A.   Yes.
23      Q.   And the Equate products that you purchase contain
24 menthol, correct?

1       A.      Yeah.

2       Q.      In your view, is menthol a greasy ingredient?

3       A.      Not necessarily greasy but more chemically, maybe

4   not as natural as you would say an herb would be.  That's

5   why Ricola would have been my top choice because usually

6   you don't see menthol on the front of the packaging

7   usually.  The little herbs on the packaging are more

8   enticing than, say, menthol because menthol I associate --

9   I don't know about anybody else, most people you think -- I

10  always think Vicks VapoRub or vapor rub which is greasy and

11  sticky and more chemically rather than herbs.

12      Q.      So you personally think of menthol as a topical

13  ingredient?

14      A.      Yeah, usually.

15      Q.      What topical herbal ingredients do you use?

16      A.      Topical herbal ingredients.  There is -- I think

17  it's cap -- capuchin, I'm not sure if I'm saying it

18  correctly, but it is made out of like pepper, spicy pepper,

19  and that actually works better, I think, than menthol like

20  BENGAY, not trying to say particular brands because I don't

21  want to -- but I personally think that that works better,

22  at least we use both almost about the same, depending on

23  what's available at the time and things like that, but I do

24  prefer to go more natural than opposed to not as natural,

1  and I do consider menthol more chemically.

2      Q.   I want to look at paragraph 50 here, Plaintiff

3  believed and expected the product functioned as a cough

4  suppressant and oral anesthetic due to the presence of

5  herbal ingredients.  Do you see that?

6      A.   Uh-huh.

7      Q.   And we reviewed the package earlier.  How did you

8  determine that there are no herbal ingredients causing

9  those functions in the product?

10     A.   Well, on the front of the product it has all of

11 the herbs aligned or placed, I guess, but I actually read

12 on the back of it, and as you turn to the other side, what

13 was actually on the upper left-hand side but -- on your

14 paper, but on the back of the product which are drug facts

15 it showed that they were inactive.

16     Q.   Do you have any understanding about why certain

17 ingredients are listed in the inactive ingredients portion

18 of the drug facts panel?

19     A.   No.  Unsure.

20     Q.   Do you have any understanding of why certain

21 ingredients are listed in the active ingredient portion of

22 a drug facts panel?

23     A.   No.

24     Q.   In reading a drug facts panel, are you able to

1 tell which ingredients contribute to the functions of the

2 product?

3     A.   No, not usually.

4     Q.   How do you figure that out?

5     A.   By looking at it usually -- well, on this

6 particular case menthol is the most active ingredient.  So

7 it says on there that it's the most active ingredient as

8 opposed to at the bottom in smaller writing it says that

9 the actual herbs on the front of the packaging are actually

10 inactive.  So reading the back of the drug facts.

11     Q.   Do you know who decides where the drug facts

12 panel is placed on a package?

13     A.   Probably somebody to do with marketing.  I have

14 no idea.

15     Q.   Do you think it's up to each individual company?

16     A.   I'm sure there -- if there isn't there should be

17 not up to the company exactly if it is something that is

18 medicinal or OTC or whatever.  I'm sure there is guidelines

19 but that's not -- I have no idea.

20     Q.   Where do you think those guidelines come from?

21     A.   Government, attorney.

22     Q.   Are you familiar with the FDA?

23     A.   I've heard of it.  Do I know what it does and all

24 of that?  Basic gist of it, but entirely, no.

1    Q.   You're not alleging in this case that the Ricola

2  Original Herb lozenge physically hurt you in any way,

3  correct?

4    A.   In a way financially.  I would have probably

5  bought a different product if I would have not based the

6  front of the product and actually flipped over the product.

7  I probably would have bought something different.

8    Q.   You are not alleging in this case that the Ricola

9  Original Herb lozenge caused you bodily injury in any way,

10  correct?

11    A.   Bodily injury, no.

12    Q.   You're not alleging in this case that the Ricola

13  Original Herb lozenge failed to provide a cough suppressant

14  effect, correct?

15    A.   Correct.

16    Q.   And you are not alleging in this case that the

17  Ricola Original Herb lozenge failed to provide an oral

18  anesthetic effect, correct?

19    A.   Correct.

20         MR. BUNKER:  We can go ahead and go off the

21  record for a moment.

22         THE VIDEOGRAPHER:  Time is 1:41.  Off the

23  record.

24         (Whereupon a recess was taken.)

1          THE VIDEOGRAPHER:  On the record, 2:04.

2          DIRECT EXAMINATION (cont.)

3  BY MR. BUNKER:

4     Q.   Ms. Davis, before we went off the record we were

5  talking about some of the natural products that you

6  purchased, and you said that you were Christian so you

7  believed in kind of these natural products.  Can you tell

8  me what natural products you generally endeavor to

9  purchase?

10     A.   I try anything that they have that is more

11  natural from pain relief stuff to pads or tampons just

12  because it is more natural and doesn't have as many

13  chemicals in it.

14     Q.   When you're looking for these products that have

15  herbal ingredients, how do you determine that they contain

16  herbal ingredients?

17     A.   Usually they say on the front on the packaging

18  contains such and such, or I've been told by someone else

19  or hearsay, I guess, or word of mouth, I guess.

20     Q.   Do you ever personally review packages to confirm

21  what ingredients are in those products?

22     A.   Before not as much.  Now, yes, a lot more.

23     Q.   When you say before, do you mean before the

24  filing of this lawsuit?

1    A.    Yeah.

2    Q.    So before you filed this lawsuit would it be

3 correct to say that you never looked at the back of the

4 package for any products that you purchased in the past?

5    A.    I wouldn't necessarily say never, but to be

6 completely honest probably 99% of the time I didn't.  I

7 usually just look at the package, the front of something,

8 and it usually has what I would -- I would, I guess, decide

9 upon the front of the package.

10    Q.    In this case you said you purchased the Original

11 Herb products and you took them off the hook in the store,

12 correct?

13    A.    Yeah.

14    Q.    So you had the opportunity to look at the back of

15 the package, correct?

16    A.    Yeah.

17    Q.    But you just chose not to look at the back of the

18 package?

19    A.    Yeah.  Usually when shopping, I don't know about

20 most people, but a regular day for me I don't have a lot of

21 time to look and read the back of something.  So, I mean,

22 even with like a wallet -- or maybe that's a bad choice of

23 something, but when I look at something first glance I'm

24 looking for something, whatever it says, you know.

1  Obviously, I'm looking for cough drops, so I would go down

2  the cough drop aisle and, of course, depending on where

3  you're at, there's usually tons of options.

4          So I would look for something that would be more

5  herbal and then break it down to maybe an ingredient I

6  didn't like or maybe I was allergic to or something if it

7  said it on the front of it.  Then maybe then if I had more

8  time I would look at the back of it, but normally I don't

9  really spend a lot of time looking on the back of a

10 product.

11         And I think a lot of -- I know now like with so

12 many new options nowadays, as opposed to like 20 years ago.

13 I don't think a lot of people do look at the back of the

14 product unless they're maybe like a diet regimen or

15 something.  I don't think most people do, or at least in my

16 area, my small town not a lot of people do.

17     Q.   Is that true when you're purchasing food products

18 as well, do you not turn them over in the store?

19     A.   Not generally.

20     Q.   Is that true of all other types of packaged

21 goods?

22     A.   Mostly.  A lot of times, now I don't know how --

23 where most people are, but if I'm looking for budget

24 purposes to see how much, like this is really good one

1  since I have babies, diapers, how many per box, as opposed

2  to a different brand, how many more bang for your buck so

3  to speak.  They have it right there on -- at least at

4  Walmart does unit per -- I just look at that, grab it.  Oh,

5  that's such and such brand of diapers, throw it in the

6  cart.  I guess at least in my growing up that's what I've

7  kind of gone by.

8       Q.   Are there any cough drop brands that you refuse

9  to purchase other than Ricola?

10      A.   A lot of stuff I usually will try something once.

11 I mean, obviously if it said it had tar in it I obviously

12 would not, you know, brand new cough drop that had tar in

13 it, I obviously wouldn't purchase that, but if it had a new

14 brand that said take Ricola's name off of it and had the

15 same type of thing and had somebody else's brand, yeah, I

16 would try that.

17      Q.   When you would try a cough drop product for the

18 first time, do you ever review the entire package?

19      A.   I can't say I have.

20      Q.   You previously testified that you purchased

21 approximately 60 packages of Ricola products per year,

22 correct?

23      A.   Yeah.

24      Q.   You previously testified that you've been

1 purchasing Ricola products for approximately 20 years,

2 correct?

3     A.    On my own, yes.  Before that, who knows what.

4     Q.    Would it be fair to say that you've purchased

5 approximately 1,200 packages of Ricola products?

6     A.    Probably.

7     Q.    And in those 1,200 purchases, have you ever

8 reviewed the back of a package for any Ricola product?

9     A.    No.  I go with what's on the front of the

10 packaging.

11     Q.    In those 1,200 purchases, did you always have the

12 opportunity to review the back of the package?

13     A.    Sure.

14     Q.    And so is it fair to say that you just chose not

15 to review the back of the packages in any of those 1,200

16 instances?

17     A.    Yeah.

18     Q.    Can you tell me everything that you've done to

19 perform your duties as a class representative to date?

20     A.    I have gone over my -- what do you call this

21 again?  I'm sorry.

22     Q.    The Complaint?

23     A.    The Complaint.  And, yes, I'm sorry, attorney

24 lingo is not my thing.  I'm not an attorney.  The other one

1   that we went over, as he had said go over it and make sure

2   it is what I am wanting to get across, that it is what I am

3   trying to -- what I'm mad about, to put it in laymen's

4   terms.  We've had all of our phone calls just make sure

5   that there is any, you know, any questions.  That's all

6   I've done.

7        Q.   How frequently are you in contact with your

8   attorney for this case?

9        A.   Through email, I've gotten several emails, and

10  then we've had several phone calls, and then we've had the

11  one Zoom meeting, and then this would be the first time

12  I've met in person.  He is so far away.

13       Q.   You mentioned the Zoom meeting, was that in

14  preparation for this deposition?

15       A.   It was to go over the documents to make sure that

16  I had definitely got everything and that I had read

17  everything, and to make sure we got here and what room to

18  go in even though we still got lost.

19       Q.   You said you've exchanged emails several times.

20  About how frequently do you email your counsel?

21       A.   I'd say probably maybe five times since I've

22  signed up I think we've gotten emails.

23       Q.   So you've received five emails in total since the

24  filing of this lawsuit from Mr. Sheehan's office?

1     A.   If I could go through and count them, that would

2 be easier, but I'm going to say between five and ten

3 because response, reply. Let's go with ten just to be

4 safe, I guess.

5     Q.   Then how many times have you spoken with your

6 counsel over the phone since the filing of this litigation?

7     A.   Personally, I think we've talked like probably

8 five or six times, and then I've talked with another

9 associate in the office about -- to schedule a meeting or

10 whatever to discuss.

11     Q.   What is your understanding of your

12 responsibilities as a class representative going forward?

13     A.   To show up to our meetings, to obviously be

14 truthful, and that's what -- basically it, sir.

15     Q.   Do you have an estimate of the economic damages

16 that you've suffered?

17     A.   I have no idea.

18     Q.   Do you consider the Ricola products that you

19 purchased to be valueless?

20     A.   No.

21     Q.   Is there a price you would be willing to pay for

22 the Ricola products today?

23     A.   Average price on the shelf, if I were to purchase

24 Ricola again, under $4 a bag or a package.

1      Q.    Would you pay the same price today that you would

2   have paid before the lawsuit?

3      A.    Honestly, no.

4      Q.    How much less would you be willing to pay for the

5   product now?

6      A.    I would say $1 would be -- I mean depending on

7   how many count because you do have larger packages and

8   things like that, depending on the various -- but I

9   wouldn't pay more than Halls.

10     Q.    Earlier you stated that Halls contains menthol,

11  correct?

12     A.    (Nodding head up and down.)

13     Q.    And you also stated that you try to avoid

14  products that contain menthol?

15     A.    Uh-huh.

16     Q.    Why do you purchase the Halls products?

17     A.    It's there.  It's fast.  I would prefer to go

18  even more natural than having the cough drop and do some

19  kind of tea and honey type thing.  That's what we usually

20  do now, actually.  We haven't -- the kids are always stuck

21  in habits, at least that's what I was stuck in habits too,

22  but I really don't like menthol, and seeing that this --

23  that I don't see anywhere on the packaging that it has

24  menthol, I assumed that it didn't or maybe not as much as

1  an average or another brand.

2      Q.   Would you be okay if it contained some menthol?

3      A.   I'm sure menthol has something to help with your

4  throat or whatever.  So if it's helping, huh, you're never

5  going to get anything that's 100% natural that is going to

6  taste good that's going to be under $4, but if it has some,

7  yes, but if it has some in it it needs to be in my eyes and

8  I think in a lot of people's eyes, you need to put it on

9  the front.  A lot of the other people have it on the front,

10  other brands, as we've discussed previously.  And I think a

11  lot of times I would choose Ricola because my brain

12  automatically goes off to menthol, and I would see this and

13  not -- you know, most people would say, oh, that doesn't

14  have that in there, stinky menthol, you would choose

15  something that isn't necessarily like that.

16          I think a lot of times most of mine is from

17  repetitive use and longtime use and everything, and it -- I

18  love the herbs, honestly, the herbs are adorable, but if I

19  had something that was even more natural that would be even

20  better than menthol, if there was anything out there.  I

21  don't --

22      Q.   Do you know if there is anything out there that

23  is more natural than menthol?

24      A.   I don't know.  I would like to know if there

1 would be.  That's something that I would like to research,

2 actually, bringing that topic up.  That's something maybe

3 even a good idea for your brand even to research and look

4 into too.  That might be something even better.

5          Q.   Hypothetically speaking, if you were to learn

6 that the active ingredient in the Original Ricola Herb

7 drops was menthol derived from herbs, would you still

8 consider yourself mislead?

9          A.   Yes, because nowhere on the packaging does it say

10 that there is menthol on the front of the packaging.

11 That's my -- to be more transparent, you would -- I would

12 want and I think most people would want that it does have

13 menthol or that it -- I mean, if menthol is derived from

14 actual herbal process or if it started out as an herb and

15 eventually trickled down to what it is now, which I don't

16 honestly know, like I said before, I still would think that

17 you would need to have it displayed a little properly on

18 the front.

19          Q.   So let me try and understand that statement.

20          A.   All right.

21          Q.   So if you were to assume that menthol is in fact

22 an herbal ingredient, as you define it, meaning that it was

23 sourced from herbs, and that was the active ingredient in

24 the Ricola Original Herb product, you would still consider

1  yourself mislead?

2      A.   Yeah, I do.  I think that these are Swiss Alpine

3  herbs.  I don't know if menthol is a Swiss Alpine herb, I

4  don't know for sure, but this clearly indicates that these

5  are Swiss Alpine herbs.  So I would assume that it would

6  still need to be labeled that menthol was the main

7  ingredient or even if it was an herb it still needs to be

8  labeled that it's in the product more so than these guys.

9      Q.   If I'm understanding you correctly, do you not

10 have a problem -- strike that.

11          Is your problem with menthol, that it is not an

12 herbal ingredient?

13     A.   The problem isn't necessarily all menthol

14 ingredient because 90% of the cough drops out there have it

15 in there.  It's the fact that Ricola, sadly, is one of the

16 biggest ones that doesn't have that menthol as labeled on

17 the front of their product, and even if you go to one -- on

18 these other ones here, they say natural herb, yeah, okay,

19 that's menthol, but they actually say there is menthol in

20 there, menthol, menthol, menthol, menthol, menthol,

21 menthol.

22     Q.   You're looking at the Complaint in front of you,

23 correct?

24     A.   Yeah, yeah, that's what I was looking at.

1      Q.   I'm going to go ahead and --

2      A.   You know, 4.8 milligrams of menthol per drop.

3  Okay, that is like -- that's being very specific.  That's

4  great.  I cannot read the one next to it because it's a

5  little blurry and I don't want to be wrong.  Your

6  DG Health, it does say menthol cough drop suppressant.

7  Your Natural Herbal, okay, it is herbal, but also in there

8  it says menthol.

9      Q.   So I want you to stay on page five of the

10  Complaint which I believe that you were looking at there.

11      A.   Yeah, sorry.

12      Q.   So looking at that first package, it says Natural

13  Herbal cough drops, correct?

14      A.   Uh-huh.

15      Q.   That is the Meijer package?

16      A.   Meijer, Meijer.

17      Q.   The product says that it also contains menthol,

18  correct?

19      A.   Yeah.

20      Q.   Do you believe that it's a misstatement that it

21  is a natural herbal cough drop?

22      A.   No, I'm not saying that it's a misstatement.  I'm

23  saying that they at least are stating that that is in the

24  product.

1    Q.   So here, if a company calls itself an herbal
2  cough drop, you have no problem that there is menthol in
3  the product, correct?
4    A.   If it is an actual herb, which I haven't actually
5  looked up to see if it is or not, yeah, but it should be
6  labeled as like these guys, instead of Swiss Alpine herbs,
7  you don't have menthol on here.
8    Q.   Can a product be both an herbal cough drop and
9  contain menthol in your opinion?
10    A.   Yes.
11    Q.   Why is that?
12    A.   Because they do have the menthol and they have --
13  if I would look at the back of these, which I don't think
14  we have the back of any of those, but I'm sure they
15  probably have other herbs in them.  This other one said it
16  did, I thought it did -- I can't read that one.  One of
17  them did, I thought.  It's got like vanilla or something on
18  it.  It doesn't say that it has vanilla on these either.
19  This one even says compare to Ricola.
20    Q.   Why do you think it says compare to the active
21  ingredients in Ricola Natural Herb Cough Drops?
22    A.   Menthol.
23    Q.   Now, that statement you see on that page, on page
24  five, there is also the DG Health packet, correct?

 1      A.   Uh-huh.

 2      Q.   And on the upper right-hand corner of that packet

 3  it also says compare to active ingredients of Ricola,

 4  correct?

 5      A.   Yes.

 6      Q.   And you've purchased the DG Health product

 7  before, correct?

 8      A.   I've purchased DG cough drops, uh-huh.

 9      Q.   Is this in fact the cough drops that you

10  purchased?

11      A.   No.  This one didn't -- it didn't look like that

12  one.

13      Q.   What is different from this product as

14  compared --

15      A.   I think it was a lemony looking one.  I don't

16  think it was the cherry one.  I think it was a lemon one, I

17  believe.

18      Q.   Looking at this package right now, the DG Health

19  package --

20      A.   Yes.

21      Q.   -- that says Natural Herbal Cough Drops, do you

22  think that that label is deceptive?

23      A.   No.

24      Q.   Why not?

1     A.   It says it is natural, okay.  Is menthol natural?

2  But it does say that it has menthol cough suppressant.  So

3  it's telling you what the main ingredient is.  It is still

4  saying that it's natural, so there are natural things in

5  there.  For those who are having issues with gluten, that's

6  great, gluten free.  That's straight on there.

7     Q.   Now, you don't consider menthol to be a natural

8  herbal ingredient, correct?

9     A.   In my mind, no.  I see it as a more chemically

10  ingredient.

11     Q.   But you have no problem with a cough drop that

12  says natural herbal on the front but also contains menthol?

13     A.   If they're labeling it -- try to reword this.  If

14  they are labeling it as that and that is in there, then

15  yeah.  When I tried to find something that didn't have as

16  much of the menthol as maybe say another one, I would try

17  to find something that maybe didn't have as much, or maybe

18  even try like my more -- actually, what we use now would be

19  tea because it's no menthol and 100% herbal.

20     Q.   So, as you sit here today, you have no problem

21  with a cough drop product that holds itself out as an

22  herbal cough drop in your opinion that also contains

23  menthol, correct?

24     A.   Yeah, that's fine, if it has other herbs in it as

 1  well as menthol.

 2      Q.   And Ricola has other herbs in it other than

 3  menthol, correct?

 4      A.   Yes.

 5      Q.   We previously reviewed the Ricola package,

 6  correct?

 7      A.   Yes.

 8      Q.   And you've seen the back of that package?

 9      A.   Yeah.  I was going to say --

10           MR. SHEEHAN:  Here you go.

11      A.   You're fine.  I'm sorry.

12      Q.   Now, looking at the back of the Ricola package,

13  menthol is disclosed on the back of the package, correct?

14      A.   Yes, on the back.

15      Q.   So had you reviewed the back of the package at

16  any time you would have understood that there was menthol

17  in the product, correct?

18      A.   Yeah.

19      Q.   And because in your view Ricola is an herbal

20  cough drop, you don't have a problem with the fact that

21  there is menthol in Ricola, do you?

22      A.   No.

23      Q.   What is your problem with the Ricola product?

24      A.   That it is not specifically saying that it has

1  menthol.  It is claiming that it is all Swiss Alpine herbs.

2      Q.   But if you had read the entire package, you would

3  have known what the ingredients were, correct?

4      A.   Yeah, but first glance when I'm making a purchase

5  within 30 seconds, quick thinking, general -- I don't know

6  to try to put it in a bracket of most people, most people,

7  or most -- I hate to say average people, but in the bracket

8  of people that are like me, first glance I'm going to look

9  at that and go, oh, Swiss Alpine herbs, that's going to be

10 more herbal and earthy and -- as opposed to, you know, the

11 sweet ones that the kids chew up or as opposed to the ones

12 the kids don't like because they're too spicy and toss

13 those in the cart as opposed to the other.

14          Now, if I seen that it has menthol or even like

15 has -- I actually really like the Meijer one, honestly, it

16 even tells you how many milligrams on the front of the

17 package, which is the same as yours, or same as Ricola, I

18 think.  Yeah, it is.  But with that labeling I don't feel

19 like I'm paying more for something that doesn't have

20 menthol in it, or that I assume it doesn't have menthol in

21 it, or maybe even not as much as menthol in it.  I could

22 buy these brands about half the price of this.  So,

23 therefore, I'm paying more for Ricola because I'm thinking

24 that it is better for me.

1      Q.    Do any of those other brands that are on this

2   page contain Swiss Alpine herbs?

3      A.    Not that I know of.  They have herbs on the

4   packaging that look very familiar or similar to the ones

5   that are on there but they are not named.

6      Q.    And you've never checked the active ingredients

7   for DG Health or Equate, correct?

8      A.    Not intensely, no.

9      Q.    Would you agree with me that someone that did

10   read the active ingredient in Ricola before making their

11   purchase would not have been mislead in the same way as

12   you?

13      A.    Probably, but -- and I say for a lot of people

14   out there, or I'm not going to say most people, but a lot

15   of people when they're shopping at least in our general

16   area, in my area, are probably around the same type of

17   people like I am and aren't going to look on the back of

18   their package.  I actually don't know a lot of people that

19   do, except maybe someone that's on like a diet.  I have had

20   some people actually look at the back where I've seen

21   people look on the back and I'm like (indicating), there is

22   2% such and such in the cereal, you can't have it, that

23   type of stuff.  I thought, oh, that's kind of weird because

24   nobody does it in our area.  But I suppose you could say

1   that.

2      Q.   So you find it odd when people review the entire

3   package of a product before they purchase it?

4      A.   Not odd, but I go by landmarks, so to speak, and

5   I see the brand and I toss it in my cart.  I think when you

6   go grocery shopping or shopping in general for consumables

7   generally you see it and put it in your cart.  I'm sure

8   there are some people that compare.  I'm not saying that

9   not everybody compares.  There may be somebody that is

10   extremely wanting to know what the back of it is, or like I

11   know at one point in time I had a friend that had a child

12   that was allergic to red dye and they did check stuff like

13   that.  Normally I don't -- I wouldn't even check that

14   unless there was a specific reason to check that, and for

15   me the front of this packaging looks great.  So I'm not

16   going to check the back of it because I trust that what

17   you're saying is true.

18      Q.   So for your friend having dye in the product was

19   extremely important to her purchasing decision, correct?

20      A.   That it wasn't in there because it made the child

21   very sick.

22      Q.   Right.  So she checked the package to confirm

23   that that product was not in -- that ingredient was not in

24   the product, correct?

1    A.   Not with Ricola, but I mean in a fruit juice.  It

2  was down the drink aisle, fruit juice, he couldn't have

3  certain things that had red dye in it because it made him

4  sick.

5    Q.   Are there any ingredients that are important to

6  you enough that you would check the active or inactive

7  ingredients on the back of the package?

8    A.   If it was something that I was allergic to.

9    Q.   What are you allergic to?

10    A.   I am allergic to shellfish, and I'm allergic to

11  latex.

12    Q.   So you previously testified that you don't ever

13  check the back of packages for anything, correct?

14    A.   No, not generally.

15    Q.   So how do you determine whether or not a product

16  contains shellfish in it before you make your purchase?

17    A.   A lot of the times, and even just the other day

18  with a drink, my husband was like, ha, make sure there

19  isn't something in there.  It's fine, it's fine.  I've had

20  this so many times.  I know this product.  It doesn't have

21  that in there.  It's fine.  And maybe that's also this

22  generation as well but -- calling our generation stubborn.

23    Q.   So you're not concerned about whether or not an

24  OTC product contains an ingredient that you're allergic to

1  when you're purchasing it in a store; is that correct?

2      A.   If I've used it before, then I'm not.  A lot of

3  the times, and I have actually with a prescription -- well,

4  it would be an actual prescription medication and that it

5  conflicted with another, an over-the-counter.  It was like

6  the -- it's a vitamin and it had like the dust of shellfish

7  in it and I hived and I didn't think anything about it

8  because I -- I picked up the wrong brand by mistake and,

9  yeah, it had something in it.  I looked at it and I was

10  like, oh, this isn't the right brand, which, you know,

11  human, I might do on accident, pick up the wrong thing.

12  Benadryl to save.  But that was -- that was years ago.

13      Q.   So let's take a hypothetical based on you gave

14  that shellfish example there.

15      A.   Uh-huh.

16      Q.   So let's assume there is a vitamin that's sold

17  over the counter and the front of the package doesn't say

18  anything about shellfish on it.  If you purchased that

19  product and had an allergic reaction, would you feel

20  mislead by that product?

21      A.   No because the majority of medication doesn't

22  have -- almost anything has shellfish in it, which is very

23  odd that that one actually had it in it.

24      Q.   So you think that because the majority of OTC

1  medication does not contain shellfish it should not be

2  disclosed on the front of the package, correct?

3      A.   Well, just like some of the stuff says gluten

4  free.  Gluten free, shellfish free.  It would be wonderful

5  if it was a serious thing and that it was something that

6  was marketed for people that wasn't allergic to it or

7  whatever, but, no, I wouldn't hold them accountable for my

8  allergy and not reading.  Sorry.

9      Q.   I didn't mean to step over you.

10          Is that because it's your responsibility to check

11  whether or not there is an allergic ingredient in the

12  product?

13      A.   Yes.  For an allergy, yes.

14      Q.   So an ingredient that can potentially harm you,

15  it's your responsibility to confirm whether or not it's in

16  the product, correct?

17      A.   Yeah.  If there was gluten in the product and I

18  was a gluten-free person and I didn't -- I don't have --

19  obviously, don't have that issue, thank God, but, yeah, I

20  would say you would want to check the product if you wanted

21  to know that, but in this case it tells me what's in it and

22  it's herbs and I'm happy with herbs so I put it in my cart.

23  And to find out that it's basically just like every other

24  cough drop that I've tried in the past and it's not really

1  as special as I thought it was, it was disappointing.

2      Q.   But you have no responsibility in your view to

3  check whether or not an ingredient that you would like in

4  the product is contained in that product, correct?

5      A.   Well, it could be my responsibility to check the

6  back of the product if I had -- if I assumed that there was

7  menthol in there, but I don't assume that there is a huge

8  amount because it's not said on the front of the product.

9      Q.   I just want to understand your testimony there.

10  You say if you looked at the package and assumed there was

11  menthol in there it would be your responsibility to review

12  the back of the package to determine whether or not there

13  was menthol in the product?

14      A.   Or the percentage of how much there was, if there

15  was a larger amount as opposed to obviously looking on

16  these guys seeing that they have how much there is on each

17  one -- well, this one has it and this one has it.  As

18  opposed to having to look on the back of this one, this one

19  says it right on the front, and that one.

20      Q.   If you -- you previously testified that if you

21  assumed that there was not shellfish in an OTC product and

22  you purchased it and had an allergic reaction it would have

23  been your responsibility to check to confirm whether or not

24  it contained shellfish, correct?

 1      A.    Yeah, because it's something that -- that's

 2   not -- everybody in the world is not allergic to shellfish,

 3   that's on me to check, or latex, which I don't know why

 4   latex would be in a cough drop but I certainly hope there

 5   isn't any.

 6      Q.    Now, here, however, you assumed that there was

 7   menthol in the Ricola cough drop, correct?

 8      A.    I didn't assume in this one.

 9      Q.    So you assumed that there was not menthol in --

10      A.    Yes.

11      Q.    -- the Ricola product, correct?

12      A.    That it was just the addition of these herbs here

13   that are placed on the package on the front.

14      Q.    So in that instance where you've assumed that

15   there is no menthol in the product you don't believe that

16   you have any responsibility to check the back of the

17   package to confirm whether or not there is menthol in the

18   product?

19      A.    No.  It's not an allergic reaction.  It's just

20   something -- I'm paying the same amount for something that

21   I could get from another product.

22      Q.    So when a product has the capacity to cause you

23   physical harm you don't think that that information needs

24   to be disclosed, but if a product has an ingredient which

1  maybe you would pay more or less for, you don't believe

2  that that's on the consumer to review the ingredients list,

3  correct?

4       A.   If it's going to cause -- as like on this other

5  one, it says gluten free, so they're covering their bases

6  on gluten free.

7            It would be wonderful if everybody did that.  It

8  would be great.  But it's not necessarily that everybody is

9  going to do that.  I don't even think -- a lot of people

10  don't even put it on the back.  I'm looking just to make

11  sure -- put shellfish on anybody.  (Indicating.)

