## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| Lacie Davis, individually and on behalf of all others similarly situated, | 3:22-cv-03071-CRL-KLM |
| Plaintiff, | |
| - against - | Declaration |
| Ricola USA, Inc., | |
| Defendant | |

Pursuant to 28 U.S.C. § 1746 and subject to the penalty of perjury, I declare:

1. I am the attorney for the Plaintiff in this action.

2. I have personal knowledge of the facts in this Declaration.

3. If called to testify as to these facts, I would do so.

4. In preparing the Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, I reviewed the United States Pharmacopoeia.

5. This was the source for the statements that the Product's "established name" is "menthol lozenges." Exhibit "A."

6. I also reviewed Nomenclature Guidelines of the USP-NF. Exhibit "B."

7. I reviewed page 21 which provides the nomenclature for lozenges.

8. The FDA relies on the USP-NF for nomenclature for drug products, including the OTC product in this case.

9. The USP-NF Nomenclature state that Lozenge Nomenclature requires the identity of the "[DRUG]" to precede the word lozenges, i.e., "Clotrimazole Lozenges."

10. I obtained these two documents from free sources online.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 9, 2023

    /s/ Spencer Sheehan

3

**Certificate of Service**

I certify that on December 9, 2023, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | CM/ECF | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☐ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan