IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:22-cv-03071-CRL-KLM<br>) |
| v. | ) Hon. District Judge Colleen R. Lawless<br>) |
| RICOLA USA, INC., | ) Hon. Magistrate Karen L. McNaught<br>) |
| Defendant. | )<br>)<br>) |

**DEFENDANT RICOLA USA, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE ALL EVIDENCE OF DAMAGES OFFERED BY PLAINTIFF**

SMRH:4870-9573-8552

COMES NOW Defendant Ricola USA, Inc. ("Ricola") by and through its undersigned counsel, and for its Motion in Limine No. 1, states as follows:

1. Pursuant to Rules 403, 702 and 703 of the Federal Rules of Evidence and the Court's Scheduling Order dated November 1, 2022 (ECF No. 16), Ricola moves the Court for an order from the Court barring Plaintiff from mentioning, referring to or introducing any evidence or testimony of alleged damages including from her expert, Andrea Lynn Matthews, on the following grounds.

2. First, Plaintiff should be precluded from mentioning, referring to or introducing any evidence regarding her alleged damages because Plaintiff never disclosed any expert opinion supporting them. Plaintiff served Dr. Matthews' report which stated that she might run damages models *in the future*, "if requested", but these damages models were never actually run and no expert opinions were disclosed. Thus, to the extent that Plaintiff intends to offer undisclosed expert opinions regarding these damages models at trial, any such opinions should be excluded under Federal Rule of Civil Procedure 37.

3. Second, without any underlying data or analysis, Dr. Matthews' testimony at trial premised on these proposed damages models would be entirely speculative. Accordingly, she should be barred under Federal Rules of Evidence 403, 702 and 703 from testifying in any way regarding Plaintiff's purported price premium damages (including the general methodologies or economic concepts that she might hypothetically use to measure them if she were asked to do so).

4. In support of its Motion, Ricola relies on its contemporaneously filed Declaration of Sascha Henry and exhibits thereto, which are adopted and incorporated herein. F.R.C.P. 10(c).

WHEREFORE, Ricola respectfully requests this Court grant its motion and order that Dr. Matthews be barred under Federal Rules of Evidence 403, 702 and 703 from testifying in any way

regarding Plaintiff's purported price premium damages – including but not limited to any discussions regarding the information contained in paragraphs 19 and 165-189 of her expert report dated June 12, 2023.

Dated: April 19, 2024

Respectfully submitted,

By: /s/ *David M. Poell*
David M. Poell (Ill. State Bar No. 6302765)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60602
Telephone: (312) 499-6349
Facsimile: (312) 499-6301
E mail: dpoell@sheppardmullin.com

Paul Garrity (N.Y. State Bar No. 2756419)
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza,
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E mail: pgarrity@sheppardmullin.com

Sascha Henry (Cal. State Bar No. 191914)
Khirin A. Bunker (Cal. State Bar No. 329314)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
E mail: shenry@sheppardmullin.com
          kbunker@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

## CERTIFICATE OF SERVICE

      I, David Poell, an attorney, hereby certifies that, on April 19, 2024, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated: April 19, 2024

Respectfully submitted,

By: /s/ David M. Poell

David M. Poell
*Counsel for Defendant Ricola USA, Inc.*