IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:22-cv-03071-CRL-KLM<br>) |
| v. | ) Hon. District Judge Colleen R. Lawless<br>) |
| RICOLA USA, INC., | ) Hon. Magistrate Karen L. McNaught<br>) |
| Defendant. | )<br>)<br>) |

**DEFENDANT RICOLA USA, INC.'S MOTION IN LIMINE NO. 2 TO EXCLUDE PLAINTIFF'S EXPERT ANDREA LYNN MATTHEWS FROM OFFERING TESTIMONY REGARDING CONSUMER DECEPTION**

COMES NOW Defendant Ricola USA, Inc. ("Ricola") by and through its undersigned counsel, and for its Motion in Limine No. 2, states as follows:

1. Pursuant to Rules 702 and 703 of the Federal Rules of Evidence and the Court's Scheduling Order dated November 1, 2022 (ECF No. 16), Ricola moves the Court for an order from the Court barring Plaintiff from mentioning, referring to or introducing any evidence or testimony from her expert, Andrea Lynn Matthews, regarding her flawed consumer survey consisting of two questionnaires to test certain consumer beliefs about the Product. This Motion is made on the following grounds.

2. Plaintiff brings claims against Ricola for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act and for unjust enrichment. She alleges that she was misled by the statement "Made With Swiss Alpine Herbs," and imagery of herbs on the front label of Ricola's Original Herb cough drops, to believe that the product's "functions" were provided by herbal active ingredients.

3. Contrary to the assumptions made by Plaintiff and her counsel, Dr. Gafner confirmed that the menthol in the Product is 100% derived from the herbs *mentha arvensis* and *mentha × piperita* – i.e., that the menthol in the Product is herbal. Plaintiff did not submit any expert report, or rebuttal expert report opining on whether or not the menthol in the Product is herbal. Plaintiff has not produced any evidence showing that the menthol in the Product is synthetic.

4. Relying on the same false assumption as Plaintiff and her counsel, Dr. Matthews designed two flawed questionnaires purporting to test consumer deception relating to a product that contained a synthetic menthol ingredient. However, because these questionnaires were not designed to test consumer preferences and beliefs regarding the actual Product, they are entirely irrelevant and cannot possible help a trier of fact to determine a fact in issue.

5. Accordingly, any purported expert opinions offered by Dr. Matthews based on these questionnaires are not relevant to the determination of any issue in the case and should be excluded under Federal Rules of Evidence 702 and 703.

6. In support of its Motion, Ricola relies on its contemporaneously filed Declaration of Sascha Henry and exhibits thereto, which are adopted and incorporated herein. F.R.C.P. 10(c).

WHEREFORE, Ricola respectfully requests this Court grant its motion and order that Dr. Matthews be barred under Federal Rules of Evidence 702 and 703 from testifying in any way regarding the consumer survey in her expert report dated June 12, 2023.

Dated: April 19, 2024

Respectfully submitted,

By: /s/ David M. Poell
David M. Poell (Ill. State Bar No. 6302765)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60602
Telephone: (312) 499-6349
Facsimile: (312) 499-6301
E mail: dpoell@sheppardmullin.com

Paul Garrity (N.Y. State Bar No. 2756419)
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza,
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E mail: pgarrity@sheppardmullin.com

Sascha Henry (Cal. State Bar No. 191914)
Khirin A. Bunker (Cal. State Bar No. 329314)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
E mail: shenry@sheppardmullin.com
        kbunker@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

## CERTIFICATE OF SERVICE

I, David Poell, an attorney, hereby certifies that, on April 19, 2024, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated:  April 19, 2024

Respectfully submitted,

By: /s/ David M. Poell

David M. Poell
*Counsel for Defendant Ricola USA, Inc.*