IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:22-cv-03071-CRL-KLM |
| v. ) ) | Hon. District Judge Colleen R. Lawless |
| RICOLA USA, INC., ) ) | Hon. Magistrate Karen L. McNaught |
| Defendant. ) ) ) | |

**DEFENDANT RICOLA USA, INC.'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

Defendant Ricola USA, Inc. ("Ricola") respectfully requests leave from the Court under Civil Local Rule 5.10(A) to file the documents identified herein (the "Documents") under seal in connection with Ricola's Motion For An Order To Show Cause Why Plaintiff's Counsel Should Not Be Held In Civil Contempt And For Sanctions (the "OSC Motion") and the supporting Declaration of Sascha Henry ("Henry Declaration"), filed contemporaneously herewith. In support of this motion for leave, Ricola states as follows:

1. On December 1, 2022, Magistrate Judge McNaught entered the parties' stipulated protective order (ECF No. 18) (the "Protective Order").

2. Pursuant to Paragraph 6 of the Protective Order, "[d]ocuments and things produced during the course of this litigation may be designated by the producing party as containing Attorney Eyes Only Information if the producing party or other individual in good faith reasonably believes that such information contains information that the producing party deems

especially sensitive, which may include, but not limited to, confidential research and development, financial, technical, marketing, customer identities, or any other sensitive trade secret information."

3. Consistent with the Protective Order, Ricola has designated certain documents produced during discovery as "Attorneys' Eyes Only Information" which are the subject of its OSC Motion.

4. All of the documents subject to the instant motion that support Ricola's motion were either: (1) were produced by Ricola during discovery in this matter, contain "Attorneys' Eyes Only Information," and were designated as such consistent with the terms of the Protective Order; (2) include extensive quotation and/or compilations of information from documents produced by Ricola that were designated as "Attorneys' Eyes Only Information"; and/or (3) otherwise include sensitive business information that should be maintained as confidential.

5. These documents should be protected from disclosure because they contain sensitive and confidential product formula and supply-chain information, including details about the specific ingredients used in Ricola's Original Herb products which are kept confidential at the company and/or designated as trade secrets and which constitute confidential business information which would be harmful to Ricola if released to its competitors.

6. In accordance with Civ. L.R. 5.10(A)(2), Ricola will electronically file sealed copies of the OSC Motion and the Henry Declaration contemporaneously with this motion for leave.

7. Accordingly, Ricola seeks leave of the Court to file the following Documents under seal, as indicated in the charts below:

| DOCUMENTS FILED UNDER SEAL ||
|---|---|
| Ricola's Motion For An Order To Show Cause Why Plaintiff's Counsel Should Not Be Held In Civil Contempt And For Sanctions ||
| Declaration of Sascha Henry in Support of Defendant Ricola USA, Inc.'s Memorandum Of Points And Authorities In Support Of Motion For An Order To Show Cause Why Plaintiff's Counsel Should Not Be Held In Civil Contempt And For Sanctions ||
| Declaration of Sascha Henry | Exhibits 1-8 |

WHEREFORE, Ricola respectfully requests that this Court enter an order granting its motion for leave to file the Documents under seal which contain and reflect the sensitive and confidential product business information produced in this litigation by Ricola under an Attorneys' Eyes Only Information designation—specifically, Ricola's OSC Motion, the Declaration of Sascha Henry and all exhibits attached thereto.

Dated:  April 26, 2024

Respectfully submitted,

By: */s/ David M. Poell*
David M. Poell (ARDC No. 6302765)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60602
Telephone:  (312) 499-6349
Facsimile:  (312) 499-6301
Email: dpoell@sheppardmullin.com

Paul Garrity (N.Y. State Bar No. 2756419)
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza,
New York, NY 10112
Telephone:  (212) 653-8700
Facsimile:  (212) 653-8701
Email: pgarrity@sheppardmullin.com

Sascha Henry (Cal. State Bar No. 191914)
Khirin A. Bunker (Cal. State Bar No. 329314)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780

Facsimile: (213) 620-1398
Email: shenry@sheppardmullin.com
         kbunker@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

## CERTIFICATE OF SERVICE

I, David Poell, an attorney, hereby certifies that, on April 26, 2024, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated:  April 26, 2024

Respectfully submitted,

By: */s/ David M. Poell*

David M. Poell
*Counsel for Defendant Ricola USA, Inc.*