# EXHIBIT E



 

Google My Activity

aluminum

Delete activity by

Filter by date & product

Other activity

Jan 15 – 17, 2022 Search

Activity controls

Google Account

Jan 17, 2022

Help & feedback

Search

Searched for aluminum foil reynolds 75

9:46 PM • Details

Search

Visited https://www.walmart.com/ip/Reynolds-Wrap-Standard-Aluminum-Foil-75-Square-Feet/524702606

9:23 PM • Details

Search

Visited https://www.walmart.com/ip/Reynolds-Wrap-Everyday-Aluminum-Foil-200-Sq-Ft/11027096

9:18 PM • Details

Search

Searched for reynolds wrap aluminum foil

9:18 PM • Details

Search

Visited US Energy Requirements for Aluminum Production - IIS Windows ...

Privacy • Terms

8:55 PM • Details

Searched for aluminum foil raw materials imports "united states" bauxite

8:54 PM • Details

Delete activity by

Other activity

Search

Visited https://www.nrcan.gc.ca/our-natural-resources/minerals-mining/minerals-metals-facts/aluminum-facts/20510

Activity controls

Google Account

8:52 PM • Details

Help & feedback

Search

Searched for "roll stock" aluminum

8:50 PM • Details

Search

Searched for "roll stock" aluminum

8:49 PM • Details

Search

Searched for "roll stock" aluminum foil

8:49 PM • Details

Search

Searched for "re-roll stock" aluminum foil

8:49 PM • Details

Search

Searched for "re-roll stock" aluminum foil

8:48 PM • Details

Search

Privacy • Terms

Searched for aluminum foil raw materials imports "united states"



 Google My Activity

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Searched for aluminum foil raw materials

8:46 PM • Details

Search

Searched for "aluminum foil" site:ftc.gov

8:30 PM • Details

Search

Searched for "aluminum foil" "made in usa" site:ftc.gov

8:25 PM • Details

Search

Searched for "FTC" "aluminum foil" "made in usa"

8:25 PM • Details

Search

Visited https://www.chaluminium.com/articles/detail/will-aluminum-foil-become-a-trend-in-food-packaging.html

7:27 PM • Details

Search

Searched for "aluminum foil" "raw materials"

7:27 PM • Details

Search

Visited What exact product (raw material) is utilized in the manufacturing of ...

7:27 PM • Details

Privacy • Terms

Google My Activity

Visited Recycled Foil | Reynolds Brands

7:26 PM • Details

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Searched for "FTC" "aluminum foil" "made in usa"

7:25 PM • Details

Search

Searched for "FTC" "aluminum foil" made in usa

7:23 PM • Details

Search

Visited Rule 26. Duty to Disclose; General Provisions Governing Discovery ...

3:22 PM • Details

Search

Searched for "aluminum foil" "bauxite" imports

12:38 AM • Details

Search

Visited https://trademark.trademarkia.com/reynolds-wrap-aluminum-foil-trusted-since-1947-foil-made-in-usa-foil-for-the-grill-...

12:28 AM • Details

Search

Searched for "aluminum foil" "bauxite"

12:27 AM • Details

Privacy • Terms

Google My Activity

Searched for "united states" "bauxite" "aluminum foil"

12:26 AM • Details

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Searched for "aluminum foil" bauxite "united states"

12:25 AM • Details

Search

Visited https://aluminiuminsider.com/aluminum-association-files-complaints-over-foil-from-five-countries-but-allegedly-origin...

12:24 AM • Details

Search

Searched for "aluminum foil" bauxite imports "united states"

12:24 AM • Details

Search

Visited https://www1.eere.energy.gov/manufacturing/resources/aluminum/pdfs/aluminum.pdf

12:24 AM • Details

Search

Visited American Companies Still Make Aluminum. In Iceland. - The New ...

12:21 AM • Details

Search

Privacy • Terms







Google My Activity

12:18 AM • Details

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Searched for "aluminum foil" bauxite imports

12:18 AM • Details

Search

Visited Elmore on Skrabec, 'Aluminum in America: A History' | H-Net

12:17 AM • Details

Search

Searched for aluminum foil re-roll stock

12:12 AM • Details

Search

Searched for "aluminum foil" "bauxite" sources

12:06 AM • Details

Search

Searched for "aluminum foil" raw materials "united states"

12:05 AM • Details

Search

Searched for "aluminum foil" "made in usa" bauxite

12:05 AM • Details

Search

Visited Certain Aluminum Foil From the Republic of ... - Federal Register

12:05 AM • Details

Privacy • Terms

Google My Activity

Visited The Effect of Imports of Aluminum on the National Security - January ...

12:04 AM • Details

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Visited Aluminum in the News: What You Should Know | Catty Corporation

12:01 AM • Details

Jan 16, 2022

Search

Searched for "aluminum foil" raw materials

11:58 PM • Details

Search

Searched for "aluminum foil" "made in usa"

11:58 PM • Details

Looks like you've reached the end

Privacy • Terms