EXHIBIT H



≡    **Google** My Activity

🔍    stearic                                    ✕    ⋮

Delete activity by

⫶ Filter by date & product
Other activity

Activity controls    Jan 10 – Feb 10  ✕    Search  ✕

Google Account    ⬈

**February 10**                                      ✕

Help & feedback

G    Search                                        ✕

Visited Food Labeling Guide - FDA

5:25 PM • Details

**February 1**                                      ✕

G    Search                                        ✕

Searched for "stearic acid" hidden palm oil free

12:26 PM • Details

G    Search                                        ✕

Searched for "stearic acid" palm oil free

12:26 PM • Details

G    Search                                        ✕

Searched for "stearic acid" industrial sources

11:58 AM • Details

G    Search                                        ✕

Privacy  •  Terms



Delete activity by
≡ Search

Other activity

Visited Exploring Stearic Acid: Sources & Production Methods | by ... - Medium

Activity controls

11:55 AM • Details

Google Account

G Search

Help & feedback
Searched for "palm oil" rich in stearic acid

11:55 AM • Details

G Search
Searched for "stearic acid" commercial sources

11:54 AM • Details

G Search
Searched for "stearic acid" sources

11:54 AM • Details

G Search
Searched for "stearic acid" origins

11:54 AM • Details

G Search
Visited Hydrogenated stearic acids (animal origin) | Cailà & Parés

11:53 AM • Details

G Search

Privacy • Terms

≡   **Google** My Activity

Delete activity by

G   Search

Visited   **Stearic acid | Fatty acids + Glycerine | Interfat**

Other activity

11:50 AM • Details

Activity controls



Google Account    G   Search   ⬈

Searched for   **"stearic acid" palmitic mixture**

Help & feedback

11:50 AM • Details

---

G   Search                            ✕

Searched for   **"stearic acid" palmitic**

11:49 AM • Details

---

G   Search                            ✕

Visited   **Stearic Acid | C18H36O2 | CID 5281 - PubChem**

11:48 AM • Details

---

G   Search                            ✕

Searched for   **"stearic acid"**

11:48 AM • Details

---

G   Search                            ✕

Searched for   **"palm oil" "stearic acid" versatile**

11:48 AM • Details

---

G   Search                            ✕

Privacy • Terms



≡  **Google** My Activity

Search

Delete activity by

**Searched for** palm oil stearic acid
Other activity

11:45 AM • Details

Activity controls

Google Account
January 31

Help & feedback
Search

**Visited** Stearic Acid-when an ingredient just ain't so. | Soapmaking Forum ...

8:44 PM • Details

Search

**Visited** https://www.soapqueen.eu/a-25402627/other-raw-materials/stearic-acid-cosmetic-ogr03/

8:43 PM • Details

Search

**Searched for** "stearic acid" palm oil free "rapeseed oil"

8:43 PM • Details

Search

**Searched for** "stearic acid" palm oil free

8:43 PM • Details

Search

**Visited** STEARIC ACID 92% - Wilmar International

8:42 PM • Details

Privacy • Terms



Visited Palm Stearic Acid Ingredient Allergy Safety Information - SkinSAFE

Delete activity by
8:41 PM • Details

**Other activity**

G    Search                                                                          ✕

Activity controls

Visited https://www.lush.com/us/en_us/i/stearic-acid-from-olive-oil

Google Account
8:36 PM • Details

Help & feedback    G    Search                                                      ✕

Visited Palm free stearic - Chemists Corner

8:36 PM • Details

G    Search                                                                          ✕

Searched for "stearic acid" "imports" "united states"

7:29 PM • Details

G    Search                                                                          ✕

Searched for "2007 Import and Export Market for Palmitic Acid, Stearic Acid"

7:24 PM • Details

G    Search                                                                          ✕

Searched for The 2007 Import and Export Market for Palmitic Acid, Stearic Acid, and Their Salts and Esters in United States

7:23 PM • Details

G    Search                                                                          ✕

Visited The 2007 Import and Export Market for Palmitic Acid, Stearic Acid ...

