# EXHIBIT K



≡   **Google** My Activity

🔍   menthol                                                        ✕   ⋮

Delete activity by

    ≂ Filter by date & product

Other activity

Activity controls   | Dec 1, 2018 – Dec 10, 2023  ✕ |   | Search  ✕ |

Google Account   ⬈

**Dec 9, 2023**                                                    ✕

Help & feedback

   G   Search                                          ✕

Searched for **menthol lozenge established name**

10:30 PM • Details

   G   Search                                          ✕

Searched for **"menthol lozenge" "established name"**

10:29 PM • Details

   G   Search                                          ✕

Searched for **"menthol lozenges" "established name"**

10:29 PM • Details

   G   Search                                          ✕

Searched for **"menthol lozenges" "established name"**

10:29 PM • Details

   G   Search                                          ✕

Searched for **Usp 36 "menthol lozenges"**

10:24 PM • Details

Privacy  •  Terms

 **My Activity**

≡     

Searched for usp "menthol lozenges"

10:21 PM • Details

Delete activity by

Other activity                Search                                                    ✕

Searched for U.S. Adopted Names Council "menthol lozenges"
Activity controls

10:21 PM • Details
Google Account            ↗

Search                                                    ✕
Help & feedback

Visited MENTHOLS - OECD Existing Chemicals Database

10:20 PM • Details

G    Search                                                    ✕

Searched for U.S. Adopted Names Council usp "menthol lozenges"

10:20 PM • Details

Dec 8, 2023                                                    ✕

G    Search                                                    ✕

Visited Menthol, United States Pharmacopeia (USP) Reference
Standard ...

10:40 PM • Details

G    Search                                                    ✕

Searched for monograph titles USP–NF menthol lozenge

10:21 PM • Details

G    Search                                                    ✕

Privacy  •  Terms

 My Activity     

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

G   Search     ✕

Visited **Menthol Type of Posting Revision Bulletin Posting Date 29 ... - USP-NF**

10:06 PM • Details

G   Search     ✕

Searched for **Menthol Lozenges usp 29**

10:05 PM • Details

G   Search     ✕

Searched for **Menthol Lozenges DEFINITION Menthol Lozenges contain NLT 90.0% and NMT 125.0%**

10:05 PM • Details

G   Search     ✕

Searched for **"usp" "menthol lozenge"**

9:39 PM • Details

G   Search     ✕

Searched for **"usp" "menthol lozenge"**

9:39 PM • Details

G   Search     ✕

Searched for **"u.s. adopted names council" menthol**

6:50 PM • Details

G   Search     ✕

Searched for **"u.s. adopted names council" menthol lozenge**

6:50 PM • Details

Privacy Terms

 My Activity 

Searched for United States Pharmacopeia "menthol lozenge"

Delete activity by
6:48 PM • Details

Other activity      G  Search                                                  ✕

Activity controls   Searched for USP "menthol lozenge"

Google Account      6:48 PM • Details

Help & feedback     G  Search                                                  ✕

                    Searched for USP Nomenclature "menthol lozenge"

                    6:47 PM • Details

                    G  Search                                                  ✕

                    Searched for USP Nomenclature Guideline "menthol lozenge"

                    6:47 PM • Details

Dec 7, 2023                                                                     ✕

G  Search                                                                       ✕

Visited Dementholised Mint Oil IP, BP - AOS Products Manufacturer

8:56 PM • Details                                                   

G  Search                                                                       ✕

Searched for "menthol" "Dementholised Oil"

8:55 PM • Details

G  Search                                                                       ✕

Privacy • Terms







Google My Activity

Google My Activity

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

8:49 PM • Details

Search

Visited US2662052A - Separation of menthol from mint oils by a fractional ...

