Exhibits to Declaration, ECF No. 55, Part 2