# EXHIBIT M

# Davis v. Ricola USA, Inc. - 3:22-cv-03071 - Defendant's Expert Report

Andrew Xiong <axiong@spencersheehan.com>
Wed 12/6/2023 9:30 AM

To:daphna@baktoflavors.com <daphna@baktoflavors.com>
Cc:Spencer Sheehan <spencer@spencersheehan.com>;Mitchell Domovsky <mdomovsky@spencersheehan.com>

1 attachments (640 KB)
Expert Report of Stefan Gafner, Ph.D. dated September 28, 2023 (Final).pdf;

Dear Daphna,

Attached please find a copy of Defendant's expert report.
Thank you,

Andrew Xiong
Law Clerk
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Tel: (516) 268-7084
Fax: (516) 234-7800
axiong@spencersheehan.com

Notice To Recipient: This e-mail is meant for only the intended recipients, and may be a communication that is confidential, private and privileged by law. If you are not an intended recipient, or if any part of the content or title of this email shows that you received this e-mail in error, any continued review by you of the email, or use, dissemination, distribution, or copying of this e-mail, is strictly prohibited. Please notify us immediately of any error in sending this email by return e-mail, and please delete this message and all copies from your system. Thank you for your cooperation.