EXHIBIT O



Google My Activity

menthol

Delete activity by

Other activity     Filter by date & product

Activity controls   Mar 23 – Apr 18 ✕   Search ✕

Google Account 🔗

April 18   ✕

Help & feedback

G Search   ✕

Visited **SUPPLEMENT TO CITIZEN PETITION - Public Health Law Center**

12:09 AM • Details

April 16   ✕

G Search   ✕

Visited **By Hand Mr. David Vladeck, Director Bureau of Consumer ...**

3:54 PM • Details

April 13   ✕

G Search   ✕

Searched for **menthol corn mint production**

7:59 PM • 📍 • Details

G Search   ✕

Privacy • Terms

☰   **Google** My Activity

7:54 PM • Details

Delete activity by

**G** Search            ✕

Other activity
Visited https://www.tpci.in/indiabusinesstrade/blogs/menthol-exports-is-in-dias-dominance-under-threat/

Activity controls
7:53 PM • Details

Google Account     ⬀ ──────────────────────────

**G** Search            ✕

Help & feedback
Visited Growing Trend Of Procurement Of Natural Menthol Crystals Instead ...

7:53 PM • Details

**G** Search            ✕

Searched for india global menthol

7:53 PM • 📍 • Details

**G** Search            ✕

Searched for mentha oil menthol

7:47 PM • 📍 • Details

**G** Search            ✕

Visited Menthol - Wikipedia

7:39 PM • Details

**G** Search            ✕

Searched for menthol compound

7:38 PM • 📍 • Details

Privacy **G** Terms   Search            ✕



G   Search

Delete activity by

Searched for **menthol fraction**

Other activity

7:37 PM • ⊙ • Details

Activity controls

G   Search

Google Account

Searched for **menthol "cornmint" fraction**

7:36 PM • ⊙ • Details

Help & feedback

G   Search

Visited **Isolation, chemical composition, antioxidant and ... - CORE**

7:36 PM • Details

G   Search

Visited **Mint Terpenes : food additives, perfumery and aromatherapy - Mane ...**

7:36 PM • Details

G   Search

Visited **Cornmint oil fractions Imports in World - Import data with price, buyer ...**

7:36 PM • Details

G   Search

Visited **Menthol | C10H20O | CID 1254 - PubChem**

7:35 PM • Details

G   Search

Privacy • Terms



☰  **Google** My Activity                                                                    

---

Delete activity by

G    Search                                                                              ✕

Visited effa-guidance-document-on-the-ec-regulation-on-flavourings ...

Other activity

7:22 PM • Details

Activity controls

---

G    Search                                                                              ✕

Google Account        ⬀

Visited A status review of terpenes and their separation methods - De Gruyter

Help & feedback

7:21 PM • Details

---

G    Search                                                                              ✕

Visited American chemical journal - University of Illinois Library

7:21 PM • Details

---

G    Search                                                                              ✕

Visited Secrets of Methamphetamine Manufacture 8th Edition - WikiLeaks

7:20 PM • Details

---

G    Search                                                                              ✕

Visited MONOGRAPH MONOGRAFIA - Politechnika Krakowska

7:17 PM • Details

---

G    Search                                                                              ✕

Searched for menthol production "isolate" "fractional distillation" solvent

7:17 PM • ⊙ • Details

---

G    Search                                                                              ✕

Searched for menthol production "isolate" compound "fractional distillation" solvent

Privacy • Terms 7:16 PM • ⊙ • Details

---

  

Searched for menthol production isolate compound fractional distillation solvent

Delete activity by
7:16 PM • 📍 • Details

Other activity

G   Search                        ✕

Activity controls

Visited Extraction Technologies for Medicinal and Aromatic Plants | UNIDO

Google Account         ⬈
7:14 PM • Details

Help & Feedback   G   Search                      ✕

Visited Natural Peppermint Mentha Oils - Allin Exporters

7:14 PM • Details

---

G   Search                      ✕

Visited Quality Flavours Export

7:13 PM • Details

---

G   Search                      ✕

Searched for menthol production isolate compound fractional distillation solvent

7:13 PM • 📍 • Details

---

G   Search                      ✕

Visited MENTHOL - Googleapis.com

7:12 PM • Details

---

G   Search                      ✕

Visited STUDY ON EXTRACTION OF MINT OIL FROM MINT ... - IJCRT.org

7:11 PM • Details

Privacy • Terms

 My Activity          

Visited WORLD JOURNAL OF PHARMACEUTICAL RESEARCH

7:09 PM • Details

Delete activity by

Other activity          G   Search                                              ✕

Activity controls

Google Account          Visited Processing of Mint & Mint Products - Niftem

7:08 PM • Details

Help & feedback         G   Search                                              ✕

Searched for menthol production isolate compound distillation india

7:08 PM • ⊙ • Details

G   Search                                                                      ✕

Visited Essential Oil Composition and Menthol Production of Mint Types ...

