Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Lacie Davis, individually and on Behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Ricola USA, Inc.<br><br>Defendant. | Case Number: 22-cv-3071 |

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for lack of subject matter jurisdiction and without leave to amend the complaint.

**Dated:** September 26, 2024

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court