# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, | 3:22-cv-03071-CLR-KLM |
| Plaintiff, | |
| - against - | Motion for Expert Fees |
| RICOLA USA INC., | |
| Defendant. | |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration, and Exhibits; all papers on file in this action; and, such further evidence as the Court may require, Plaintiff will move this Court, before the Honorable Colleen R. Lawless, at the Central District of Illinois Courthouse, 600 East Monroe Street, Springfield, IL 62701, on a date and time that the Court will determine, for an Order pursuant to Fed. R. Civ. P. 26(b)(4)(E), that Ricola USA Inc. ("Defendant"), be responsible for payment of $2,812.50, reflecting the time spent by Plaintiff's Expert in deposition, preparing for the deposition, and/or other appropriate and relevant activities, at Defendant's request.

Dated: October 20, 2024

Respectfully submitted,

/s/Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

**Certification Pursuant to Fed. R. Civ. P. 37**

Pursuant to 28 U.S.C. § 1746, and subject to the penalties of perjury:

1. In accordance with Fed. R. Civ. P. 37(a)(1), I certify that I have attempted to confer with Defendant's Counsel, Sascha Henry, in an effort to obtain the relief sought here without Court Action.

2. This includes an email I sent to Attorney Henry on October 16, 2024, and a telephone call I placed to Attorney Henry's office on October 16, 2024, when I left a voicemail.

3. In these communications, I informed Attorney Henry of Plaintiff Counsel's intention to seek payment of expert fees from Defendant.

4. At the time of filing this Motion, I have not been contacted in response by any attorney for Defendant about this request.

5. I conferred in good faith with the person or party failing to make disclosure or discovery in an effort to obtain what is sought in this Motion without Court action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on             October 20, 2024

/s/ Spencer Sheehan
Spencer Sheehan

## Certificate of Service

I certify that on October 20, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | Electronic Filing | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan