# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>- against -<br><br>RICOLA USA INC,<br><br>    Defendant | 3:22-cv-03071-CRL-KLM<br><br>Declaration of Spencer Sheehan |

Pursuant to 28 U.S.C.§ 1746, I declare:

1. I was the attorney for Lacie Davis ("Plaintiff") in this action.

2. I have personal knowledge of the facts in this Declaration, and could testify to their truthfulness.

3. Following the Court's decision denying Plaintiff's Motion for Class Certification, neither Defendant nor its Counsel requested Plaintiff stipulate to a dismissal of this action, consistent with Fed. R. Civ. P. 41(a)(1)(A)(ii).

4. At the time the Court denied Plaintiff's Motion for Class Certification, Defendant had already filed an answer.

5. This meant Plaintiff could not unilaterally cease nor discontinue this action.

6. By that point, terminating the case was not an option without Defendant's consent or a Court Order.

7. Had Defendant's Counsel made such a request, I would have recommended to Plaintiff such an offer be accepted, precisely to avoid the present situation.

8. I raised this indirectly with Defendant's Counsel during conversations, in recognizing, without citing, the unusual, yet legally supported procedural posture, when a

plaintiff's class claims are dismissed, yet the action continuing.

9. That meant that the most Plaintiff could recover would be the "price premium" for her purchases of the Ricola "Made With Swiss Alpine Herbs" lozenges.

10. In the action *Jordan v. Ricola USA Inc.*, where the plaintiff there was unable to or unwilling to accommodate a deposition, I promptly raised the issue of stipulating to the dismissal of her claims, each side bearing its own fees and costs.

11. I also volunteered to pay, and did pay, for the court reporting costs incurred by Defendant on account of Plaintiff's Jordan inability to proceed with her deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     October 24, 2024

                                        /s/ Spencer Sheehan
                                        Spencer Sheehan

**Certificate of Service**

I certify that on October 24, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | Electronic Filing | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiff's Counsel | ☒ | ☐ | ☐ | ☐ |
| Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan