E-FILED
Friday, 22 November, 2024 07:33:58 AM
Clerk, U.S. District Court, ILCD

# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 3:22-cv-03071-CLR-KLM |
| v. | ) ) Hon. District Judge Colleen R. Lawless |
| RICOLA USA, INC., | ) ) Hon. Magistrate Karen L. McNaught |
| Defendant. | ) ) ) |

### DECLARATION OF SASCHA HENRY

I, Sascha Henry, declare under penalty of perjury pursuant to 28 U.S.C.§ 1746, that I am of legal age and sound mind and, based upon personal knowledge, due investigation and review of pertinent information, that the following facts are true and correct:

1. I am a partner at Sheppard, Mullin, Richter & Hampton LLP, and counsel of record for Defendant Ricola USA, Inc. ("Ricola") in the above-captioned litigation. I make this declaration based upon my personal knowledge and would testify to the facts contained herein if called upon to do so. I submit this declaration in support of Ricola's Reply in Support of Motion For Attorneys' Fees.

2. On October 30, 2024, I spoke telephonically with Plaintiff's counsel, Spencer Sheehan. During that call, Mr. Sheehan proposed that in exchange for Ricola USA, Inc. withdrawing its motion for attorneys' fees in this matter, he would dismiss two other cases against Ricola: *Mandil and Esperanza v. Ricola USA, Inc.* (EDNY 2:24-cv-04107); *Stewart v. Ricola USA, Inc.* (New York Supreme Court, County of Bronx, Case No. TC241023-B9), which do not involve the plaintiff in this case.

SMRH:4857-7720-7284.1

-1-

3.     On October 31, 2024, Mr. Sheehan confirmed this proposal in writing via email. A true and correct copy of this email is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 31, 2024 in Los Angeles County, California

By   */s/ Sascha Henry*
      SASCHA HENRY

# Exhibit 1

| | |
|---|---|
| **From:** | Spencer Sheehan |
| **To:** | Sascha Henry |
| **Subject:** | RE: Ricola Lawsuits |
| **Date:** | Thursday, October 31, 2024 12:39:27 PM |

yes

--
Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Office: (516) 268-7080
Mobile: (516) 236-6456
Facsimile: (516) 234-7800
spencer@spencersheehan.com
spencersheehan.com

Notice To Recipient: This e-mail is meant for only the intended recipients, and may be a communication that is confidential, private and privileged by law. If you are not an intended recipient, or if any part of the content or title of this email shows that you received this e-mail in error, any continued review by you of the email, or use, dissemination, distribution, or copying of this e-mail, is strictly prohibited. Please notify us immediately of any error in sending this email by return e-mail, and please delete this message and all copies from your system. Thank you for your cooperation.

**From:** Sascha Henry <SHenry@sheppardmullin.com>
**Sent:** Thursday, October 31, 2024 1:10 PM
**To:** Spencer Sheehan <spencer@spencersheehan.com>
**Subject:** RE: Ricola Lawsuits

So, is this an accurate summary of your proposal?

> Specifically, you proposed that in exchange for Ricola USA, Inc. withdrawing its motion for attorneys' fees (ECF Nos. 53-54) in the *Davis v. Ricola* matter (and upon further consideration the motion for contempt (ECF Nos. 65-66), you would dismiss the following cases:
> *Mandil and Esperanza v. Ricola USA, Inc.* (EDNY 2:24-cv-04107)
> *Stewart v. Ricola USA, Inc.* (New York Supreme Court, County of Bronx, Case No. TC241023-B9)
>
> You also proposed that you would provide assurances that you would not sue Ricola USA, Inc. for a period of six months, subject to any limitations of professional responsibility, etc., which you don't believe would be implicated.

**Sascha Henry**
**SheppardMullin** | Los Angeles
+1 213-617-5562 | ext. 15562

---

**From:** Spencer Sheehan <spencer@spencersheehan.com>
**Sent:** Wednesday, October 30, 2024 1:01 PM
**To:** Sascha Henry <SHenry@sheppardmullin.com>
**Subject:** RE: Ricola Lawsuits

With respect to agreeing to not sue Ricola for six months, that is what I said, subject to any limitations of professional responsibility, etc., which I don't believe would be implicated.

However, I did not even consider that contempt motion. I suppose it will be withdrawn but my reaching out was not thinking about that contempt motion when I contacted you.

--
Spencer Sheehan
Sheehan & Associates, P.C.
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Office: (516) 268-7080
Mobile: (516) 236-6456
Facsimile: (516) 234-7800
spencer@spencersheehan.com
spencersheehan.com

Notice To Recipient: This e-mail is meant for only the intended recipients, and may be a communication that is confidential, private and privileged by law. If you are not an intended recipient, or if any part of the content or title of this email shows that you received this e-mail in error, any continued review by you of the email, or use, dissemination, distribution, or copying of this e-mail, is strictly prohibited. Please notify us immediately of any error in sending this email by return e-mail, and please delete this message and all copies from your system. Thank you for your cooperation.

---

**From:** Sascha Henry <SHenry@sheppardmullin.com>
**Sent:** Wednesday, October 30, 2024 3:07 PM
**To:** Spencer Sheehan <spencer@spencersheehan.com>
**Subject:** Ricola Lawsuits

Hi Spencer,

I'm writing with regard to your call to me yesterday to make sure I understand your proposal.

Specifically, you proposed that in exchange for Ricola USA, Inc. withdrawing its motion for attorneys' fees and contempt (ECF Nos. 53-54 and 65-66) in the *Davis v. Ricola* matter, you would dismiss the following cases:

>*Mandil and Esperanza v. Ricola USA, Inc.* (EDNY 2:24-cv-04107)
>
>*Stewart v. Ricola USA, Inc.* (New York Supreme Court, County of Bronx, Case No. TC241023-B9)

You also proposed that you would provide assurances that you would not sue Ricola USA, Inc. for a period of six months.

Please let me know if I have accurately set forth your proposal.

Thanks,
Sascha

**Sascha Henry**
+1 213-617-5562 | direct
SHenry@sheppardmullin.com | Bio

**Sheppard**Mullin
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
+1 213-620-1780 | main
www.sheppardmullin.com | LinkedIn | Twitter

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.