# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| LACIE DAVIS, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | Case No. 3:22-cv-03071-CRL-KLM |
| v. ) ) | Hon. District Judge Colleen R. Lawless |
| RICOLA USA, INC., ) ) | Hon. Magistrate Karen L. McNaught |
| Defendant. ) ) ) ) | |

**RICOLA USA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES**

Defendant Ricola USA, Inc. ("Ricola") respectfully requests that this Court take notice of supplemental authority in support of Ricola's Motion for Attorneys' Fees [ECF. Nos. 65-67] and its opposition to Plaintiff's Motion for Expert Fees [ECF No. 74]. In *Crawford v. Arizona Beverages USA LLC*, Docket No. 3:22-cv-00220 (S.D. Ill. Feb. 25, 2025), a copy of which is attached hereto as Exhibit A, the district court awarded the defendant its attorney's fees pursuant to 815 ILCS 505/10a(c) and denied the plaintiff's motion for discovery expert fees.

Dated: February 28, 2025

Respectfully submitted,

By: */s/ Sascha Henry*
David M. Poell (Ill. State Bar No. 6302765)
Sheppard Mullin Richter & Hampton LLP
321 N. Clark St., 32nd Flr.
Chicago, Illinois 60602
Telephone: (312) 499-6349
Facsimile: (312) 499-6301
E mail: dpoell@sheppardmullin.com

Paul Garrity (N.Y. State Bar No. 2756419)
Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza,
New York, NY 10112
Telephone: (212) 653-8700
Facsimile: (212) 653-8701
E mail: pgarrity@sheppardmullin.com

Sascha Henry (Cal. State Bar No. 191914)
Khirin A. Bunker (Cal. State Bar No. 329314)
Sheppard Mullin Richter & Hampton LLP
333 S. Hope St., 43rd Flr.
Los Angeles, CA 90071-1422
Telephone: (213) 620-1780
Facsimile: (213) 620-1398
E mail: shenry@sheppardmullin.com
    kbunker@sheppardmullin.com

*Counsel for Defendant Ricola USA, Inc.*

-2-

## CERTIFICATE OF SERVICE

I, Sascha Henry, an attorney, hereby certifies that, on February 28, 2025, a copy of the foregoing document was filed via this Court's CM/ECF electronic filing system, which effects service on all counsel of record in this matter.

Dated:  February 28, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:  /s/ Sascha Henry

　　　　　　　　　　　　　　　　　　　Sascha Henry
　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Ricola USA, Inc.*