12           Yeah.

13      Q.   So, hypothetically speaking, if the Ricola

14  product contained shellfish and you assumed that it did not

15  contain shellfish and you purchased it and you had an

16  allergic reaction, would you feel mislead by the product?

17      A.   No.

18      Q.   Why not?

19      A.   Because it's my fault to check the back if it's

20  something that I'm allergic to.  It's stating here that

21  these are Swiss Alpine herbs.  I'm taking Ricola's word

22  that that is inside the package, that that is what's going

23  to help my cough, not that it's menthol that's helping my

24  cough.

1    Q.   Do you have any reason to believe that the Swiss

2  Alpine herbs don't help your cough in any way?

3    A.   They say on the back of their product that

4  they're inactive.  So I'm assuming that -- I believe that

5  they do.  I've used peppermint and elder and horehound

6  drops, and I think they do on my own in different things.

7  And the particular product, I don't know.

8    Q.   So I kind of want to ask you about that.  You say

9  you've used peppermint before.  Do you believe peppermint

10  has a therapeutic effect?

11    A.   Yes.

12    Q.   Why do you believe that?

13    A.   Because I've used it and it's helped me with

14  stomachaches.  Mostly stomach, sometimes headache.

15    Q.   Do you believe that elder has a therapeutic

16  effect?

17    A.   I think that all herbs have a therapeutic effect

18  at some point.  I'm unsure what elders is.  I think it's

19  supposed to actually be for antiseptic.  I'm not 100% sure

20  on that.  I do know that lavender is an antiseptic, I've

21  used that before.  I don't know if elder is for sure or

22  not, but the ones that I do know that have actually helped

23  me in my own ways at home or whatever personally.

24    Q.   Are there any other of the Swiss Alpine herbs on

1  the front of the package that you've personally used and

2  experienced a therapeutic effect outside of the Ricola

3  product?

4      A.    Sage, lemon balm.

5      Q.    What therapeutic effect did you get from sage?

6      A.    Sage calms me down.  I know that's probably weird

7  but it calms me down.  Lemon balm is also good for your

8  stomach, it's also good for your skin, irritants, which I'm

9  assuming would be your throat as well.  Again, that's just

10  for my own personal body and may not help other people, who

11  knows, just like shellfish may not -- I mean, he may be

12  allergic to apples which would be his responsibility to

13  check packaging if there is apples in the product.

14      Q.    So you have a shellfish allergy.  Do you consider

15  it important whether or not a product contains shellfish?

16      A.    Yes, for me it's important.  I try not to be

17  around it or handle it.  A lot of times -- most of the

18  time, which I recently had found out with the herbal

19  vitamin, you can usually see if it's got shellfish because

20  there is usually a shellfish of some kind, crab legs or

21  crab or whatever.  So I stay clear of that.

22          It was actually a very big surprise to me that an

23  herbal supplement would have -- I don't even know what for

24  sure, I think it was like snow crab or something that it

1  was powdered with or something, and I was taken back

2  because I didn't know that that was even a thing.  But --

3       Q.   Is it important to you whether or not a product

4  contains herbal ingredients?

5       A.   It is important to me.  I would -- I would and

6  have paid more for things that I thought were more

7  medicinal through herbs or being with herbs or things that

8  are more natural usually cost a little more because it is

9  more natural and not chemically -- with chemicals or as

10  much.

11       Q.   Hypothetically speaking, if a cough drop doesn't

12  have any statements on the front about the cough drop being

13  an herbal cough drop, do you think it's your responsibility

14  to check the back of the package to see if there are herbal

15  ingredients if that's important to you?

16       A.   I probably wouldn't even touch the product.  I

17  probably wouldn't even purchase it if it didn't have

18  what -- I mean, if it just had cough drop on the packaging

19  and it didn't say what was in it I probably wouldn't even

20  pick it up, so I wouldn't even get to the point reading the

21  back of it.

22       Q.   Halls is not an herbal cough drop, correct?

23       A.   I do believe they have some that are.  I think

24  they are.

1      Q.   Is Luden's an herbal cough drop?

2      A.   Menthol.

3      Q.   You say menthol.  Are you saying that menthol is

4  an herbal ingredient?

5      A.   The main -- the main ingredient.  The -- what's

6  the word?  The main ingredient.  The active ingredient.

7  The most used ingredient.

8      Q.   So in your view Halls is an herbal cough drop

9  because it contains menthol as an active ingredient,

10  correct?

11      A.   No.  I believe that there are other ingredients

12  in the cough drop than just the menthol.

13      Q.   And where do you get that belief from?

14      A.   I just assume.

15      Q.   Is that based on any representations on the

16  packaging?

17      A.   Could be.  By basic glance a lot of them even

18  say, like as these guys say, natural herbal or have natural

19  herbs.  But, then again, they also, at least the ones that

20  I have seen, tell you that there is such and such

21  percentage of the menthol or echinacea or ginseng or

22  whatever other herb that's in it.

23      Q.   So you'll purchase products that contain menthol

24  even though you have a preference for herbal ingredients

1  because those products are herbal products?

2      A.   Sadly, they're cheaper, they're quicker, and

3  there is something that isn't available -- something as

4  Ricola isn't available or there isn't herbal, then, yeah,

5  if it helps then, yeah, I would purchase it, but I wouldn't

6  pay more for the same type of product than something that I

7  thought was more herbal or more green, if that makes sense.

8      Q.   What makes a product more herbal in your opinion?

9      A.   More herbs, less chemicals, more green -- greener

10  process of things.  Sometimes packaging which is great says

11  derived from, or I don't really like the genetically

12  processed things, whatever it says if it says it on the

13  front of it.  There are some things now that they're doing

14  which is great.

15      Q.   I'm going to go ahead and look back at Exhibit 1

16  which was the agreement with your attorneys in this case.

17           MR. SHEEHAN:  Yes.

18      A.   Thank you.

19      Q.   Can we please look at the sentence that starts

20  with, How?  Can you read that sentence for me?  That's on

21  page two.

22      A.   Page two, sorry.  How:  Giving the impression it

23  has more Swiss herbs than it did.

24      Q.   You didn't write that statement, correct?

 1      A.   No.

 2      Q.   Who wrote that statement?

 3      A.   Probably the -- his office, attorney's office.

 4      Q.   Is that an accurate depiction of your claims in

 5 this case?

 6      A.   Yeah.

 7      Q.   So your claims in this case are that the product

 8 gives the impression it has more Swiss herbs than it did?

 9      A.   Yeah, that there is not -- that it is -- those

10 herbs, which are Swiss herbs, as opposed to the active

11 ingredient which is menthol.

12      Q.   That's not what that statement says there, right?

13 This statement says, Giving the impression it has more

14 Swiss herbs than it did.  That's talking about the amount

15 of herbs, correct?

16      A.   Not necessarily the amount of herbs.

17      Q.   So when you read the sentence, Giving the

18 impression it has more Swiss herbs than it did, that says

19 nothing about the amount of herbs in the product to you?

20      A.   That it is -- well, I mean, yeah, because it has

21 two, four, six, eight, ten herbs that are all ineffective

22 herbs, as opposed to the active ingredient which would be

23 menthol.

24      Q.   So this statement doesn't say that there is

1  anything wrong with the active ingredients or inactive

2  ingredients in the product, correct?

3      A.   Well, yes.

4      Q.   So using this sentence, if there were many Swiss

5  herbs in the product, someone might not be mislead if there

6  were many Swiss herbs, correct?

7      A.   On the way that it's word, yeah.

8      Q.   So the allegation in your letter with your

9  attorneys, your agreement, is that the products didn't have

10  enough Swiss herbs in them, correct?

11      A.   Right.

12      Q.   But that's not your allegation in this case,

13  correct?

14      A.   I think, depending on how it is given, because

15  the way that it is -- sure, there are herbs in there and

16  we're agreeing that there is herbs in there, but I'm

17  thinking that it is the inactive ingredient, maybe there is

18  not as much as the menthol is how I'm taking -- reading

19  that sentence and partaking it that way.

20      Q.   Do you think that this was some sort of

21  typographical error?

22      A.   No.  I think it is not necessarily -- maybe more

23  words need to be added to the sentence.  I think maybe it's

24  a little shorter than.

 1    Q.   At the top of the page it says, Ricola Lemon Mint

 2 Lozenge.  That is not the product at issue in this case,

 3 correct?

 4    A.   No.

 5    Q.   Did you originally seek to represent a class on

 6 behalf of the Ricola lemon mint lozenges?

 7    A.   No.  This would have been the one that I had

 8 purchased.

 9    Q.   Is that another typographical error?

10    A.   It could be.

11    Q.   When you first got involved in this case and

12 received the Facebook advertisement, what did the

13 advertisement tell you about the product?

14    A.   Oh, going back to that.

15           MR. SHEEHAN:  If I can, and we can stay on

16 the record, to the extent we haven't provided that to you,

17 please ask me in writing and we'll be glad to do so.  Okay.

18           MR. BUNKER:  Thank you, Mr. Sheehan.

19           MR. SHEEHAN:  Thank you.  Sorry we didn't do

20 that before.  Please continue.

21           THE WITNESS:  Sorry.  What was the question

22 again?  I got offtrack.

23           MR. BUNKER:  Would you mind reading that

24 back?

```
 1                    (Record read as follows:
 2              "Question:  When you first got involved
 3              in this case and received the Facebook
 4              advertisement, what did the
 5              advertisement tell you about the
 6              product?"
 7                    THE WITNESS:  From what I -- trying to go by
 8   memory because memory is not exactly that great, had a
 9   picture of this here, the -- yes.  And it just said that
10   not having the Swiss Alpine herbs that the menthol was
11   actually the main focused ingredient as opposed to as the
12   Swiss Alpine herbs.
13   BY MR. BUNKER:
14      Q.   You say "this here," you're referring to the
15   label of the Original Herb cough drop, correct?
16      A.   Yeah, that -- yeah.  Then it had an area for when
17   you click on it that came up with where my information is
18   right here, where, the store location, when, my name,
19   address, email, phone number, and I believe that was it.
20      Q.   Go ahead and look at that label in front of you.
21   Do you believe that there is any Swiss Alpine herb on the
22   front of that package that is more important to you than
23   others?
24      A.   Not necessarily one being more important than the
```

1 rest, but that they are -- as Swiss Alpine herbs, they are

2 what is helping the cough suppressant or sore throat or

3 whatever is what I, when I see this, that's -- I'm

4 thinking, oh, I'm taking these herbs, it's going to make my

5 throat feel better.  This is -- so not one in particular

6 herb is going to do it but the group of all of those

7 together.

8      Q.  Would you have a problem if peppermint was the

9 main thing contributing to the function of the product, for

10 example?

11      A.  No, not necessarily.  I love peppermint, and I

12 know personally that it does help with ailments, stomach

13 ailment, sometimes headache.

14      Q.  Why is it that you like the fact that peppermint

15 is in the product and would be contributing to the function

16 of the product?

17      A.  My own personal preference, to be honest.  It

18 could be elder.  I don't really know that much about elder,

19 but knowing that it's peppermint I would steer more towards

20 it because it's something I like.  I like the smell, I like

21 the flavor.  It is more herbal than whatever.

22      Q.  So the common theme among all of those

23 ingredients on the front is that you consider them herbal

24 ingredients, correct?

1        A.    Yeah.

2        Q.    Now, assuming menthol is an herbal ingredient

3   that contributes to the function of the product, would you

4   feel mislead by purchasing the Ricola Original Herb

5   product?

6        A.    Maybe.

7        Q.    Why do you say maybe?

8        A.    Well, if it would be then why isn't it on there

9   with the rest of the herbs, the Alpine herbs?

10       Q.    So assuming that menthol is an herbal ingredient

11  and it was just omitted from the front of the package,

12  would you still feel mislead knowing that an herbal

13  ingredient contributes to the function of the product?

14       A.    Not necessarily.

15       Q.    That's because the function of the product would

16  still be provided by an herbal ingredient, correct?

17       A.    Then -- even then, when I did use it, it had

18  worked, it helped with my sore throat, whether it was

19  menthol if I liked menthol or not or peppermint.

20             MR. BUNKER:  Do you want to take a break?

21             THE WITNESS:  He's rescheduling.

22             MR. SHEEHAN:  I don't want him to be harmed,

23  of course.

24             THE WITNESS:  He's okay.

 1                    MR. SHEEHAN:  All right.

 2                    THE WITNESS:  You're good.  Go ahead.

 3   Sorry.

 4                    MR. BUNKER:  No problem.  Let's take five

 5   minutes here and then we'll wrap this up.  We can go off

 6   the record.

 7                    MR. SHEEHAN:  Sure.

 8                    THE VIDEOGRAPHER:  Time is 3:03.  Off the

 9   record.

10                (Whereupon a recess was taken.)

11                    THE VIDEOGRAPHER:  On the record, 3:10.

12           DIRECT EXAMINATION (cont.)

13   BY MR. BUNKER:

14      Q.   All right.  Ms. Davis, you had previously

15   mentioned that you had this business Lace's Treasures,

16   correct?

17      A.   Uh-huh.

18      Q.   Go ahead and pass you a copy of this.

19                    MR. SHEEHAN:  Thank you.

20      Q.   Is this your Facebook page for Lace's Treasures?

21      A.   No, it's an old one.  I don't know how to close

22   it but -- wow, that was a long time ago.

23      Q.   And was, similar with the other one, were you the

24   only one running this Facebook page?

```
 1        A.   Yeah, this one I would be the only one that would
 2   have been on it.
 3        Q.   So no one else could make posts or advertise as
 4   the company's behalf?
 5        A.   No.  I was the one.
 6        Q.   Were you still making the same products that you
 7   were when we previously discussed this, the handheld mugs?
 8        A.   Yeah, up until -- oh, gosh, the year.  Trying to
 9   think.  Up until just -- I haven't done it for like two
10   years now because of the baby and the chemicals.  So about
11   two years.  So, yeah, this is about when it pretty much
12   died because I couldn't do it with being pregnant and then
13   after having a baby.
14        Q.   And you were personally making all of the
15   products?
16        A.   Yeah.  Didn't really sell much but a little bit.
17        Q.   This is going to be Exhibit 12, and this is the
18   likes and follows page for this.  If you look at that first
19   page there it says Followers and it says Class Action
20   Settlements.  Do you see that?
21        A.   Uh-huh.
22        Q.   Why were you following the Class Action
23   Settlements page?
24        A.   Because, like before with -- I don't know what
```

1  exhibit it was, there was several, there was other stuff on

2  there like the Klarna and stuff like that and they keep you

3  updated on things like that when there is like a recall or

4  like with the Jergens with nasty stuff in their soap or

5  their lotions and stuff like that.  And a lot of times if

6  you follow, like, well, some of these -- some of these I

7  don't even know if they're still -- I'm not even sure who

8  that one is, but it will pop up in your thing of what to

9  follow, and I'll click to give likes to people because

10  sometimes people are like, hey, will you give me likes?  I

11  just opened a page.  So yeah.

12      Q.   So were you ever trying to become a named class

13  action plaintiff through that Class Settlement page?

14      A.   No.  Not necessarily, no.

15      Q.   Did you ever make any posts on that Class

16  Settlement page?

17      A.   Oh, probably.

18      Q.   What would those posts have been?

19      A.   I don't really remember.  It was probably two

20  years ago.  I can't even remember really what I did

21  yesterday or the day before, especially with a screaming

22  two-year-old throwing a sippy cup at my face in the

23  morning.

24      Q.   I want to introduce one more exhibit.  This is

1  Exhibit 13, I believe.  I think this is one of the products

2  that you were selling.

3      A.   Yep.  That was a custom order.

4      Q.   That was a custom order.  Do you endorse the

5  message on this product?

6      A.   No.  These are all customized things.  This was a

7  Christmas present for her -- I'm going to say -- they

8  didn't get married, but it was for her daughter's soon to

9  be, but they didn't get married so.

10      Q.   All right.

11              MR. BUNKER:  At this time, I have no further

12  questions.

13              THE WITNESS:  Oh, okay.

14              MR. SHEEHAN:  If I may go on the record just

15  with a few questions?  Will be very brief, Lacie.

16              THE WITNESS:  Okay.

17              MR. BUNKER:  Thank you so much.

18          CROSS-EXAMINATION

19  BY MR. SHEEHAN:

20      Q.   Ms. Davis, did I promise you any money from

21  this -- being involved in this lawsuit?

22              MR. BUNKER:  Objection, leading.

23      Q.   You can answer.

24      A.   Do I -- sorry.  I'm like, oh, no.

 1    Q.   That's okay.

 2    A.   No.

 3    Q.   Okay.  Did I know you before you saw this

 4  Facebook ad?

 5    A.   No.  I didn't even know -- there are so many

 6  firms out there, I didn't even know, but I've never heard

 7  of your firm either.

 8    Q.   Are you familiar with relative and absolute

 9  amounts of something?

10         MR. BUNKER:  Objection, vague.

11    Q.   This is what happens.  I don't make any

12  objections but other counsel, they must get paid by --

13    A.   Like measurements?  Is that what you're trying to

14  say?

15    Q.   Yes.  Like if you say relative amount or an

16  absolute amount of something.

17    A.   Well, I'm not like 100%, but I'm not stupid to

18  say -- like I know what you mean but I'm not like --

19    Q.   That's fine.  I understand.

20    A.   Yeah, yeah.

21         MR. SHEEHAN:  I don't have any other

22  questions.

23         MR. BUNKER:  Nothing further from me.

24         MR. SHEEHAN:  Okay.

```
 1                    THE VIDEOGRAPHER:  Time is 3:16.  I'll stop
 2   the recording.
 3                        (Video record concluded.)
 4                    THE REPORTER:  Would you like to order the
 5   transcript?
 6                    MR. BUNKER:  I would like to put that on the
 7   transcript, yes.
 8                    THE REPORTER:  Mr. Spencer, would you like
 9   copy?
10                    MR. SHEEHAN:  Yes, please.  Only a regular
11   PDF copy.
12                        (Further deponent saith not;
13               signature waived by agreement of counsel.)
14
15
16
17
18
19
20
21
22
23
24
```

```
 1  STATE OF ILLINOIS :
                       : SS
 2  COUNTY OF PEORIA  :

 3           I, Lea Ruth Cohen, RMR, CRR, and Notary Public in

 4  and for the County of Peoria, State of Illinois, do hereby

 5  certify that heretofore, to-wit, on Thursday, August 31,

 6  2023 personally appeared before me at 501 Main Street,

 7  Boardroom, Peoria, Illinois:

 8

 9           LACIE DAVIS, Plaintiff herein.

10

11           I further certify that the said witness was by me

12  first duly sworn to testify to the truth, the whole truth

13  and nothing but the truth in the cause aforesaid; that the

14  testimony then given by said witness was reported

15  stenographically by me in the presence of said witness and

16  afterwards reduced to typewriting, and the foregoing is a

17  true and correct transcript of the testimony so given by

18  said witness as aforesaid.

19

20

21

22

23

24
```

```
 1            I further certify that the signature of the

 2   witness was waived.

 3

 4            I further certify that I am not counsel for nor

 5   in any way related to any of the parties to this suit, nor

 6   am I in any way interested in the outcome thereof.

 7

 8            In testimony whereof, I hereunto set my hand and

 9   affix my notarial seal on this day, Wednesday, September

10   13, 2023.

11

12

13            _____

14

15                   Notary Public

16

17

18   Lea Ruth Cohen, Certified Shorthand Reporter
          (State of Illinois License #084-002868)
19          My commission expires 4/12/2026

20

21

22

23

24
```

**$**

**$1** 103:6
**$2** 67:8,11
**$3** 67:2,19
**$4** 102:24 104:6
**$5** 67:14
**$50** 68:7,14

**0**

**04** 38:10
**05** 88:6,7

**1**

**1** 26:22 50:8,11,15,
21 51:3,9 125:15
**1,200** 100:5,7,11,15
**10** 50:8,11,15,17,21
51:3,9 88:21
**10%** 69:6
**100%** 49:1 51:23
54:10 67:2 76:8
104:5 110:19
121:19 136:17
**11** 83:18
**11:01** 4:5
**11:05** 8:12
**11:06** 8:16
**11:56** 80:4
**12** 28:14,18 133:17
**12:00** 47:15
**12:24** 47:18
**12:34** 54:3,5
**12:38** 56:19,21
**12th** 83:20 85:8
**13** 42:14 84:5 135:1
**14** 84:21
**15** 68:16,23 69:2
70:8
**19** 42:13 85:19
**1:41** 95:22

**2**

**2** 42:14 61:8 72:15

**2%** 113:22
**20** 15:9 16:14 21:3,4
29:18 98:12 100:1
**2004** 38:10
**2010** 38:11
**2022** 20:11,15
29:14,21 30:2,8
52:3,8 68:20 70:8
80:3 81:3,21 82:24
83:20 85:8,12
**20th** 81:3,21
**210** 41:15
**24-hour** 42:7
**25** 68:7,16,23 69:2
70:8
**2:04** 96:1
**2:44** 83:1
**2:55** 81:21

**3**

**30** 37:14 50:1 52:20
55:7 57:13 112:5
**38** 15:6
**3:03** 132:8
**3:10** 132:11
**3:16** 137:1
**3rd** 20:11,15

**4**

**4.8** 107:2
**4:46** 81:4

**5**

**5** 27:19 81:7
**50** 81:14 93:2
**503** 43:4
**51** 89:15
**55** 83:11
**57** 79:20

**6**

**6** 27:13,20 50:14
81:23
**60** 70:15 99:21
**6th** 82:24

**7**

**7** 50:24 83:3

**8**

**8** 51:11
**8/31/2023** 4:4
**82** 43:5
**84** 80:20
**85** 82:8
**8:12** 85:9

**9**

**9** 50:10 84:10
**90%** 69:4 106:14
**95%** 70:13
**99%** 97:6
**9:46** 83:20
**9th** 80:3

**@**

**@lacielair85** 35:14

**A**

**A-m-m-o-z-o-8-5@
yahoo.com.** 7:21
**a.m.** 4:5 80:4
**ability** 16:11
**able** 93:24
**about** 6:4 8:20 9:6,7,
17,18 10:5 11:21
12:7,10,18 14:5
15:10 16:10,17 17:7
19:9,10 21:1,3
23:11 25:6,7,11,14
26:10 31:2,3 35:2,
19 36:2,3 37:6,12
38:10 39:6 40:2
43:21,22 46:24
47:12 48:3,6,18,22
49:3,4 52:15 54:7
56:24 57:8 58:5,7
61:15 62:16 67:20
69:12,13 71:11,22
72:1 85:3,18 86:6
87:2 88:5 90:20
92:9,22 93:16 96:5

97:19 101:3,20
102:9 112:22
115:23 116:7,18
121:8 123:12
126:14,19 128:13
129:5 130:18
133:10,11
**above** 49:11
**absolute** 136:8,16
**acceptable** 21:10
**access** 41:12,17 80:5
**accident** 116:11
**account** 35:16,18
41:18 74:17 78:14,
15 80:5 85:4
**accountable** 117:7
**accounts** 34:24
82:15,17,20
**accurate** 89:18
126:4
**accurately** 19:8
**aches** 33:19
**achieve** 28:2
**achieving** 27:23
**across** 101:2
**action** 7:22 75:23
77:17,24 81:12,24
84:11 87:17 89:6
133:19,22 134:13
**actions** 78:2 79:9
80:15 81:24 83:4
84:11 85:11,16
86:14 87:11
**active** 13:1 23:15
64:21 65:20 72:20
73:5 93:21 94:6,7
105:6,23 108:20
109:3 113:6,10
115:6 124:6,9
126:10,22 127:1
**actual** 8:21 59:24
60:7 78:4 94:9
105:14 108:4 116:4
**actually** 12:1 13:9
14:6 15:7 24:23
26:8 29:5 30:20
40:16,18 42:4 43:3,
4,12 46:4 56:9
59:11,12 63:9 66:4,
10 71:6 73:5 76:21
77:10,11 79:19 84:1

86:9 92:19 93:11,13
94:9 95:6 103:20
105:2 106:19 108:4
110:18 112:15
113:18,20 116:3,23
121:19,22 122:22
129:11
**ad** 10:3,4,7,8,15,23,
24 11:6,16 14:5
24:21,24 49:3 76:21
136:4
**add** 80:6,7,23 81:17
82:15 84:24 86:16
**added** 82:19 127:23
**addition** 119:12
**address** 7:7,9 10:21
16:3 21:13,15,16,18
22:9 43:2,3,4,6
74:23 80:11 129:19
**addresses** 7:13
21:19 43:8
**administer** 41:14
**adorable** 104:18
**ads** 11:11
**adverse** 33:23
**advert** 15:18
**advertise** 133:3
**advertised** 76:8
**advertisement**
10:13 12:4,7,8,10,
20 128:12,13 129:4,
5
**after** 11:14 13:2,20,
23 14:6,21 19:7
24:21,22,23 30:2
66:3,5 68:19 74:19
84:9 133:13
**Afterpay** 81:24
82:3,6,14,20 87:4
**again** 35:14 37:17
38:11 68:17 90:1
91:2 100:21 102:24
122:9 124:19
128:22
**against** 27:7 75:9
**ages** 42:12
**ago** 22:13 29:9 38:5
57:5 83:18,24 98:12
116:12 132:22
134:20

**agree** 23:8 27:7 28:3
31:15,18 60:19
63:11,16,19,22
64:1,4,7,10,13,16
113:9

**agreeing** 127:16

**agreement** 19:18,24
20:7,16,18 21:2,5,9,
22 23:7 25:4 26:22
28:15,19,23 29:1,14
31:6 125:16 127:9
137:13

**agreements** 24:22

**ahead** 5:15 7:1
19:22 21:21 26:21
29:4 31:6 61:7
62:17,22 64:19
72:15 79:7 80:13
81:6,11 88:20 95:20
107:1 125:15
129:20 132:2,18

**ahold** 11:8

**aide** 38:2

**ailment** 130:13

**ailments** 59:13
130:12

**aisle** 98:2 115:2

**aligned** 93:11

**all** 18:2 20:18 21:10
24:1,15 28:6 40:17,
21 47:9 48:4,18
49:23 54:14 59:13
65:7 68:12 70:18,20
71:9 73:3,6,11,16
75:1 77:3 79:18
82:6 85:11 87:18
91:3 93:10 94:23
98:20 101:4,5
105:20 106:13
112:1 121:17
126:21 130:6,22
132:1,14 133:14
135:6,10

**allegation** 127:8,12

**allegations** 9:17
24:6

**Alleges** 84:12

**alleging** 95:1,8,12,
16

**allergic** 34:4 98:6
114:12 115:8,9,10,
24 116:19 117:6,11

118:22 119:2,19
120:16,20 122:12

**allergy** 117:8,13
122:14

**allowed** 44:10

**almost** 13:20,22,23
57:3 84:1,5 92:22
116:22

**Alpine** 12:14,21,24
15:19,20 24:1,19
25:8,15,20 26:15
58:17 72:23 73:15,
16 106:2,3,5 108:6
112:1,9 113:2
120:21 121:2,24
129:10,12,21 130:1
131:9

**Alps** 58:17 73:1
77:11

**already** 9:18 33:12
70:5

**also** 4:15,16,17 6:23
11:18 46:11 52:13
54:23 62:2,4,6,8,10,
12,14 103:13 107:7,
17 108:24 109:3
110:12,22 115:21
122:7,8 124:19

**always** 44:6 47:4,5
50:4 87:22 92:10
100:11 103:20

**am** 15:6 24:14 37:19
90:14 101:2 113:17
115:10

**ammozo85@yahoo.
com.** 7:19

**among** 130:22

**amount** 24:9,19
25:7,15,20 26:15
118:8,15 119:20
126:14,16,19
136:15,16

**amounts** 136:9

**an** 6:3,5,7,16 7:7 9:7
10:3,24 11:4,6 13:3
14:1,3 15:5 17:22
18:2 19:24 20:23
21:12 31:7,10,22
33:2 35:5 38:8
39:12,14 43:18
47:12 48:9 51:11,14
56:10 57:12 59:1,3,

8,19,20,24 60:2,3,
11,15,23,24 61:5,6,
18,22 68:13 74:22
77:17,23 78:4,14,15
80:8 81:1 86:1,6,18,
21 90:23 92:4 95:17
98:5 100:24 102:15
104:1 105:14,22
106:7,11 108:1,4,8
110:21 111:19
115:23,24 116:4,5,
19 117:11,13,14
118:3,21,22 119:19,
24 120:15 121:20
122:22 123:13,22
124:1,4,8,9 126:4
129:16 131:2,10,12,
16 132:21 136:15

**and** 4:10,13,14,15,
16,18,24 5:15,16
6:6,15,23 7:1,18
9:9,16 10:3,15,22,
23,24 11:15,18
12:1,15,18 13:11,
19,20 14:6,7,9,19,
22 15:6,8,13,14,15,
24 16:15 17:4,18,
22,23 18:2 19:12,
13,15,16,22 20:20,
24 21:2,21,23 22:11
24:1,22,23,24 25:5,
17,21 26:14,21
27:2,20 28:7 29:4,
13,23,24 31:6
32:14,17,23 33:24
34:13,15,16 35:20
36:11 37:12,13,14
38:1,12,19,20,21
39:1,18,19 40:1,2,3,
11,12,13,14,19 41:2
42:14,20 43:1,5,10,
11,17,18 44:7,21
45:6 46:22 49:3,24
50:4 52:11 53:15
54:13,16,17,20
55:8,16,22 56:10,
12,24 57:4,10,11
58:4,21,23 59:4,13
60:1,14 61:7,8
62:17,22 63:5 64:19
65:3 66:4,12 67:4
68:13,16 69:2,11,21
70:3,8,11,24 71:13,
16 72:7,15,16 73:4,
5,7,16,17 74:22,23,