7:23 PM • Details

Privacy  •  Terms

 **Google** My Activity

 

Visited Palmitic acid, stearic acid, their salts & esters in United States | The ...

7:21 PM • Details

Delete activity by

Other activity   Search                ✕

Activity controls   Visited Stearic Acid in Indonesia | The Observatory of Economic Complexity

Google Account

7:20 PM • Details

Help & Feedback   Search                ✕

Searched for "stearic acid" "indonesia"

7:19 PM • Details

G   Search                ✕

Searched for "stearic acid" leading manufacturer "indonesia"

7:18 PM • Details

G   Search                ✕

Visited Stearic acid triple pressed ≥90.0%, powder NF, J.T.Baker® | VWR

7:17 PM • Details

G   Search                ✕

Searched for "stearic acid" leading manufacturer

7:17 PM • Details

G   Search                ✕

Visited Stearic Acid Market Size In 2023 : Forecasting Share and Scope for ...

7:16 PM • Details

Privacy • Terms



Visited Stearic Acid Market Trends, Size & Industry Analysis

7:16 PM • Details

Delete activity by

Other activity

G    Search                                                                                    ✕

Activity controls

Searched for "stearic acid" leading exporter

Google Account
7:15 PM • Details

Help & feedback

G    Search                                                                                    ✕

Searched for "palm oil free" stearic acid

4:30 PM • Details

G    Search                                                                                    ✕

Searched for palm oil free stearic acid

4:29 PM • Details

G    Search                                                                                    ✕

Searched for "stearic acid" shaving cream

4:11 PM • Details

G    Search                                                                                    ✕

Searched for "stearic acid" "palm oil free"

3:30 PM • Details

G    Search                                                                                    ✕

Searched for stearic acid function shaving cream

3:24 PM • Details

G    Search                                                                                    ✕

Privacy • Terms
Visited https://pr.vwr.com/store/category/stearic-acid/724006



☰  **Google** My Activity

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

G    Search                                                    ✕

**Searched for** VSTEARIN SA10 Stearic Acid

3:17 PM • Details

G    Search                                                    ✕

**Searched for** "Vantage Oleochemicals" "stearic acid"

3:16 PM • Details

G    Search                                                    ✕

**Searched for** "Vantage Oleochemicals" "stearic acid" palm oil

3:10 PM • Details

G    Search                                                    ✕

**Searched for** EMERY Vegetable Stearic Acid

2:48 PM • Details

G    Search                                                    ✕

**Searched for** "emery oleochemicals" "stearic acid"

2:37 PM • Details

G    Search                                                    ✕

**Searched for** "Vegetable Stearic Acid"

2:37 PM • Details

G    Search                                                    ✕

**Searched for** "PMC Biogenix" "stearic acid"

1:55 PM • Details

Privacy   Terms    G    Search                                ✕

≡   **Google** My Activity

G   Search

Delete activity by

Searched for **"PMC Biogenix" "stearic acid" palm oil**

Other activity

1:51 PM • Details

Activity controls

G   Search                                  ✕

Google Account   ⬈

Visited **Stearic Acid-when an ingredient just ain't so. | Soapmaking Forum ...**

Help & feedback
1:49 PM • Details

G   Search                                  ✕

Visited **Stearic Acid Hystrene Imports Under Sub Chapter 2915 - Zauba**

1:49 PM • Details

G   Search                                  ✕

Visited **STEARIC ACID NF TP FL TALLOW - UPI Chem**

1:47 PM • Details

G   Search                                  ✕

Visited **Industrene® R, PMC Biogenix - ChemPoint**

1:45 PM • Details



G   Search                                  ✕

Searched for **EMERY® 422 is a stearic acid**

1:43 PM • Details

G   Search                                  ✕

Searched for **EMERY Vegetable Stearic Acid**

Privacy   1:40 PM • Details    Terms

 My Activity

Searched for EMERY 7130 Vegetable Stearic Acid

1:39 PM • Details

Delete activity by

Other activity    G Search                                 ✕

Activity controls   Searched for EMERY® 7130 Vegetable Stearic Acid

1:39 PM • Details

Google Account

G   Search                                      ✕

Help & feedback

Searched for "vegetable stearic acid" "Emery Oleochemicals"