8:46 PM • Details

Search

Searched for Fractional Distillation menthol

8:46 PM • Details

Search

Visited Menthol Crystal - IPP Layout

8:03 PM • Details

Search

Visited Neeru Menthol Private Limited

8:03 PM • Details

Search

Visited Menthol Crystals Manufacturer Exporter India USA CAS 2216-51-5

8:03 PM • Details

Search

Searched for menthol extraction india

8:02 PM • Details

Search

Privacy • Terms

Google My Activity

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Search

Visited https://www.tpci.in/indiabusinesstrade/blogs/menthol-exports-is-in-dias-dominance-under-threat/

7:48 PM • Details

Search

Visited Processing of Mint & Mint Products - Niftem

7:47 PM • Details

Search

Visited https://www.csir.res.in/csir-success-stories/importing-menthol-mint-becoming-leading-exporter

7:46 PM • Details

Search

Searched for is menthol an herb

7:44 PM • Details

Search

Searched for pharmacological menthol usp

7:42 PM • Details

Search

Visited Extraction of Menthol using Different Methods from Peppermint Oil

7:22 PM • Details

Search

Privacy • Terms

≡ **Google** My Activity

Search
Delete activity by
Searched for **L-Menthol, USP**
Other activity
7:15 PM • Details

Activity controls

Search
Google Account
Searched for **L-Menthol, Crystal, USP**

Help & feedback
7:15 PM • Details

Search
Searched for **L-Menthol, Crystal, USP**
7:14 PM • Details

Search
Searched for **pharmacological grade menthol usp**
7:14 PM • Details

Search
Searched for **pharmacological grade menthol**
7:14 PM • Details

**Dec 6, 2023**

Search
Searched for **"menthol" "fraction"**
8:14 PM • Details

Search

Privacy • Terms



≡ **Google** My Activity

Delete activity by

Searched for "menthol" peppermint "fraction"

Other activity
8:08 PM • Details

Activity controls

Search

Google Account

Visited Sharp Mint Limited

8:02 PM • Details

Help & feedback

Search

Searched for menthol fraction peppermint

3:49 PM • Details

**Sep 4, 2023**

Search

Visited Ricola Max Cool Menthol Nasal Care Large Bag ... - Amazon.com

10:17 PM • Details

Search

Searched for "menthol" "maximum" mg fda 20 "anesthetic"

9:06 PM • Details

Search

Searched for "menthol" "maximum" mg fda 20

9:04 PM • Details

Privacy • Terms

 **Google** My Activity 

☰

Searched for   menthol   "maximum" "mg"

9:04 PM • Details

Delete activity by

Other activity    Search        ✕

Activity controls

Visited Ricola Max Cool Menthol Nasal Care Large Bag ... - Amazon.com

Google Account    ↗

6:34 PM • Details

Help & feedback    Search        ✕

Searched for "menthol" "nasal decongestant"

6:29 PM • Details

**Sep 2, 2023**        ✕

G   Search        ✕

Visited (Price/Case)Ricola 3000215 Max Cool Menthol Nasal Care, 34 ...

4:47 PM • Details

**Jul 11, 2023**        ✕

G   Search        ✕

Visited https://www.cvs.com/shop/ricola-max-nasal-care-cool-menthol-drops-34-ct-prodid-428818

8:54 PM • Details

G   Search        ✕

Privacy   •   Terms



≡  **Google** My Activity

G   Search                                                                        ✕
Delete activity by
          Searched for  menthol "synthetic" lozenges
Other activity
          8:51 PM • Details

Activity controls

G   Search                                                                        ✕
Google Account          ⧉
          Searched for  menthol "synthetic" lozenges

Help & feedback   8:50 PM • Details

G   Search                                                                        ✕

          Searched for  menthol "synthetic" "natural" lozenges

          8:50 PM • Details

G   Search                                                                        ✕

          Searched for  most menthol is synthetic

          8:47 PM • Details

G   Search                                                                        ✕

          Visited  Natural Menthol | Biovanta

          8:47 PM • Details

G   Search                                                                        ✕

          Searched for  menthol "synthetic" "natural""

          8:46 PM • Details

G   Search                                                                        ✕

Privacy • Terms



Google My Activity

☰

8:46 PM • Details

Delete activity by

G   Search     ✕

Other activity   Visited **Menthol - Natural and Synthetic - LinkedIn**

Activity controls

Google Account

G   Search     ✕

Help & feedback   Visited **Natural vs Synthetic Menthol, Carbon-14 Analysis - Beta Analytic**