7:07 PM • Details

G   Search                                                                      ✕

Visited http://www.rxchemicals.com/product/menthol

7:07 PM • Details

G   Search                                                                      ✕

Visited Chemical Profile and Extraction Technique of Oil of Mentha Arvensis

7:06 PM • Details

G   Search                                                                      ✕

Visited MENTHOLS - OECD Existing Chemicals Database

7:05 PM • Details

G   Search                                                                      ✕

 My Activity 

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback

G  Search       ✕

Visited **.: DISTILLATION AND PROCESSING OF MENTHA OIL IN INDIA**

7:04 PM • Details

G  Search       ⧉       ✕

Visited **Evaluation of Mentha arvensis essential oil and its major ... - NCBI**

7:03 PM • Details

G  Search       ✕

Visited **US2662052A - Separation of menthol from mint oils by a fractional ...**

7:02 PM • Details

G  Search       ✕

Visited **Extraction, production and analysis techniques for menthol: A review**

7:02 PM • Details

G  Search       ✕

Searched for **menthol production isolate compound distillation**

7:02 PM • 📍 • Details

G  Search       ✕

Visited **US20040058422A1 - Process for preparing (-)- menthol and similar ...**

7:02 PM • Details

G  Search       ✕

Privacy • Terms

Google My Activity

7:01 PM • Details

Delete activity by

G  Search                                     ✕

Other activity
Searched for **menthol production isolate compound**

Activity controls
7:00 PM • Details

Google Account

G  Search       ⧉                       ✕

Visited **Processing of Mint & Mint Products - Niftem**

Help & feedback

2:29 PM • Details

G  Search                                        ✕

Visited **MINT - National Horticulture Board**

2:29 PM • Details

G  Search                                        ✕

Visited **Menthol Mint Spreads the Smell of CSIR's Success - MyGov Blogs**

2:26 PM • Details

G  Search                                        ✕

Visited **NEW PRACTICES IN THE CULTIVATION OF THE MINT, MENTHA …**

2:25 PM • Details

G  Search                                        ✕

Visited **Assessing and Mitigating Climate Change Risks to Mint … - MIT Sloan**

2:22 PM • Details

G  Search                                        ✕

Privacy • Terms
Visited **Plant Profile - Vikaspedia**

 Google My Activity

 

Searched for **menthol production india cornmint**

Delete activity by
1:53 PM • Details

Other activity

🔴 Search      ✕

Activity controls

Searched for **menthol** ⬏

Google Account
1:50 PM • Details

Help & feedback

🔴 Search      ✕

Searched for **menthol production india**

1:49 PM • Details

G Search      ✕

Visited **Characteristics of menthol mint Mentha arvensis cultivated on ...**

1:49 PM • Details



G Search      ✕

Searched for **menthol production india**

1:49 PM • Details

G Search      ✕

Visited **The Story of India's Mint Oils and Menthol | Perfumer & Flavorist**

1:48 PM • Details

G Search      ✕

Visited **Mint, Menthol crystals & Isolates - Manufacturers of the purest ...**

Privacy • Terms
1:47 PM • Details





☰  **Google** My Activity

Visited Processing of Mint & Mint Products - Nirtem

1:47 PM • Details

Delete activity by

Other activity          Search                                                                    ✕

Visited **Menthol Crystal - IPP Layout**

Activity controls

1:46 PM • Details

Google Account                    ⧉

G   Search                                                                                          ✕

Help & feedback

Visited **MINT - National Horticulture Board**

1:45 PM • Details

G   Search                                                                                          ✕

Searched for **how is menthol made**

1:45 PM • ⚲ • Details

G   Search                                                                                          ✕