24 75:1 76:6,13,21,
22 77:2,12 78:20,
22,23 79:7 80:13
81:6,7,11 82:13,17,
21 84:1,8,10 85:2,
12,18 87:19 88:2,20
89:3,16,18 90:14,
15,16,18,19 91:3,
12,20,23 92:10,11,
19,23 93:1,3,4,7,12
94:23 95:6,16,20
96:6,12,18 97:8,11,
21 98:2,5,11 99:5,
14,15 100:7,14,23
101:1,9,10,11,16,17
102:1,2,8,14 103:7,
12,13,18,19,22
104:7,10,12,17
105:3,12,14,19,23
106:17 107:1,5
108:8,12 109:2,6
110:14,19 111:2,8,
19 112:9,10,12
113:6,13,17,21,22
114:4,5,7,12,14
115:10,17,21 116:3,
4,6,7,8,9,17,19
117:5,8,17,18,21,
22,23,24 118:10,17,
19,21,22 120:14,15
121:5,6,7,13 122:1,
10 123:1,5,9,19
124:13,20 125:2,15
127:15,19 128:11,
15,17 129:3,9,19,20
130:11,15 131:11
132:5,18,23 133:10,
12,14,17,18,19
134:2,5,9 136:8

**and/or** 27:23

**anesthetic** 93:4
95:18

**animals** 35:21

**another** 7:17 24:2,
16 61:7 80:15 81:6,
7,23 83:3 84:11
88:8 102:8 104:1
110:16 116:5
119:21 128:9

**answer** 6:6,11,16,24
23:19 65:7 135:23

**answered** 16:2

**answering** 5:22

**answers** 5:21 72:9

**antiseptic** 121:19,20

**any** 6:24 7:4,13,15
9:13,16,20,23 11:23
15:1 16:10 17:1
19:4 21:18 22:7
25:13,23 27:7 28:8,
11,19,22 30:23
32:3,6,24 33:16
35:22 36:3 38:22
42:8,10,13 43:8,14
47:7,23 48:12,19
50:6 53:8 55:18
57:16 58:5 63:14
65:8,11,23 66:19,21
69:8,14 70:1 71:11
72:11 74:9 75:6,9,
13 76:18 78:10
86:2,13,24 87:7,10
90:5 93:16,20 95:2,
9 97:4 99:8 100:8,
15 101:5 108:14
111:16 113:1 115:5
119:5,16 121:1,2,24
123:12 124:15
129:21 134:15
135:20 136:11,21

**anybody** 40:23
41:14 92:9 120:11

**anymore** 44:11
46:16

**anyone** 21:5,7 41:12
48:6

**anything** 40:13
76:20 80:8 85:1
87:3,5 96:10 104:5,
20,22 115:13 116:7,
18,22 127:1

**anywhere** 103:23

**apartment** 43:19

**app** 74:22

**apparently** 37:13

**apples** 122:12,13

**appreciate** 5:21
11:17

**approved** 28:11

**approximately** 65:4
68:1 70:15 99:21
100:1,5

**April** 81:21

**are** 8:15 15:20 19:4
21:15 23:16 25:5,

10,13,23 26:24
27:15,22 28:5,22
31:18,21 32:21
37:18 42:12 47:4
48:10 52:12 59:20
61:1,2 66:5 67:23
68:23 69:3 71:10
72:21 73:2 75:1,6,9,
12,22 76:9,22,23
77:11 79:16 82:4
86:4 87:16 88:15
89:21 90:5,17,18
91:3,4 92:7 93:8,14,
17,21,24 94:9,22
95:8,16 96:21 98:23
99:8 101:7 103:20
104:18 106:2,5
107:23 110:4,5,14
112:8 113:1,5,16
114:8 115:5,9
119:13 120:21
121:24 123:8,14,23,
24 124:3,11 125:1,
13 126:7,10,21
127:15 130:1
134:10 135:6 136:5,
8
**area** 48:18 58:4 67:5
98:16 113:16,24
129:16
**aren't** 14:13 72:20
78:23 113:17
**around** 13:6 19:15
40:12 41:3 47:2,5
51:24 54:20 67:19
113:16 122:17
**article** 79:12,15
80:18 81:7,24 82:4,
5 83:7,9 84:11,17,
19 86:11
**articles** 86:8,24
**artwork** 40:20,22
**as** 5:1,8,18 6:22 7:22
8:5 12:23 14:13
15:24 19:5,11,13
20:2 25:2 28:2
37:24 39:12 41:11
54:24 58:20,23
59:3,4,5 60:6 67:20,
21 70:21 72:6,8
76:1,8,24 77:1,2,23
78:4 83:18 85:23
87:3,8,18 90:23
91:4 92:4,12,24

93:3,12 94:7 96:12,
22 98:12,18 99:1
100:19 101:1
102:12 103:24
104:10 105:14,22
106:16 108:6
109:13 110:9,14,15,
16,17,20,21,24
111:1 112:10,11,13,
17,21 113:11
115:22 118:1,15,17
120:4 122:9 123:9
124:9,18 125:3
126:10,22 127:18
129:1,11 130:1
133:3
**aside** 29:4 31:6
64:19
**ask** 6:3,5,22,24
11:14 17:7 49:18
78:6 121:8 128:17
**asked** 69:24 70:1
86:15
**asking** 71:4
**Aspercreme** 66:23
**assigns** 31:14
**associate** 73:1 92:8
102:9
**Associates** 4:13
**assume** 6:6,11 23:14
24:14 25:2 36:8
51:13 61:3 65:3
73:16 75:3 91:6
105:21 106:5
112:20 116:16
118:7 119:8 124:14
**assumed** 12:13
56:12 73:3 103:24
118:6,10,21 119:6,
9,14 120:14
**assuming** 66:3
67:15 121:4 122:9
131:2,10
**asthma** 15:24
**asthmatic** 17:23
18:2
**at** 6:3 7:17 8:15
10:23 12:9,12 13:10
14:2,7 19:11 20:10
21:12,19 22:15
23:23 24:23,24
25:6,9,17 26:2,24

28:15 29:13 30:14
31:9 33:14 34:14
37:24 38:18 43:6,8,
12,14,16 47:18 48:4
49:21,23 50:7
52:15,17 55:2,5,12
56:6,7 57:8,10 58:3
60:1,4 62:17,22
63:8,9 65:2 66:13
67:5 69:23 72:6,16
73:5,16 74:12,24
75:3 76:3 78:6
79:18,21,22 80:3,9,
21 81:3,21 82:6,24
83:20,24 85:9
92:22,23 93:2 94:5,
8 97:3,7,14,17,23
98:3,8,13,15 99:3,4,
6 103:21 106:22,24
107:10,12,23
108:13 109:18
111:12,15 112:9
113:15,20 114:11
116:9 118:10
121:18,23 124:19
125:15,19 128:1,2
129:20 133:18
134:22 135:11
**attempted** 69:16
**attention** 22:3 23:1
**attorney** 9:9,10 11:4
13:3 14:24 19:24
20:21,23 24:22 78:9
86:1 94:21 100:23,
24 101:8
**attorney's** 126:3
**attorney-client** 11:1
14:4
**attorneys** 19:19
28:5,7 29:2 125:16
127:9
**Attorneys'** 27:17,
20,21
**attracted** 90:20
**authorize** 27:24
**automatically**
104:12
**available** 48:18
92:23 125:3,4
**average** 69:3 76:3
102:23 104:1 112:7
**avoid** 103:13

**Avon** 38:4,7,10
**aware** 75:6,9,12
87:16
**away** 69:23 86:21
101:12
**awful** 44:14

---

**B**

**babies** 99:1
**baby** 13:5 42:14
49:24 54:13 57:4
74:19 133:10,13
**back** 15:15 19:15
24:12 25:17 29:6
33:8,9 37:16 47:21
53:16,21 63:9 72:8,
15 73:8 82:22 84:8,
9 85:5 93:12,14
94:10 97:3,14,17,21
98:8,9,13 100:8,12,
15 108:13,14 111:8,
12,13,14,15 113:17,
20,21 114:10,16
115:7,13 118:6,12,
18 119:16 120:10,
19 121:3 123:1,14,
21 125:15 128:14,
24
**background** 8:20
**bacteria** 81:2 86:19
**bad** 40:2 97:22
**bag** 30:18 47:5
102:24
**balm** 59:19,22 60:4,
7,11,14 62:10 63:3
64:11 122:4,7
**ban** 37:10
**bang** 99:2
**bankruptcy** 8:3
**banned** 37:7,11
**based** 22:4 25:20
26:18 95:5 116:13
124:15
**bases** 120:5
**basic** 10:20 94:24
124:17
**basically** 38:1 84:2
102:14 117:23
**Bates** 61:9

**bathroom** 25:1
**be** 4:16 5:6,8 6:19
9:22 11:7,10 15:5,
20 18:12 22:4,12
24:4 25:2 26:9,22
27:22 28:20 38:8
39:3 42:13,14 43:11
46:14,19 49:14
50:14 51:14,15,17,
24 53:17,22,23
54:11,18 55:1,2,9,
22 56:6,11 57:22
58:13 59:16,22
60:16 61:8 63:2
68:4,6 69:1 70:14
72:20 73:9 75:22
76:7,12,15,17
77:11,17 79:21
80:14,21 81:23
84:10 85:19,22
86:12,13,15 87:20
88:20 90:20,21 91:8
92:4 94:16 97:2,5
98:4 100:4 101:11
102:2,3,13,19,21
103:4,6 104:2,6,7,
19 105:1,4,11
106:6,7 107:5
108:5,8 110:7,18
112:9 114:9 116:4
117:1,4 118:5,11
119:4,24 120:7,8
121:19 122:9,11,12,
16 124:17 126:22
127:5,23 128:10,17
130:15,17,18 131:8,
16,22 133:1,17
135:9,15
**because** 14:14 15:5
18:4 20:22 23:24
34:2 38:18 39:21
40:15 43:19 44:11
46:4,7 47:3 50:4
54:12,21 55:15 56:9
57:4 59:13 60:9
65:15 67:2,15,21
68:4,6 69:22 71:1
74:1,14,20 77:5
78:20 80:9 84:2
85:2 86:10 88:6
91:1 92:5,8,20
96:12 102:3 103:7
104:11 105:9
106:14 107:4
108:12 110:19

111:19 112:12,23
113:23 114:16,20
115:3 116:8,21,24
117:10 118:8 119:1
120:19 121:13
122:19 123:2,8
124:9 125:1 126:20
127:14 129:8
130:20 131:15
133:10,12,24 134:9
**become** 10:1 134:12
**becomes** 5:23
**Beekeeper's** 45:8
**been** 4:23 5:10 8:1,5
10:21 12:15 13:9
14:15 15:6 16:20
24:15 27:10 28:8
29:22,23,24 30:20
34:13,14,15 36:11,
24 37:7,20 40:7
41:6 42:9 46:3,6,8
47:11 49:1,4,7,24
51:22,24 53:15
54:19 56:1,4 57:3
70:5 71:20 74:6
75:15 77:6 78:1,3
79:5,6 82:7,22
85:17 86:1,9 92:5
96:18 99:24 113:11
118:23 128:7 133:2
134:18
**Bees** 44:19
**before** 5:8,10,22 7:1,
23 8:1 20:18 27:11
28:1 29:5 33:21
34:5,8,10 38:21
42:9 43:14 45:7
49:2,3,22 52:16,23
53:10 55:5,11 56:8
57:9 73:20 77:22
85:17 89:6 91:2
96:4,22,23 97:2
100:3 103:2 105:16
109:7 113:10 114:3
115:16 116:2 121:9,
21 128:20 133:24
134:21 136:3
**begin** 5:22
**begins** 4:2
**behalf** 4:23 27:8
76:9 128:6 133:4
**being** 4:24 17:22
18:2 23:15 34:3

37:11 73:17 77:16
107:3 123:7,12
129:24 133:12
135:21
**belief** 14:18 23:11
124:13
**believe** 4:17 10:21
11:24 12:10 13:10
14:1 26:22 38:11
67:19 75:8 80:15
84:10 86:11 89:5,12
90:14,18 107:10,20
109:17 119:15
120:1 121:1,4,9,12,
15 123:23 124:11
129:19,21 135:1
**believed** 93:3 96:7
**below** 61:16
**Benadryl** 116:12
**benefit** 76:18
**BENGAY** 66:20,22
92:20
**berry** 17:3 18:24
19:2 71:5,7,11
**besides** 40:24 78:3
**best** 5:20 6:2 7:4
41:11 65:16 89:14
**better** 14:16 24:6,16
59:7 68:4,6 76:7
82:15 90:19 91:13
92:19,21 104:20
105:4 112:24 130:5
**between** 21:1 28:7
33:23 40:2 46:20
51:11 54:20 68:16,
23 70:8 85:12 102:2
**big** 18:22 40:12
122:22
**biggest** 106:16
**Bill** 4:17
**bit** 24:5 46:19 56:3
67:3 133:16
**black** 78:23
**bleach** 74:15
**blurry** 107:5
**bodies** 66:12
**bodily** 95:9,11
**body** 122:10
**bold** 22:3
**bone** 42:5

**boonies** 38:12
**both** 38:20 40:8 85:3
92:22 108:8
**bottom** 20:10 52:12
62:22 94:8
**bought** 38:21 45:7
46:4 77:7,10 95:5,7
**box** 35:20 43:4,5
99:1
**boxes** 39:18
**bracket** 112:6,7
**brain** 58:21 104:11
**brand** 30:15 33:12
45:24 46:23 50:7,9
56:12 65:15 69:1,11
70:13,21 76:5 77:5
99:2,5,12,14,15
104:1 105:3 114:5
116:8,10
**brands** 14:16,17
39:22 47:6,7 92:20
99:8 104:10 112:22
113:1
**break** 7:1 24:5
47:11 48:2 98:5
131:20
**breaks** 6:19,20,23
**brief** 88:9 135:15
**briefly** 26:4 52:20
54:1 55:7 56:9
57:10 58:7 89:20
**bringing** 105:2
**brought** 75:10
**buck** 99:2
**budget** 67:21,22,24
98:23
**bunch** 16:15
**Bunker** 4:14 5:3,6
8:11,18 11:9,17,20
20:2,4 47:10,20
54:6 56:16,23 88:8,
15,19 95:20 96:3
128:18,23 129:13
131:20 132:4,13
135:11,17,22
136:10,23 137:6
**bunny** 35:19 40:7
**Burt's** 44:19
**business** 39:3 40:5
41:5 132:15

**businesses** 38:23
**but** 8:20 11:14 13:1,
18 14:20 15:14 16:2
17:6 23:23 24:12
26:8 29:17 30:21
32:1 35:6,14 37:5
38:6 39:2,20 40:14,
19,24 43:4 44:14,
20,22 45:19 46:5,15
49:2,9,11 51:23
55:1 58:19 59:4
60:2 62:20 63:9
66:14,23 67:2,17
68:7 70:6,20 71:1,
14 72:14,24 74:13,
15 75:12 76:11 77:9
78:3,15 79:16 83:10
84:8 85:6 87:5 90:4,
22 91:4,9 92:3,18,
21,23 93:11,13,14
94:19,24 97:5,17,
20,23 98:8,23 99:13
102:2 103:8,22
104:6,7,18 106:4,19
107:7 108:5,14
110:2,11,12 112:2,
4,7,18 113:5,13,14,
24 114:4 115:1,22
116:12 117:7,19,21
118:2,7 119:4,24
120:8 121:22 122:7
123:2 124:19 125:5
127:12,16 130:1,6,
19 132:22 133:16
134:8 135:8,9
136:6,12,17,18
**buy** 15:8 38:18
46:23 54:11 84:12
112:22
**buying** 15:6,8 65:3
77:4,6 83:17
**by** 4:16 5:3 8:18
9:21 11:7,20 13:3
15:17,21 20:4 22:8
23:21 26:20 33:14
47:20 53:1 54:6
56:23 58:15 65:17
75:10 83:13 86:1
88:19 94:5 96:3,18
99:7 114:4 116:8,20
120:16 124:17
129:7,13 131:4,16
132:13 135:19
136:12 137:13

**C**

**cafeteria** 38:2
**call** 6:3 13:12,20
14:6 20:22 38:4,5,
12 39:3,14,24 69:21
70:5 100:20
**called** 4:23 40:5
78:5,8
**calling** 115:22
**calls** 101:4,10 108:1
**calms** 122:6,7
**came** 16:15 58:2
67:15 129:17
**can** 5:18 7:11,18
8:20 10:19 15:2
19:4 22:7 27:16,20
29:4 31:6 32:1,11,
14,17 36:22 37:10
42:17 47:7 48:9,11,
12,14 57:21,24 59:8
62:18,22,23 64:19,
23 66:19 74:18,23
78:18 79:11,20
80:13 81:14 83:6,11
84:15,21 87:13,15,
17 89:2 95:20 96:7
100:18 108:8
117:14 122:19
125:19,20 128:15
132:5 135:23
**can't** 44:3 46:20
60:17 99:19 108:16
113:22 134:20
**cancer** 42:5
**candy** 44:11 57:4,5
**cannot** 7:4 31:9
107:4
**cap** 92:17
**capacity** 119:22
**capture** 79:8
**capuchin** 92:17
**car** 85:18
**caramel** 63:2
**card** 85:23
**cards** 78:2
**care** 17:16 18:15,17
67:22,23,24
**cared** 34:14 53:16

**cart** 19:16 33:14 49:20,22 50:5 51:23 52:16 55:6,9 56:8, 13 57:9,11 65:1,22 76:5 99:6 112:13 114:5,7 117:22

**case** 8:6 9:17,19 14:23 19:19 23:16 28:6,9,12 75:15 79:18 87:21 89:1 91:5 94:6 95:1,8,12, 16 97:10 101:8 117:21 125:16 126:5,7 127:12 128:2,11 129:3

**cashier** 84:8

**cat** 35:20 39:18

**caught** 12:2

**cause** 119:22 120:4

**caused** 95:9

**causing** 93:8

**Central** 88:4

**cereal** 113:22

**certain** 71:10 93:16, 20 115:3

**certainly** 119:4

**chance** 47:12

**change** 72:18 76:16

**changed** 76:12

**channel** 35:16

**charge** 28:6

**charged** 82:15

**charges** 82:21

**cheap** 45:2 55:22

**cheaper** 46:21 125:2

**check** 82:15,17 85:21 114:12,13,14, 16 115:6,13 117:10, 20 118:3,5,23 119:3,16 120:19 122:13 123:14

**checked** 82:20 113:6 114:22

**checking** 75:4

**chemically** 91:12 92:3,11 93:1 110:9 123:9

**chemicals** 91:12 96:13 123:9 125:9 133:10

**cherry** 18:20,22,23 44:10 46:8,14 74:1 109:16

**chest** 58:20

**chew** 112:11

**child** 19:13 43:17,18 53:22 65:22 80:10 84:1,5 114:11,20

**childhood** 76:24

**children** 19:14 30:21 42:10 57:22

**Children's** 81:12

**Chloraseptic** 44:12 55:24 56:11 67:13

**choice** 53:3 92:5 97:22

**choose** 29:20 104:11,14

**chose** 97:17 100:14

**Christian** 90:14 96:6

**Christmas** 135:7

**citrus** 17:2

**claim** 27:7

**claiming** 112:1

**claims** 23:16 81:24 84:12 126:4,7

**class** 7:22 27:23 76:1,10 77:17,23 78:1 79:9 80:15 81:12,23,24 83:3 84:11 85:11,15 86:14 87:11,17 100:19 102:12 128:5 133:19,22 134:12,13,15

**classes** 88:1

**clear** 5:19 73:10 122:21

**clearly** 106:4

**click** 10:14 129:17 134:9

**clicked** 10:7,15 12:18

**close** 132:21

**closer** 43:19

**co-counsel** 27:18,19

**Cohen** 4:7

**cold** 29:23

**colliding** 90:2

**Color** 63:1

**combining** 34:3

**come** 18:3 21:20 24:18 58:2 84:8,9 94:20

**comfortable** 5:16

**coming** 43:7

**comment** 79:22 83:13

**comments** 79:1 85:15 87:10

**common** 130:22

**communicate** 36:21

**communicated** 21:18

**companies** 40:4 78:22 90:16

**company** 40:9,10 94:15,17 108:1

**company's** 133:4

**compare** 108:19,20 109:3 114:8

**compared** 109:14

**compares** 114:9

**compensated** 27:22

**compensation** 28:2, 12 77:14 86:23 87:17,20

**competitor** 30:13

**competitors** 30:13

**complain** 19:9 69:13,21

**Complaint** 25:11, 17,21 27:11 30:2,6, 8,24 68:19 70:7,11 88:21,24 89:6,12 100:22,23 106:22 107:10

**complaints** 16:10 71:11

**completely** 6:22 97:6

**concerned** 115:23

**concluded** 137:3

**conclusion** 23:18 24:18

**confirm** 73:22 96:20 114:22 117:15

118:23 119:17

**conflicted** 116:5

**connected** 13:11

**connection** 32:3,5 86:2

**consent** 27:8

**consider** 59:16,21 60:15,23 61:5,18,22 90:21,23 93:1 102:18 105:8,24 110:7 122:14 130:23

**constantly** 80:9 83:17

**consult** 21:4 31:23

**consulted** 14:22 28:8 58:5

**consumable** 69:20

**consumables** 74:14 114:6

**consumer** 120:2

**cont** 8:17 47:19 56:22 96:2 132:12

**contact** 11:22 101:7

**contacted** 11:7 13:3 69:13 86:1

**contain** 12:21 23:17 58:12 89:17,21 90:12 91:15,18,20, 23 96:15 103:14 108:9 113:2 117:1 120:15 124:23

**contained** 73:22 104:2 118:4,24 120:14

**containing** 23:11

**contains** 12:24 29:1 63:12,17,20,23 64:2,5,8,11,14,17 65:11,23 96:18 103:10 107:17 110:12,22 115:16, 24 122:15 123:4 124:9

**continue** 30:3 128:20

**continued** 16:13

**contribute** 89:17,22 90:12 94:1

**contributes** 131:3, 13

**contributing** 130:9, 15

**cook** 37:24

**cool** 18:18

**cooling** 15:22

**copy** 19:24 20:2 80:15 132:18 137:9, 11

**corner** 21:12 109:2

**correct** 11:5 12:14 15:1 26:12,13 27:1 28:20 29:9,10,14,18 30:8,9 31:24 33:2 41:19,20,21 58:6 59:16 61:22 65:10 68:21 72:12 73:7 77:18 85:13 91:15, 18,21,24 95:3,10, 14,15,18,19 97:3, 12,15 99:22 100:2 103:11 106:23 107:13,18 108:3,24 109:4,7 110:8,23 111:3,6,13,17 112:3 113:7 114:19,24 115:13 116:1 117:2, 16 118:4,24 119:7, 11 120:3 123:22 124:10 125:24 126:15 127:2,6,10, 13 128:3 129:15 130:24 131:16 132:16

**correctly** 12:1 32:23 33:1 92:18 106:9

**correlates** 58:21

**cost** 123:8

**cough** 10:9,10 15:6 16:23 18:4,6,7,10 30:10,12,16,23 32:14,17 33:13 43:22,23 44:5,12, 19,21,22,23 45:1,3, 5,7,8,11,13,16,18, 20,21 46:11,17,24 47:6,7 50:9,12,16, 22 51:1,8 52:19 53:23 54:8,16,17,24 55:24 57:1,2,19 60:6,7 61:12 64:20 65:5,7 66:3,5 67:7, 13,18 68:2,16,20,23 69:2 70:2,8,15

74:15 89:24 90:3
91:14,17,20 93:3
95:13 98:1,2 99:8,
12,17 103:18
106:14 107:6,13,21
108:2,8,21 109:8,9,
21 110:2,11,21,22
111:20 117:24
119:4,7 120:23,24
121:2 123:11,12,13,
18,22 124:1,8,12
129:15 130:2

could 10:16 11:15
20:23 40:13 41:11,
15,18 68:3,5 77:6
102:1 112:21
113:24 118:5
119:21 124:17
128:10 130:18
133:3

couldn't 41:7 46:15
52:23 54:11 115:2
133:12

counsel 4:10 6:14,15
8:20,24 48:3 75:10
79:17 101:20 102:6
136:12 137:13

counsel's 20:1

count 102:1 103:7

counter 32:9,10
116:17

couple 39:5 54:10

coupon 74:8

coupons 74:9 86:20

course 68:15 71:8
98:2 131:23

court 4:6,7,19 5:18
28:1 75:20

courting 43:13

courtroom 5:8

covered 87:11

covering 120:5

crab 122:20,21,24

cream 66:20

credit 85:23

credited 82:22 85:5

criminal 8:6

cringe 66:13

CROSS-
EXAMINATION
135:18

cup 134:22

cups 40:11,17

current 43:2,3,16

currently 37:18
41:21 42:23

custom 135:3,4

customer 38:19

customers 38:21

customized 135:6

cut 84:3

cute 73:3

_____

D

dad 44:7,8

damages 76:9
102:15

date 4:4 20:11,13
29:20 48:24 100:19

daughter's 135:8

Davis 4:2,3,22 5:4
11:21 42:2,19 47:21
79:6,23 81:15 83:13
84:22 88:21 96:4
132:14 135:20

day 6:20 18:5 20:15
50:13 97:20 115:17
134:21

days 37:14

deceased 34:16

December 52:2,3
54:20 68:11

deceptive 109:22

decide 50:2 97:8

decided 14:22 24:23
75:15

decides 94:11

deciding 51:1

decision 55:21
114:19

decorate 40:19

decorated 40:18

defendant 4:14,23
8:5 28:1

define 59:8 105:22

definitely 44:21
57:3 101:16

deli 83:24 84:7

demands 28:11

depending 34:7
50:13 59:10 69:4
92:22 98:2 103:6,8
127:14

depends 52:12

depiction 126:4

deponent 137:12

deposed 5:10

deposition 4:2,8 5:7,
12,14 8:9 9:2,14
101:14

derived 61:20 105:7,
13 125:11

describe 10:19

determination
26:18

determine 93:8
96:15 115:15
118:12

determined 26:14

DG 45:3,24 46:9,24
54:7,8 65:19 67:7
91:20 107:6 108:24
109:6,8,18 113:7

diapers 99:1,5

did 8:8 9:1,4,13,15,
16 10:1,4 12:4,10,
20 15:10 16:6,8,10
17:10 19:8,18 20:18
21:2,4,9 22:18 23:3,
7,12 24:18 26:5,18
27:11 28:3 29:20
30:2 32:2,5 34:10
35:22 36:3 38:15
40:2,9,17,18,19,21
41:1,4,10,12 44:15
46:9 47:1 48:2,6
49:6,10,15,18,21
50:2 52:15 53:11
54:23 55:5,10,12,14
56:7 57:6,8,14 58:9
64:21 65:20 67:18
73:22 74:4,8,10,12
78:19 80:3,6,10
82:5,11,17,18
83:17,23 84:6 85:8
86:6,12,13 88:2,3
89:6 93:7 100:11
108:16,17 113:9
114:12 120:7,14
122:5 125:23 126:8,

14,18 128:5,12
129:4 131:17
134:15,20 135:20
136:3

didn't 11:4,13 12:12
13:13 15:8 37:13
38:11,13 39:20
45:12,20 53:6 69:22
71:17,21 82:22 97:6
98:6 103:24 109:11
110:15,17 116:7
117:9,18 119:8
123:2,17,19 125:24
127:9 128:19
133:16 135:8,9
136:5,6

died 133:12

diet 98:14 113:19

dietary 38:2

differ 31:10

different 14:17
16:24 35:20 47:6
59:11 65:4 69:1
70:21 71:1,7 72:8
85:3 95:5,7 99:2
109:13 121:6

differentiate 41:8

difficult 5:23

direct 5:2 8:17 22:3
23:1 47:19 56:22
96:2 132:12

directions 34:6

disappointing 118:1

disclose 73:11

disclosed 111:13
117:2 119:24

discrepancy 75:4

discuss 31:19
102:10

discussed 83:22
104:10 133:7

discussion 8:14,19
54:4

displayed 105:17

district 75:17

do 5:7,20 6:7,16,21
7:1,7,13 8:8 9:1,10,
20 11:12,13 12:23
15:17,21 17:1,18,21
20:5,10 22:5,16,20
23:5,21 26:23 27:6

28:17 29:6,7 30:10,
12,16 31:7 32:11,
20,23 33:3,9,16,19,
21 34:5,22,23,24
35:5,6,11,13,16,19,
22 36:7,10,13,15,
18,20,23 37:2,4,15
38:13 39:16,19
40:9,16 41:3 42:3,8,
10,11,22 44:8 46:2,
12 49:18 50:18
51:15,17,18 53:1,5
56:16 57:12,18
58:11,15 59:1 60:4,
11,22 61:16,18
63:14 65:11,23
66:2,14,24 67:6,9,
12 68:1,4 69:11
70:24 71:11 72:24
73:11 74:6,17,18
75:15,17,19 76:1,
15,18 78:14,22
79:3,12,15,17,22
80:17,21 81:11
82:2,8 83:6,9,13,23
84:8,17,19,21 86:16
87:7,10,20 88:9,21,
23 89:5,9,12 90:1,
11,14,21,23 92:15,
23 93:1,5,16,20
94:4,11,13,15,20,23
96:15,20,23 98:13,
15,16,18 99:18
100:20 101:20
102:15,18 103:7,16,
18,20 104:22 106:2,
9 107:20 108:12,20
109:21 111:21
113:1,19 115:15
116:11 120:9 121:1,
5,6,9,12,15,20,22
122:14 123:13,23
124:13 127:20
128:17,19 129:21
130:6 131:7,20
133:12,20 135:4,24

doctor 31:14,20,24
32:5 34:2 56:10

document 19:20
20:5 61:8,10 88:22
89:7

documents 9:13,16
24:22 25:5,7,9,10,
13,23 101:15

**does** 5:24 6:12 13:1 23:15,17 24:19 30:19 31:10 42:3,22 58:4 61:12 63:13 81:5 91:9 94:23 99:4 105:9,12 107:6 110:2 113:24 117:1 130:12