1:27 PM • Details

G   Search                                      ✕

Searched for "stearic acid" "Emery Oleochemicals"

1:24 PM • Details

G   Search                                      ✕

Searched for "stearic acid" "Twin Rivers Technologies"

1:12 PM • Details

G   Search                                      ✕

Visited STEARIC FATTY ACID, 90%, VEGETABLE GRADE (TRV1890) by ...

1:12 PM • Details

G   Search                                      ✕

Visited stearic fatty acid - Twin Rivers Technologies Blog

1:09 PM • Details

G   Search                                      ✕

Searched for "stearic acid" vvf "illinois"

Google My Activity

☰ **Google** My Activity

---

G    Search                                                                    ✕

**Searched for** "stearic acid" vvf

12:59 PM • Details

---

G    Search                                                                    ✕

**Searched for** "stearic acid" manufacture "illinois"
⤢

12:50 PM • Details

---

G    Search                                                                    ✕

**Searched for** "Vegetable Stearic Acid"

12:06 PM • Details

---

G    Search                                                                    ✕

**Searched for** Vegetable Stearic Acid

12:06 PM • Details

---

G    Search                                                                    ✕

**Searched for** "emery oleochemicals" "stearic acid"

12:05 PM • Details

---

G    Search                                                                    ✕

**Visited** Stearic Acid Supplier | Bulk Distributor | Vivion



11:58 AM • Details

---

G    Search                                                                    ✕

**Searched for** "stearic acid" "indonesia"

11:58 AM • Details

---

Privacy  •  Terms



≡   **Google** My Activity

Searched for "erie international" "stearic acid"

11:57 AM • Details

Delete activity by

Other activity   G   Search                           ✕

Activity controls    **Searched for** "erie international group" "stearic acid"

11:56 AM • Details

Google Account   ⬏

  G   Search                              ✕

Help & feedback    **Searched for** "stearic acid" manufacture "ohio"

11:53 AM • Details

  G   Search                              ✕

**Searched for** "stearic acid" "country of origin"

11:44 AM • Details

  G   Search                              ✕

**Searched for** "stearic acid" "global trade" "country of origin"

11:44 AM • Details

  G   Search                              ✕

**Searched for** "stearic acid" "global trade"

11:40 AM • Details

  G   Search                              ✕

**Searched for** "stearic acid" global production

11:39 AM • Details

  G   Search                              ✕

Privacy   Terms    **Visited** https://www.niir.org/blog/wp-content/uploads/2019/06/Stearic-Acid-Manufacturing-Business.pdf



☰ **Google** My Activity

Search
Delete activity by
Other activity

Searched for "stearic acid" global production

11:37 AM • Details

Activity controls
Google Account

Search

Searched for "stearic acid" "exports"

11:36 AM • Details

Help & feedback

Search

Searched for "stearic acid" "customs"

11:35 AM • Details

Search

Visited [Infographic] Tax Watch : In Focus – Stearic Acid Industry – Bureau ...