8:44 PM • Details

G   Search     ✕

Searched for **menthol "synthetic" "natural**

8:44 PM • Details

**Jul 9, 2023**     ✕

G   Search     ✕

Searched for **menthol "synthetic" racemic analysis**

11:39 PM • Details

G   Search     ✕

Searched for **menthol "synthetic" racemic detection**

11:39 PM • Details

G   Search     ✕

Searched for **menthol "synthetic" racemic laboratory analysis detection**

Privacy • Terms   11:29 PM • Details

 **My Activity**



Searched for menthol synthetic racemic

11:29 PM • Details

Delete activity by

Other activity

Jul 7, 2023                                                    ✕

Activity controls

G  Search            ⬈                                          ✕
Google Account

Visited Laevo-menthol-syntheses and organoleptic properties

Help & feedback
1:11 AM • Details

G  Search                                                      ✕

Visited An Aroma Chemical Profile: Menthol | Perfumer & Flavorist

1:10 AM • Details

G  Search                                                      ✕

Searched for Aroma Chemical Profile: Menthol, Perfumer & Flavorist, Vol. 32

1:10 AM • Details

G  Search                                                      ✕

Searched for Laevo-Menthol - Syntheses and organoleptic properties,
Cosmetics and Perfumery,

1:10 AM • Details

G  Search                                                      ✕

Searched for "synthetic menthol"

1:09 AM • Details

G  Search                                                      ✕

Privacy • Terms



≡ **Google** My Activity

1:09 AM • Details

Delete activity by
     G   Search                             ✕

Other activity   Visited **Menthol - Natural and Synthetic - LinkedIn**

Activity controls   1:08 AM • Details

Google Account   🗗
     G   Search                             ✕

Help & feedback   Searched for **menthol "synthetic"**

1:08 AM • Details

---

G   Search                             ✕

Visited **Natural Menthol & Synthetic Menthol - LinkedIn**

1:07 AM • Details

---

G   Search                             ✕

Visited **Menthol - Wikipedia**

1:05 AM • Details

---

G   Search                             ✕

Searched for **menthol commercially percentage natural**

12:59 AM • Details

---

G   Search                             ✕

Searched for **menthol commercially percentage**

12:59 AM • Details

---

G   Search                             ✕

Privacy • Terms



☰  Google My Activity

 

Delete activity by

Search                                                                    ✕

Other activity

Visited **On Menthol, Synthetic Menthol, And Cold - Sharpologist**

Activity controls

12:58 AM • Details

Google Account          Search          ⬈                                ✕

Help & feedback

Visited **MENTHOLS - OECD Existing Chemicals Database**

12:53 AM • Details

Search                                                                    ✕

Searched for **synthetic menthol commercially**

12:53 AM • Details

Search                                                                    ✕

Searched for **synthetic menthol**

12:52 AM • Details

Search                                                                    ✕

Searched for **synthetic menthol**

12:52 AM • Details

Search                                                                    ✕

Searched for **"menthol" synthetic natural**

12:51 AM • Details

Search                                                                    ✕

Searched for **"menthol" synthetic natural**

Privacy • Terms    12:49 AM • Details

 

☰  **Google** My Activity

Searched for ~~most menthol~~ ~~synthetic natural~~

12:40 AM • Details

Delete activity by

Other activity

**Jul 6, 2023**

Activity controls

Google Account  G  Search  ⬀  ✕

Searched for Hopp, R. & Lawrence, Brian. (2006). Natural and synthetic
Help & feedback menthol

5:06 PM • Details

G  Search  ✕

Visited https://scholar.google.com/scholar?
q=Hopp,+R.+%26+Lawrence,+Brian.+
(2006).+Natural+and+synthetic+menthol.&hl=en&as_sd...

5:05 PM • Details

G  Search  ✕

Visited Natural and Synthetic Menthol | 17 | Mint | Brian M. Lawrence | Taylor

5:04 PM • Details

G  Search  ✕

Visited GC-IRMS - Differentiating Natural and Synthetic Sources of Menthol ...