Visited **Menthol - Molecule of the Month - August 2007 - HTML-only
version**

1:44 PM • Details

G   Search                                                                                          ✕

Visited **MANUFACTURE OF MENTHOL Utility Menthol is used in liquors ...**

1:42 PM • Details

G   Search                                                                                          ✕

Visited **Council of Scientific & Industrial Research | Welcome -
csir.res.in**

12:20 PM • Details

Privacy   •   Terms

 **My Activity**

☰

Visited Processing of Mint & Mint Products - Niftem

Delete activity by
12:18 PM • Details

Other activity
 Search ✕

Activity controls
Visited MINT - National Horticulture Board

12:17 PM • Details
Google Account ⤤

Help & feedback
Search ✕

Visited Agronomy | Free Full-Text | Estimating the Crop Acreage of Menthol ...

12:16 PM • Details

G Search ✕

Visited Peppermint Productivity and Oil Composition as a Function of ...

12:15 PM • Details

G Search ✕

Visited Mentha cultivation - JNKVV Jabalpur

12:15 PM • Details

G Search ✕

Searched for "switzerland" menthol production

12:14 PM • ⦿ Details

G Search ✕

Visited https://www.tpci.in/indiabusinesstrade/blogs/menthol-exports-is-in-dias-dominance-under-threat/

12:03 PM • Details

Privacy • Terms

 **Google** My Activity  

Visited https://oec.world/profile/hs/menthol?redirect=true

12:02 PM • Details

Delete activity by

Other activity   G   Search          ✕

Searched for world production of menthol by country

Activity controls

12:02 PM • 📍 • Details

Google Account    ⧉

G   Search          ✕

Help & feedback

Searched for production of menthol by country

12:02 PM • 📍 • Details

G   Search          ✕

Visited Most Of The World's Mint Comes From This Country - Tasting
Table

12:02 PM • Details

G   Search          ✕

Visited Menthol Crystal - IPP Layout

12:01 PM • Details

G   Search          ✕

Visited The five most traded compounds worldwide: importance ...

12:00 PM • Details

G   Search          ✕

Visited Menthol crystal Exports from World - Export data with price, buyer ...

12:00 PM • Details

G   Search          ✕

Privacy • Terms

Searched for global production of menthol by country

☰ **Google** My Activity

G  Search                                                                    ✕

Delete activity by
Visited **Characteristics of menthol mint Mentha arvensis cultivated**
**on ...**
Other activity
11:59 AM • Details                                              

Activity controls

G  Search                                                                    ✕

Google Account
Visited **Menthol - ECSA Chemicals** ⧉

11:59 AM • Details                                              
Help & feedback

G  Search                                                                    ✕

Visited **Menthol Market | Global Industry Report, 2030**

11:58 AM • Details

G  Search                                                                    ✕

Searched for **global production of menthol**

11:58 AM • ⦿ • Details

G  Search                                                                    ✕

Visited **About Us: Herbs In Bareilly - Our Story And Commitment**

11:44 AM • Details                                              

G  Search                                                                    ✕

Visited **The farmers in focus - Symrise**

11:43 AM • Details                                              

G  Search                                                                    ✕

Privacy  Terms
Visited **Constraints analysis of mint plant (Mentha spp.) growers in central ...**

Google : My Activity

≡    My Activity             

Visited **How about 'mint'ing some money? - The Dollar Business**

Delete activity by

11:40 AM • Details

Other activity

Activity controls

Search         ✕

Google Search   **Searched for** **"Uttar Pradesh" "menthol" processing**

11:40 AM • ⌖ • Details

Help & feedback

G   Search         ✕

Visited **Gap Analysis in Adoption of Scientific Mentha (Mentha aravensis ...**

11:39 AM • Details

G   Search         ✕

Visited **Synthetic influx - Down To Earth**

11:38 AM • Details

G   Search         ✕

**Searched for** **"Uttar Pradesh" "menthol"**

11:37 AM • ⌖ • Details

G   Search         ✕

**Searched for** **Uttar Pradesh "menthol"**

11:37 AM • ⌖ • Details

G   Search         ✕

Visited **Neeru Menthol Private Limited**

11:36 AM • Details

Privacy • Terms

 **Google** My Activity                                                    

Visited Economic Analysis of Menthol Mint Cultivation in Uttar ... - CORE

11:36 AM • Details

Delete activity by

Other activity          G   Search                                                              ✕

Visited Council of Scientific & Industrial Research | Welcome -
Activity controls     csir.res.in

Google Account        11:36 AM • Details          ◱

Help & feedback     G   Search                                                                ✕

Visited Marketing Channel of Menthol Mint (Mentha) in Sitapur district,Uttar ...