**doesn't** 24:12 69:9 85:4 96:12 104:13 106:16 108:18 112:19,20 115:20 116:17,21 123:11 126:24

**doing** 15:20,21 39:23 42:24 74:19 125:13

**Dollar** 30:14,15 31:3 48:17 52:1 54:18 55:2 69:7,9,11

**Don** 4:18

**don't** 6:5,9 7:14 11:11,12 13:4,18 17:5,12,15 18:19 19:10,14 20:21,22 21:16,19 31:23 35:3,6,8,9,10,14 36:8,14,16 37:3,5,6, 9,16 40:23 41:1 44:13,20,22 45:6 55:12 56:2,3 58:2,3, 20 64:23 65:1,13 66:9,14,22 68:4 69:18,21 71:3,9 72:9,11 74:2,13,16 75:3 76:20 77:15 78:1,4,6,9,10 79:19 83:10 86:4 87:6,22, 23 88:18 90:9 92:6, 9,20 97:19,20 98:8, 13,15,22 103:22,23 104:21,24 105:15 106:3,4 107:5 108:7,13 109:15 110:7 111:20 112:5, 12,18 113:18 114:13 115:12 117:18,19 118:7 119:3,15,23 120:1, 9,10 121:2,7,21 122:23 125:11 130:18 131:22 132:21 133:24 134:7,19 136:11,21

**done** 18:12 29:5 39:2 66:4,15 75:5 100:18 101:6 133:9

**dosage** 31:16

**dosing** 48:13

**doubt** 63:14

**down** 5:18 24:5 65:1 68:5 76:24 98:1,5 103:12 105:15 115:2 122:6,7

**drink** 115:2,18

**drip** 42:7

**drop** 15:23 33:13 43:23 46:12 47:7 50:9,12,16,22,23 51:1,8 54:9,24 55:24 57:1,2 60:6,7 64:21 67:13 68:16, 24 69:2 70:9,15 91:14 98:2 99:8,12, 17 103:18 107:2,6, 21 108:2,8 110:11, 21,22 111:20 117:24 119:4,7 123:11,12,13,18,22 124:1,8,12 129:15

**drops** 10:9,10 15:6 16:23 18:4,7,10,21 30:10,12,16,23 32:18 43:22 44:5, 12,19,21,22,23 45:1,3,5,7,9,11,13, 16,18,20,22 46:18, 24 47:6 52:19 53:23 54:17 57:19 61:13 65:5,7 66:3,5 67:7, 18 68:2,21 70:2 74:15 91:17,20 98:1 105:7 106:14 107:13 108:21 109:8,9,21 121:6

**drug** 33:22 59:6 62:18,23 65:2,8 93:14,18,22,24 94:10,11

**due** 93:4

**duly** 4:24

**During** 21:4

**dust** 116:6

**duties** 100:19

**dye** 114:12,18 115:3

---

**E**

**E's** 45:16

**each** 5:24 43:13 94:15 118:16

**earlier** 54:7 89:20 90:1 93:7 103:10

**earth** 90:15,17

**earthy** 91:10 112:10

**easier** 74:20 102:2

**eat** 44:11 53:23 80:9

**echinacea** 17:10,14 59:9,17,19 60:3 124:21

**economic** 76:5 102:15

**educated** 68:13

**education** 87:24

**effect** 95:14,18 121:10,16,17 122:2, 5

**effective** 51:14,16 73:18 76:13

**effectiveness** 50:16, 18 55:20 73:1,4 74:1

**effects** 18:3 31:20

**efficiently** 51:19

**eight** 126:21

**either** 49:17 90:8 108:18 136:7

**elder** 61:16,18,20,21 63:3,17 121:5,15,21 130:18

**elders** 121:18

**Eleven** 88:7

**else** 21:5,7 24:14 41:12 72:14 85:1 92:9 96:18 133:3

**else's** 99:15

**email** 7:7,9,13 21:12,15,16,18,19 22:9 74:23 80:11 101:9,20 129:19

**emails** 75:2 101:9, 19,22,23

**employed** 37:18,19, 20,23

**employment** 39:6 83:22

**end** 28:15 79:21 80:21

**endeavor** 96:8

**endorse** 38:15 135:4

**enough** 23:17 24:13 72:10,22 115:6 127:10

**enter** 10:16

**enticing** 92:8

**entire** 29:1 44:16 89:7 99:18 112:2 114:2

**entirely** 49:1 76:6 94:24

**entitled** 6:2,16 81:24

**Equate** 45:1 46:11, 12,17 67:9 91:23 113:7

**errands** 54:13

**error** 127:21 128:9

**especially** 58:24 70:5 87:14 89:24 134:21

**establish** 10:24 14:3

**estimate** 6:4,5,7 15:5 38:8 102:15

**estimation** 57:12

**even** 14:17 15:24 18:3 19:12 34:14 35:3,4,8 36:8 37:6, 16 45:12 53:16 56:3 58:19 60:14,17 61:1,2 66:12 76:4 77:15 78:5 87:22 91:8 97:22 101:18 103:18 104:19 105:3,4 106:7,17 108:19 110:18 112:14,16,21 114:13 115:17 120:9,10 122:23 123:2,16,17,19,20 124:17,24 131:17 134:7,20 136:5,6

**eventually** 11:7 13:20 105:15

**ever** 7:22 8:1,3,5 15:3 16:18,22 17:13,16 18:15,17,

20,24 19:8 21:17 26:2 32:2,5 33:9,21 34:9 35:22 37:5,7 38:3,22 39:6,9,12 40:5,23 41:4 43:24 44:5,12,17,19,20, 23 45:1,3,5,7,8, 11,13,15,18,21 46:9 48:19 53:19 64:21 65:19,20 66:16 69:13,16,24 70:1 71:23 72:2,5 75:3 77:22 78:11 79:1 84:6 86:1 96:20 99:18 100:7 115:12 134:12,15

**every** 47:2 85:20 89:12 117:23

**everybody** 15:13 24:13 40:13 54:21 67:22 68:12 77:9 114:9 119:2 120:7,8

**everyone** 73:18

**everything** 5:19 11:19 40:14 46:22 56:10 67:23 100:18 101:16,17 104:17

**ex-president** 37:17

**exact** 17:5

**exactly** 38:6 59:3 66:9 71:9 72:6 77:1 90:22 91:5 94:17 129:8

**EXAMINATION** 5:2 8:17 47:19 56:22 96:2 132:12

**examined** 4:24

**example** 116:14 130:10

**examples** 59:15 90:4

**except** 113:19

**exchanged** 101:19

**Excuse** 13:13 56:14

**exhibit** 19:23 29:4 61:8 72:15 79:7 80:14 81:7,23 83:3 84:10 88:21 125:15 133:17 134:1,24 135:1

**expected** 93:3

**expensive** 77:4,5

**experience** 90:18
**experienced** 122:2
**explain** 37:10 57:24
**expressed** 77:17,22
**extent** 128:16
**extract** 60:21,24
63:2
**extremely** 114:10,19
**eye** 12:2
**eyes** 104:7,8

**— F —**

**face** 134:22
**Facebook** 10:3,13
11:6 12:9 35:1 37:9
41:8,15 79:5 128:12
129:3 132:20,24
136:4
**Faces** 83:4
**fact** 16:6 20:15
23:22 28:22 65:23
105:21 106:15
109:9 111:20
130:14
**factor** 55:21
**facts** 33:22 62:18,23
65:2,8 93:14,18,22,
24 94:10,11
**fad** 40:12
**failed** 95:13,17
**fair** 18:9 25:19
34:19 53:3 70:14
87:20 100:4,14
**false** 12:7,10 76:20
**familiar** 5:16 21:15
50:7 79:14 82:4
94:22 113:4 136:8
**familiarity** 50:9
**familiarize** 21:23
27:2
**family** 31:4 87:7
**fancier** 60:8
**fancy** 40:12 60:1,5
**far** 82:14 87:3,18
101:12
**fast** 103:17
**fault** 120:19
**faulty** 85:20

**FDA** 94:22
**February** 29:20
47:2 52:8 54:21
68:12
**February-ish** 49:5
**federal** 75:20
**feel** 63:1 91:7
112:18 116:19
120:16 130:5 131:4,
12
**feeling** 59:7
**fees** 27:17,20,21
82:15 85:3
**fell** 84:1
**felt** 19:7
**few** 5:15 6:23 17:7
18:12 38:8 39:2
59:15 75:5 135:15
**fibromyalgia** 33:20
**figure** 33:10 41:7
94:4
**figured** 11:6
**file** 27:7
**filed** 8:3 27:11 88:24
97:2
**filing** 30:2,6,8,24
68:19 70:7,11 77:23
89:6 96:24 101:24
102:6
**filled** 11:21 13:2
**filling** 10:17
**financially** 95:4
**find** 33:3,6 38:24
46:16 49:10 52:23
69:21 76:7 110:15,
17 114:2 117:23
**fine** 18:14 72:8 84:5
110:24 111:11
115:19,21 136:19
**finish** 5:21,22
**firm** 136:7
**firms** 86:7 136:6
**first** 4:24 5:12,14
10:1 12:12 14:3,10
15:3 16:18,20 19:22
20:10 21:1 22:3
27:16,20 29:17 33:5
34:9,12 47:11 52:21
53:10,14,18 54:8
63:6 97:23 99:18

101:11 107:12
112:4,8 128:11
129:2 133:18
**Fisherman's** 44:17
**fit** 28:2
**five** 7:15 27:14
48:16 88:10,11
101:21,23 102:2,8
107:9 108:24 132:4
**flagged** 37:13
**flare-ups** 34:2
**flavor** 10:10 30:19,
22 46:7 63:5 71:12,
16,19,20 73:24
130:21
**flavored** 65:5 74:1
**flavors** 16:16,17
18:12 46:2,12 70:21
71:5 72:9
**flipped** 95:6
**flower** 62:12 64:14
**flowers** 63:3
**flowing** 46:22
**focused** 129:11
**foggy** 13:6
**follow** 134:6,9
**Followers** 133:19
**following** 133:22
**follows** 5:1 129:1
133:18
**food** 98:17
**for** 4:12,14 5:23 6:3,
9 7:11,20 8:3,8 9:1,
8,13 11:8,13,15
12:3,12,16 14:2,17
15:7,8,16,18,22,23
16:14 18:4,23 20:2
21:22 22:7 24:15
26:2,5 27:10,23
28:11 29:5 30:21
31:4 33:6,12,13,19
34:5 35:18,20,21
36:11,24 37:6,11,
12,13,14 38:10,13,
21 40:2,4 41:3,4
42:17 46:15 47:11,
12 51:22 52:12,19
53:10,22 55:8,9
57:23 59:6,8,12
61:3 62:20,24
64:19,24 65:7

66:10,11,24 67:6,9,
12,16,18 68:11,13,
14 70:1,4,13 72:13
73:24 74:1,9,13
75:1 76:15 77:5,6,9,
14 82:8,23 83:10,
18,23 84:6 85:7,21
86:20 87:17,21 88:9
89:24 90:3 91:6
95:21 96:14 97:4,
20,24 98:1,4,23
99:2,17 100:1,8
101:8,14 102:21
103:4 105:3 106:4
110:5 112:19,23,24
113:7,13 114:6,14,
18 115:13 117:6,7,
13 119:20 120:1
121:19,21 122:7,8,
10,16,23 123:6
124:24 125:6,20
129:16 130:9
132:20 133:9,18
135:7,8
**form** 10:17,19,20
11:21,23 13:2 22:4
**formula** 54:14
**formulation** 26:2,5,
8
**forward** 32:8 87:5
102:12
**found** 82:21 85:3
122:18
**four** 65:6,7 126:21
**fourth** 80:14
**free** 40:1 110:6
117:4 120:5,6
**frequently** 46:17
47:1 101:7,20
**friend** 44:17 114:11,
18
**friends** 87:7
**from** 4:16,17,18
6:14 8:19 20:1,23
23:13 28:12 31:2,10
34:20 37:7 43:11
45:7 47:6 48:15
49:15,19 52:5 54:23
57:6 61:20 68:20
72:5 76:19 77:11
79:6,22 81:8 82:6
83:18 84:9 86:4
94:20 96:11 101:24

104:16 105:7,13,23
109:13 119:21
122:5 124:13
125:11 129:7
131:11 135:20
136:23
**front** 12:13 14:14
19:11,16 23:13,24
24:2,10,12 25:3
33:5,7,14 48:10,13
50:4 52:17 57:10
65:3,15,17 72:14,19
73:8,9,12 76:8
78:24 86:4 92:6
93:10 94:9 95:6
96:17 97:7,9 98:7
100:9 104:9 105:10,
18 106:17,22
110:12 112:16
114:15 116:17
117:2 118:8,19
119:13 122:1
123:12 125:13
129:20,22 130:23
131:11
**fruit** 46:6,8 115:1,2
**full** 85:7
**fun** 18:2 40:16 50:1
**function** 130:9,15
131:3,13,15
**functionality** 89:18,
22 90:13
**functioned** 93:3
**functions** 93:9 94:1
**further** 135:11
136:23 137:12

**— G —**

**Garrity** 4:16
**gave** 59:15 71:16
90:15 116:13
**GED** 42:23 43:1
**general** 30:14,15
31:3 48:17 51:5
52:1 54:18 55:2
69:7,9,11 112:5
113:15 114:6
**generally** 32:1 33:11
47:3 54:12 96:8
98:19 114:7 115:14
**generation** 115:22

**genetically** 125:11

**get** 5:15 8:21 11:8
12:18 14:18 18:5
31:9,12 33:1 38:20
42:23 43:1,15
54:11,13 55:16
56:10 57:20 59:24
60:4,20 61:21 65:1
74:15 82:22 84:3
85:5 101:2 104:5
119:21 122:5
123:20 124:13
135:8,9 136:12

**gets** 68:18

**getting** 73:4 85:7

**ginseng** 124:21

**gist** 58:10 94:24

**give** 7:4 13:20 47:12
57:21 134:9,10

**given** 5:14 127:14

**gives** 126:8

**Giving** 23:2 125:22
126:13,17

**glad** 11:10 128:17

**glance** 33:5 97:23
112:4,8 124:17

**glancing** 33:14

**gluten** 110:5,6
117:3,4,17 120:5,6

**gluten-free** 117:18

**go** 5:14,15 7:1
14:17,22 19:12,15,
22 21:21 24:12
26:21 29:4 31:6,15
52:9 53:24 54:14,17
56:16 60:8 61:7
62:17,22 64:19
65:17 68:3 71:1
72:15 74:24 79:7
80:13 81:6,11
82:15,17 84:21
85:23 87:5 88:20
90:19 91:9 92:24
95:20 98:1 100:9
101:1,15,18 102:1,3
103:17 106:17
107:1 111:10 112:9
114:4,6 125:15
129:7,20 132:2,5,18
135:14

**God** 90:14 117:19

**goes** 61:4 65:1
104:12

**going** 5:19,20 6:11,
19 8:21 12:19 13:12
14:16 15:5 17:7
19:22 24:22,23 32:8
39:5 40:12 42:13,
14,20 47:12 61:7
73:14 80:8,14 81:6,
23 85:19 86:19
88:16 102:2,12
104:5,6 107:1 111:9
112:8,9 113:14,17
114:16 120:4,9,22
125:15 128:14
130:4,6 133:17
135:7

**gone** 9:20 19:6 99:7
100:20

**good** 5:4,5 16:16
17:3,4,5 38:13,16
40:2 46:15,22 47:10
69:9 71:6 74:3
76:17 88:15 90:23
91:7 98:24 104:6
105:3 122:7,8 132:2

**goodness** 42:13 88:6

**goods** 98:21

**Goodwill** 39:1

**gosh** 133:8

**got** 37:14 40:15 41:3
68:12 84:9 101:16,
17,18 108:17
122:19 128:11,22
129:2

**gotten** 78:2 101:9,22

**Government** 94:21

**grab** 99:4

**Graco** 85:19

**graduate** 88:3

**Graduated** 88:1

**greasy** 91:3 92:2,3,
10

**great** 74:2 107:4
110:6 114:15 120:8
125:10,14 129:8

**green** 17:13 125:7,9

**greener** 125:9

**grew** 18:9

**groceries** 54:13
67:22,23

**grocery** 114:6

**gross** 81:2

**ground** 5:15

**group** 130:6

**growing** 90:17 99:6

**grown** 60:13

**guess** 15:12 22:11
57:22 58:21 67:17
68:13 73:9 78:4
85:22 91:10 93:11
96:19 97:8 99:6
102:4

**guessing** 6:5,6

**guidelines** 13:15
94:18,20

**guys** 87:19 88:15
106:8 108:6 118:16
124:18

## H

**ha** 115:18

**habits** 103:21

**had** 9:3,18 10:6,22
11:24 12:1,13 13:5,
10,11 14:7,24 15:1
18:22 24:14 25:1
29:11,15,22,24 34:2
38:17 39:17 40:13,
15,23,24 41:15,17
43:10,14 44:13,21,
22 45:12 49:2,3,24
50:4 55:15 56:1,10
58:8 70:22 72:5
76:24 77:1 82:3,23
83:22 85:15,17
86:1,10 87:4 88:6
97:14 98:7 99:11,
12,13,14,15 101:1,
4,10,16 104:19
111:15 112:2
113:19 114:11
115:3,19 116:6,9,
19,23 118:6,22
120:15 122:18
123:18 128:7 129:8,
16 131:17 132:14,
15

**Hair** 35:24

**half** 70:24 71:3
112:22

**Halls** 30:13,16 31:3

43:22 51:20 52:10,
11,13,15,21,24
53:3,5,10,15,18,20
64:20 65:4,9,11,16
67:3,20 69:3,10
73:2 91:14 103:9,
10,16 123:22 124:8

**handful** 18:4 47:5

**handheld** 133:7

**handle** 35:7,13
36:13,20 37:2
122:17

**handmake** 40:17

**hands** 65:1

**hanging** 49:11 52:13

**happened** 85:12

**happens** 136:11

**happy** 6:21 69:23
117:22

**harm** 117:14 119:23

**harmed** 131:22

**has** 12:14 15:13
20:11 23:2 27:10
42:4 47:23 51:13
54:16 66:12 75:15
78:1,3 80:5 93:10
97:8 103:23 104:3,
6,7 108:18 110:2,24
111:2,24 112:14,15
116:22 118:17
119:22,24 121:10,
15 125:23 126:8,13,
18,20

**hasn't** 82:14

**hate** 112:7

**have** 4:15,17 5:10
6:4,7,21 7:7,13,14,
17,22 8:1,3,5 9:3,20
10:21 12:4 13:9
14:15,22 15:5,6,7,
23 16:2,10,20,22,24
17:13,16,19 18:5,
15,17,20,24 19:13,
14,20 20:2 21:17
22:24 23:14,23
24:13,19 25:9,13,24
26:2 28:8,11 29:22,
23,24 30:19,20,21,
23 31:7,12,23
33:13,19,20 34:2,
12,13,14,15,16,24
35:5,8,11,16 36:3,7,

10,15,18,23 37:7,
20,24 38:3,8,22
39:6,9,12,17 40:5,7,
13,24 41:4,6,12
42:8,10,11 43:6,8,
12,22,24 44:5,10,
12,17,19,23 45:1,3,
5,8,11,13,15,18
46:3,6,8,17 47:5,9
48:9,15,19 49:1,4,7,
23 51:22,23 53:6,
14,15,16,19 54:19
56:1,3 57:4,12,20
58:14 59:9,10,24
60:4,8,11,13 61:2
63:14 65:5,14,22
66:16 67:21 68:17
69:9,11,13,16,24
70:1,5,20 71:11,20
72:11,22,24 73:3,18
74:6,17,18,22 75:5,
11 76:4 77:6,7,10,
22 78:11,14,15,20
79:1,5,6,11 82:7,22
86:6,9 87:7,18 89:2
90:1,6 92:5 93:16,
20 94:13,19 95:4,5,
7 96:10,12,14 97:20
99:1,3,19 100:7,11,
20 102:5,15,17
103:2,7 104:9,14
105:12,17 106:10,
14,16 108:2,7,12,
14,15 110:11,15,17,
20 111:16,20 112:3,
19,20 113:3,11,19,
22 115:2,20 116:3,
22 117:18,19 118:2,
16,22 119:16 121:1,
17,22 122:14,23
123:6,12,17,23
124:18,20,24 127:9
128:7 130:8 133:2
134:18 135:11
136:21

**haven't** 11:10 36:11,
24 58:5 68:22 75:14
86:20 87:11 103:20
108:4 128:16 133:9

**having** 4:23 14:13
15:24 17:22 18:2
33:2 39:22 74:19
77:6 103:18 110:5
114:18 118:18
129:10 133:13

**he** 13:19 19:20 42:4,
23 57:4 58:2,4,7
101:1,12 115:2
122:11

**he's** 42:7,24 131:21,
24

**head** 17:6 29:23
71:9 78:4,8 103:12

**headache** 121:14
130:13

**heading** 27:17,21
81:12 83:7 84:17

**health** 43:19 45:3,24
46:9,24 54:7,8
65:19 67:7 107:6
108:24 109:6,18
113:7

**healthcare** 39:7

**hear** 6:9 42:6

**heard** 37:5 44:18,20
45:10,14,17,19,23
94:23 136:6

**hearsay** 96:19

**help** 40:23 104:3
120:23 121:2
122:10 130:12

**helped** 121:13,22
131:18

**helping** 73:2 104:4
120:23 130:2

**helps** 125:5

**Henry** 4:15

**her** 5:23 13:18 41:2
114:19 135:7,8

**herb** 15:4 16:18,22
26:11,15 34:10
48:23 52:8 54:24
59:19,20,23 60:2,3
61:12 63:2 67:1
68:20 70:19,23 72:4
74:5 90:23 92:4
95:2,9,13,17 97:11
105:6,14,24 106:3,
7,18 108:4,21
124:22 129:15,21
130:6 131:4

**herbal** 58:12,14,15,
17,18,22 59:2,3,5,8,
11,13,14,16,18,24
60:1,10,15,16,19,
21,24 61:5,6,18,22
65:12,24 73:22

**89:17,21 90:6,12,20
91:1,9,10 92:15,16
93:5,8 96:15,16
98:5 105:14,22
106:12 107:7,13,21
108:1,8 109:21
110:8,12,19,22
111:19 112:10
122:18,23 123:4,13,
14,22 124:1,4,8,18,
24 125:1,4,7,8
130:21,23 131:2,10,
12,16**

**herbs** 10:6 12:15,21,
24 15:6,14,19,20
23:3,12,14,17 24:1,
9,11,20 25:8,15,20
59:20 72:23 73:1,3,
15,17 92:7,11 93:11
94:9 104:18 105:7,
23 106:3,5 108:6,15
110:24 111:2 112:1,
9 113:2,3 117:22
119:12 120:21
121:2,17,24 123:7
124:19 125:9,23
126:8,10,14,15,16,
18,19,21,22 127:5,
6,10,15,16 129:10,
12 130:1,4 131:9

**here** 5:20 6:20,23
11:13 12:23 13:15
19:5,23 20:10 24:6
26:9 27:15 39:6
58:1 61:8 72:16
73:3 79:7 80:15
81:17 83:3 88:9
93:2 101:17 106:18
108:1,7 110:20
111:10 119:6,12
120:20 129:9,14,18
132:5

**hey** 10:7 12:2 25:1
58:9 76:4 77:10
134:10

**Hi** 47:22

**Higgins** 4:17

**high** 38:1 88:1,3

**highest** 87:24

**him** 14:22 58:9
115:3 131:22

**his** 13:9 43:1,14,19
122:12 126:3

**hitting** 56:15

**hived** 116:7

**hobby** 39:4 40:11,16

**hold** 117:7

**holds** 110:21

**home** 37:24 121:23

**homeschooled** 42:24

**Honees** 45:15

**honest** 39:19,21
40:4 46:19 53:17,23
97:6 130:17

**honestly** 19:11
21:19 37:3 44:3
103:3 104:18
105:16 112:15

**honey** 16:22 17:10,
17 18:20 91:8
103:19

**hook** 49:13,14,15,19
52:13 97:11

**hope** 76:1 77:13
119:4

**hopefully** 51:18

**horehound** 62:2
63:3,23 121:5

**hospitals** 43:20

**hot** 46:7 58:23

**hour** 9:7 14:1 47:12

**hours** 84:3

**house** 43:14 44:11
54:21

**household** 18:8 44:6
68:7,12 70:13 74:7

**how** 9:6 10:1,5 13:2
21:1 22:11 23:2,8
24:18 26:18 31:10
33:6 34:6 35:2,9
41:8 43:6 46:17,24
49:21 50:9,12,16,22
51:2,8 52:15 55:4
56:7 57:8 60:11
65:4 66:7,15,23,24
67:6,9,12,18 68:1
69:3 77:13 85:6
93:7 94:4 96:15
98:22,24 99:1,2
101:7,20 102:5
103:4,7 112:16
115:15 118:14,16
125:20,22 127:14,
18 132:21

**however** 66:15
**huge** 118:7
**huh** 104:4
**human** 116:11
**hurt** 95:2

**husband** 6:21 21:6
35:8 42:3 43:10,12,
18 57:24 58:1,5
115:18

**husband's** 41:23

**hypothetical** 116:13

**hypothetically**
105:5 120:13
123:11

**hyssop** 62:4 63:3
64:2

---

**I**

**I'D** 14:17 35:24
44:15 50:14,24
51:11 68:13 75:3
84:2 101:21

**I'LL** 5:6,14 18:12
19:23 47:15 79:8
134:9 137:1

**I'M** 5:20 6:2,11,16,
21 11:24 12:13
15:14 17:7 18:22
19:22 20:23 21:20
22:2 26:7 27:5 33:2
34:17 35:3 36:2,3
38:9 39:5 42:6 44:1
46:3,19 47:3 50:13
52:20 54:10 59:3
60:6 61:7 63:8 65:3
66:3 67:14 69:4
73:4,9 74:12 75:8
76:7,22 78:13 80:13
81:6 85:5 88:8,13,
16 90:9 91:11 92:17
94:16,18 97:23
98:1,23 100:21,23,
24 101:3 102:2
104:3 106:9 107:1,
22 108:14 111:11
112:4,8,19,23
113:14,21 114:7,8,
15 115:10 116:2
117:22 119:20
120:10,20,21 121:4,
18,19 122:8 125:15

**127:16,18 130:3,4
134:7 135:7,24
136:17,18**

**I'VE** 12:2 14:19
33:12 37:5 38:24
39:2 43:12 44:3,18,
20,22 45:7,19 52:23
63:8 66:4 76:4 78:2,
13,16,20 81:13
82:13 94:23 96:18
99:6 101:6,9,12,21
102:8 109:8 113:20
119:11 116:2
117:24 121:5,13,20
136:6

**idea** 75:18,21 87:18
94:14,19 102:17
105:3

**identify** 4:10 22:7

**if** 5:21 6:5,9,11,19,
20 10:22 11:7,9,10,
11,14,24 12:1 14:5
17:18 18:22 22:7
27:22 32:8 33:11
34:7,8 38:4,17,18,
19 39:24 41:15
43:14 44:3,20
46:20,21 52:1,18,
20,23 53:6,24
54:11,16 55:7,12
57:21 59:10,24 60:6
61:20 65:23 68:3,5,
12 69:4,22 70:4,5,
22 71:3,21 72:9
73:13,14 75:6,15,19
79:17 80:5,8 81:1
85:1,4,6,19 86:17,
18,19 87:14 88:15,
18 92:17 94:16,17
95:5 98:6,7,23
99:11,13 102:1,23
104:2,4,6,7,18,20,
22,24 105:5,13,14,
21 106:3,7,9,17
108:1,4,5,13
110:13,24 112:2,14
115:8 116:2,18
117:5,17,20 118:6,
10,14,20 119:24
120:4,7,13,19
121:21 122:13,19
123:11,14,15,17,18
125:5,7,12 127:4,5
128:15 130:8 131:8,

19 133:18 134:5,7
135:14 136:15

**Illinois** 4:9

**immediately** 10:6
12:17 13:21,22,23

**important** 50:9,12,
16,22 51:2,9 114:19
115:5 122:15,16
123:3,5,15 129:22,
24

**impression** 23:2
125:22 126:8,13,18

**in** 4:3,8,20 5:8 7:15
8:1,5 9:13,17 10:1,
8,20 11:12 12:5,13
13:9 14:12,18
15:12,24 16:6 18:4,
8,22 19:19 20:15
21:5 22:24 23:16
24:9,20 25:1,15,20
26:7 27:6,23 28:6,9,
12,20,22 29:14,20
30:2,6,8 32:2,5
33:14 37:20 38:3,9,
10,11,12 39:6,9
40:2 43:8,18 44:11
46:20 48:15,18
49:2,8,9,20,22,24
50:2,5 51:5,14,22
52:1,8,16 53:11
54:10,12,14,18,19,
21 55:2,5,9,21 56:6,
8,12,20 57:9,11,24
58:13,21 60:7,9
61:4,9 62:16 63:8
64:22 65:22,23
66:14 67:5,15 68:7,
12,18,19 70:7
72:18,22 74:7,13
75:7,17,19,23 76:5,
13,18 77:14,16
78:2,24 79:17 81:2
82:3 84:7 85:21
86:1,4,7,13 87:17,
21 88:24 89:6,12
90:18 91:4,9 92:2
93:9,17,21,24 94:8
95:1,2,4,8,9,12,16
96:7,13,21 97:4,10,
11 98:15,18 99:5,6,
11,12 100:7,11,15
101:3,7,12,13,18,23
102:9 103:21 104:7,
8,14 105:6,21,23