11:30 AM • Details

Search

Searched for "stearic acid" manufacture

11:29 AM • Details

Search

Visited stearic acid production, UPR, ecoinvent 3.6, Undefined | GLAD

11:28 AM • Details

Search

Visited Stearic Acid - Baerlocher

11:28 AM • Details

Privacy • Terms

 My Activity



☰

Searched for "stearic acid" "global production"
11:26 AM · Details

Delete activity by

Other activity  Search  ✕

Searched for "stearic acid" "global sources"
11:26 AM · Details

Activity controls

Google Account  ⬏

G  Search  ✕

Help & feedback
Searched for "stearic acid" "global sources" production
11:26 AM · Details

G  Search  ✕
Searched for "stearic acid" "main sources" production
11:25 AM · Details

G  Search  ✕
Searched for "stearic acid" "main sources"
11:25 AM · Details

G  Search  ✕
Searched for "stearic acid" "plant oils"
11:24 AM · Details

G  Search  ✕
Searched for "stearic acid" "plant oils"
11:23 AM · Details

G  Search  ✕
Privacy · Terms
Searched for "stearic acid" market segment

Google My Activity

☰    **Google** My Activity        ⠿   

Searched for **"stearic acid" market segmentation**

Delete activity by

11:21 AM • Details

Other activity

G   Search                              ✕

Activity controls

Searched for **"stearic acid" "source materials" production**

Google Account      ◱

11:19 AM • Details

Help & feedback   G   Search                            ✕

Searched for **"stearic acid" "raw materials" production**

11:18 AM • Details

G   Search                              ✕

Visited **Stearic Acid - PU Consulting AB**

11:18 AM • Details

G   Search                              ✕

Visited **Top 10 Uses of Stearic Acid | Importance and Benefits in Daily Life**

11:17 AM • Details

G   Search                              ✕

Visited **STEARIC ACID - Ataman Kimya**

11:16 AM • Details

G   Search                              ✕

Visited **https://cosmileeurope.eu/inci/detail/15514/stearic-acid/**

11:15 AM • Details

Privacy • Terms

 **Google** My Activity 

Visited Why is Stearic Acid Used in PVC | Bisley International LLC

11:15 AM • Details

Delete activity by

---

Other activity

G   Search     ✕

Activity controls

Visited Production of stearic acid - Specific flow and level process ...
- Tecfluid

Google Account     ⬏

11:14 AM • Details

---

Help & feedback

G   Search     ✕

Visited Stearic Acid Methods Of Production - YUMPU

11:13 AM • Details

---

G   Search     ✕

Searched for "stearic acid" "raw materials"

11:12 AM • Details

---

G   Search     ✕

Searched for "stearic acid" "raw materials"

11:06 AM • Details

---

G   Search     ✕

Searched for "stearic acid" "raw materials" "personal care products"

11:05 AM • Details

---

G   Search     ✕

Searched for "stearic acid" "raw materials" "personal care products"

11:04 AM • Details

Privacy • Terms



≡  **Google** My Activity

Search                                                                    ✕

Delete activity by

Searched for  stearic acid manufacture "personal care industry"

Other activity 9:06 PM · Details

Activity controls

Search                                                                    ✕

Google Account

Visited  https://riddhisiddhichemicals.com/stearic-acid-all-grades/

9:06 PM · Details

Help & feedback

Search                                                                    ✕

Visited  How the global food oil crisis hampered the American Stearic acid ...

9:04 PM · Details

Search                                                                    ✕

Visited  https://www.niir.org/blog/wp-content/uploads/2019/06/Stearic-Acid-Manufacturing-Business.pdf

9:04 PM · Details

Search                                                                    ✕

Visited  USA Stearic Acid Suppliers, Manufacturers, Wholesalers and ...