5:04 PM • Details

G  Search  ✕

Searched for Synthetic menthol vs natural menthol

5:04 PM • Details

G  Search  ✕

Privacy • Terms

  

☰  **Google** My Activity

---

Delete activity by

Other activity  **Visited**  Natural and synthetic menthol | Request PDF - ResearchGate

Activity controls  5:04 PM • Details

Google Account  Search  ⌴

Searched for "menthol" natural or synthetic

Help & feedback  5:03 PM • Details

---

G  Search  ✕

Visited  Natural vs Synthetic Menthol, Carbon-14 Analysis - Beta Analytic

5:03 PM • Details

---

G  Search  ✕

Visited  Synthetic influx - Down To Earth

5:02 PM • Details

---

G  Search  ✕

Searched for "menthol" natural or synthetic

5:02 PM • Details

---

Jun 21, 2023  ✕

---

G  Search  ✕



Privacy • Terms

# Google My Activity

2:07 PM • Details

Delete activity by

G    Search                                                                    ✕

Other activity    Visited https://www.walmart.com/ip/Equate-Value-Size-Honey-Lemon-Cough-
Drops-with-Menthol-160-Count/54320956?wmlspartner=wlpa...

Activity controls

2:07 PM • Details

Google Account    ⬈

G    Search                                                                    ✕

Help & feedback    Searched for Walgreens Cough Drops Menthol

12:38 PM • Details

G    Search                                                                    ✕

Searched for menthol lozenges

12:31 PM • Details

Jun 4, 2023                                                                    ✕

G    Search                                                                    ✕

Visited https://fsastore.com/theraflu-daytime-severe-cold-and-cough-hot-liq-
uid-powder-berry-infused-with-menthol-and-green-te...

3:13 PM • Details

Jun 2, 2023                                                                    ✕

G    Search                                                                    ✕

Visited Equate Honey Cough Drops with Menthol, 30 Count -
Walmart.com



11:48 PM • Details

Privacy • Terms

 My Activity 



Searched for menthol lozenges

11:47 PM • Details

Delete activity by

Other activity        Search                                               ✕

Searched for menthol fda lozenges oral anesthetic monograph

Activity controls

1:00 PM • Details

Google Account        ⬈

Help & feedback   Apr 9, 2023                                              ✕

G   Search                                                                 ✕

Visited effa-guidance-document-on-the-ec-regulation-on-flavourings ...

1:52 PM • Details

G   Search                                                                 ✕

Visited MENTHOL - Googleapis.com

1:28 PM • Details

G   Search                                                                 ✕

Visited Extraction of Menthol using Different Methods from Peppermint Oil

1:28 PM • Details

G   Search                                                                 ✕

Visited US2662052A - Separation of menthol from mint oils by a fractional ...

1:28 PM • Details

Mar 30, 2023                                                              ✕

Privacy   G   Terms   Search                                              ✕



≡   **Google** My Activity

Search

Delete activity by

**Searched for** menthol "20 milligrams" effectiveness

Other activity

12:37 AM • Details

Activity controls

Search

Google Account

**Searched for** menthol "20 milligrams" "anesthetic" effectiveness

Help & feedback   12:37 AM • Details

Search

**Searched for** menthol "20 milligrams" "anesthetic" lozenge

12:35 AM • Details

Search

**Searched for** menthol "20 milligrams" "anesthetic"

12:34 AM • Details

Search

**Visited** Severe Throat Drops Oral Anesthetic - Menthol Ice - 45ct - Up & Up ...

12:33 AM • Details

Search

**Searched for** menthol "20 milligrams"

12:32 AM • Details

Search

**Searched for** menthol "20 milligrams"

Privacy • Terms 12:31 AM • Details

 My Activity     

Searched for menthol "20 milligrams" oral anesthetic "maximum"

12:31 AM • Details

Delete activity by

Other activity    Search                          ✕

Activity controls   Searched for fda menthol otc "20 milligrams" oral anesthetic "maximum"

12:31 AM • Details

Google Account ⬀

Search                                     ✕

Help & feedback

Searched for fda menthol otc "20 milligrams" oral anesthetic "maximum"