11:35 AM • Details

G   Search                                                                                    ✕

Searched for menthol production "large scale" "processing"

11:34 AM • ⚲ • Details

G   Search                                                                                    ✕

Searched for menthol production large scale "processing" "purification"

11:34 AM • ⚲ • Details

G   Search                                                                                    ✕

Visited MENTHOLS - OECD Existing Chemicals Database

11:32 AM • Details

G   Search                                                                                    ✕

Searched for india menthol production large scale "processing" "purification"

11:32 AM • ⚲ • Details

G   Search                                                                                    ✕
Privacy • Terms
Visited Natural and synthetic menthol | Request PDF - ResearchGate

 My Activity



G    Search                                                                      ✕

Deleted activity byVisited https://www.guidechem.com/question/is-the-demand-for-dl-menthol-i-
id146057.html
Other activity
          11:31 AM • Details

Activity controls

G    Search                                                                      ✕

Google Account                  
          Searched for india menthol production large scale "processing"

Help & feedback
          11:31 AM • 📍 • Details

G    Search                                                                      ✕

Visited Synthetic Mentha and govt policies are a challenge ... -                 
Sugandh India

11:29 AM • Details

G    Search                                                                      ✕

Visited .: DISTILLATION AND PROCESSING OF MENTHA OIL IN INDIA

11:29 AM • Details

G    Search                                                                      ✕

Visited Agronomy | Free Full-Text | Estimating the Crop Acreage of              
Menthol ...

11:28 AM • Details

G    Search                                                                      ✕

Visited Production and trade of menthol mint in India: Problems and prospects

11:27 AM • Details

G    Search                                                                      ✕

Privacy  •  Terms

Google : My Activity

 Google My Activity  

Delete activity by

Other activity

Activity controls

Google Account

Help & feedback



G  Search  ✕

**Visited** Potential of Indian Menthol Mint Oil in Production and Export: a ...

11:26 AM • Details

G  Search  ⧉  ✕

**Visited** Natural Menthol Mint Oil Production in India: Role of ... - ResearchGate

11:26 AM • Details

G  Search  ✕

**Visited** MINT - National Horticulture Board

11:26 AM • Details

G  Search  ✕

**Searched for** india menthol production large scale

11:25 AM • 📍 • Details

G  Search  ✕

**Searched for** india menthol production

11:25 AM • 📍 • Details

G  Search  ✕

**Visited** Growing Trend Of Procurement Of Natural Menthol Crystals Instead ...

11:23 AM • Details

Privacy • Terms

April 10  ✕

 **Google** My Activity 

Visited **Limitations: The adverse event and product problem reports ... - FDA**

Delete activity by          8:12 PM • Details

Other activity

**April 1**                                                                    ✕
Activity controls

Google Account       ⬈                                                         ✕
G   Search

Visited **Ricola Soothe & Clear Original Swiss Herb Menthol Lozenges**
Help & feedback **75g ...**

3:16 PM • Details

---

**March 31**                                                                  ✕

G   Search                                                                     ✕

Searched for **"menthol lozenge" "formulation"**

10:44 PM • Details

---

G   Search                                                                     ✕

Searched for **"menthol lozenge" "weight" "formulation"**

10:43 PM • Details

---

G   Search                                                                     ✕

Searched for **"menthol lozenge" "active ingredient" "inactive ingredients"
"weight" "formulation"**

10:42 PM • Details

---

G   Search                                                                     ✕

Searched for **menthol lozenges "active ingredient" "inactive ingredients"**
Privacy    Terms **"weight" "formulation"**



≡ **Google** My Activity

**March 30**                                                                                ✕
Delete activity by

G Search                                                                                    ✕
Other activity

Searched for "natural menthol"
Activity controls
7:54 PM • Details

Google Account

G Search                                                                                    ✕
Help & feedback
Searched for "menthol" "pharmaceutical grade"