106:8,15,19,22
107:7,23 108:2,9,
15,21 109:9 110:4,
9,14,22,24 111:2,
17,19,21 112:6,7,
13,20,21 113:10,11,
15,16,22,24 114:5,
6,7,11,18,20,23
115:1,3,16,19,21
116:1,7,9,22,23
117:11,15,17,21,22,
24 118:2,3,4,7,11,
13,21 119:2,4,7,8,9,
14,15,17 121:2,6,23
122:13 123:19
124:8,12,22 125:8,
16 126:4,7,19
127:2,5,8,10,12,15,
16 128:2,11,17
129:3,20 130:5,15
134:4,8,22 135:21

**inactive** 62:23 63:7,
9 64:22 65:20 72:21
73:6,12 93:15,17
94:10 115:6 121:4
127:1,17

**Inc** 4:3

**include** 32:11,14,17

**independent** 38:22

**indicates** 106:4

**indicating** 22:1 27:4
89:4 113:21 120:11

**individual** 94:15

**individually** 77:13

**industry** 39:7,10

**ineffective** 126:21

**influencer** 39:12,15

**information** 10:16
11:3,22 12:18 22:5,
8 33:3,10 48:13
86:17 119:23
129:17

**informed** 25:7,14,24

**ingredient** 13:1
23:15 51:2,14 59:2,
4,8 60:15,23,24
61:5,6,18,22 92:2,
13 93:21 94:6,7
98:5 105:6,22,23
106:7,12,14 110:3,
8,10 113:10 114:23
115:24 117:11,14

118:3 119:24 124:4,
5,6,7,9 126:11,22
127:17 129:11
131:2,10,13,16

**ingredients** 26:7,8,
11,16,20 51:10
53:11,19 55:10
58:12,15 59:16,18
60:20 62:16,23
63:7,10 64:22
65:12,20,24 72:21
73:12,23 89:17,22
90:6,12 92:15,16
93:5,8,17,21 94:1
96:15,16,21 108:21
109:3 112:3 113:6
115:5,7 120:2
123:4,15 124:11,24
127:1,2 130:23,24

**injury** 95:9,11

**inside** 66:12 120:22

**Instagram** 35:5,7

**instance** 119:14

**instances** 100:16

**instead** 59:14 91:10
108:6

**instructions** 33:6
48:10

**instructs** 6:15

**intensely** 113:8

**intention** 77:23

**intentionally** 11:14

**interactions** 33:23

**interest** 76:1 77:17

**interested** 58:13

**into** 8:21 15:14
19:16 61:21 65:1
66:4 75:14 76:22
87:5 88:8 105:4

**introduce** 19:22
61:7 79:7 80:14
81:6 83:3 88:20
134:24

**investigated** 12:3

**involved** 8:5 10:1
77:16 79:17 86:7
128:11 129:2
135:21

**irked** 77:2

**irritants** 122:8

**is** 4:4,5,6,7,8 5:6,12,
18,20 7:4,9,10,18
8:12 14:8 15:19
16:13 18:9 19:20,23
20:7,13,22 21:12
23:11 24:4,8,10
25:15,19,20 27:10,
19 28:5 30:14 31:8
33:23 34:8,19 35:4
36:8 37:2 38:12
41:23 42:4,13,14,
15,23 43:3,4,5 46:7,
22 47:10,15 48:18
50:1,9,12,16,22
51:2,9,12 52:7,11,
21 53:3,8 54:21
56:15 58:1,9,19
59:1,9,10,13,19,20
60:2,3,11,14,23
61:1,4,24 62:2,4,6,
8,10,12,14,18,20
63:6 65:3,7 66:7,15,
22 67:3,4,21,22,23
68:8,13 69:10 70:3
73:5,9,13,15,16,17
74:9,21 75:4,17,19
76:5,12,13 77:5,7,8
78:21,22 79:3,8,17
80:1,8,11,14 81:1,2,
7,14,23 83:4,15
84:5,10,22 85:1,19,
22 86:17,18,19,21
89:13,18 90:16,24
91:5,7 92:2,10,16,
18 94:6,12,17,18
95:22 96:10,12
98:17,20,24 100:14,
24 101:2,5,12
102:11,21 104:5,16,
22,23 105:10,13,15,
21 106:3,11,15,19
107:3,7,15,21,23
108:2,4,5,11,24
109:9,13,22 110:1,
3,14 111:13,19,21,
23,24 112:1,17,18,
24 113:21 114:9,10,
17 116:1,16,22
117:10,11 118:4,7,
16 119:2,15,17
120:8,22 121:18,20,
21 122:7,13,20
123:3,5,8,22 124:1,
3,8,15,20 125:3,10,
14 126:4,9,11,20,24

127:9,14,15,16,17,
18,22 128:2,9
129:8,17,21,22
130:2,3,5,6,14,15,
21,23 131:2,10
132:8,20 133:11,17
134:3,8,24 135:1
136:11,13 137:1

**isn't** 78:15 90:3 91:8
94:16 104:15
106:13 115:19
116:10 119:5 125:3,
4 131:8

**issue** 33:2 85:2
117:19 128:2

**issues** 15:24 34:3
59:13 87:4 90:1
110:5

**it** 5:22 6:4,6,12 7:10
9:19 10:5,6,15,20
11:6,7 12:2,6,14,18
13:1,4,9,10,19,20,
22 14:6,8,20 15:11,
15,20 16:1,8,20
17:18 18:3,9,22
19:8,10,12,16
20:11,22,23 21:2,17
22:4,10,15 23:2,3,
12,14,24 24:2,9,11,
12,20,23 25:2,3,19
27:6,11,19 28:5,19
29:5,9,24 30:19,20
33:5,14 34:8,11,19
35:6,8,9 36:11,14,
16,21,24 37:5,13,
14,16 39:11,19,20,
21 39:2,3,20,24
40:2,3,8,10,12,14,
16 41:3,6,7,15,17
44:6,14 45:10,14,
17,23 46:3,4,6,7,16
47:4 49:1,2,4,10,11,
20,22 50:4,5,7,14
51:9,14,15,17,19,
22,23,24 52:1,12,
16,18 53:21 54:11,
16,19 55:5,8,9,11,
22 56:1,6,8,12 57:9,
10,11 58:10,21
59:4,13,22,23,24
60:7,13,16 62:18,
20,23 63:9,13 64:24
65:15,16,22 66:10,
11,12,23 67:2,3,15,

24 68:4,5 69:1,12,
22 70:14,22 71:13,
14,16,20,21 72:6,7,
8,13,16,19,20 73:8,
13,15,16,22,24
74:6,22,24 75:14
76:5,6,12,15,21,22
77:1,2,11,20 78:13,
16 79:5,11,20 80:21
81:5,15 84:2 85:4,
17,22 86:9,10,19
88:2 89:2,3,8,10,11,
15 91:6,9 92:17,18
93:10,12,15 94:5,7,
8,17,23,24 96:12,13
97:2,8,24 98:5,6,7,8
99:3,4,5,11,13,14
100:4,14 101:1,2,3,
15 102:14 103:23,
24 104:2,6,7,8,9,17
105:9,12,13,14,15,
17,22 106:5,7,11,14
107:4,6,7,8,12,17,
20 108:4,5,15,16,
18,20 109:3,11,15,
16 110:1,2,3,9,13,
14,24 111:2,24
112:1,6,14,15,18,
20,21,24 113:22,24
114:2,3,5,7,10,16,
20 115:1,3,8,16,20
116:1,2,4,5,6,7,9,
18,22,23 117:1,4,5,
6,21,22 118:1,5,11,
17,19,22,24 119:12
120:5,7,10,14,15
121:13 122:7,15,17,
22,24 123:3,5,8,17,
18,19,20,21 124:9,
22 125:5,12,13,22,
23 126:8,9,13,14,
18,20 127:14,15,17,
19,22 128:1,10
129:9,16,17,19
130:6,12,14,17,20,
21 131:8,11,17,18
132:22 133:2,9,11,
12,19 134:1,8,19
135:8

**it's** 5:14 6:19 7:19
13:1 15:12,18,19
17:22 23:22 24:1,3,
10,13 25:1 28:15
30:14,18,21 33:8,
11,12 34:7,8 35:14

37:6 38:19 43:3,7,
19 46:20 51:4,5
54:20 56:4 57:3
59:3 60:13 61:8
66:11,15 68:6
69:10,20 70:5 71:2
72:14,22 73:14
74:6,20,22 76:6,23
77:2,10 78:5,8 79:5,
8 87:14 88:13 90:22
91:1,3,11 92:17
94:7,15 103:17
104:4 106:8,15
107:4,20,22 108:17
110:3,4,19 115:19,
21 116:6 117:10,15,
22,23,24 118:8
119:1,19 120:4,8,
19,20,23 121:13,18
122:8,16,19 123:13
127:7,23 130:4,19,
20 132:21

**its** 51:17 76:16

**itself** 25:21 108:1
110:21

## J

**J-I-J-J-A-V-A-R-A-
P-U** 42:21

**jargles** 20:22

**Jergens** 134:4

**Jijjavarapu** 42:21

**job** 15:20,21 51:17

**join** 78:18,19

**joined** 4:16

**joining** 4:15

**judge** 5:8 28:7
87:19,23

**juice** 115:1,2

**just** 5:8 6:22,24 9:9,
19 10:12,15,20
11:6,14,24 13:5
14:17 17:8 24:1,3,
13 25:17 26:9,20
30:14 39:5 40:3
43:22 46:3 48:2
49:24 51:5,22 52:17
53:21 54:14 55:9
56:12 57:23,24
58:2,8 61:15 63:10
65:2 66:3,5,13
67:17 68:13 69:20

71:15 73:3 74:3,19
76:23 84:8 88:2
89:4 90:7 96:11
97:7,17 99:4 100:14
101:4 102:3 115:17
117:3,23 118:9
119:12,19 120:10
122:9,11 123:18
124:12,14 129:9
131:11 133:9
134:11 135:14

---

## K

**keen** 71:14

**keep** 5:19 67:20
74:7 87:13 88:15
134:2

**Khirin** 4:14 5:6

**kicker** 18:23

**kid** 15:24 19:11
34:13 36:21 40:24
54:16 55:9

**kiddo** 51:22 52:19

**kids** 47:4 52:20
55:8,15 57:17,18
58:24 68:17 80:9
82:23 103:20
112:11,12

**kind** 5:15 9:19 10:12
12:6 32:24 34:24
46:8 48:2 58:8 59:5
66:4,11,13 91:11
96:7 99:7 103:19
113:23 121:8
122:20

**Klarna** 82:14 84:11
85:2 86:5 87:1
134:2

**knew** 20:24 58:7

**know** 6:10,23 7:18
8:2 11:4,11 12:12,
14,23 14:5,19 21:23
22:20 23:5 27:2
29:5 30:16 35:9,10,
13 36:8,13,17,20
37:2,3,6 44:20
45:12,20 47:11 48:1
56:3 57:10 58:3,17
59:6 60:16,17 62:18
65:11,13,23 66:1,9,
14,22 67:2 71:9,10,
15 72:9 74:12

75:15,17,19 77:15
78:5,9,23 79:3,16,
17 81:2 82:7 85:1
87:3,6,9,18,22,23
91:1 92:9 94:11,23
97:19,24 98:11,22
99:12 101:5 104:13,
22,24 105:16 106:3,
4 107:2 112:5,10
113:3,18 114:10,11
115:20 116:10
117:21 119:3 121:7,
20,21,22 122:6,23
123:2 130:12,18
132:21 133:24
134:7 136:3,5,6,18

**knowing** 14:12,18,
20,21 15:15 24:3
73:24 76:4 130:19
131:12

**knowledge** 47:23
89:14

**known** 9:18 112:3

**knows** 100:3 122:11

---

## L

**label** 49:21 52:16
55:5 109:22 129:15,
20

**labeled** 106:6,8,16
108:6

**labeling** 110:13,14
112:18

**Lace** 9:24

**Lace's** 40:5 41:6
132:15,20

**Lacie** 4:2,22 9:22
79:6,23 81:15 83:13
84:22 135:15

**lady** 13:10 38:2

**laid** 15:15

**Lair** 9:22 79:6

**landmarks** 114:4

**large** 74:14

**larger** 103:7 118:15

**last** 8:6 29:15,22,23
37:20 42:1,19,20
48:16 51:20 54:10,
19 55:23 57:1 74:4

**Later** 84:12

**latex** 115:11 119:3,4

**lavender** 121:20

**law** 86:7

**lawsuit** 10:2 47:24
75:7,17,19 77:16,23
82:19 96:24 97:2
101:24 103:2
135:21

**lawsuits** 75:9 86:7

**laymen's** 101:3

**Lea** 4:7

**leading** 135:22

**leads@
spencersheehan.com**
21:13

**learn** 105:5

**learned** 34:19

**least** 67:5 80:10
92:22 98:15 99:3,6
103:21 107:23
113:15 124:19

**left-hand** 93:13

**legal** 23:18

**legs** 47:13 122:20

**lemon** 17:4,10,17
22:15,22 46:8,14
59:10,17,19,21,22
60:2,4,7,11,14
62:10 63:3 64:11
71:22 109:16 122:4,
7 128:1,6

**lemony** 71:8 109:15

**lengthy** 48:2

**less** 55:7 57:13
91:12 103:4 120:1
125:9

**let** 5:21 6:10,23 7:18
21:17,23 27:2 29:6
38:21 49:17 51:6
77:20 84:8 85:1
105:19

**let's** 16:17 24:5
102:3 116:13,16
132:4

**letter** 127:8

**level** 87:24

**license** 43:1

**life** 44:16

**like** 12:2 15:10 24:3,
13 32:12,14,17

33:13 35:20,21,24
36:22 37:13 38:19
39:1,17,18,20
40:11,12,14 41:15
44:11 47:4 49:2
50:13 53:22 55:22
57:5,19 58:20
59:11,17 60:1
66:13,20,22,23
67:14 68:17 69:21
70:24 71:7,15,21
73:14 74:13,14,18,
22 75:4 76:3,20
78:18,20,21 81:2
82:5,14 85:4,20,21,
22,23 86:17,18,19,
21 87:14,23 88:2
89:24 90:4,7 91:2,3,
4,6,8 92:18,19,23
97:22 98:6,11,12,
14,24 102:7 103:8,
22 104:15,24 105:1,
16 107:3 108:6,17
109:11 110:18
112:8,12,14,15,19
113:17,19,21
114:10,12 115:18
116:5,6,10 117:3,23
118:3 120:4 122:11,
24 124:18 125:11
130:14,20 133:9,24
134:2,3,4,5,6,10
135:24 136:13,15,
17,18 137:4,6,8

**liked** 19:2 38:20
41:15 44:7 71:16,21
131:19

**likely** 67:17

**likes** 41:15 57:4
133:18 134:9,10

**linden** 62:12 63:3
64:14

**line** 88:8

**lingo** 78:9 100:24

**link** 10:14

**Linkedin** 35:2

**lip** 44:21

**list** 51:2 120:2

**listed** 93:17,21

**listing** 29:21

**litigation** 8:1 61:9
76:19 102:6

**little** 12:17 13:6 24:5
38:10 43:7 46:19
62:19,20 67:3 73:3
77:4,5 78:2 92:7
105:17 107:5 123:8
127:24 133:16

**live** 38:12

**lived** 43:6,8,12

**lives** 43:16,18

**local** 54:18

**located** 52:10

**location** 22:11 60:5
129:18

**long** 6:20 9:6 13:2
21:1 36:24 38:4
43:6 49:23 52:15
56:4,7 74:6,7 76:24
83:24 85:18 132:22

**longtime** 104:17

**look** 19:11,15 21:19
33:9 34:5 52:17
57:10 61:16 62:17
64:24 65:2 66:16
72:16 73:16 75:3
78:6 89:2,3 93:2
97:7,14,17,21,23
98:4,8,13 99:4
105:3 108:13
109:11 112:8 113:4,
17,20,21 118:18
125:15,19 129:20
133:18

**looked** 14:7 23:23
25:6,9 26:2 63:9
65:14 66:4 75:14
87:5 97:3 108:5
116:9 118:10

**looking** 24:23,24
25:4,17 26:24 49:21
52:15 53:21 55:5
56:7 57:8 76:3,22
94:5 96:14 97:24
98:1,9,23 106:22,24
107:10,12 109:15,
18 111:12 118:15
120:10

**looks** 79:14 114:15

**loose** 47:6

**lost** 68:18 84:1
101:18

**lot** 15:23 19:14
33:11,20 59:4,12,23

60:22 66:5,10 74:20
78:21,22 82:6 90:1,
15,16 96:22 97:20
98:9,11,13,16,22
99:10 104:8,9,11,16
113:13,14,18
115:17 116:2 120:9
122:17 124:17
134:5

**lotion** 81:2 86:19

**lotions** 44:21 134:5

**love** 42:20 104:18
130:11

**low** 46:19

**lozenge** 22:16,22
95:2,9,13,17 128:2

**lozenges** 15:22 67:1
128:6

**lucky** 52:20

**Luden's** 44:5,7,8
56:24 57:1,14 67:18
69:12 73:20 91:17
124:1

---

## M

**M-u-k-e-r-8-5@**
**hotmail.com.** 7:12

**mad** 101:3

**made** 14:14,21
23:22 24:1,11 45:20
47:23 56:5 60:12
66:8,15 72:23,24
81:3,19 82:24 83:20
86:2 87:10 92:18
114:20 115:3

**maiden** 9:22

**mail** 43:15 78:2

**main** 15:15,17,18
106:6 110:3 124:5,6
129:11 130:9

**majority** 116:21,24

**make** 5:24 6:12
26:9,18 33:22
40:11,18 41:18
72:19 80:3 82:11
83:17 85:8 89:4
101:1,4,15,17
115:16,18 120:10
130:4 133:3 134:15
136:11

**makes** 43:14 59:18
125:7,8

**making** 63:1 65:18
80:24 112:4 113:10
133:6,14

**mallow** 62:6 63:4
64:5

**Mama** 35:19

**Mamas** 41:7

**Manito** 54:18,19
55:3

**many** 16:24 41:16
59:11 60:19 61:1,2
65:4 69:3 96:12
98:12 99:1,2 102:5
103:7 112:16
115:20 127:4,6
136:5

**March** 29:20 30:6
52:8 80:3 81:3
85:12

**marketed** 73:15
117:6

**marketing** 38:3,4,6
76:23 94:13

**Marquette** 4:8

**marriages** 42:8

**married** 41:21 42:9
135:8,9

**materials** 40:15

**matter** 4:3

**max** 17:16,19 18:15,
17

**may** 4:16 11:9 16:2
20:11,15 22:4
24:16,17 26:22
29:14 30:2,8 49:4
53:24 68:19 70:7
72:13 76:7 77:7
82:24 83:20 85:8,12
114:9 122:10,11
135:14

**maybe** 12:18 14:13
24:16 26:7 44:3,15
57:21 68:4,5 76:7
83:10 86:5 92:3
97:22 98:5,6,7,14
101:21 103:24
105:2 110:16,17
112:21 113:19
115:21 120:1
127:17,22,23 131:6,

7

**me** 5:22 6:10,23
7:18 11:8,14 12:13
13:11,13,20 14:14,
21 15:9,16 18:3
19:21 21:17,22,23
22:7 27:2 29:6
31:15,18 37:13,14
39:20,24 40:23 41:3
42:17 49:17 51:6
56:10,14 58:2 59:8
60:18,19 61:3 62:24
63:1,11,16,19,22
64:1,4,7,10,13,16
72:13 73:2 76:3
77:2,20 78:6,7
79:24 80:6,7,12,23
81:17 82:6,8,15
84:2,8,24 85:1 86:4,
16 96:8 97:20
100:18 105:19
112:8,24 113:9
114:15 117:21
119:3 121:13,23
122:6,7,16,22 123:5
125:20 128:17
134:10 136:23

**mean** 9:10 13:13,22
15:17,21 19:11
23:21 32:9 50:18
51:15 53:1 58:15
73:14 77:3 80:6
86:16 89:9 96:23
97:21 99:11 103:6
105:13 115:1 117:9
122:11 123:18
126:20 136:18

**meaning** 105:22

**means** 5:20

**measurements**
136:13

**media** 34:22,24 37:8
39:13 41:4,10,12

**medication** 31:13
34:1,3,4 36:6 90:2
116:4,21 117:1

**medications** 33:24

**medicinal** 15:11
94:18 123:7

**Medicinals** 45:21

**medicine** 31:8,10,
11,15,19,22 32:15
34:6 36:5 48:9,12

90:3

**medicines** 33:7,17
36:3 89:24 90:2

**medley** 18:24

**meeting** 9:3,4,6,8
101:11,13 102:9

**meetings** 102:13

**Meijer** 44:23
107:15,16 112:15

**member** 78:13,17

**members** 31:4

**memory** 129:8

**menthol** 15:13
23:15 24:3,13
58:19,20 59:1 66:6,
7,15,18 73:2 90:21
91:5,11,15,18,21,24
92:2,6,8,12,19 93:1
94:6 103:10,14,22,
24 104:2,3,12,14,
20,23 105:7,10,13,
21 106:3,6,11,13,
16,19,20,21 107:2,
6,8,17 108:2,7,9,12,
22 110:1,2,7,12,16,
19,23 111:1,3,13,
16,21 112:1,14,20,
21 118:7,11,13
119:7,9,15,17
120:23 124:2,3,9,
12,21,23 126:11,23
127:18 129:10
131:2,10,19

**mentioned** 25:4,5
45:24 46:11 101:13
132:15

**message** 135:5

**met** 101:12

**microphone** 56:15

**middle** 38:1 42:14
43:17 46:5 80:10

**Midwest** 88:4

**might** 6:3,14 10:21
35:8 40:24 105:4
116:11 127:5

**milligrams** 107:2
112:16

**mind** 7:20 15:12
71:3 88:18 110:9
128:23

**mine** 104:16

**mint** 17:2 22:15,22
59:20 60:2 72:1
128:1,6

**minty** 71:6

**minutes** 21:3,4
88:10,11 132:5

**mislead** 105:8 106:1
113:11 116:20
120:16 127:5 131:4,
12

**misleading** 23:9
72:19 73:19 77:12

**misstatement**
107:20,22

**mistake** 116:8

**mixture** 63:2

**modifications**
28:19,22

**mom** 18:3 19:13
20:23 34:15 38:18
41:2 44:7 67:21
77:2

**moment** 50:2 95:21

**monetary** 28:12
76:9 86:23

**money** 14:15 46:19
82:6 85:5 135:20

**month** 68:1,3,8

**monthly** 68:5

**months** 22:13 29:9
49:3 68:10

**more** 9:19 12:3,18
14:15 15:11,14
17:7,19 18:12 20:21
23:3,12,14,23 24:4,
13,14,15 29:16 39:3
40:10 51:14,16
55:22 57:5 58:13,
14,15,18,22 59:5,12
60:9,16 67:3,14,17
72:14 73:2,9,24
77:4,5,12 86:17
90:2,19,20 91:2,8,9,
10,12 92:3,7,11,24
93:1 96:10,12,22
98:4,7 99:2 103:9,
18 104:19,23
105:11 106:8 110:9,
18 112:10,19,23
120:1 123:6,8,9
125:6,7,8,9,23
126:8,13,18 127:22

129:22,24 130:19,
21 134:24

**morning** 5:4,5
134:23

**most** 19:6 23:23
38:5 39:20 40:4
48:22 62:20 66:3,22
70:20 92:9 94:6,7
97:20 98:15,23
104:13,16 105:12
112:6,7 113:14
122:17 124:7

**mostly** 48:17 66:5,
12 98:22 121:14

**mother** 34:20

**mouth** 66:14 96:19

**moving** 88:8

**Mr** 4:12,14 5:3 8:10,
11,18 9:11 11:9,17,
18,20 13:24 14:2
17:24 20:2,3,4,8
23:18 47:10,20
53:24 54:6 56:16,23
78:6 79:10,14 80:16
81:10 82:1 83:5
84:13 88:8,11,13,
15,18,19 95:20 96:3
101:24 111:10
125:17 128:15,18,
19,23 129:13
131:20,22 132:1,4,
7,13,19 135:11,14,
17,19,22 136:10,21,
23,24 137:6,8,10

**Ms** 5:4 11:21 47:21
88:21 96:4 132:14
135:20

**much** 15:14 20:3
25:2 38:13,14 49:21
55:4 57:8 58:10
66:24 67:6,9,12,18
68:1 74:1 77:13
83:24 90:3 96:22
98:24 103:4,24
110:16,17 112:21
118:14,16 123:10
127:18 130:18
133:11,16 135:17

**Mucinex** 45:11

**mugs** 133:7

**MUKER85@**
**HOTMAIL.COM**
80:12

**muker85@hotmail.**
**com.** 7:10

**multiple** 77:18,19

**must** 28:19 136:12

**my** 4:6,16,17 5:6,20,
22 9:9,22 10:20,21
12:2 13:15 14:18,22
15:8,12 17:6 18:3,4
21:6 22:9 24:21
30:21 34:2,15 35:8
36:21 38:9,14,18,
19,21 39:19 40:3,
19,24 41:2,14 43:3,
10,12,17,18 44:7,16
46:4 48:18 49:2,20
50:7 51:22 52:19
54:12,13,18 57:11
58:21 63:10 64:24
65:16,22 66:4,14
67:5,17 68:7 69:9,
22 71:3,9 72:7,22
73:8 74:7,13,16
75:4 76:4 77:2 80:5,
9 82:15,17,20,23
84:1,3 85:19 88:6
89:14 90:18 91:7,9
92:5 98:15,16 99:6
100:3,20,24 104:7,
11 105:11 110:9,18
113:16 114:5
115:18 117:7,22
118:5 120:19,23
121:6,23 122:10
129:17,18 130:4,17
131:18 134:22

**myself** 25:18 39:14
40:18,19

---

**N**

**name** 4:6 5:6 9:22
10:21 13:16,18 17:5
22:9 35:18 41:23
42:1,15,19,20 46:23
48:9,12 56:12 66:19
79:3 80:21 82:9
99:14 129:18

**named** 75:6,22 76:2
86:13 87:8,16 113:5
134:12

**names** 9:20 71:9,10

**naming** 33:16

**narrow** 68:5

**nasty** 134:4

**Nathan** 41:24

**natural** 45:8 47:10
59:13 63:5 92:4,24
96:5,7,8,11,12
103:18 104:5,19,23
106:18 107:7,12,21
108:21 109:21
110:1,4,7,12 123:8,
9 124:18

**Near** 49:9

**necessarily** 20:21
68:3 76:11 78:23
85:5 90:22 92:3
97:5 104:15 106:13
120:8 126:16
127:22 129:24
130:11 131:14
134:14

**necklace** 56:14

**need** 6:19,20 11:8
54:16 67:23 69:21
78:23 104:8 105:17
106:6 127:23

**needs** 72:18,20
76:12 77:11 104:7
106:7 119:23

**negotiate** 27:24

**negotiations** 28:6,9,
10

**never** 15:1 19:10
30:5,7 34:8 39:3
41:3 42:9 44:18
45:10,14,17,19,23
65:8,14 86:15 97:3,
5 104:4 113:6 136:6

**new** 33:21 34:1,5
98:12 99:12,13

**next** 20:13 107:4

**nice** 38:19

**nicer** 77:2

**nicknames** 9:23

**no** 5:11 7:6,24 8:4,7
11:2 14:5 16:12
18:7 19:10 21:8,21
22:19,21 23:4,6
26:1 28:10,13,24
30:4 31:1 32:4,7
33:23 35:3 36:4,9,
14,21 39:8,11 41:14
42:20 44:24 45:6,
10,12 48:5,8,21

50:7 52:23 53:9,12
55:19 58:7 63:8,15
65:22 66:15,17
69:15 70:3,6 71:24
72:3 74:6,9,22
75:14,16,18,21
76:11,20 78:15
79:19 82:20 84:7
86:15 87:18 93:8,
19,23 94:3,14,19,24
95:11 100:9 102:17,
20 103:3 107:22
108:2 109:11,23
110:9,11,19,20
111:22 113:8
115:14 116:21
117:7 118:2 119:15,
19 120:17 124:11
126:1 127:22 128:4,
7 130:11 132:4,21
133:3,5 134:14
135:6,11,24 136:2,5

**nobody** 80:5 113:24

**nodding** 103:12

**non-otc** 90:5

**nonmedicinal** 90:8

**normally** 11:12 18:8
19:11 51:13 52:18
54:11 91:7 98:8
114:13

**North** 43:4

**not** 6:6,15 8:2,21
9:18 10:22 11:4,14
12:21,24 13:1
14:13,16 15:2 19:7
20:23 23:17 24:9,
10,17,19 25:1,14
26:7,15 27:7 30:20
32:1 33:11 35:3
36:6 37:19 38:12,24
39:14,16 40:18
41:16 44:4 46:5
48:1,11,14 49:1,9,
23 50:1 51:23 53:13
54:10 55:13 58:23
59:3,10 64:23 65:11
66:1,2 67:2 68:3
69:5,19 70:20 72:6,
12,13,19,22 73:5,8,
19 74:1,9,12 75:11,
12 76:6,7,11 77:7,
12 78:3 79:16 82:5
84:2 85:5,7 86:7
87:9,13,15,16 88:2

90:22,23 91:1,5
92:3,4,17,20,24
94:3,17,19 95:1,5,8,
12,16 96:22 97:17
98:16,18,19 99:12
100:14,24 103:24
104:13 106:9,11
107:22 108:5
109:24 111:24
112:21 113:3,5,8,
11,14 114:4,8,9,15,
23 115:1,14,15,23
116:2 117:1,8,11,
15,24 118:3,8,12,
21,23 119:2,9,17,19
120:8,14,18,23
121:19,22 122:10,
11,15,16 123:3,9,22
126:9,12,16 127:5,
12,18,22 128:2
129:8,10,24 130:5,
11 131:14,19 134:7,
14 136:17,18
137:12