9:03 PM · Details

Search                                                                    ✕

Searched for  stearic acid manufacture "united states"

9:03 PM · Details

Search                                                                    ✕

Privacy  •  Terms



≡ **Google** My Activity

Delete activity by

G   Search                        ✕

Searched for **"soybean oil" stearic acid manufacture**

Other activity

9:02 PM • Details

Activity controls

G   Search                        ✕

Google Account    ⇱

Searched for **"stearic acid" "made in usa" "ftc"**

Help & feedback   8:50 PM • Details

G   Search                        ✕

Searched for **"stearic acid production" plant oil**

8:34 PM • Details

G   Search                        ✕

Searched for **"stearic acid production" "soybean oil"**

8:34 PM • Details

G   Search                        ✕

Searched for **American eChem, stearic acid petition**

8:07 PM • Details

G   Search                        ✕

Searched for **American eChem, Inc. stearic acid petition**

8:07 PM • Details

G   Search                        ✕

Searched for **"country of origin" "stearic acid" "domestic"**

8:03 PM • Details

Privacy • Terms



≡  **Google** My Activity

Searched for "stearic acid" "soybean oil" "personal care

8:01 PM • Details
Delete activity by

Other activity          G   Search                                          ✕

Activity controls       Searched for "stearic acid" "soybean oil" manufacturing

8:01 PM • Details
Google Account          ⬚

                        G   Search                                          ✕
Help & feedback
                        Searched for "stearic acid production" "soybean oil"

                        7:58 PM • Details

                        G   Search                                          ✕

                        Searched for "stearic acid" "soybean oil"

                        7:57 PM • Details

                        G   Search                                          ✕

                        Searched for "palm oil free" "stearic acid"

                        7:53 PM • Details

                        G   Search                                          ✕

                        Searched for Competitive Need Limitation (CNL) Waiver: Stearic Acid Indonesia
                        petition

                        7:30 PM • Details

                        G   Search                                          ✕

                        Searched for 3823.11.00 stearic acid

                        7:20 PM • Details

                        G   Search                                          ✕

Privacy • Terms



≡  **Google** My Activity

7:20 PM • Details

Delete activity by

G    Search                                                                    ✕

Other activity

Visited  https://www.volza.com/p/stearic-acid-sa/import/coo-united-states/

Activity controls

7:19 PM • Details

Google Account                    ⬈

G    Search                                                                    ✕

Help & feedback

Searched for  3823.11.00 is stearic acid

7:19 PM • Details

G    Search                                                                    ✕

Searched for  "country of origin" "stearic acid" "domestic"

7:18 PM • Details

G    Search                                                                    ✕

Visited  Triple Pressed Stearic Acid | CAS 57-11-4 | Acme-Hardesty

7:17 PM • Details

G    Search                                                                    ✕

Searched for  Tripled Press Stearic Acid from the United States, Notice of
Initiation (TPSA Notice of Initiation), Diario Oficial, ...

7:17 PM • Details

G    Search                                                                    ✕

Searched for  "Stearic Acid from the United States"

7:16 PM • Details

G    Search                                                                    ✕

Privacy • Terms

Searched for  "certain Types of Stearic Acid from the United States"

  

G  Search                                                                ✕

Searched for certain Types of Stearic Acid from the United States

Delete activity by
7:16 PM • Details

Other activity

G  Search                                                                ✕

Activity controls
Searched for "country of origin" "stearic acid"

Google Account        ⬈
7:14 PM • Details

Help & feedback
G  Search                                                                ✕

Searched for "customs" "stearic acid"

7:13 PM • Details

G  Search                                                                ✕

Visited https://bulknaturaloils.com/oleochemicals-acids/oleochemicals-stearic-
acid.html?gad_source=1

7:13 PM • Details

G  Search                                                                ✕

Searched for 1519.11.00 "stearic acid"

7:13 PM • Details

G  Search                                                                ✕

Searched for "stearic acid" "united states" production "vegetable oils"

7:11 PM • Details

G  Search                                                                ✕

Searched for "stearic acid" "sources" production "vegetable oils"

2:35 PM • Details

Privacy • Terms

 My Activity      

Searched for "stearic acid" "sources" "production"

2:35 PM • Details

Delete activity by

Other activity   G   Search     ✕

Searched for "stearic acid" "sources"