12:31 AM • Details

---

### Mar 29, 2023                                         ✕

G   Search                                       ✕

Searched for fda menthol otc "20 milligrams" oral anesthetic

11:49 PM • Details

G   Search                                       ✕

Searched for fda menthol otc "20 milligrams"

11:47 PM • Details

G   Search                                       ✕

Searched for menthol fda otc 20 mg

11:46 PM • Details

G   Search                                       ✕

Visited https://clickserve.dartsearch.net/link/click?
&ds_a_cid=196017821&ds_a_caid=19815548343&ds_a_agid=&ds_a_fiid=&ds_a_li
d...

 

Visited Extraction Technologies for Medicinal and Aromatic Plants | UNIDO

Delete activity by

8:14 PM • Details

Other activity

Activity controls                                                                        Mar 7, 2023                                          ✕

Google Account          ⧉

G   Search                                                                                                                   ✕

Help & feedback    Searched for "Menthol" "cinnamaldehyde" "sensory"

7:13 PM • Details

---

G   Search                                                                                                                   ✕

Searched for "Menthol" "cinnamaldehyde" "sensory"

7:13 PM • Details

---

G   Search                                                                                                                   ✕

Searched for "Menthol" "cinnamaldehyde" "oral"

7:12 PM • Details

---

G   Search                                                                                                                   ✕

Searched for "Menthol" "cinnamaldehyde" "oral hygiene"

7:12 PM • Details

---

G   Search                                                                                                                   ✕

Searched for Menthol cinnamaldehyde "oral hygiene"

7:12 PM • Details

---

G   Search                                                                                                                   ✕



≡ Google My Activity

Delete activity by

**Feb 25, 2023**                                                                                      ✕

Other activity

G    Search                                                                                            ✕

Activity controls

Visited effa-guidance-document-on-the-ec-regulation-on-flavourings ...

Google Account                        ⧉

4:31 PM • Details

Help & feedback

**Feb 13, 2023**                                                                                      ✕

G    Search                                                                                            ✕

Visited HALLS Relief Max Strength Frozen Cherry Throat ... - Amazon.com

10:51 PM • Details

G    Search                                                                                            ✕

Visited Vicks VapoCool Severe Medicated Sore Throat Drops, Max Strength ...

10:51 PM • Details

G    Search                                                                                            ✕

Searched for menthol max dose lozenge

10:50 PM • Details

G    Search                                                                                            ✕

Searched for "nasal care" "fda" "monograph" "menthol"

10:47 PM • Details

Privacy • Terms        G • Search                                                                     ✕

 My Activity             

Delete activity by

Jan 19, 2023         ✕

Other activity

   G    Search         ✕

Activity controls

Searched for **"menthol" "oral anesthetic" monograph**

Google Account     ⧉

7:14 PM • Details

Help & feedback    G    Search         ✕

Searched for **"menthol" "oral anesthetic"**

7:11 PM • Details

Jan 18, 2023         ✕

   G    Search         ✕

Searched for **"sore throat pain" "menthol" fda**

8:34 PM • Details

   G    Search         ✕

Searched for **"minor sore throat pain" "menthol" fda**

7:58 PM • Details

   G    Search         ✕

Searched for **"minor sore throat pain" "menthol"**

7:58 PM • Details

   G    Search         ✕

Privacy • Terms



☰  **Google** My Activity

Delete activity by

G    Search                                                                      ✕

Searched for "sore throat pain" "menthol" misbranded

Other activity

7:57 PM • Details

Activity controls

G    Search                                                                      ✕

Google Account    ⎘

Searched for "sore throat pain" "menthol"

Help & feedback   7:36 PM • Details

G    Search                                                                      ✕

Searched for menthol "cough suppressant" "throat"

4:05 PM • Details

G    Search                                                                      ✕

Searched for menthol "cough suppressant" "throat"

4:04 PM • Details

G    Search                                                                      ✕

Searched for menthol soothe "sore throat" "antitussive"

3:44 PM • Details

G    Search                                                                      ✕