7:51 PM • Details

G Search                                                                                    ✕

Searched for "menthol" "pharmaceutical grade" india

7:50 PM • Details

G Search                                                                                    ✕

Searched for "natural menthol" "pharmaceutical grade" india

7:50 PM • Details

G Search                                                                                    ✕

Searched for "natural menthol" "pharmaceutical grade" india

7:50 PM • Details

G Search                                                                                    ✕

Searched for "natural menthol" "pharmaceutical grade"

7:50 PM • Details

G Search                                                                                    ✕

Visited
Privacy • Terms
https://pulse.clickguard.com/gads/at/accD7iU9MDbFJ/asti2xB3N6aIM/ada59wG



☰    **Google** My Activity

Delete activity by

G   Search                 ✕

Searched for "menthol" "pharmaceutical grade"

Other activity

7:49 PM • Details

Activity controls

G   Search                 ✕

Google Account ⧉

Searched for "menthol" distillation "pharmaceutical grade"

Help & feedback   7:48 PM • Details

G   Search                 ✕

Visited Extraction Technologies for Medicinal and Aromatic Plants | UNIDO

7:47 PM • Details

G   Search                 ✕

Searched for "menthol" "solvent" "india" distillation "pharmaceutical grade"

7:47 PM • Details

G   Search                 ✕

Searched for "menthol" "solvent" "india" distillation pharmaceutical grade

7:47 PM • Details

G   Search                 ✕

Searched for "menthol" "solvent" "india" distillation

7:47 PM • Details

G   Search                 ✕

Visited Processing and Quality Evaluation of Menthol Mint Oil | PDF

7:45 PM • Details

Privacy • Terms




≡    **Google** My Activity    ⠿    👤

Visited Essential Oil Composition and Menthol Production of Mint Types ...

7:44 PM • Details

Delete activity by

Other activity    G  Search    ✕

Visited Extraction of Menthol using Different Methods from Peppermint Oil

Activity controls

7:44 PM • Details
Google Account    ⬀

Help & feedback    G  Search    ✕

Visited Menthol Consultants, Menthol Distillation India    🖼️

7:43 PM • Details

G  Search    ✕

Searched for "menthol" "solvent" "india"

7:43 PM • Details

G  Search    ✕

Visited MENTHOLS - OECD Existing Chemicals Database

7:41 PM • Details

G  Search    ✕

Searched for "menthol" "solvent" "processing"

7:40 PM • Details

G  Search    ✕

Searched for "menthol" "solvent" "processing" "not natural"

7:40 PM • Details

G  Search    ✕

Searched for "menthol" "synthetic" "processing" "not natural"

Privacy • Terms

 **Google** My Activity 



Delete activity by
Other activity

**Searched for** "menthol" "synthetic" "processing" "not natural" "supplier"

7:38 PM • Details

Activity controls

Search

**Searched for** "menthol" "india" "not natural" "supplier"

Google Account

7:38 PM • Details

Help & feedback

Search

**Searched for** "menthol" "india" "not natural"

7:37 PM • Details

**March 23**  ✕

Search ✕

**Searched for** menthol lozenge formulation

2:17 PM • Details

Search ✕

**Searched for** menthol lozenge manufacture

2:16 PM • Details

Search ✕

**Searched for** usp menthol lozenge formulation

2:16 PM • Details

Search ✕

Privacy • Terms

crop filtered



# Google My Activity

G Search
Delete activity by
**Visited** [2340 Supplementary Drugs and Other Substances](#)
Other activity
2:15 PM • Details

Activity controls

G Search
Google Account
**Visited** [L-Menthol - BASF Pharma](#)
2:14 PM • Details

Help & feedback

G Search
**Searched for** [menthol lozenge formulation weight manufacture](#)
2:10 PM • Details

G Search
**Searched for** [menthol lozenge formulation weight](#)
2:09 PM • Details

G Search
**Searched for** [throat menthol lozenge formulation percentage mass](#)
1:52 PM • Details

G Search
**Searched for** [throat menthol lozenge formulation percentage mass](#)
1:51 PM • Details

G Search
**Searched for** [usp menthol lozenge](#)
1:48 PM • Details

Privacy • Terms

Google My Activity



Delete activity by

Other activity

Activity controls

Google Account          

Help & feedback

Privacy · Terms