**note** 57:23

**nothing** 72:24
126:19 136:23

**November** 47:2

**now** 19:13 29:5
30:12 42:24 43:7
48:2 54:17 59:12
62:16 63:1,6,10
64:20 66:3 84:12
96:22 98:11,22
103:5,20 105:15
108:23 109:18
110:7,18 111:12
112:14 119:6
125:13 131:2
133:10

**nowadays** 36:22
98:12

**nowhere** 105:9

**number** 10:21 22:9
28:18 74:21 78:16
129:19

**numbered** 61:9

**Numerous** 83:4

**nursing** 37:24

―――――――

**O**

**oath** 5:7

**object** 6:14

**Objection** 23:18
135:22 136:10

**objections** 136:12

**obtain** 69:16 74:10

**obvious** 12:6 76:12

**obviously** 72:7,21
98:1 99:11,13
102:13 117:19
118:15

**occasionally** 33:19
43:13,15

**occasions** 77:18,19

**occur** 49:6

**occurred** 11:19

**odd** 82:15,21 114:2,
4 116:23

**of** 4:2,7,23 5:15 8:2
9:16,19 10:10,12,
13,17 11:8,15 12:4,
5,7,13,15 13:6,16
14:14 15:7,23 16:15
17:1,5,7 18:4 19:5,
6,12,14,16,24
20:10,19,20 21:9,22
22:8,15,22 23:8,13,
24 24:2,9,10,12,19
25:3,7,15,18,19,20
26:11,15,22,24
28:6,14 29:14,20
30:2,6,8,13,21,24
31:4,7,16,20 32:24
33:5,7,11,15,20
34:24 35:22 37:5
39:3,20 40:1,10,15,
17,21 41:7 42:15
43:19,21 44:1,2,18,
20 45:10,14,17,19,
23 46:3,8,12 47:5,6,
7 48:1,2,3,6,10,13,
23,24 49:1,8,22
50:4,8,11,15,21,22
51:2,9,23 52:8,17,
19 53:16,18,20,21
54:17 55:8,15 56:9,
24 57:10,12,24
58:6,8,10,20,22
59:4,5,6,12,14,15,
23 60:6,11,20,22
61:1,2,4,20,24 62:2,
4,6,8,10,12,14,22
63:2,9,10 64:20
65:4,8,15,17 66:4,5,

7,11,12,13,14,19
67:21,22,23,24
68:15,19 69:2,3,4,
10,14,16 70:2,7,11,
12,15,18,20,21
71:8,9,20 72:14,19
73:1 74:4,5,12 75:1,
9,13 76:8,9 77:3,23
78:10,21,22,24
79:9,12,20,22
80:15,20 81:14
82:6,8,23 83:7,11
84:17,21 85:3,11,12
86:2,4,13,24 87:9,
13,15,16,24 88:8
90:1,9,15,16 91:1,9,
10,11,12 92:6,12,18
93:4,10,12,14,18,
20,21 94:1,9,10,23,
24 95:6 96:5,7,19,
24 97:3,6,7,9,14,17,
20,21,22 98:2,3,7,8,
9,11,13,16,20,22
99:5,7,10,14,15,21
100:5,8,9,12,15
101:4,24 102:6,11,
15 103:19 104:8,9,
11,16 105:10
106:14,15,17,22
107:2,9 108:6,13,
14,16 109:2,3
110:16 111:8,12,13,
15 112:6,8,16,22
113:1,3,13,15,16,
17,18,23 114:3,10,
15,16 115:7,13,17
116:2,6,17,21,24
117:2,3 118:6,8,12,
14,18 119:12,16
120:9 121:3,8,24
122:1,2,17,20,21
123:14,21 124:17,
21 125:6,10,13
126:4,15,16,19
127:20 128:1,6
129:9,15,20,22
130:6,9,16,22
131:3,9,11,13,15,23
132:18 133:10,14
134:5,6,8 135:1
136:7,9,16 137:13

**off** 8:10,11,12,14
17:5 53:24 54:2,4
56:16,18 64:24 71:9
91:11 95:20,22 96:4

97:11 99:14 104:12
132:5,8

**offers** 47:23

**office** 4:16,17 13:10,
19 20:1,8 101:24
102:9 126:3

**offtrack** 128:22

**often** 16:1 35:6,9,15
58:3 81:17

**oh** 14:8 24:23 25:1
54:16 77:10 80:19
88:6 99:4 104:13
112:9 113:23
116:10 128:14
130:4 133:8 134:17
135:13,24

**okay** 6:5 13:14 14:8
15:13 18:1,14 27:6
47:14 58:10 72:17
80:20 88:11,13
104:2 106:18 107:3,
7 110:1 128:17
131:24 135:13,16
136:1,3,24

**old** 7:14 15:6 63:1
132:21

**oldest** 42:13,15
43:18 85:19

**omitted** 131:11

**on** 4:1,4,23 6:14,24
7:1 8:15 10:3,7,15
11:6,23 12:8,18,19
14:14,15,20 15:13
19:15 22:4,7 23:22,
23,24 24:2,11 25:3,
8,9,20 26:11,18,20,
22 27:8,13 28:8,15
29:7 33:3,5,7,8,9,22
34:6,7 35:7 36:11,
24 37:8 39:1,12,19
40:14,20,22 41:8,
14,18 42:4,7 46:19
47:18 48:10,13
49:10,13,14 50:8,
11,13,15,21 51:2,4,
5,9 52:11,12,13
53:16,19,21 54:5,10
55:10 56:21 58:16,
23 59:10 65:2,8,15,
17,20 66:11 68:1
69:2,4 70:1,22
71:14 72:18 73:7,8,
9,12 75:4 76:8,9

77:18,19 78:14
79:1,3 80:3,8,21
81:1,3,21 82:9,11,
20,24 83:20 85:2,4,
8,11,15,21 86:2,17,
18,19 87:11 90:15,
17 91:7 92:6,7,22
93:10,12,13,14
94:5,7,9,12 96:1,17
98:2,7,9 99:3 100:3,
9 102:23 103:6,8,23
104:8,9 105:9,10,17
106:16,17 107:9
108:7,17,18,23
109:2 110:6,12
111:13,14 112:16
113:1,3,5,17,19,21
115:7 116:11,13,18
117:2 118:8,15,16,
18,19 119:3,13
120:2,4,6,10,11
121:3,6,20,24
123:12,18 124:15
125:12,20 127:7,14
128:5,15 129:17,21
130:23 131:8
132:11 133:2 134:1,
3,15 135:5,14 137:6
**once** 37:11 40:24
49:18 71:13 85:21
99:10
**one** 7:17,18 17:2,4,
11 19:2 22:22 26:21
30:13,14,21 34:15
37:6 40:13 41:3,18
46:5,14 50:5 52:9,
19 55:8,15 66:22
71:5,6,7,8 75:8
81:13 82:14,23 83:4
86:5,10 87:1 98:24
100:24 101:11
106:15,17 107:4
108:15,16,19
109:11,12,15,16
110:16 112:15
114:11 116:23
118:17,18,19 119:8
120:5 128:7 129:24
130:5 132:21,23,24
133:1,3,5 134:8,24
135:1
**ones** 7:14 47:9 71:7
106:16,18 112:11
113:4 121:22
124:19

**online** 48:20 74:18,
24 88:1
**only** 27:22 36:22
38:17,19 41:18 52:9
55:20 58:7 67:20
71:13,18 72:4 75:8
82:14 132:24 133:1
137:10
**opened** 10:15 70:5
134:11
**opinion** 25:7,14,24
72:18 108:9 110:22
125:8
**opportunity** 31:23
97:14 100:12
**opposed** 58:19 59:6
60:9 72:8 87:4
92:24 94:8 98:12
99:1 112:10,11,13
118:15,18 126:10,
22 129:11
**options** 98:3,12
**or** 6:9 10:22 11:4
12:23 13:5,7 14:1
15:22 17:19 22:10
24:14,17 25:14 28:1
29:20 31:3 32:24
33:8,9,12,13,17
34:3 35:16 37:7,11
38:2,17 39:1 44:4,
15 46:8,14,21 48:17
49:3 51:5,18 52:1,
18,19 55:13,15
58:17,18 59:10,17
64:21 65:6,11,20
66:15,22 68:5,18
69:5 72:8,12 73:15
74:14,15,18 75:4,19
78:3 79:6 85:4,20,
22,23 86:6,18,20
87:7,16 90:8,18,20
92:10 93:11 94:18
96:11,18,19 97:22
98:6,14,15 102:8,9,
24 103:24 104:1,4
105:13,14 106:7
108:5,17 110:17
112:7,11,14,17,20,
21 113:4,7,14
114:6,10 115:6,15,
23 117:6,11,15
118:3,12,14,23
119:3,17 120:1
121:21,23 122:15,

17,20,21,24 123:1,
3,7,9 124:18,21
125:4,7,11 127:1
130:2 131:19 133:3
134:3,4,21 136:15
**oral** 93:4 95:17
**orange** 30:18
**order** 74:18,23
135:3,4 137:4
**original** 10:11 15:4
16:17 17:3 26:11
30:1 34:10 48:23
52:8 54:24 61:12
67:1 68:20 70:19,23
71:1,2,8,14 72:4
74:5 95:2,9,13,17
97:10 105:6,24
129:15 131:4
**originally** 128:5
**OTC** 32:8,11,14,17,
21,23 33:7,17,24
34:5 36:5 48:9,12
73:14 89:16 94:18
115:24 116:24
118:21
**other** 5:24 7:13
11:23 14:16 16:15
19:4,13 22:10 23:23
25:13,23 27:7 31:4
38:22 43:8,13,23
47:7 48:19 50:6
53:8 55:18 57:16
69:6 70:20 71:3,5
75:6,9 76:22 77:3
78:1 87:10 89:16,21
91:11 93:12 98:20
99:9 100:24 104:9,
10 106:18 108:15
110:24 111:2
112:13 113:1
115:17 117:23
120:4 121:24
122:10 124:11,22
132:23 134:1
136:12,21
**others** 7:15 15:12
66:21 69:8 87:2
129:23
**our** 14:6 18:8 19:22
24:22 25:9,10 43:14
47:11 66:11,12
67:22 70:3 79:7
80:14 101:4 102:13

113:15,24 115:22
**out** 10:17 11:22
13:2,8,11,16 16:15
33:10 38:12 41:8
54:17 78:21 85:3
86:20 90:17 92:18
94:4 104:20,22
105:14 106:14
110:21 113:14
117:23 122:18
136:6
**outside** 122:2
**over** 5:23 9:19 15:9,
11 19:6 29:18 31:16
32:9,10 36:11 43:7
47:9 57:3 67:2,4,14
68:7,15 73:3,5 89:2,
3,8,9,11,20 95:6
98:18 100:20 101:1,
15 102:6 116:17
117:9
**over-the-counter**
31:8,10,22 33:1,18
34:7 35:22 36:2
56:11 58:11 116:5
**own** 13:15 15:8
38:14 66:4 90:18
100:3 121:6,23
122:10 130:17
**owned** 38:22 40:5

—————————————

**P**

**P.C.** 4:13
**p.m.** 81:4,21 83:1,20
85:9
**P.O.** 43:3,5
**package** 14:7,14
19:14,16 25:21
26:11,19 33:4,15
34:10 48:10,13
51:4,5 53:20 57:9
65:17 72:19 73:7
74:4 76:3 93:7
94:12 97:4,7,9,15,
18 99:18 100:8,12
102:24 107:12,15
109:18,19 111:5,8,
12,13,15 112:2,17
113:18 114:3,22
115:7 116:17 117:2
118:10,12 119:13,
17 120:22 122:1

123:14 129:22
131:11
**packaged** 73:15
98:20
**packages** 68:16
96:20 99:21 100:5,
15 103:7 115:13
**packaging** 12:8,11
14:20 15:13 19:12
23:13,22,23,24
24:2,10 25:3 50:5
52:18 53:17 58:16
65:16 67:16 72:14
73:19 74:7 76:8,12,
16 92:6,7 94:9
96:17 100:10
103:23 105:9,10
113:4 114:15
122:13 123:18
124:16 125:10
**packet** 108:24 109:2
**packs** 70:15
**pads** 96:11
**page** 20:10 21:22,23
22:7,15 26:23 27:2,
13 28:15 29:7 41:4,
10,13 79:11,20,22
80:17,20,22 81:11,
14 82:8,9,11 83:6,
11 84:15,21 86:17
107:9 108:23 113:2
125:21,22 128:1
132:20,24 133:18,
19,23 134:11,13,16
**pages** 41:8
**paid** 66:24 67:6,9,12
103:2 123:6 136:12
**pain** 33:20 66:10,11,
20 90:4 96:11
**painkillers** 32:12
33:19
**pains** 33:19
**paint** 40:24 41:2,3
**panel** 33:22 62:18,
23 65:8 93:18,22,24
94:12
**paper** 54:13 93:14
**papers** 49:2
**paperwork** 58:8
**paragraph** 27:6,16,
20 89:15 93:2

**parents** 15:8 43:10 76:4
**Parriott** 4:18
**part** 49:8 62:20
**partaking** 127:19
**particular** 55:12 82:5 91:5 92:20 94:6 121:7 130:5
**parties** 4:11
**partnerships** 39:22
**party** 8:1 27:7
**pass** 132:18
**passed** 76:24
**passes** 64:24
**past** 7:15 15:24 22:24 43:8 79:6 82:3 97:4 117:24
**Paul** 4:16
**pause** 56:20
**pay** 67:18 84:12 85:23 102:21 103:1, 4,9 120:1 125:6
**paychecks** 46:20,21
**paying** 24:14,15 67:16 112:19,23 119:20
**PDF** 137:11
**peaceful** 58:23
**Pekin** 54:12,15 56:6 57:7 69:5
**pending** 6:24
**people** 38:5 39:20 59:4 76:3 78:22 86:20 92:9 97:20 98:13,15,16,23 104:9,13 105:12 112:6,7,8 113:13, 14,15,17,18,20,21 114:2,8 117:6 120:9 122:10 134:9,10
**people's** 104:8
**Peoria** 4:8,9 58:3
**pepper** 92:18
**peppermint** 18:18 61:1,3,15 63:4,12 121:5,9 130:8,11, 14,19 131:19
**peppers** 91:3
**per** 68:24 70:9,16 85:5 99:1,4,21

107:2
**percent** 70:22
**percentage** 59:14 70:12 118:14 124:21
**Pere** 4:8
**perfectly** 53:23
**perform** 100:19
**person** 101:12 117:18
**personal** 122:10 130:17
**personally** 30:23 34:22 40:21 41:10 74:2 76:18 92:12,21 96:20 102:7 121:23 122:1 130:12 133:14
**perspect** 72:23
**persuasive** 57:22
**pharmaceutical** 32:24 39:9
**pharmaceuticals** 90:16
**pharmacist** 32:1,2
**pharmacy** 31:9 49:9
**phone** 14:6 22:9 74:21 101:4,10 102:6 129:19
**phosphorus** 60:17
**physical** 119:23
**physically** 95:2
**pick** 72:15 74:24 116:11 123:20
**picked** 29:24 77:11 116:8
**pickup** 74:19
**picture** 129:9
**Pinterest** 36:23 37:2
**place** 4:8 9:4 43:10 55:1 59:5 74:23 81:12
**placed** 51:4 93:11 94:12 119:13
**places** 43:11 47:6
**plaintiff** 4:12 7:22 75:23 76:2 77:18,24 78:4,8 86:13 87:16 89:16 93:2 134:13

**plaintiffs** 75:7 87:8
**please** 4:10,20 6:10, 22 8:10 21:22 23:19 27:1 51:7 77:19 79:20 81:14 82:16 89:3 125:19 128:17, 20 137:10
**pocket** 18:4
**point** 47:11 63:8 74:13 114:11 121:18 123:20
**poison** 90:16,21,22
**Political** 37:9
**pop** 134:8
**pop-up** 10:20
**portion** 93:17,21
**Possibly** 63:1
**post** 80:3,15,24 82:24 83:4
**posted** 39:17 79:1 85:15 86:10
**posting** 37:8,12 79:9 86:7
**posts** 41:18 85:11 86:2 133:3 134:15, 18
**potential** 31:20
**potentially** 6:20 117:14
**powdered** 123:1
**powerful** 17:19
**prefer** 92:24 103:17
**preference** 124:24 130:17
**prefilled** 22:4
**pregnant** 40:15 133:12
**preparation** 9:13 101:14
**prepare** 8:8 9:1
**prescribed** 31:19
**prescription** 31:11, 12,14,19 33:17 34:1 59:6 90:2,7,8 116:3, 4
**Prescriptions** 33:18
**presence** 57:23 93:4
**present** 9:8 135:7
**president** 37:12,17

**pressed** 66:15
**pretty** 12:6 17:4 38:14 58:10 71:6 133:11
**previous** 9:20
**previously** 14:7 28:8,11 37:20 39:18 43:21 50:13 62:16 83:22 85:15 87:8 99:20,24 104:10 111:5 115:12 118:20 132:14 133:7
**price** 50:12 85:7 102:21,23 103:1 112:22
**pricier** 67:3
**primary** 38:1
**prior** 14:24 29:18 42:8 64:20 65:19 70:7,11 77:16
**probably** 11:10 13:5 14:1 15:7 17:20 18:22,23 21:3 36:12 38:9 46:6 50:1 52:1 53:15,21 55:7,9,13 56:9 57:7 63:10 65:6 66:1,2 68:6,7, 11,14,17 69:4 70:13,24 71:16 74:12 79:2 80:5 85:17,24 94:13 95:4,7 97:6 100:6 101:21 102:7 108:15 113:13,16 122:6 123:16,17,19 126:3 134:17,19
**problem** 18:7 21:21 24:8 71:18 72:5,11 106:10,11,13 108:2 110:11,20 111:20, 23 130:8 132:4
**problems** 15:1
**proceed** 21:24 27:3
**Proceedings** 56:20
**process** 5:16 60:13 61:21 66:9 105:14 125:10
**processed** 60:14 125:12
**processing** 60:20 61:5

**produced** 61:9
**product** 10:5,6,7,8, 22 12:1,3,15,16,20, 24 14:11,18,19 15:1,4,10,19 16:3,6, 13,18 19:7 23:8,11, 16 24:8,15,16,19,24 25:8,16,18,20 26:3, 6,12 29:16,17 30:5, 7 31:16,20 32:3,6 33:7,21,22,24 34:5, 10,13 39:19,21 40:1,2 48:23 49:8, 15,17,18,22 50:3,19 51:2,13,17,21 52:5, 8,10,13,16,22,24 53:1,5,10,11,15,19, 20 54:7,23 55:4,10, 14 56:7 57:6,11,14 59:24 61:4,21 62:17 63:11,16,19,22 64:1,4,7,10,13,16, 22,24 65:19,21,23 68:16 69:17,20 70:19,23 71:12,18, 22,23 72:1,2,4,6,12 73:1,13,20 74:8,11 76:13,14 77:6 78:3 86:21 93:3,9,10,14 94:2 95:5,6 98:10, 14 99:17 100:8 103:5 105:24 106:8, 17 107:17,24 108:3, 8 109:6,13 110:21 111:17,23 114:3,18, 23,24 115:15,20,24 116:19,20 117:12, 16,17,20 118:4,6,8, 13,21 119:11,15,18, 21,22,24 120:14,16 121:3,7 122:3,13,15 123:3,16 125:6,8 126:7,19 127:2,5 128:2,13 129:6 130:9,15,16 131:3, 5,13,15 135:5
**product's** 16:10 57:9
**production** 11:13
**products** 19:4 22:23 30:3 31:4 32:11,14, 17,20,21,23 33:1 34:20 35:20,23 36:2 38:15,16 44:8 46:9,

12 48:19 50:9,12,
16,22 51:8 54:12
58:11,13 65:9
66:18,19 67:10,13
68:24 69:2,3,14
70:9,12,16 73:11,14
76:22 89:16,21
90:5,11 91:14,23
96:5,7,8,14,21 97:4,
11 98:17 99:21
100:1,5 102:18,22
103:14,16 124:23
125:1 127:9 133:6,
15 135:1

**products'** 89:18,22
90:13

**Promenade** 43:4

**promise** 18:12
135:20

**pronounce** 60:17
66:23

**properly** 69:22
105:17

**protect** 76:1

**provide** 11:10,15
95:13,17

**provided** 11:11,22
22:5,8 128:16
131:16

**publicly** 77:17,22

**purchase** 16:13
17:11 30:3,10,12
31:22 43:21 44:9
46:21 47:1 48:23,24
49:6 50:2 51:1
52:18,24 53:5,18
54:23 55:14 56:5,24
57:6,14 58:11 64:20
68:16 74:4,8,14
89:16 90:11 91:20,
23 96:9 99:9,13
102:23 103:16
112:4 113:11 114:3
115:16 123:17
124:23 125:5

**purchased** 14:7 15:3
16:19,21,22,24
17:13,16 18:15,17,
20,24 19:5 22:10,
23,24 29:15,17
30:5,7 43:24 44:3,5,
12,17,19,23 45:1,3,
5,8,11,13,15,18,19,

21 46:2,13,17 47:8
48:15,19 51:20
52:5,7,21,23 53:14
54:8 55:4,23 57:1
61:13 65:5 68:22
71:12,13 73:20
74:10 89:23 90:5
91:14,17 96:6 97:4,
10 99:20 100:4
102:19 109:6,8,10
116:18 118:22
120:15 128:8

**purchases** 43:23
70:18,21 75:1 77:14
100:7,11

**purchasing** 16:3
30:17 31:2,3 32:3,6,
21 33:21 38:14
45:24 46:11 50:8,
11,15,21 51:8 53:10
55:11,21 65:19
68:23 70:8,15 98:17
100:1 114:19 116:1
131:4

**Purpose** 26:24

**purposes** 98:24

**purse** 68:18

**put** 10:20 14:12
19:16 21:17 40:13,
19,21 49:2 50:5
56:12 57:11 64:19
70:22 77:20 80:13
101:3 104:8 112:6
114:7 117:22
120:10,11 137:6

**putting** 52:16 55:5
56:8 57:9 66:14

---

## Q

**question** 6:6,10,11,
16 51:6 72:9 128:21
129:2

**questioning** 88:9

**questions** 5:22 6:3,
24 11:23 18:13 39:5
43:22 101:5 135:12,
15 136:22

**quick** 55:22 112:5

**quicker** 125:2

**quickly** 29:6 89:11

**quite** 14:13 56:2

76:8

---

## R

**rather** 16:1 92:11

**reached** 13:8,11,16

**reaction** 116:19
118:22 119:19
120:16

**read** 20:20 27:16,20
56:12 62:22,24
73:5,7 89:7,11
93:11 97:21 101:16
107:4 108:16 112:2
113:10 125:20
126:17 129:1

**reading** 12:14 26:20
63:9 93:24 94:10
117:8 123:20
127:18 128:23

**ready** 21:24 22:2
27:3,5

**real** 15:20

**realized** 14:8 25:1

**realizing** 76:6

**really** 5:23 7:14 9:18
12:12 13:4 17:3,5
19:10 29:6 35:6,8,9,
15 36:24 38:5,13,24
39:14,16,20 40:3,
10,16 41:16 71:14
74:2 75:3 79:16
90:3 98:9,24 103:22
112:15 117:24
125:11 130:18
133:16 134:19,20

**realm** 91:9,10

**reask** 6:10

**reason** 6:9 7:4 12:2
16:7,9 53:8 63:14
67:20 114:14 121:1

**reasons** 50:6 55:18
57:16

**recall** 13:4 15:2 17:5
21:16 36:14 44:3
46:2 48:11,14 55:12
56:2 64:23 83:10
85:22 87:10 134:3

**recalling** 11:24

**Recalls** 83:4

**receipt** 74:10

**receipts** 74:13,16
75:1

**receive** 77:13 86:23
87:17

**received** 20:1
101:23 128:12
129:3

**recent** 48:22

**recently** 23:24 29:16
122:18

**recess** 47:17 88:9
95:24 132:10

**recognize** 20:5
79:15 80:18 83:9
84:19 88:21

**recollect** 41:1

**recollection** 9:17
63:10

**record** 4:1 5:20 6:15
7:1,11,20 8:10,11,
13,14,15 47:18
53:24 54:2,4,5
56:17,18,21 57:23
95:21,23 96:1,4
128:16 129:1 132:6,
9,11 135:14 137:3

**recording** 47:16
137:2

**recovery** 27:23

**red** 114:12 115:3

**Reddit** 37:4

**referring** 22:13
129:14

**refresh** 9:16

**refund** 69:16 70:1,4

**refuse** 99:8

**regarding** 21:5

**regimen** 98:14

**regular** 97:20
137:10

**relationship** 11:1
14:4

**relative** 136:8,15

**relief** 28:1 66:20
90:4 96:11

**remember** 7:14
13:18 17:1 37:15,16
44:8,13,14 46:12
66:24 67:6,9,12
80:19 134:19,20

**remembered** 77:1

**remotely** 4:15

**remove** 49:15

**removed** 49:17,18

**renting** 43:11

**Repeat** 77:19

**repetitive** 104:17

**rephrase** 35:24 51:6

**reply** 102:3

**report** 84:2

**reporter** 4:6,19 5:18
137:4,8

**Reporters** 4:7

**represent** 4:11
19:23 27:24 79:8
128:5

**Representation**
19:24 26:24

**representations**
124:15

**representative**
100:19 102:12

**representing** 19:8,
21

**requested** 11:12

**requests** 11:13

**require** 60:20

**rescheduling** 131:21

**research** 66:4 105:1,
3

**researched** 75:11,12

**resell** 39:2

**resemble** 61:12

**residence** 43:16

**resold** 38:24

**responded** 10:23

**responding** 10:24

**response** 11:13 33:2
102:3

**responses** 12:5

**responsibilities**
102:12

**responsibility**
117:10,15 118:2,5,
11,23 119:16
122:12 123:13

**rest** 130:1 131:9

**result** 77:7

Davis, Lacie – 08/31/2023

**retailer** 69:24

**retain** 74:4

**return** 85:4,6

**returned** 82:23 85:7

**review** 9:13 20:18
27:11 33:22 34:10
39:19 53:11 55:10
64:21 65:20 96:20
99:18 100:12,15
114:2 118:11 120:2

**reviewed** 25:14,24
26:10 53:19 65:8
93:7 100:8 111:5,15

**reviewing** 23:7 63:7

**reviews** 35:19,20,22
36:5 40:7

**rewards** 74:17

**reword** 110:13

**Ricola** 4:3,15,18
10:9,10 15:1,4,10
16:18,22 17:10,13,
16 18:7,9,15,17,20,
24 19:4,9 22:15,22
26:11 28:12 29:24
30:3,5,7 32:3,6,20
34:9,13,19 44:7
47:23 48:15,19,23
49:8 52:8,11 53:2,7
54:24 61:4,12 63:2
67:1,4 68:20,22
69:10,13,17 70:2,
12,15,18,23 71:11,
22 72:1,5 74:5,9
75:10 76:16 77:7
92:5 95:1,8,12,17
99:9,21 100:1,5,8
102:18,22,24
104:11 105:6,24
106:15 108:19,21
109:3 111:2,5,12,
19,21,23 112:17,23
113:10 115:1 119:7,
11 120:13 122:2
125:4 128:1,6 131:4

**Ricola's** 99:14
120:21

**RICOLA8** 61:9

**right** 6:4 12:13 24:3
28:15 42:24 46:23
50:5 66:23 80:11,21
99:3 105:20 109:18
114:22 116:10
118:19 126:12

127:11 129:18
132:1,14 135:10

**right-hand** 21:12
109:2

**role** 87:17,21

**roll-on** 66:20

**room** 57:24 101:17

**rough** 17:22

**routinely** 33:16

**rub** 58:21 92:10

**rules** 5:15

**run** 39:5 41:10
54:13

**running** 37:17 69:4
132:24

**Rutherford** 4:6

---

**S**

**sadly** 19:12 36:11
59:24 90:3 106:15
125:2

**safe** 34:21 102:4

**sage** 62:14 63:4
64:17 122:4,5,6

**said** 11:22 12:20
13:12 14:18 17:19
25:6 39:17 50:13
52:5,24 53:1 59:21
68:20 80:7 86:16
90:1 91:2 96:6
97:10 98:7 99:11,14
101:1,19 105:16
108:15 118:8 129:9

**saith** 137:12

**same** 14:8 26:10
41:7 51:24 52:7
54:23 55:1 65:7
67:20 76:23 77:5,7
92:22 99:15 103:1
112:17 113:11,16
119:20 125:6 133:6

**samples** 38:20

**Sascha** 4:15

**save** 74:13,16
116:12

**savvy** 41:9

**saw** 10:13 12:9
136:3

**say** 5:19 9:10 10:4

13:4,22 14:16 15:18
17:21 18:9 24:2
25:10,19 34:19,21
35:24 39:16 41:17
44:15 50:14,18,24
51:11,15 53:3 55:20
57:18 59:1 60:4
66:2,18 68:11,13,15
70:14,23 73:2 77:2
81:17 84:24 89:9
92:4,8,20 96:17,23
97:3,5 99:19 100:4,
14 101:21 102:2
103:6 104:13 105:9
106:18,19 107:6
108:18 110:2,16
111:9 112:7 113:13,
14,24 116:17
117:20 118:10
121:3,8 123:19
124:3,18 126:24
129:14 131:7 135:7
136:14,15,18

**saying** 13:19 14:8
73:9 77:3 92:17
107:22,23 110:4
111:24 114:8,17
124:3

**says** 19:12 21:13
22:4,15 23:2 24:1,2,
11 25:3 27:7,19
28:19 29:9 58:17
62:23 63:13 81:5,15
82:13 84:22 89:15
94:7,8 97:24 107:8,
12,17 108:19,20
109:3,21 110:1,12
117:3 118:19 120:5
125:10,12 126:12,
13,18 128:1 133:19