Activity controls

2:35 PM • Details

Google Account   ⧉

G   Search     ✕

Help & feedback

Searched for "stearic acid" "united states" personal care

2:34 PM • Details

G   Search     ✕

Searched for "stearic acid" "united states" cosmetics

2:34 PM • Details

G   Search     ✕

Searched for "stearic acid" "united states"

2:33 PM • Details

G   Search     ✕

Searched for "stearic acid production" "united states"

2:33 PM • Details

G   Search     ✕

Searched for stearic acid production "united states"

2:32 PM • Details

G   Search     ✕

Privacy • Terms Searched for "stearic acid" production "united states"

  

☰  Google My Activity

Searched for "stearic acid" commercial production "raw materials"

Delete activity by

2:31 PM • Details

Other activity

G    Search

Activity controls

Visited Stearic acid - Mateos S.L.

Google Account    ⬀

2:30 PM • Details

Help & feedback

G    Search                                                    ✕

Searched for "stearic acid" commercial production "raw materials"

2:30 PM • Details

G    Search                                                    ✕

Searched for "stearic acid" commercial production

2:30 PM • Details

G    Search                                                    ✕

Visited Stearic Acid | C18H36O2 | CID 5281 - PubChem

2:29 PM • Details

G    Search                                                    ✕

Visited Production of stearic acid - Specific flow and level process ...
- Tecfluid

2:29 PM • Details

G    Search                                                    ✕



Privacy • Terms

 **Google** My Activity



Delete activity by

G    Search                                                                ✕

Other activity  **Visited**  https://www.niir.org/blog/wp-content/uploads/2019/06/Stearic-Acid-
Manufacturing-Business.pdf
Activity controls
2:27 PM • Details

Google Account        ⬈

G    Search                                                                ✕

Help & feedback  **Visited**  Exploring Stearic Acid: Sources & Production Methods | by ...
- Medium

2:27 PM • Details

---

G    Search                                                                ✕

Searched for  **"stearic acid" "country of origin" "substantial transformation"**

2:25 PM • Details

---

G    Search                                                                ✕

Searched for  **"stearic acid" "country of origin"**

2:22 PM • Details

---

G    Search                                                                ✕

Searched for  **"made in usa" "stearic acid" "ftc"**

1:16 PM • Details

---

G    Search                                                                ✕

Searched for  **"made in usa" "stearic acid"**

1:10 PM • Details

---

G    Search                                                                ✕

Privacy • Terms
Searched for  **Stearic acid Formula**

 **Google** My Activity         

Search                                                                      ✕

Searched for  purified stearic acid

Delete activity by
                12:53 PM • Details
Other activity
─────────────────────────────────────────────────────────
            G   Search                                                      ✕
Activity controls
            Searched for  "stearic acid" commercial production
Google Account           ↗
                12:52 PM • Details
─────────────────────────────────────────────────────────

Help & feedback

January 29                                                                  ✕


        G   Search                                                          ✕

Searched for  stearic acid manufacture

        12:42 PM • Details



January 27                                                                  ✕


        G   Search                                                          ✕

Searched for  Commercial stearic acid

        2:05 PM • Details
─────────────────────────────────────────────────────────

        G   Search                                                          ✕

Searched for  stearic acid manufacture

        2:04 PM • Details
─────────────────────────────────────────────────────────

        G   Search                                                          ✕

Searched for  l stearic acid manufacture

        2:04 PM • Details
Privacy  •  Terms

 My Activity



☰

Searched for global stearic acid manufacture

Delete activity by
2:04 PM • Details

Other activity                    **G** Search                                              ✕

Activity controls    Searched for global stearic acid production

2:04 PM • Details
Google Account                    ↗

                    **G** Search                                              ✕

Help & feedback    Visited Stearic Acid: Uses, Side Effects & How to Use | Clinikally

2:03 PM • Details

                    **G** Search                                              ✕

Searched for "stearic acid" personal care products "sources"

2:03 PM • Details

Looks like you've reached the end

Privacy • Terms