Searched for menthol soothe "sore throat"

3:43 PM • Details

G    Search                                                                      ✕

Searched for menthol soothe bronchial passage

3:40 PM • Details

Privacy  •  Terms

Searched for "soothing" "menthol" "throat irritation" "antitussive"

1:58 PM • Details

Delete activity by

Other activity    **G** Search                                  ✕

Activity controls    Searched for "soothing" "menthol" "throat irritation" monograph

1:58 PM • Details

Google Account    ◱

**G** Search                                          ✕

Help & feedback

Searched for "soothing" "menthol" "throat irritation"

1:58 PM • Details

---

**G** Search                                          ✕

Searched for "soothing" "menthol" "throat irritation"

1:57 PM • Details

---

**G** Search                                          ✕

Searched for "soothing" "menthol" "irritation"

1:56 PM • Details

---

**G** Search                                          ✕

Searched for "soothing" "menthol" site:gpo.gov/fdsys/pkg/FR

1:55 PM • Details

---

**G** Search                                          ✕

Searched for "soothe" "menthol" site:gpo.gov/fdsys/pkg/FR

1:54 PM • Details

---

**G** Search                                          ✕

Privacy • Terms    Searched for "sooth" "menthol" site:gpo.gov/fdsys/pkg/FR



 

≡ **Google** My Activity

Searched for "soothes" "menthol" site:gpo.gov/fdsys/pkg/FR

Delete activity by
1:53 PM • Details

Other activity

G Search                                                                    ✕

Activity controls

Searched for "soothe" "sore throat" "menthol"

Google Account
1:51 PM • Details

Help & feedback

G Search                                                                    ✕

Visited Menthol Lozenges for a Sore Throat Are a Bad Idea |
Well+Good

1:51 PM • Details

G Search                                                                    ✕

Searched for "soothe" "sore throat" "menthol" misbranded

1:50 PM • Details

G Search                                                                    ✕

Searched for "soothing" "sore throat" "menthol" misbranded

1:50 PM • Details

G Search                                                                    ✕

Searched for "menthol" "soothing" throat irritation "monograph"

1:44 PM • Details

G Search                                                                    ✕

Searched for "menthol" "soothing" throat irritation

1:44 PM • Details

Privacy • Terms

 My Activity        

Searched for "menthol" "soothing"

1:43 PM • Details

Delete activity by

Other activity    🔍 Search                                    ✕

Activity controls     Searched for "soothes sore throat" "menthol" misbranded

           1:42 PM • Details

Google Account                       ⧉

         🔍 Search                                      ✕

Help & feedback     Searched for "soothe sore throat" "menthol" misbranded

1:42 PM • Details

---

🔍 Search                                      ✕

Searched for "soothe sore throat" "menthol"

1:42 PM • Details

---

🔍 Search                                      ✕

Searched for "menthol" "soothe" "antitussive" fda

12:40 AM • Details

---

🔍 Search                                      ✕

Searched for "menthol" "soothe" "antitussive" fda

12:40 AM • Details

---

🔍 Search                                      ✕

Searched for "menthol" "soothe" "antitussive"

12:40 AM • Details

---

🔍 Search                                      ✕

Privacy • Terms    Searched for "menthol" "soothe" "antitussive"



☰  **Google** My Activity

Searched for "menthol" "soothing" "antitussive"

Delete activity by

12:39 AM • Details

Other activity

G    Search

Activity controls

Searched for "menthol" "soothing" "antitussive"

Google Account

12:37 AM • Details

Help & feedback    G    Search    ✕

Searched for Calms cough "soothes" irritated throat "menthol" misbranded

12:18 AM • Details

G    Search    ✕

Searched for Calms cough soothing irritated throat "menthol" misbranded

12:17 AM • Details

G    Search    ✕

Searched for Calms cough soothing irritated throat "menthol"

12:16 AM • Details

Jan 15, 2023    ✕

G    Search    ✕

Searched for fda "cough suppressant" "menthol"