**scale** 50:8,11,14,15,
21 51:2,9

**schedule** 102:9

**schematics** 52:12

**school** 18:4 38:1,9
88:1,3

**scoopers** 35:21

**scoops** 39:18

**scratchy** 16:4,8

**screaming** 49:24
134:21

**screenshot** 79:9

**scrolled** 20:20

**scrolling** 10:3

**season** 68:5,7,9,11,
14,15,24 70:9

**seat** 85:18

**second** 21:22 26:21
27:1 29:6,7 53:3
61:3 64:19 65:16
79:11 80:17 81:11
83:6 89:2

**seconds** 50:1 52:20
55:7 57:13 112:5

**section** 26:22 27:13
28:14

**see** 5:18 15:12,14
17:8 20:10 22:5,16
26:5,23 27:6 28:2,
17 29:7 41:15 53:21
58:16 61:10,16
62:18 79:12,22
80:21 81:12 82:2,8
83:7,13 84:17,21
92:6 93:5 98:24
103:23 104:12
108:5,23 110:9
114:5,7 122:19
123:14 130:3
133:20

**seeing** 21:1 24:21
103:22 118:16

**seek** 19:8 28:1 58:11
76:18 90:11 91:6
128:5

**seeking** 10:24 12:5
14:3 76:9 86:23

**seeks** 89:16

**seemed** 47:4

**seen** 10:3 12:17 49:3
76:21 78:13,16,20
81:13 85:17 111:8
112:14 113:20
124:20

**selection** 69:10

**sell** 133:16

**selling** 38:4,7,11
135:2

**send** 18:3 39:24

**sending** 86:20

**sense** 5:24 6:12 12:4
43:15 125:7

**sent** 75:2

**sentence** 22:4 23:1,
3,5 29:11,21
125:19,20 126:17
127:4,19,23

**serious** 117:5

**serve** 77:23

**served** 7:22 87:8

**serving** 53:22

**set** 29:4 31:6 91:11

**settle** 47:24

**Settlement** 134:13,
16

**Settlements** 133:20,
23

**seven** 28:15

**several** 34:2 101:9,
10,19 134:1

**shampoo** 36:1

**she** 13:11,12 38:19
41:2,3 114:22

**she's** 34:16 84:5

**Sheehan** 4:12,13
8:10 9:11 11:9,17,
18 13:24 14:2 17:24
20:3 23:18 53:24
78:6 79:10,14 80:16
81:10 82:1 83:5
84:13 88:11,13,18
111:10 125:17
128:15,18,19
131:22 132:1,7,19
135:14,19 136:21,
24 137:10

**Sheehan's** 20:8
101:24

**shelf** 49:10,11 64:24
102:23

**shellfish** 115:10,16
116:6,14,18,22
117:1,4 118:21,24
119:2 120:11,14,15
122:11,14,15,19,20

**shelves** 84:6

**shopped** 81:17

**shopping** 97:19
113:15 114:6

**shorter** 127:24

**should** 73:8,11,18
79:11,20 80:21
94:16 108:5 117:1

Davis, Lacie - 08/31/2023

shouldn't 72:22
82:7,22

show 102:13

showed 93:15

sick 46:6 47:3,4
54:22 68:13 114:21
115:4

side 18:2 31:20 33:8,
9 80:13 91:12
93:12,13

sign 19:18

signature 20:13
137:13

signed 19:20 20:7,16
29:13 37:6 49:4
58:8 101:22

signing 20:18 21:2

similar 113:4
132:23

since 30:5,7,23
53:18 68:22 85:19
99:1 101:21,23
102:6

sippy 134:22

sir 5:9 7:24 102:14

sit 12:23 19:5
110:20

six 88:7 102:8
126:21

size 50:22 53:22

skimmed 89:8,9

skin 122:8

slipped 84:1

small 19:13 62:19,
20 98:16

smaller 94:8

smell 130:20

Snapchat 36:18,20

snow 122:24

so 5:12,19 6:2,21
10:7,12,17 11:3,21
12:3,17,20 13:2,5,6,
7 14:18,21,24 15:19
16:1 17:12,15
18:19,23 19:16 20:3
23:7 24:3,8,13,14
25:19 26:10 27:19
29:1,13 30:5 31:2
33:1,6,20,21 34:2
35:3 36:2,8,16

38:13 39:22 41:1,3,
16,17 43:11 44:7,15
46:7 49:4,13 50:1
52:20 53:3 54:18
56:3 57:5,22 59:11,
12,21 61:1,2,3
62:17 63:11,13
67:19,22,24 68:10,
19 69:10,18 70:14
71:14,15 72:4,9,11,
14,21 73:24 74:1
75:3,12 76:12,20
77:3,7,12 78:1 79:5
81:5 82:7,14 85:11,
14,24 86:11,16,21
87:6 89:5 90:2,10,
17,19 91:6 92:12
94:6,10 96:6 97:2,
14,21 98:1,4,11
99:2 100:14 101:12,
23 104:4 105:19,21
106:5,8 107:9,12
108:1 110:2,4,20
111:15 112:22
114:2,4,15,18,22
115:12,15,20,23
116:13,16,24
117:14,22 119:9,14,
22 120:5,13 121:4,8
122:14,21 123:20
124:8,23 126:7,17,
24 127:4,8 128:17
130:5,22 131:10
133:3,10,11 134:11,
12 135:9,17 136:5

soap 134:4

social 34:22,24 37:8
39:12 41:4,10,12

sold 15:15 38:10,15
116:16

some 6:9 10:13,17
11:22 12:6 20:20
43:22 46:8 60:20
61:4,20 63:8 74:13
88:1 96:5 103:18
104:2,6,7 113:20
114:8 117:3 121:18
122:20 123:23
125:13 127:20
134:6

somebody 71:16
94:13 99:15 114:9

someone 11:7 13:9,
19 37:13 72:14

96:18 113:9,19
127:5

someone's 15:13

something 11:7 12:7
14:13,15 17:18,19
31:9 33:12 34:8
35:19 37:12 39:1
46:7,15,21 47:5
52:18 54:17 55:16
56:11 57:20 58:17
67:4,5 70:4 73:13,
14 75:5 77:4 78:3
82:23 85:4,6,18,20
87:14 91:7 94:17
95:7 97:7,21,23,24
98:4,6,15 99:10
104:3,15,19 105:1,
2,4 108:17 110:15,
17 112:19 115:8,19
116:9 117:5 119:1,
20 120:20 122:24
123:1 125:3,6
130:20 136:9,16

sometimes 30:14
33:8 59:11 121:14
125:10 130:13
134:10

son 38:9

soon 135:8

soothe 16:4,6,8,11
51:18 53:6 55:17
57:20

soothed 72:7

soothing 91:8

sore 15:22,24 16:4,6
17:22 51:18 53:6
55:15,16 69:22
130:2 131:18

sorry 17:24 18:6
21:20 25:12 34:17
41:1 42:6 44:2 52:4
58:24 84:4 100:21,
23 107:11 111:11
117:8 125:22
128:19,21 132:3
135:24

sort 10:13,17 60:20
61:4,20 127:20

sourced 105:23

speak 32:2,5 34:3
48:3,6 99:3 114:4

speaking 14:24 60:6

105:5 120:13
123:11

spearmint 46:14

special 118:1

specialized 60:9

specific 10:5 25:5
26:9 30:16 49:14
51:9 71:10 74:21
86:10 107:3 114:14

specifically 48:22
111:24

spell 7:11 42:17

spelling 7:20

Spencer 4:12 137:8

spend 49:21 52:15
55:5 56:7 57:8 68:1
98:9

spending 14:15

spicy 46:7 58:23
91:3,4,6 92:18
112:12

spoke 8:21 13:23
14:2 56:24 62:16

spoken 102:5

spot 74:24

spray 40:24

SSI 42:4

starch 63:5

start 5:23

started 15:7 74:19
76:21 105:14

starting 55:16

starts 23:2 125:19

state 75:19 85:6

stated 103:10,13

statement 23:8
27:10 29:7,14 37:15
63:14 81:19 82:11,
13 83:17 84:22 85:8
89:19 105:19
108:23 125:24
126:2,12,13,24

statements 123:12

stating 107:23
120:20

stay 43:13 107:9
122:21 128:15

stayed 43:12

steer 130:19

step 117:9

sticky 92:11

still 30:10 60:15
61:21 68:23 70:8
74:6 101:18 105:7,
16,24 106:6,7 110:3
131:12,16 133:6
134:7

stinky 104:14

stocking 84:6

stomach 121:14
122:8 130:12

stomachaches
121:14

stop 47:15 137:1

stopped 38:14 40:15

stopping 47:11

store 14:17 22:10
49:8 60:8 97:11
98:18 116:1 129:18

stores 48:15 60:1

straight 110:6

street 43:4,5

strep 44:13 56:1,10

stretch 47:13

strictly 84:7

strike 18:16 30:6
65:18 69:24 86:12
106:10

stubborn 115:22

stuck 103:20,21

stuff 15:8 35:20,21,
24 38:14,18,24
39:17,18 40:14
44:21 54:14 78:20,
21 80:19 85:21,23
86:21 87:14,23
96:11 99:10 113:23
114:12 117:3 134:1,
2,4,5

stupid 136:17

submission 11:11

submitting 11:3

substance 48:3,6

successful 27:23

such 28:2 96:18 99:5
113:22 124:20

suffered 102:16

sufficient 24:9,19

25:15 26:15 76:15
sugar 63:5
suggest 38:17
super 60:1
supplement 122:23
suppose 113:24
supposed 30:21
31:17,21 51:18 84:7
121:19
suppressant 93:4
95:13 107:6 110:2
130:2
sure 5:17 11:18
12:12 14:19 26:9
33:22 35:4 49:1
51:23 54:2,10 56:18
63:8 67:2 74:12
76:22 83:10 85:6
88:17 89:4 92:17
94:16,18 100:13
101:1,4,15,17 104:3
106:4 108:14 114:7
115:18 120:11
121:19,21 122:24
127:15 132:7 134:7
surprise 122:22
suspended 37:7,14
swear 4:20
sweet 112:11
Swiss 10:6 15:19,20
23:3,12,14,17 24:9,
11,19 25:8,15,20
26:15 58:17 72:23
73:1,15,16 77:11
106:2,3,5 108:6
112:1,9 113:2
120:21 121:1,24
125:23 126:8,10,14,
18 127:4,6,10
129:10,12,21 130:1
switched 68:20
sworn 4:21,24
syrup 63:5

T

T-R-I-N-I-T-Y
42:18
T-SHIRTS 40:14
tag 86:18
take 6:19,20,23 9:4

21:2,22 27:1 29:6
33:16 59:23 64:24
72:16 85:3 88:9
89:3 99:14 116:13
131:20 132:4
taken 47:17 67:22,
23,24 95:24 123:1
132:10
taking 4:8 5:6,18
15:23 33:24 120:21
127:18 130:4
talk 6:4 8:20 11:21
16:17 32:1 34:1
36:22
talked 43:21 54:7
61:15 71:22 72:1
102:7,8
talking 5:23 11:4
24:21 25:6,10 26:10
31:2,3 36:2,3 48:22
58:9 96:5 126:14
tampons 96:11
tar 99:11,12
Target 45:6,7
taste 57:5,15 74:3
104:6
tasted 16:16 72:7
tea 17:13 59:12
103:19 110:19
tech 41:9 59:9
technically 58:19
59:1,19,22
teenager 53:15
teenagers 36:22
tell 94:1 96:7 100:18
124:20 128:13
129:5
telling 110:3
tells 112:16 117:21
ten 8:6 37:20 43:9
102:2,3 126:21
term 28:3
terms 12:5 20:19
21:5,9 101:4
testified 4:24 29:11
99:20,24 115:12
118:20
testimony 6:2 7:5
48:4,7 58:6 118:9
than 14:16 23:3,12,

14,15 24:4,16 55:7
57:5,13 58:19 60:8,
16 67:3,17 73:2
92:8,11,19,24 99:9
103:9,18 104:20,23
106:8 111:2 124:12
125:6,23 126:8,14,
18 127:24 129:22,
24 130:21
thank 5:17 20:3
34:18 42:7 63:6
72:17 79:10 80:16
81:9,10 82:1 83:5
84:13 117:19
125:18 128:18,19
132:19 135:17
that 5:7,14,20,24
6:7,12,17,24 7:2,11,
14,15,18,20 8:2,20,
21 9:4,6,8,20,22
10:4,6,7,8,17,19,23,
24 11:3,7,10,14,15,
17,19 12:2,6,7,9,13,
14,17,20 13:3,6,10,
16,19,20,23 14:7,8,
9,10,12,15,17,18,
20,21,22 15:2,11,
12,14,15,19,20
16:13,16,18 17:2,4,
11,19,21 18:3,9,16
19:2,4,5,7,9,13,20,
23,24 20:7,13,15
21:9,13,15,16,19
22:5,16,18,20,23,24
23:2,3,5,14,16,21,
22,23 24:1,2,4,8,11,
14,15,16,18,23,24
25:1,2,6,7,9,13,14,
19,23,24 26:14,18,
22,23 27:6,10,16
28:3,5,17 29:4,6,11,
13,14,15,16,17,21,
22,23 30:6 31:12,
15,16,18,19,20
32:9,11,20 33:1,3,
10,12,13,22,23,24
34:9,12,14,15,19
35:4,15,18,21,24
36:8 37:10,15 38:5,
13,15,16 39:1,2,18,
24 40:7,9,24 41:6,
10,12,14,16,17,18
42:6,17 43:6,10,12,
14 44:4,6,14 45:12,
19 46:4,12,15 47:9

48:1,11,14,18,24
49:6,7,22 50:2,18
51:4,5,6,12,13,15,
17,18,24 52:3,5,7,
21 53:3,14,18
54:14,20,23 55:1,4,
10,12,14 56:2,4,5,7,
11 57:6,21 58:7,14,
17,18,22 59:1,5
60:2,4,14,15,17,19,
23 61:3,5,10,12,13,
16,20,22,24 62:2,4,
6,8,10,12,14,18
63:8,11,14,16,19,22
64:1,4,7,10,13,16,
19,22,23 65:3,7,8,
15,18,21,23 66:1,
11,14,16 67:21,22,
23 68:8,15 69:24
70:14 71:6,7,12,15,
16,18,23 72:2,9,20
73:2,3,5,7,11,13,15,
16,22 74:2,7,8,10,
12,19,21 75:5,11,
12,22 76:3,4,5,6,11,
12,15,17,21,22,23,
24 77:3,4,6,8,9,10
78:2,3,10,14,21,22,
23 79:1,3,8,12 80:1,
3,11,13,22,24 81:3,
11,14,19,21 82:2,6,
9,13,14,21,22,24
83:6,13,15,20,24
84:2,22 85:3,6,20,
21,24 86:2,4,10,11,
12,20,21 87:3,4,7,9,
10,11,13,14,15,22,
23 88:5,24 89:12,
17,18,20,22,23
90:5,6,12,14,17,24
91:1,4,6,7,9,17,20,
23 92:19,21,23
93:5,8,15 94:4,7,8,
17,24 95:1,8,12,16
96:5,6,10,14,15
97:3,4 98:4,17,20
99:4,8,12,13,14,16,
20,24 100:3,4,14,18
101:1,2,5,13,15,16
102:1,16,18 103:1,
8,10,13,14,22,23,24
104:5,13,14,15,19,
22 105:1,2,4,6,10,
12,13,16,19,21,22,
23 106:2,4,5,6,8,10,

11,15,16 107:3,10,
12,15,17,20,22,23
108:2,11,16,18,23
109:2,9,11,21,22
110:2,4,11,14,15,
17,21,22 111:8,16,
20,24 112:1,8,9,11,
14,18,19,20,24
113:1,3,4,5,9,18,22
114:1,8,9,11,12,13,
14,16,20,23 115:3,
5,6,8,12,21,24
116:1,4,12,14,18,
20,23,24 117:5,6,
10,14,19,21,23,24
118:3,4,6,7,16,19,
20,21 119:1,6,9,12,
13,14,15,20,23
120:2,7,8,9,14,20,
22,23 121:1,3,4,8,
12,15,17,20,21,22
122:1,21,22,24
123:2,6,7,23 124:3,
11,13,15,19,20,23
125:3,6,7,13,19,20,
24 126:2,4,7,9,12,
18,20,21,24 127:7,
9,15,16,17,19,20
128:2,7,9,14,16,20,
23 129:8,9,10,16,
17,19,20,21,22
130:1,12,14,18,19,
23 131:3,10,12
132:15,22 133:1,6,
18,20 134:2,3,5,8,
13,15 135:2,3,4
136:13 137:6
that's 7:17 14:13
15:5 20:21 26:14
27:1,13 30:14 35:9
36:21 41:16 42:7,24
44:1 45:6,15 47:3
48:17 54:12,21 55:8
57:10 58:3,10,18,
21,22 59:23 61:6
63:10 69:12 73:4,17
78:8,9,21 80:12
81:2 82:21 85:2
87:18,22 90:19 92:4
94:19 97:22 99:5,6
101:5 102:14
103:19,21 104:5,6
105:1,2,11 106:19,
24 107:3 110:5,6,24
112:9 113:19,23

115:21 116:16
119:1,3 120:2,23
122:6,9 123:15
124:22 125:20
126:12,14 127:12
130:3 131:15 136:1,
19

**the** 4:1,2,3,4,6,10,
12,19,20,23 5:16,18
6:10,11,15,16 7:1,
11,15,20 8:6,10,11,
12,13,14,15,19,20,
21 9:17,19 10:5,7,8,
9,11,13,15,22,23
11:11,15,18 12:1,4,
7,8,9,10,15,20,24
13:1,4,10,16,19
14:2,5,8,10,11,14,
19,20 15:1,3,10,15,
17,18,20,21,23,24
16:3,6,10,13,17,18,
20,22 17:2,3,5,10,
13,18 18:2,5 19:2,7,
11,12,14,15,16
20:7,10,11,13,15,
19,20 21:5,9,12,19,
23 22:3,10,11,13,
15,22,24 23:1,2,8,
11,13,15,16,22,24
24:2,8,10,11,12,18,
21,24 25:1,3,4,7,8,
11,15,17,18,20,21
26:2,5,7,10,11,15,
18,20,22 27:2,11,
16,18,20,21 28:1,7,
15 29:6,7,13,15,17,
22,23,24 30:2,5,6,7,
8,18,24 31:6,9,16,
23 32:8,9,10,20
33:1,4,5,6,7,8,9,11,
14,15,22,23,24
34:6,9,10,12,15
35:18 36:22 37:12,
20 38:12,15,18
39:6,9,20 40:1,7,15,
19,21 41:4,7,8,18
42:13,14,15,20
43:4,5,8,17,19
44:10,11 45:24
46:4,5,9,11,12,23,
24 47:4,9,14,15,18
48:3,6,10,13,16,17,
23 49:2,3,8,9,15,17,
18,19,21,23 50:2,4,
5,7,13,18,22 51:2,4,

5,9,13,17,20,23,24
52:7,10,13,15,17,21
53:5,10,11,16,19,
21,22,24 54:2,4,5,7,
8,10,16,19,20,21,
23,24 55:1,2,5,8,9,
10,15,20,23 56:10,
12,13,14,15,16,18,
21 57:1,8,10,11,14,
15,22,23,24 58:4,7,
8,10,20 59:22 60:1,
2,20 61:3,4,12,21
62:16,17,20,22
63:6,9 64:20,21,24
65:1,2,7,8,15,17,19,
20,22 66:9,13,24
67:6,9,12,16,18,20,
23 68:11,12,14,15,
19 69:6,23 70:5,7,
11,18,23 71:1,2,3,5,
7,8,9,11,14,16,18,
20 72:4,6,11,12,14,
18,23,24 73:1,4,7,8,
9,12,20 74:4,19
75:8 76:5,8,9,11,13,
21,23 77:5,6,22
78:2,11 79:6,11,12,
21,22 80:10,13,17,
21 81:12 82:3,11,14
83:7,17,24 84:7,17,
21 85:2,11,15,23
86:2,5,7,8,10,17,19,
21 87:1,2,4,11,19,
23 88:12,17,21,24
89:6,7,12,21,22
90:15,17 91:2,6,11,
12,14,17,20,23
92:6,7,22,23 93:3,4,
7,9,10,11,12,13,14,
17,18,21 94:1,6,7,8,
9,10,11,17,22 95:1,
5,6,8,12,16,20,22
96:1,4,5,17,23 97:3,
4,6,7,9,10,11,14,15,
17,21 98:2,7,8,9,13,
18 99:5,14,17,18
100:8,9,11,12,15,
22,23,24 101:10,11,
13,15,23 102:6,9,
15,18,22,23 103:1,
2,4,8,16,18,20,23
104:9,18 105:6,9,
10,18,23,24 106:6,
8,13,14,15,17,22
107:4,9,15,17,23

108:3,12,13,14,20,
24 109:2,6,9,16,18
110:3,12,16 111:5,
8,12,13,14,15,17,
20,23 112:2,3,7,10,
11,12,13,15,16,17,
22 113:3,4,6,10,11,
16,17,20,21,22
114:2,5,10,15,16,
18,20,22,24 115:2,
6,7,13,17 116:3,6,8,
10,11,17,21,24
117:2,3,11,16,17,
20,24 118:4,5,6,8,
10,12,13,14,18,19
119:2,7,11,12,13,
15,16,17,20,22
120:2,10,13,16,19,
22 121:1,3,7,22,24
122:1,2,13,17,18
123:12,14,16,18,20
124:5,6,7,12,15,19,
21 125:6,11,12,16,
19,22 126:3,7,8,10,
13,14,16,17,19,22
127:1,2,5,7,8,9,15,
17,18,23 128:1,2,6,
7,12,13,16,21
129:3,4,5,7,9,10,11,
14,15,18,21,24
130:2,6,8,9,14,15,
16,20,21,22,23
131:3,4,9,11,13,15,
21,24 132:2,6,8,11,
23 133:1,4,5,6,7,8,
10,14,17,22 134:2,
4,21,22 135:1,4,13,
14,16 137:1,2,4,6,8

**their** 39:21 42:12
44:21 45:20 55:17
57:19,20 69:14
73:12 87:17 106:17
113:10,18 120:5
121:3 134:4,5

**them** 17:7 19:6
20:20 33:16 38:17
40:18,19,20 44:10,
11,18,20 57:20,21
60:22 61:1,2 69:4
70:20 82:13 84:9
85:3 97:11 98:18
102:1 108:15,17
117:7 124:17
127:10 130:23

**theme** 130:22

**themselves** 4:10

**then** 13:7,11 14:21
24:24 38:10,20 39:2
46:23 52:24 55:20
57:21 74:23,24 76:6
82:17 84:2 85:19
98:5,7 101:10,11
102:5,8 110:14
116:2 124:19 125:4,
5 129:16 131:8,17
132:5 133:12

**therapeutic** 121:10,
15,17 122:2,5

**therapy** 59:5

**there** 6:24 7:4
10:13,21 11:23 12:7
17:2,3,4 19:4 21:12
22:5 24:3,4,8 25:13,
15,23 26:14,20,23
27:6,19 28:3,17,22
29:21 30:14 33:23
38:12,13 43:15
46:14,15 53:8 59:9,
10 61:1,10,16 62:18
65:2 69:10 71:5,6,7,
8,10 74:9 75:4,6
76:7,22 77:7,8 78:1,
3,15,21,22 79:12
80:6,8,20 81:1,11,
15 82:21,22 83:6
84:15 85:1,2,17,19,
22 86:17,18,21
87:3,5 90:3,5,16,17
91:3 92:16 93:8
94:7,16,18 99:3,8
101:5 102:21
103:17 104:14,20,
22,24 105:10
106:14,15,19,20
107:7,10 108:2,24
110:4,5,6,14
111:16,21 113:5,14,
21 114:8,9,14,20
115:5,18,19,21
116:14,16 117:11,
17 118:6,7,9,10,11,
12,14,16,21 119:4,
6,9,15,17 121:24
122:13,20 123:14
124:11,20 125:3,4,
13 126:9,12,24
127:4,5,15,16,17
129:21 131:8

133:19 134:1,2,3
136:5,6

**there's** 98:3

**therefore** 112:23

**these** 18:13 77:3,11
80:9 85:11 86:2,4
96:7,14 106:2,4,8,
18 108:6,13,18
112:22 118:16
119:12 120:21
124:18 130:4 134:6
135:6

**they** 4:11 11:8,12
31:15,21 37:9,13
38:16,21 39:24
40:11 41:15,17
45:12,20 53:6 55:16
57:4,19,20 59:20,23
68:17 69:11 72:21,
22,24 73:21 74:2
75:5 82:6,17,19,20
84:1,8 85:3 93:15
96:10,15,17 99:3
106:18,19 107:23
108:12,14 110:14
113:3,5 114:3,12
118:16 121:3,5,6
123:23,24 124:19
130:1 134:2 135:7,9
136:12

**they'll** 86:18

**they're** 31:17 60:9
67:19,20 70:3 72:23
73:5,6 86:20 98:14
110:13 112:12
113:15 120:5 121:4
125:2,13 134:7

**thing** 14:8 15:15,17
26:10 40:3 41:7
58:7 60:8 76:24
85:23 99:15 100:24
103:19 116:11
117:5 123:2 130:9
134:8

**things** 20:21 32:12,
14,17 59:5,11 60:1,
10 66:5 69:10 71:1
77:3 78:23 80:9
90:15,17,20 91:4,12
92:23 103:8 110:4
115:3 121:6 123:6,7
125:10,12,13 134:3
135:6

**think** 6:4 11:12
15:7,19 17:12,15
18:19 19:2,5,6 21:9
35:3,14 37:5,11
38:5,9,16 40:23
41:1 43:7 44:22
45:6 46:3 47:7,9,10
52:1 57:21 58:16,
18,20,22 59:15
67:16 69:11,12,18
71:13 73:11 74:2
76:11,15 78:1 85:14
87:13,15,20 90:9,10
92:9,10,12,16,19,21
94:15,20 98:11,13,
15 101:22 102:7
104:8,10,16 105:12,
16 106:2 108:13,20
109:15,16,22
112:18 114:5 116:7,
24 119:23 120:9
121:6,17,18 122:24
123:13,23 127:14,
20,22,23 133:9
135:1

**thinking** 15:11 26:7,
8 44:1,2 59:3 91:9,
10,11 112:5,23
127:17 130:4

**third** 79:7

**this** 4:2 5:12 9:14,17
10:1,12 11:21,23
13:2 14:12 16:2
19:19,23 20:5,7,16,
18 21:1,5,9,17,22
22:4,7,8 23:7,8,16,
24 24:5,15 28:6,9,
12,14,19,22 29:1,13
38:8 47:10,24 49:18
57:21,22 58:9 61:8,
9 62:17 63:6,11,16,
19,22 64:1,4,7,10,
13,16 66:5 68:13,19
72:19 75:7,15,17,
19,23 76:5,19
77:16,20,23 78:20,
21,22 79:8,14,15,17
80:9,14,18,19 81:1,
7,13,23 82:4,5,11,
19 83:4,9 84:10,19
85:8,18 87:21
88:22,24 89:6 91:4
94:5 95:1,8,12,16
96:24 97:2,10 98:24
100:20 101:8,11,14,

24 102:6 103:22
104:12 106:4
108:15,19 109:9,11,
13,18 110:13
112:22 113:1
114:15 115:20,21
116:10 117:21
118:17,18 119:8
120:4 125:16 126:5,
7,13,24 127:4,12,20
128:2,7,11 129:3,9,
14 130:3,5 132:5,
15,18,20,24 133:1,
7,11,17,18 134:24
135:1,5,6,11,21
136:3,11

**Thompson** 4:7

**those** 9:16 17:1 18:7
21:4 31:4 39:22,23
40:17,22 43:11 47:1
59:18 60:1 62:24
63:7 65:9 66:19
67:14 69:2,3 70:12,
18 72:20 75:1,3
79:16 86:7,14,24
89:17 90:4,12 93:9
94:20 96:21 100:7,
11,15 108:14 110:5
112:13 113:1 125:1
126:9 130:6,22
134:18

**though** 58:19 60:14
66:12 75:4 91:8
101:18 124:24

**thought** 10:7 14:15,
20 19:10 24:15
38:19 40:1 41:9
66:13 77:1,10
108:16,17 113:23
118:1 123:6 125:7

**three** 22:13 26:23
29:9 42:11 43:11
44:15 49:3 54:19
65:6 67:4 68:10
71:7

**threw** 49:20,22
51:22

**throat** 15:22 16:1,4,
5,6,8,11 17:16,18,
22 18:15,17,21 19:1
44:13 51:18 53:6
55:15,16,17 56:1
57:20 58:23 59:6,12
69:22 72:7 91:7

104:4 122:9 130:2,5
131:18

**through** 5:15 18:5
20:20 21:20 24:22
39:5 61:4 76:24
86:10,24 101:9
102:1 123:7 134:13

**throw** 33:14 86:21
99:5

**throwing** 134:22

**thyme** 59:9 61:24
62:8 63:4,20 64:8

**tied** 74:21

**Tiktok** 36:10,13

**time** 4:4 6:14 8:12
10:23 11:18 12:9
13:4,6,10 14:2,3,10
15:3 19:14 24:15
29:13,15,17,22,23
34:9,12,14 37:1
38:5,18 46:4 47:15
49:2,21,23 50:7
51:20,23,24 52:21
53:11,14,18 54:8,
10,20 55:4,12,23
57:1,8,12 63:6,8
69:23 72:6 74:6,13
85:18 89:3 92:23
95:22 97:6,21 98:8,
9 99:18 101:11
111:16 114:11
122:18 132:8,22
135:11 137:1

**times** 6:3 33:11 38:8
39:2 44:15 59:23
75:5 98:22 101:19,
21 102:5,8 104:11,
16 115:17,20 116:3
122:17 134:5

**tin** 67:15

**title** 79:12

**to** 5:15,19,20 6:2,4,
11,14,15,16,19,20,
21 8:8,21 9:1 10:12,
14,15,23,24 11:4,8,
10,13 12:18 13:8,
11,12,13,17 14:3,5,
12,16,17,22,24
15:5,7 16:3,4,11,13
17:7,8,18 18:5,9
19:8,9,14,22,23
20:13 21:21,22,24
22:3,13 23:1 24:5,