2:55 PM • Details

Dec 7, 2022    ✕

Privacy • Terms

 Google My Activity 

Searched for menthol cough suppressant

8:24 PM • Details

Delete activity by

Other activity    Search                                                    ✕

Searched for 341.85 "menthol cough suppressant"

Activity controls

8:24 PM • Details

Google Account    ⬀

Help & feedback Nov 26, 2022                                                 ✕

G    Search                                                                 ✕

Searched for fda oral anesthetic menthol demulcent

9:21 PM • Details

G    Search                                                                 ✕

Searched for fda oral anesthetic menthol 21 cfr

9:20 PM • Details

G    Search                                                                 ✕

Searched for fda oral anesthetic menthol

9:20 PM • Details

G    Search                                                                 ✕

Searched for menthol oral anesthetic fda

5:42 PM • Details

G    Search                                                                 ✕

Searched for menthol lozenges fda cfr

4:17 PM • Details

Privacy • Terms

 

Searched for menthol lozenges fda

4:17 PM • Details

Delete activity by

Other activity    Search                               ✕

Activity controls   Searched for "menthol" lozenges fda "category III" "cares act"

3:40 PM • Details
Google Account    ⬈

Help & feedback    Search                               ✕

Searched for "menthol" lozenges fda "category III"

3:35 PM • Details

G   Search                               ✕

Searched for "menthol in a lozenge dosage form" "federal register"

2:22 PM • Details

G   Search                               ✕

Visited https://www.meijer.com/shopping/product/vicks-vapocool-severe-med-icated-sore-throat-drops-fast-acting-max-strength-re...

1:45 PM • Details

G   Search                               ✕

Searched for menthol lozenges reaction time

1:42 PM • Details

G   Search                               ✕

Visited Camphor or Menthol Allergy

1:42 PM • Details

Privacy • Terms

≡    **Google** My Activity

Search    ✕

Delete activity by
Searched for "menthol" "fast acting"

Other activity    6:24 PM • Details

Activity controls
Search    ✕

Google Account
Searched for "menthol" "relief time" ⬈

6:23 PM • Details

Help & feedback

G    Search    ✕

Searched for "menthol" antitussive "response time"

6:23 PM • Details

G    Search    ✕

Searched for menthol antitussive

6:16 PM • Details

G    Search    ✕

Visited Do menthol nasal decongestants still work if you can't smell them ...

6:13 PM • Details    

G    Search    ✕

Searched for menthol decongestant

6:11 PM • Details

G    Search    ✕

Searched for menthol antitussive

6:10 PM • Details

Privacy • Terms

 **Google** My Activity     

Searched for menthol lozenge "fast acting"

5:53 PM • Details

Delete activity by

Other activity     Search                    ✕

Activity controls   Searched for menthol lozenge "time to relief"

5:51 PM • Details
Google Account

             Search                    ✕

Help & feedback
    Searched for menthol lozenge relief "time"

5:51 PM • Details

             Search                    ✕

Searched for "20 mg menthol"

5:34 PM • Details

             Search                    ✕

Searched for "20 mg menthol"

5:32 PM • Details

             Search                    ✕

Searched for "menthol in a lozenge dosage form" "federal register"

5:31 PM • Details

             Search                    ✕

Searched for 47,502 "menthol in a lozenge dosage form" "federal register"

5:26 PM • Details

             Search                    ✕

Privacy • Terms   Searched for menthol lozenge 20 mg



Searched for menthol lozenge fda dosage limit

Delete activity by

5:22 PM • Details

Other activity
───────────────────────────────
G  Search                                                ✕
Activity controls
Searched for menthol lozenge fda dosage limit

Google Account                    ⬈

5:20 PM • Details
───────────────────────────────
Help & feedback
G  Search                                                ✕

Searched for menthol lozenge fda dosage limit "max strength"

5:20 PM • Details
───────────────────────────────
G  Search                                                ✕

Visited https://www.walmart.com/ip/Vicks-VapoCOOL-SEVERE-Medicated-Sore-Throat-Drops-Fast-Acting-Max-Strength-Relief-Soothes-...