12,18 25:4,19 26:9,
21,22 27:1,3,7,13,
24 28:1,14,19,22
29:6,9 30:3,21
31:12,17,21,23
32:1,9,24 33:6,9,22
34:2,4,6,19,21
35:17,19,24 36:16,
21,22 38:8,9 39:5
40:11,13,15,16
41:1,2,3,8,12,14,17
42:6,13,14,20,23,24
43:19 44:9,10 46:3,
19 47:2,12,23 48:3,
6 49:14,17 50:2,8,
11,14,15,21 51:1,3,
9,18,24 52:9 53:3,6,
17,21,23 54:11,14,
17 55:16,17 56:10,
16 57:20,22,23
58:3,9,11,19 59:16,
24 60:4,8,9,13,18,
20 61:2,7,15,21
62:17 63:14 64:20
65:1,16,19 66:16,23
67:21 68:5,11,18,23
69:2,5,13,16,21
70:5,7,11,14,22,24
71:1,14,16 72:8,15,
18,19,20,24 73:9,14
74:7,8,21 75:2,22
76:1,7,12,16,18
77:11,13,16,17,23
78:23 79:8,11,20
80:5,13,14,17,20
81:2,6,11,14,23
82:8,19 83:6,11
84:2,8,15,21 85:1,6,
19 86:12,13,15,23
87:4,5,13,19,23
88:9,12,13,15 89:2,
4,14,15,16,17,22
90:9,11,12,20,21
91:11 92:20,21,24
93:2,4,12,24 94:1,8,
13,15,17 95:13,17
96:8,11,20 97:3,5,
14,17,21 98:5,6,12,
24 99:2,3,9 100:4,
12,14,15,18,19
101:2,3,15,17
102:2,3,9,10,13,19,
21,23 103:4,13,17
104:3,5,6,7,8,12,24
105:1,3,5,11,15,17,

21 106:6,7,17
107:1,4,5,9 108:5,
19,20 109:3 110:7,
13,15,17 111:9
112:6,7,8,9,10,11,
13 113:4,14,17
114:4,10,12,14,16,
19,22 115:5,8,9,10,
24 116:12 117:6,9,
10,15,20,21,23
118:2,5,9,11,12,15,
18,23 119:2,3,16,
17,22,24 120:2,4,9,
10,19,20,23 121:1,
8,19 122:12,16,22
123:3,5,14,15,20
125:15 126:10,19,
22 127:23 128:5,14,
16,17 129:7,11,14,
22 130:4,6,9,15,17
131:3,13,20,22
132:21 133:8,17
134:8,9,12,24
135:7,8 136:13,17
137:4,6

**today** 5:7 6:2,10 7:5
12:23 19:5,23 41:9
58:1,2,6 87:12
102:22 103:1
110:20

**today's** 4:4,7 8:8 9:1

**together** 40:21
130:7

**toilet** 54:13

**told** 56:9,10 58:8
84:2 96:18

**tons** 98:3

**too** 38:18 39:21 40:3
46:7 71:14 103:21
105:4 112:12

**took** 48:2 82:6 97:11

**top** 17:5 21:12 22:15
52:11 71:9 79:9,22
80:15 81:23 83:3
84:11 85:11 87:11
92:5 128:1

**topclassactions.com**
78:12,19 86:3

**topclassactions.com.**
81:8

**topic** 105:2

**topical** 33:13 59:4
66:18,20 92:12,15,

16

**topicals** 66:10 90:3

**toss** 76:5 112:12 114:5

**tossed** 55:9 65:22

**total** 101:23

**touch** 123:16

**towards** 130:19

**town** 98:16

**TP** 74:16

**track** 67:21

**Traditional** 45:21

**transcript** 137:5,7

**transparent** 14:14 24:11 72:22 76:6 77:12 105:11

**Treasurers** 40:6

**Treasures** 132:15, 20

**Treasures/bunny** 41:6

**trickled** 105:15

**tried** 38:11,17,20 66:16 88:1 110:15 117:24

**Trinity** 42:16,22

**tropical** 30:22

**true** 14:6 27:10 61:24 62:2,4,6,8,10, 12,14 89:13,18 98:17,20 114:17

**Trump** 37:17

**trust** 114:16

**truthful** 102:14

**try** 5:19 6:23 24:5 32:23,24 38:21 57:21 70:24 87:13 96:10 99:10,16,17 103:13 105:19 110:13,16,18 112:6 122:16

**trying** 14:12 16:3 38:9 41:1 42:23,24 46:3 50:14 51:24 72:8 75:22 76:7 90:9 92:20 101:3 129:7 133:8 134:12 136:13

**tumblers** 40:11,12, 19

**turn** 19:14 21:21 26:21 27:13 28:14 79:11,20 80:17,20 81:11,14 82:8 83:6, 11 84:15 89:15 93:12 98:18

**TV** 74:14

**twice** 37:11

**Twitter** 35:11,13

**two** 14:1 21:22 22:13 29:9 44:15 45:15 49:3 54:19 57:3,5 67:4 84:15 125:21,22 126:21 133:9,11 134:19

**two-year-old** 134:22

**type** 41:7 59:5 60:8 99:15 103:19 113:16,23 125:6

**types** 65:4 98:20

**typically** 31:15,23 33:3

**typographical** 127:21 128:9

---

**U**

**uh-huh** 17:9 21:14 22:1 24:7 28:16 29:8 46:1 61:11,14, 17 73:21 81:16,18 82:10,17 83:16,19 84:16,23 85:1,14 93:6 103:15 107:14 109:1,8 116:15 132:17 133:21

**ultimately** 77:9

**under** 5:7 27:16,21 50:1 59:5 67:8,11 68:7 80:11 102:24 104:6

**understand** 5:7 6:7, 9,17,21,22 7:2 8:19 10:12 13:7 20:21, 22,24 24:6 32:9,11, 20 75:22 78:10 105:19 118:9 136:19

**understanding** 25:19 28:5 31:7 60:11 66:7 86:6 93:16,20 102:11

**106:9**

**understood** 6:12 111:16

**unemployed** 42:4

**unemployment** 84:9

**unhappy** 14:9,10 71:23 72:2

**unit** 99:4

**unless** 6:15 75:4 98:14 114:14

**unsure** 90:9 93:19 121:18

**until** 41:9 133:8,9

**up** 10:15 18:9 29:24 37:6 40:1 43:7 45:5 49:4 66:16 72:15 74:24 87:18,23 88:12,13 94:15,17 99:6 101:22 102:13 103:12 105:2 108:5 112:11 116:8,11 123:20 129:17 132:5 133:8,9 134:8

**update** 80:8 81:1 86:18,22

**updated** 87:14 134:3

**upon** 97:9

**upper** 93:13 109:2

**upset** 12:18 14:14, 21 71:15 76:23

**us** 4:15 5:15 27:24 70:13 90:15

**USA** 4:3

**use** 10:7 16:1 24:17 32:8,23,24 33:6 34:6,19,22 35:6,9, 15 36:16,21 37:4 40:16 46:9 52:19 59:4,12 66:9,10,11 73:14 74:8 76:5 92:15,22 104:17 110:18 131:17

**used** 7:15 10:22 12:1,2 14:19 30:20, 23 33:12,13 34:8,9, 12 35:17,19 36:16 40:11 41:2 44:9 48:9,12 50:4 65:16 66:18 76:4 82:3,13 116:2 121:5,9,13,21 122:1 124:7

**user** 79:3

**using** 12:15 21:16 34:5,11 73:17 127:4

**usually** 33:5 34:1,7 47:2,3 52:9,11,17, 19 54:14,20 55:8 58:2,13,18 64:23 65:1,2,17 66:22 67:4 68:4,6 69:20 70:3,4 71:1 74:9,15, 16 87:13 90:18,19 91:5 92:5,7,14 94:3, 5 96:17 97:7,8,19 98:3 99:10 103:19 122:19,20 123:8

---

**V**

**vague** 136:10

**valueless** 102:19

**vanilla** 108:17,18

**Vapocool** 43:24

**vapor** 58:21 92:10

**Vaporub** 44:1 66:13 91:2 92:10

**variations** 12:15

**varieties** 16:24 17:1

**variety** 60:8

**various** 47:6 103:8

**versions** 11:15

**very** 15:14 26:9 34:12 35:6 38:4,13 49:23 52:20 53:14 58:3,4 69:9 70:4 76:12 79:21 107:3 113:4 114:21 116:22 122:22 135:15

**Vicks** 43:24 44:1 66:13 91:2 92:10

**video** 4:2,4 137:3

**VIDEOGRAPHER** 4:1,19 8:12,15 47:15,18 54:2,5 56:14,18,21 95:22 96:1 132:8,11 137:1

**videos** 39:23

**view** 92:2 111:19 118:2 124:8

**violated** 13:15

**visited** 78:11

**vitamin** 116:6,16 122:19

---

**W**

**wait** 88:7

**waived** 137:13

**wallet** 97:22

**Walmart** 45:2 48:17 49:7 50:1 51:24 52:1,5,7,9 54:14,24 55:1 56:6 57:7 60:9 70:1,3 74:17 83:4, 18,23 84:6 99:4

**want** 6:5 10:12 11:14 21:21 22:3 23:1 26:21 27:13 28:14 41:2 47:12 55:16 56:16 57:23 61:15 62:17 70:4 72:15 80:17,20 86:12,13 88:9 89:4, 15 92:21 93:2 105:12 107:5,9 117:20 118:9 121:8 131:20,22 134:24

**wanted** 14:5,22 41:2 60:7 117:20

**wanting** 101:2 114:10

**warranty** 74:15

**was** 4:24 9:6,8,18 10:3,5,8,13,20 11:6, 7 12:2,5,6,7,10,13, 14,17,19 13:5,6,10, 12,16,19,20,22 14:5,6,9,10,16 15:3, 11,15 16:1,17 17:2, 3,4,18,19 19:2,7,8 20:15 22:8,10,22 23:8 24:16 26:14 27:11 29:14,15,18 34:13 35:18 37:11, 15,16,17 38:9,14,19 39:21 40:3,8,10,12, 16 41:1,7,9,14 42:23 44:6,14 46:5, 14,15 47:17 48:13, 23 49:2,8,11 50:5,7 51:18,20 52:1,3,10, 13,18 53:16 54:8,16 55:8,20,23 56:2,5,9

57:1 58:8,9 59:24
61:20 65:15,16 67:2
69:23 70:23 71:5,6,
7,8,18 72:4 73:24
76:23 77:1,4 80:24
81:3,21 82:21,24
83:20,24 84:7 85:2,
18,19,20 86:9,10,19
87:4 88:2,5,24
93:13 95:24 98:6
101:13,15 103:21
104:19,20 105:7,22,
23 106:6,7,24
109:15,16 111:9,16
114:12,14,18,23
115:2,8,18 116:5,9,
12 117:5,6,17,18
118:1,6,10,13,14,
15,21 119:6,9,12
122:22,24 123:1,2,
19 125:7,16 127:20
128:21 129:10,19
130:8 131:11,18
132:10,22,23 133:5
134:1,19 135:3,4,6,
8

**wasn't** 14:20 40:3,
10 71:13,15 77:1
87:3,5 114:20 117:6

**wasted** 14:18

**way** 21:17 36:22
58:22 76:19 77:20
95:2,4,9 113:11
121:2 127:7,15,19

**Wayne** 4:6

**ways** 121:23

**we** 4:15,16,17 5:19,
23 7:1 8:15 9:15,19
11:9,10,11,12,13,15
19:20,24 25:9 26:24
27:7,15,22 28:2
29:5 38:20 43:11,
13,14 44:10,11 46:4
48:2 50:18 53:24
54:7 56:24 57:4
61:15 62:16 66:9,
11,14 67:21,22,23
68:5,12 74:19 76:5
83:22 87:11 88:9
89:20 92:22 93:7
95:20 96:4 101:1,
17,18 103:19,20
108:14 110:18
111:5 125:19

128:15,16,19 132:5
133:7

**we'll** 6:23 26:9
88:20 128:17 132:5

**we're** 4:1 5:19 8:12,
20 26:10 29:5 46:22
54:17 58:3 127:16

**we've** 19:6 47:9,11
101:4,10,22 102:7
104:10

**website** 22:10 37:8
78:11,14 79:1,4
85:12,16 86:3 87:11

**Wechat** 36:7

**Wedderspoon** 45:13

**week** 13:5,7

**weird** 66:11 113:23
122:6

**Welcome** 47:21

**well** 6:22 12:12
15:11 20:2 23:13
49:11 58:4 59:10,22
60:6 70:21 72:13
78:18 80:8 83:18
86:19 90:14 91:4
93:10 94:5 98:18
111:1 115:22 116:3
117:3 118:5,17
122:9 126:20 127:3
131:8 134:6 136:17

**went** 9:19 14:6 47:9
69:22 71:14 72:8
89:20 96:4 101:1

**were** 10:17,24 11:3,
4,12,22 13:3 14:3,
10 16:2,3 18:7
21:10 23:7 37:23
38:7,16 39:22,23
40:11 43:11,13
65:18 67:14,16
70:8,12,14,18 71:3,
22 72:1 86:7,23
93:15 96:4,6 102:23
105:5,21 107:10
112:3 123:6 127:4,6
132:23 133:6,7,14,
22 134:12 135:2

**weren't** 44:10

**what** 5:20 7:9,18 8:8
9:1,18 10:4,8,10
12:4,10,13,19 13:16
14:5,20 15:10,17,21

16:3 19:8 20:22,23
22:7 23:11,14,21
24:4 25:2,5 30:12,
16 31:7 34:8,24
35:4,18 36:8 37:2,6,
15 40:1,9 41:23
42:3,12,15,22,24
44:1,8 46:2 49:8,18
51:15,17 52:12
53:1,16,22 55:8
58:9,15 59:15,18,23
60:23 65:3,16 66:7
68:18 70:11,22 71:3
72:18 73:4,9,17
75:17 76:1,13 77:1
78:5,8 79:3,16 80:6
83:23 85:7 86:16
87:2,20 88:5,20
89:9,21 90:23 91:5
92:15 93:12 94:23
96:8,21 97:8 99:6
100:3,20 101:2,3,17
102:11,14 103:19,
21 105:15 106:24
109:13 110:3,18
111:23 112:3
114:10,16 115:9
121:18 122:5,23
123:18,19 125:8
126:12 128:12,21
129:4,7 130:2,3
133:24 134:8,18,20
136:11,13,18

**what's** 19:15 35:7
43:2 65:2,17 69:6
87:24 92:23 100:9
117:21 120:22
124:5

**whatever** 15:23
19:12 33:2,14 46:21
58:18 85:23 86:18
94:18 97:24 102:10
104:4 117:7 121:23
122:21 124:22
125:12 130:3,21

**Whatsapp** 36:15

**when** 5:23 9:4,10
11:3 12:13,17 13:22
15:3,7 21:23 22:11
23:7 24:12 25:6,10
27:2 29:7,21 31:2,
14,18,22 34:13
37:16 38:7,9 39:23
40:14 41:17 43:13

44:13,14 46:19 47:3
48:23 49:17 50:8,
11,15,18,21 51:1,8,
15,20 54:8,21 55:4,
23 56:1,2 57:1 58:8,
16,22 64:23 65:18
74:10 76:20,21 78:2
80:6 82:21 85:2,22
86:16 89:9 96:14,23
97:19,23 98:17
99:17 110:15 112:4
113:15 114:2,5
116:1 119:22
126:17 128:11
129:2,16,18 130:3
131:17 133:7,11
134:3

**where** 10:16,20 18:5
22:10 26:5,14 33:3
37:23 39:17,19
48:9,12 49:6 52:10
54:12 56:5 57:6
58:3 74:18 88:3
94:11,20 98:2,23
113:20 119:14
124:13 129:17,18

**whereupon** 47:17
95:24 132:10

**whether** 11:4 12:23
25:14 65:11 72:11
86:6 87:16 115:15,
23 117:11,15 118:3,
12,23 119:17
122:15 123:3
131:18

**which** 6:3 48:15
54:18 56:2 58:12
59:23 63:2 75:5
89:16,21 90:11
92:10 93:14 94:1
105:15 107:10
108:4,13 112:17
116:10,22 119:3,24
122:8,12,18 125:10,
14,16 126:10,11,22

**while** 37:16 38:10
46:15 57:3 85:21

**white** 78:23

**who** 9:8 13:7 22:20
23:5 43:16 53:22
58:9 94:11 100:3
110:5 122:10 126:2
134:7

**whoever** 88:12

**whole** 68:11,14

**why** 7:4 16:2,13
17:21 29:20 39:16
42:7 50:2 51:12
53:5,13 55:14
57:14,18,24 59:1
60:4 65:14 66:2
69:19 78:19 90:11,
19,24 92:5 93:16,20
103:16 108:11,20
109:24 119:3
120:18 121:12
130:14 131:7,8
133:22

**wild** 44:10 61:24
63:4,20

**will** 4:10,19 6:10
11:10 27:22 61:8
84:10 88:20 99:10
134:8,10 135:15

**willing** 102:21 103:4

**winter** 68:6

**with** 5:16 6:22 8:19,
22 11:15 13:23
14:2,11,22,24 15:1
16:15 17:10,13,18
18:3,9,12 19:12,15,
18 20:7 21:4,15,18,
23 22:11 23:2,8,22
24:1,8,11,21 25:2,
17 27:2 28:1,3 29:2,
5 31:15,16,18,19,23
32:2,3,5,6 33:2
34:1,3 36:21 39:21,
22 40:7 43:16 45:15
46:24 52:19 57:22
58:2,5,24 60:7,19
63:11,16,19,22
64:1,4,7,10,13,16
68:12 71:18,23
72:2,5,6,11,23,24
74:23 80:9 82:4
86:2 87:4,5,14 90:1,
2 91:2 94:13,22
97:22 98:11 100:9
101:7 102:3,5,8
104:3 106:11 110:5,
11,21 111:20,23
112:18 113:9 115:1,
18 116:3,5 117:22
121:13 122:18
123:1,7,9 125:16,20
127:1,8 129:17

130:12 131:9,18
132:23 133:12,24
134:4,21 135:15
136:8

**within** 8:6 13:5,7,19
14:1 16:7,9 22:11
112:5

**without** 27:8 33:16

**witness** 4:20,21
47:14 88:12,17
128:21 129:7
131:21,24 132:2
135:13,16

**woman** 13:16

**wonderful** 117:4
120:7

**word** 32:8 77:3
89:12 96:19 120:21
124:6 127:7

**words** 8:21 14:12
76:7 127:23

**work** 51:19 69:22
72:13 74:2 84:6
90:19

**worked** 37:24 38:3
39:6,9,12 72:7,13
83:18,24 84:7
131:18

**works** 50:19 72:12
92:19,21

**world** 119:2

**would** 5:8,21 7:20
9:22 11:6,8 13:4,9,
19 15:18,20 16:1,20
17:19 18:3 20:22
22:11 23:13,14
24:2,4,14,16 25:2
29:22,23,24 30:20
31:15,18 32:8
34:12,13,14,15 36:8
38:8,12,17,18,20
39:3,19,24 40:1,7
41:6 43:11,13,15
44:11 46:3,6,7 47:4
49:1,4,7,23 51:13,
14,15,17,19,22,23
52:18,24 53:14,15,
22 54:11,12,17,18,
19 55:1,2,9,16,20,
22 56:1,6,11 58:13
59:21,22,23 60:7,
15,16,19,23 61:5,21
63:2,11,16,19,22

64:1,4,7,10,13,16
65:22 66:11 68:4,6,
15 69:1 70:14,23
71:20 76:15,17
77:2,9,13 79:5 81:2
85:21,22 86:9
87:20,22 90:20,23
91:5,7,8 92:4,5
95:4,5,7 97:2,8
98:1,4,8 99:12,16,
17 100:4 101:11
102:1,21 103:1,4,6,
17 104:2,11,12,13,
14,19,24 105:1,7,
11,12,16,17,24
106:5 108:13
110:16,18 111:16
112:2 113:9,11
115:6 116:4,19
117:4,20 118:3,11,
22 119:4 120:1,7,8,
16 122:9,12,23
123:5 125:5 126:22
128:7,23 130:8,15,
19 131:3,8,12,15
133:1 134:18 137:4,
6,8

**wouldn't** 18:5 34:14
38:5 39:14 53:16
69:21 71:20 84:8
91:6 97:5 99:13
103:9 114:13 117:7
123:16,17,19,20
125:5

**wow** 132:22

**wrap** 132:5

**write** 22:18 23:3
40:1 80:6 125:24

**writing** 28:20 94:8
128:17

**written** 19:18

**wrong** 107:5 116:8,
11 127:1

**wrote** 22:20 23:5
29:11 126:2

---

**Y**

**Yahoo** 7:17

**yeah** 5:13 10:18
14:1,8 16:7,15,20
18:11 19:3,17 29:19
31:5 32:10 34:21

37:9 41:11 45:2
46:10 49:14,16
50:20 52:4,6,9,17
53:4 60:17 67:17
68:17 69:1 70:10,17
71:20 73:8,18 74:14
76:17 77:9 78:16
79:2 80:2,23 81:1,5,
20 83:2,21 84:18,20
85:14 88:6,7,13,18
89:3 91:16,19 92:1,
14 97:1,13,16,19
99:15,23 100:17
106:2,18,24 107:11,
19 108:5 110:15,24
111:9,18 112:4,18
116:9 117:17,19
119:1 120:12 125:4,
5 126:6,9,20 127:7
129:16 131:1 133:1,
8,11,16 134:11
136:20

**year** 36:12 40:3 43:7
47:2 56:3 68:3
70:16 88:5 99:21
133:8

**years** 7:16 8:6 12:16
15:6,9 16:14 29:18
33:12,13 37:21 43:9
48:16 54:11,19
57:4,5 77:4,6 83:18
98:12 100:1 116:12
133:10,11 134:20

**Yep** 17:9 81:13 82:3
83:12,14 84:14
135:3

**yes** 5:9 6:1,8,13,18
7:3,8 8:23 9:12
12:6,22 14:21 16:9
18:8 20:6,9,12,14,
17,24 21:11 22:6,
14,17,24 23:10,20,
23 25:12,22 26:17
27:9,12,22 28:4,7,
18,21 29:3,8,12,15
30:11 32:13,16,19,
22,24 33:18 34:8,21
35:12 36:11,19,24
37:22 40:20 41:20,
22 44:6,13,15 45:2,
4 49:11,12 51:7
52:14 59:17 60:18,
22 61:6,19,23 62:1,
3,5,7,9,11,13,15,20,

21 63:13,18,21,24
64:3,6,9,12,15,18
65:10 68:22 72:23
75:24 77:21 78:13
79:13 80:19 81:17,
22 82:5,12 83:8
85:10 86:5,9 87:1
89:8,11,14,20 91:22
96:22 100:3,23
104:7 105:9 108:10
109:5,20 111:4,7,14
117:13 119:10
121:11 122:16
125:17 127:3 129:9
136:15 137:7,10

**yesterday** 9:5
134:21

**yet** 75:15

**you** 5:7,8,10,17,18,
21,22 6:3,5,6,7,9,
11,12,15,16,19,20,
21,22,24 7:1,4,7,11,
13,18,20,22 8:1,3,5,
8,19,20,21 9:1,10,
13,20 10:1,12,16,
17,19,23,24 11:3,4,
11,14,15,21,22
12:4,9,10,14,23
13:2,3,8,11,17,22,
23 14:2,3,10,19,24
15:3,10,12,14,17,
19,21 16:2,3,10,13,
15,18,22 17:1,7,10,
13,16,21 18:5,9,15,
17,20,24 19:4,5,7,8,
18,23 20:2,3,5,7,10,
15,18 21:2,4,9,15,
17,21 22:5,7,8,16,
18,20 23:3,5,7,8,21
24:12,18 25:2,4,5,6,
10,13 26:2,5,14,18,
21,23 27:6,11,13,
16,20,23,24 28:3,8,
11,14,17 29:4,5,6,7,
11,13,17,20 30:3,5,
10,12,16,23 31:6,7,
9,12,14,15,16,18,
19,22,23 32:1,2,5,8,
11,20,23 33:3,6,9,
16,21 34:5,9,10,18,
19,22,24 35:5,11,
13,16,22 36:3,7,10,
13,15,18,20,22,23
37:2,4,7,10,15,18,
20,23 38:3,4,7,15,

16,22,24 39:2,6,9,
12,16,22,23,24
40:5,13,17,21 41:4,
10,17 42:7,8,10,17
43:6,8,16,21,24
44:5,8,12,17,19,23
45:1,3,5,8,11,13,15,
18,24 46:2,9,11,12,
13,17 47:1,5,7,12
48:3,6,9,12,15,19
49:10,15,17,18,21,
22 50:2 51:9,15,20
52:5,7,15,21 53:1,5,
11,19 54:8,23 55:4,
5,10,14,20,23 56:7,
16 57:1,6,8,12,14,
18,24 58:5,11,15,17
59:1,6,8,9,10,15,21,
24 60:4,6,7,11,14,
16,17,19,23 61:2,5,
9,13,15,16,18,21
62:17,18,22,23
63:6,11,14,16,19,22
64:1,4,7,10,13,16,
19,21 65:5,11,14,
18,20,23 66:2,16,
18,19,24 67:6,9,12,
16,18 68:1,15,16,
20,23 69:13,16,24
70:1,4,8,14,22,23
71:3,11,12,15,22,23
72:1,11,15,17,19
73:2,5,7,11,16,20,
22 74:4,8,10,15,17,
22,23 75:6,9,12,15,
17,19,22 76:1,9,15,
18 77:13,16,22
78:11,14,18,19,24
79:1,3,8,10,11,12,
13,15,17,19 80:1,3,
6,7,13,16,17,20,21,
24 81:9,10,12,14,
15,17,19 82:1,2,4,8,
11,19 83:5,6,9,11,
13,15,17,23 84:6,
13,15,17,19,21,22,
24 85:4,6,7,8,15,23
86:1,2,6,12,13,16,
18,23 87:7,10,16,
19,20 88:3,14,15,
18,21,24 89:7,9,12,
15,23 90:5,11,21
91:14,17,20,23
92:4,6,9,12,15 93:5,
7,12,16,20,24 94:4,

16,22,24 39:2,6,9,
12,16,22,23,24
40:5,13,17,21 41:4,
10,17 42:7,8,10,17

11,15,20,22 95:2,8,
9,16 96:5,6,7,8,15,
20,23 97:2,3,4,10,
11,14,17,24 98:18
99:8,12,17,18,20,24
100:7,11,14,18,20
101:5,7,13,19,20
102:5,15,18,21
103:1,4,7,10,13,16
104:2,8,13,14,22
105:5,7,11,17,21,
22,24 106:9,17,22
107:2,9,10,20
108:2,7,20,23
109:9,21 110:3,7,
11,20 111:10,15,16,
20,21 112:2,10,16
113:9,12,22,24
114:2,5,7 115:6,9,
12,15,16 116:10,13,
18,19,24 117:9,14,
20 118:2,3,10,20,22
119:6,9,15,16,22,23
120:1,14,15,16
121:1,8,9,12,15
122:5,14,19 123:3,
13,15 124:3,13,20,
24 125:18,20,24
126:17,19 127:20
128:5,11,13,16,18,
19,23 129:2,5,14,
17,20,21,22 130:8,
14,23 131:3,7,12,20
132:14,15,18,19,23
133:6,14,18,20,22
134:2,6,10,12,15
135:2,4,17,20,23
136:3,8,15,18
137:4,8

**You'd** 60:13

**you'll** 6:4 57:21
124:23

**you're** 5:7 6:6 13:14
15:23 18:1,14 21:24
22:13 27:3 30:17
31:2,3 32:20 33:24
41:18,21 42:20
50:8,11,15,21 51:1,
8 63:1,6 65:10
73:13,17 78:17 85:6
95:1,12 96:14 98:3,
17 104:4 106:22
111:11 114:17
115:23,24 116:1
129:14 132:2

136:13

**you've** 7:15 9:20
19:5 22:23 25:23
26:10 30:7 48:12
65:8 66:18 72:5
75:12 87:10 99:24
100:4,18 101:19,23
102:16 109:6 111:8
113:6 119:14 121:9
122:1

**younger** 56:2,3

**youngest** 43:17
46:4,5

**youngster** 34:15

**your** 5:6,12,14,21
6:2,14,15,21 7:4,9
8:19,24 9:10,16
10:16 14:24 15:22
16:6,8,11 19:18
20:1,13 22:3 23:1,
11,16 24:6,8 25:7,
14,19 26:8 27:8,23
28:5 29:1,2 30:13,
24 31:4,20 34:20
35:7,13 36:13,20
37:2 39:6 41:23
42:3,15 43:2,16,21,
22 44:8 47:13,23
48:3,7,22 49:22
52:12,16 53:3,18
55:6,21 56:8,14,24
57:9,24 58:5,6,23
59:6 64:20 65:18
66:7 68:18 70:2,7,
11,21 71:18 72:9,18
74:4,23 75:1,2,10
77:5,14 78:9 79:3,
17 80:11,21 82:8
83:22 85:4 87:21,24
89:3 92:2 93:13
99:2 100:19 101:7,
20 102:5,11 104:3
105:3 106:11 107:5,
7 108:9 110:22
111:19,23 114:7,18
115:16 117:10,15
118:2,9,11,23 121:2
122:7,8,9 123:13
124:8 125:8,16
126:4,7 127:8,9,12
132:20 134:8 136:7

**yours** 112:17

**yourself** 21:23 27:2
40:17 46:9 105:8

106:1

**Youtube** 35:16

---

**Z**

**Zarbee's** 45:18

**Zip** 82:13

**Zoom** 9:3,4,6,8 25:9
101:11,13