4:48 PM • Details


**Oct 8, 2022**                                           ✕


G  Search                                                 ✕

Visited https://www.walmart.com/ip/Vicks-VapoCOOL-SEVERE-Medicated-Sore-Throat-Drops-Fast-Acting-Max-Strength-Relief-Soothes-...

3:22 PM • Details


**Aug 19, 2022**                                          ✕


G  Search                                                 ✕

Privacy • Terms



☰ **Google** My Activity

⠿ 

Search

Delete activity by

Visited **GC-IRMS - Differentiating Natural and Synthetic Sources of Menthol ...**

Other activity

11:29 PM • Details

Activity controls

Search

Google Account ⌕

Searched for **menthol natural or synthetic**

Help & feedback  11:29 PM • Details

---

**Jul 5, 2022**

Search

Visited **Equate Natural Herbal Cough Drops, Menthol, 50 Count - Walmart ...**

11:15 AM • Details

---

**May 8, 2022**

Search

Searched for **"menthol" dosages less than 5 mg**

12:11 AM • Details

---

**May 7, 2022**

Search

Privacy • Terms



≡  Google My Activity

7:46 PM • Details

Delete activity by
G    Search                                                                    ✕

Other activity
Searched for  is menthol natural ingredient

Activity controls
7:45 PM • Details

Google Account
G    Search            ⬚↗                                                      ✕

Help & feedback
Visited  https://www.iherb.com/pr/traditional-medicinals-organic-throat-coat-
drops-sweet-orange-fennel-16-menthol-cough-drops/...

7:41 PM • Details

May 6, 2022                                                                    ✕

G    Search                                                                    ✕

Searched for  menthol lozenges site:www.reginfo.gov/public/do/

10:05 PM • Details

G    Search                                                                    ✕

Searched for  "menthol" lozenges site:gpo.gov/fdsys/pkg/FR

9:57 PM • Details

G    Search                                                                    ✕

Searched for  201.315 Over-the-counter drugs for minor sore throat menthol

1:30 PM • Details

G    Search                                                                    ✕

Searched for  201.315 Over-the-counter drugs for minor sore throats menthol

1:30 PM • Details

Privacy  •  Terms



≡  **Google** My Activity

G  **Search**                                                                    ✕

Delete activity by

Visited  https://www.nbcmiami.com/news/health/fda-to-announce-plan-ban-
Other activity
ning-menthol-cigarettes/2747709/

Activity controls    10:32 PM • Details

Google Account
G  **Search**          ⬈                                                         ✕

Help & feedback    Searched for  fda ban menthol cigarettes florida

10:32 PM • Details

G  **Search**                                                                    ✕

Visited  Williams: If Black lives matter, ban menthol cigarettes

10:32 PM • Details

G  **Search**                                                                    ✕

Visited  'They make you addicted faster': Menthol cigarette ban pro-
posal ...

10:32 PM • Details

G  **Search**                                                                    ✕

Visited  Ban of menthol cigarettes announced in new plan by FDA |
wnep.com

10:32 PM • Details

G  **Search**                                                                    ✕

Searched for  fda ban menthol cigarettes

10:32 PM • Details

G  **Search**                                                                    ✕

Privacy • Terms
Searched for  fda ban menthol cigarettes





Google My Activity

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

Jul 26, 2021

Search

Visited https://www.taylorfrancis.com/chapters/natural-synthetic-menthol-brian-lawrence/10.1201/9780849307980-17

12:18 AM • Details

Search

Visited The cool freshness of menthol - BASF

12:18 AM • Details

Search

Visited BASF to enter synthetic menthol market in 2012

12:07 AM • Details

Search

Visited On Menthol, Synthetic Menthol, And Cold - Sharpologist

12:07 AM • Details

Search

Visited Natural and synthetic menthol | Request PDF - ResearchGate

12:07 AM • Details

Search

Privacy • Terms

☰  **Google** My Activity                                             ⠿  

Delete activity by                                                    ✕

G  Search

Other Google **Visited**  Is the menthol in Earthpaste natural? – Earthpaste

Activity controls      12:03 AM · Details

Google Account        ⧉

─────────────────── Looks like you've reached the end ───────────────────

Help & feedback